# EXHIBIT  G

# PNC BANK

# Commercial Real Estate Appraisal Procedures
## July 2011

M:\RE\SHARED\REIS\APPRAISAL 2011\Appraisal Procedures\Commercial RE Appraisal Procedures (7-11)R.doc

MEEHAN 003462

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Subject | Preface |
|---|---|---|
| | Effective 07/01/11 | Page 1 of 1 |

**Summary:**    PNC has established a policy, which conforms to the appraisal policies and standards of the federal regulatory bodies. This Policy and related Procedures set forth the minimum standards for obtaining valuation products (appraisal & non-appraisal) applicable to all loans secured with commercial real property.

**Purpose:**    The purpose of this, the PNC Commercial Real Estate Appraisal Procedures Manual (hereinafter, the Procedures Manual), is to set forth the procedures to be implemented by PNC for all commercial loans which are secured with commercial real property which require the services of an appraiser, consistent with the goals established by the Appraisal Policy. Specific procedures have been outlined with the intent to maximize the quality of the appraisal report, the timeliness of its completion and acceptance, and the overall operating efficiency of the appraisal process.

**Responsibilities:**    The functional unit with responsibility for administering this Policy is PNC Real Estate Valuation Services (PNC REVS).    PNC REVS has the responsibility for

(1) establishing and maintaining appraisal procedures,
(2) ordering and reviewing valuation products (appraisal and non-appraisal products) of real estate taken as collateral for all PNC commercial loans,
(3) maintaining the Approved Appraiser List, and
(4) training service partners in the interpretation and implementation of Appraisal Policy and Procedures.

Additionally, PNC REVS will administer the residential (1-4 units) appraisal process for certain non-consumer loans as required by non-consumer loan business units.

**Maintenance:**    Appraisal Policy and Procedures are subject to modification from time to time, as changes occur with respect to regulatory or industry issues. Recommendations for additions or modifications to the Procedures Manual should be directed to the Manager, PNC REVS who will distribute changes to the Procedures Manual to all recipients thereof. It is the responsibility of each recipient to incorporate the changes, as instructed, and to maintain the Procedures Manual in a current, organized fashion.

Preface

MEEHAN 003463

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Subj et | Table of Contents |
|---|---|---|
| | Effective 7/01/11 | Page 1 of 3 |

## TABLE OF CONTENTS

**PREFACE**

Summary
Purpose
Responsibility
Maintenance

**INTRODUCTION**

**1.   ORGANIZATIONAL STRUCTURE**

1.1.   Personnel Responsibilities
1.2.   Definition of Terms

**2.   MINIMUM APPRAISAL STANDARDS**

2.1.   FIRREA
2.2.   Federal Regulatory Agencies
2.3.   Market Value
2.4.   Minimum Regulatory Appraisal Standards
2.5.   Appraiser/Evaluator Independence
2.6.   Appraisal Report Format/Scope of Work
2.7   Evaluation Content

**3.   APPROVED APPRAISER LIST**

3.1.   Eligibility
3.2.   Annual Review/Change in Approval Status
3.3.   Approval Classifications
3.4.   Upgrading an Appraiser's Status
3.5   Appraisal Management Companies / Evaluation Service Providers
3.6   Confidentiality

MEEHAN 003464

**THE PNC FINANCIAL SERVICES GROUP**
**COMMERCIAL REAL ESTATE**
**APPRAISAL PROCEDURES**

Subject      Table of Contents

Effective 7/01/11      Page 2 of 3

---

## PROCEDURES

4.  **WHEN TO ORDER AN APPRAISAL**

    4.1.   Transaction Amounts
    4.2.   New Loans
    4.3.   Existing Loans and OREO Properties
    4.4.   Update of an Appraisal
    4.5.   Abundance of Caution
    4.6.   Transactions Involving a United States Government Agency
    4.7.   Fiduciary Capacity
    4.8.   Evaluation

5.  **APPRAISAL ORDERING PROCESS**

    5.1.   Initial Request
    5.2.   Solicitation and Engagement Process
    5.3.   Participations, Shared National Credits, etc.
    5.4    Appraisals Completed For Another Financial Institution

6.  **APPRAISAL REVIEW PROCESS**

    6.1.   Objective
    6.2.   Appraisal Review Responsibility
    6.3.   Appraisal Processing
    6.4.   Appraisal Review
    6.5.   Participations, Shared National Credits, etc.
    6.6    Residential Appraisal Review Process
    6.7    Evaluation Review Process

7.  **APPRAISAL FEE DISTRIBUTION PROCESS**

    7.1.   Appraisal Fee Payment Authorization
    7.2.   Pre-Payment to the Appraiser
    7.3.   Payment of the Appraisal Invoice
    7.4.   Release of an Appraisal Report to the Borrower

MEEHAN 003465

THE PNC FINANCIAL SERVICES GROUP
COMMERCIAL REAL ESTATE
APPRAISAL PROCEDURES

| | |
|---|---|
| Subject | Table of Contents |
| Effective 7/01/11 | Page 3 of 3 |

---

## RECORD KEEPING

**8.   APPRAISAL TRACKING SYSTEM**

    8.1.   Objective
    8.2.   Management Reports

**9.   DOCUMENTATION FOLDER**

**10.   FORMS DIRECTORY**

    10.1.   Approved Appraiser List (Chapter 3)
    10.2   Appraisal Ordering Process (Chapter 5)
    10.3.   Appraisal Review Process (Chapter 6)
    10:4.   Appraisal Fee Disbursement Process (Chapter 7)

## REFERENCE

| | |
|---|---|
| PNC COMMERCIAL REAL ESTATE APPRAISAL POLICY | 03/24/10 |
| TITLE XI OF FIRREA (Amended Version) | 06/01/94 |
| INTERAGENCY APPRAISAL and EVALUATION GUIDELINES | 12/02/10 |

MEEHAN 003466

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 1 |
|---|---|---|
| | Subject | Organizational Structure |
| | Effective 07/01/11 | Page 1 of 8 |

**Summary:**   PNC has established roles within the organization that are designed to conform to the appraisal policies and standards of the federal regulatory bodies. Definitions of Terms are also presented to foster communication and understanding between the different roles identified.

**Responsibility:**   PNC REVS is responsible for updating the Procedures Manual and personnel responsibilities to the extent it is affected by any changes to federal law, appraisal regulations or PNC Appraisal Policy.

1.1.        Personnel Responsibilities
1.2.        Definition of Terms

**FORMS DIRECTORY**

None

Chapter 1

MEEHAN 003467

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 1 |
|---|---|---|
| | Subject | Organizational Structure |
| | Effective 07/01/11 | Page 2 of 8 |

## 1.    Organizational Structure

### 1.1.    Personnel Responsibilities

1.1.1.    **Relationship Manager (RM)**: The Relationship Manager's responsibilities in the appraisal process include:

1. Identifies the need for appraisal services.
2. Initiates the request for appraisal services (Chapter 5, *Appraisal Ordering Process*).
3. Establishes the payment source for appraisal services prior to engagement and negotiates reimbursement by the borrower.
4. Provides information that is relevant to the appraisal assignment to the appraiser and arranges the appraiser's access to the property.
5. Reviews the appraisal and completion of a Lender Review Memorandum for all transactions secured with commercial real estate.

1.1.2.    **Manager, PNC Real Estate Valuation Services:** This is the Chief Commercial Real Estate Appraiser of PNC.    This position's responsibilities include:

1. Authors, interprets and oversees the implementation of Appraisal Policy and Procedures consistent with federal requirements as published and as unique circumstances arise.
2. Oversees the appraisal and review processes on behalf of PNC.
3. Authorizes changes to appraisal procedures.
4. Authorizes changes to appraiser's approval status for the PNC Approved Appraiser List.
5. Provides technical assistance regarding appraisal procedures, appraisal theory and methodology.
6. Acts as liaison with the OCC regarding real estate valuation issues.
7. Oversees the administration of the appraisal processes.

1.1.3.    **Assistant Chief Real Estate Appraiser:**  Assists the Manager, PNC REVS with duties outlined in section 1.1.2

Chapter 1

MEEHAN 003468

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 1 |
|---|---|---|
| | Subject | Organizational Structure |
| | Effective 07/01/11 | Page 3 of 8 |

1.1.4. **Valuation Coordinator:** Responsible for administering the appraisal processes for transactions, under the direction of the Manager, PNC REVS, or designee. Responsibilities include:

1. Maintains project files.
2. Coordinates the appraisal process under the direction of Manager, PNC REVS, or designee.
3. Processes payment of fees for appraisal services rendered.
4. Processes the release of completed (and paid for) appraisal reports.
5. Maintains the integrity of LINKS (or its equivalent) and reviews system generated reports.
6. Assists in the maintenance of the approved appraiser list.
7. Perform non-technical reviews

1.1.5. **Review Team Lead/Appraisal Manager/Senior Appraiser**

1. Oversees the review process.
2. Reviews or coordinates the external review of appraisal reports for compliance with federal regulatory policies, PNC Appraisal Policy, and Procedures and general accepted standards as evidenced by the Uniform Standards of the Professional Appraisal Practice.
3. Recommends changes to an appraiser's approval status.

1.1.6. **Procurement Team Lead/Appraisal Manager/Supervising Appraiser**

1. Supervise valuation coordinators and performs technical reviews.
2. Reviews or coordinates the external review of appraisal reports for compliance with federal regulatory policies, PNC Appraisal Policy and procedures and generally accepted standards as evidences by the Uniform Standards of Professional Appraisal Practice.
3. Recommends changes to an appraiser's approval status.

1.1.7. **Appraiser:** responsibilities include

1. Reviews appraisal reports for compliance with federal regulatory policies, PNC Appraisal Policy and Procedures and generally accepted standards as evidenced by the Uniform Standards of Professional Appraisal Practice.
2. Recommends changes to an appraiser's approval status.

Chapter 1

MEEHAN 003469

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 1 |
|---|---|---|
| | Subject | Organizational Structure |
| | Effective 07/01/11 | Page 4 of 8 |

1.1.8.  **Review Appraiser:** Perform non-technical reviews of real estate valuation reports.

1.1.9.  **Valuations Approvers:** Approvers include senior appraisers, Manager, PNC REVS, and PNC REVS personnel as designated by the Manager. Review appraiser qualifications for inclusion on the PNC Approved Appraiser List and conducts reviews of approved appraisers.

## 1.2.  Definition of Terms

1.2.1.  **Appraisal:** The following definition has been adopted by the various regulatory agencies:

> *"A written statement independently and impartially prepared by a qualified appraiser setting forth an opinion as to the market value of an adequately described property as of a specific date(s), supported by the presentation and analysis of relevant market information."*

1.2.2.  **AMDS:** *Asset Management Database System* - a computerized tracking system with the capability of providing management information reports. (no longer in use). Retired 2001

1.2.3.  **LINKS:** a computerized tracking system with the capability of providing management information reports.

1.2.4.  **Classified Loans:** Those loans rated substandard or doubtful, according to federal regulations and generally accepted accounting principals (GAAP).

1.2.5.  **Covered Transaction:** Sale of OREO where less than 10% of the total sales price is in cash, where there is financing by the Bank of all or a portion of the sales price on terms more favorable than those customarily required by the Bank, or where the transaction does not transfer from the Bank to the buyer the usual risks of ownership and all or most of the rewards of ownership.

1.2.6.  **Current Appraisal:** An appraisal, which has been accepted by PNC and is no more than 12 months old. The age of an appraisal is determined by comparing the effective date of valuation with the transaction date (date of closing, extension, renewal, or acceptance of an offer to purchase OREO).

Chapter 1

MEEHAN 003470

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 1 |
|---|---|---|
| | Subject | Organizational Structure |
| | Effective 07/01/11 | Page 5 of 8 |

1.2.7. **Evaluation:** In general, an Evaluation of collateral is an analysis of the real property and its market to determine the quality, quantity and durability of said collateral, coupled with an estimate of the most probable value of the asset. The Federal Reserve, FDIC, and OCC currently require that the analysis be performed by an independent third party. (See Chapter 5 for discussion of *Evaluation*.)

1.2.8. **FDIC:** *Federal Deposit Insurance Corporation* - the Regulatory Agency charged with supervising state-chartered banks that do not belong to the Federal Reserve System.

1.2.9. **FIRREA:** *Financial Institutions Reform, Recovery and Enforcement Act* of 1989. Title XI of FIRREA (Real Estate Appraisal Reform Amendment) sets forth :

> That appraisals shall be written, shall be performed, in accordance with generally accepted standards as evidenced by the Uniform Standards of Professional Appraisal Practice (USPAP), by individuals whose competency has been demonstrated and whose professional conduct will be subject to effective supervision.

> Title XI charged the federal banking regulatory agencies (including the Federal Reserve, FDIC, OCC and OTS) with the responsibility of setting standards for the performance of real estate appraisals utilized in connection with federally related transactions.

1.2.10. **Federal Reserve:** *Board of Governors of the Federal Reserve System* -the Regulatory Agency charged with regulating: state-chartered banks that belong to the Federal Reserve System, and bank holding companies.

1.2.11. **Federally Related Transactions:** Any real estate related financial transaction entered into on or after August 9, 1990 that PNC engages in, or contracts for, which requires the services of an appraiser.

Chapter 1

MEEHAN 003471

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 12 of 155 PageID #: 1641

1.2.12. **Market Value:** Required in all appraisals utilized by PNC. The various Regulatory Agencies have adopted the following definition:

*"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimuli. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*

A. *Buyer and seller are typically motivated;*

B. *Both parties are well informed or well advised, and acting in what they consider their own best interests;*

C. *A reasonable time is allowed for exposure in the open market;*

D. *Payment is made in terms of cash in U.S. Dollars or in terms of financial arrangements comparable thereto; and*

E. *The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."*

Implicit in this definition, the term market value refers to the legal and physical condition of the property as of the appraisal date (e.g. with existing zoning, easements, jurisdictional restrictions, etc.), in light of the property's highest and best use.

1.2.13. **OCC:** *Office of the Comptroller of the Currency* - a division of the United States Treasury, the OCC is the agency charged with regulating national banks.

1.2.14. **OREO:** *Other Real Estate Owned* - Real Estate owned by PNC, generally acquired through foreclosure proceedings or by Deed taken in lieu of foreclosure.

1.2.15. **OTS:** *Office of Thrift Supervision* - a division of the United States Treasury, the OTS is the agency charged with regulating savings and loan institutions.

Chapter 1

MEEHAN 003472

Case: 4:17-cv-02876-PLC    Doc. #:  64-7    Filed: 03/20/19    Page: 13 of 155 PageID #: 1642

1.2.16.  **Real Estate Related Financial Transaction:** The following definition has been set forth by the Regulatory Agencies:

*Any transaction involving:*

A.  *The sale, lease, purchase, investment in or exchange of real property, including interests in property, or the financing thereof;*

B.  *The refinancing of real property or interests in real property; or*

C.  *The use of real property or interests in property as security for a loan or investment, including mortgage-backed securities.*

1.2.17.  **Transaction Value:** Defined by the Regulatory Agencies as follows:

A.  *For loans or extensions of credit, the amount of the loan or extension of credit;*

B.  *For sales, leases, purchases, and investments in or exchanges of real property, the market value of the property interest involved; and*

C.  *For the pooling of loans or interests in real property for resale or purchase, the amount of the loan or the market value of the real property calculated with respect to each such loan or interest in real property.*

1.2.18.  **USPAP:** Uniform Standards of Professional Appraisal Practice – All of the Federal Financial Regulatory Agencies and Title XI of FIRREA require that appraisals shall, at the minimum, conform to the standards set forth in USPAP

1.2.19.  **Gross Sale Proceeds:** The sum of the sale prices, prior to any cost or expense deductions. This sum can be considered Market Value for 4 or fewer units (lots or residences), but for 5 or more units, consideration for discounting of the "net sale proceeds" is required to derive an estimate of value to one purchaser.

MEEHAN 003473

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 1 |
|---|---|---|
| | Subject | Organizational Structure |
| | Effective 07/01/11 | Page 8 of 8 |

1.2.20.  **Present Value of Net Sale Proceeds:** The periodic receipt of "net sale proceeds" adjusted for profit and discounted over the anticipated absorption period.  The discount rate should be based on alternative investment opportunities (e.g., bond yields adjusted for illiquidity and management risk)

1.2.21.  **Restricted (Maximum)** - The maximum rent established by the state housing agency based on local area median family incomes affordability (at 30% of income), household size, and unit size.  Typically, benchmarked at either 50% or 60% of area median family income.

1.2.22.  **Achievable Rent** - The average rent that can actually be achieved at the proposed LIHTC project.  This rate should account for the depth of the market, competition with units, the mix of incomes that will likely locate in the LIHTC project, and overall project affordability.

Chapter 1

MEEHAN 003474

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 2 |
|---|---|---|
| | Subject | Minimum Appraisal Standards |
| | Effective 07/01/11 | Page 1 of 4 |

**Summary:**    The Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) stipulates that various regulatory agencies set forth minimum requirements to which all federally insured financial institutions must adhere in connection with the valuation of real estate. This chapter outlines those minimum requirements. Please refer to Section 2330 of the PNC Real Estate Finance Commercial Loan Policy Manual for a copy of the PNC Real Estate Appraisal Policy, Title XI of FIRREA, Regulatory Agencies' appraisal regulations, Interagency Appraisal and Evaluation Guidelines, and USPAP.

**Responsibility:**    PNC REVS is responsible for updating the Procedures Manual to the extent it is affected by any changes to federal law, appraisal regulations or PNC Appraisal Policy.

2.1.        FIRREA
2.2.        Federal Regulatory Agencies
2.3.        Market Value
2.4.        Minimum Regulatory Appraisal Standards
2.5.        Appraiser/Evaluator Independence
2.6.        Appraisal Report Format/Scope of Work
2.7.        Evaluation Content

**FORMS DIRECTORY**

        None

MEEHAN 003475

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 2 |
|---|---|---|
| | Subject | Minimum Appraisal Standards |
| | Effective 07/01/11 | Page 2 of 4 |

## 2.  MINIMUM APPRAISAL STANDARDS

### 2.1.  FIRREA

The Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), which became law on August 9, 1989, substantially changed the deposit insurance system and the regulatory environment in which financial institutions operate. While the Act addresses a variety of issues which affect the appraisal industry, the most significant are set forth in Title XI of FIRREA (Real Estate Appraisal Reform Amendments).

Title XI was enacted:

> *"...to protect public policy interests in real estate related transactions by requiring that real estate appraisals utilized in connection with federally related transactions be in writing, be prepared in accordance with uniform standards, by individuals whose competency has been demonstrated and whose professional conduct will be subject to effective supervision."*

Title XI of FIRREA appears in 12 USC Sections 1101 through 1122.

### 2.2.  Federal Regulatory Agencies

Title XI of FIRREA requires that each regulatory agency adopt regulations regarding the performance and utilization of appraisals by federally insured institutions. PNC's business operations are subject to the following federal regulatory agencies:

**2.2.1.  The Office of the Comptroller of the Currency (OCC)**

**2.2.2.  Federal Deposit Insurance Corporation (FDIC)**

**2.2.3.  Board of Governors of the Federal Reserve System (Federal Reserve)**

**2.2.4.  Office of Thrift Supervision (OTS)**

MEEHAN 003476

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 2 |
| --- | --- | --- |
| | Subject | Minimum Appraisal Standards |
| | Effective 07/01/11 | Page 3 of 4 |

### 2.3.  Market Value

All appraisals shall, at a minimum, be based on the following definition of Market Value, which has been adopted by all of the federal regulatory agencies mentioned above.

*"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*

*1.  Buyer and seller are typically motivated;*

*2.  Both parties are well informed or well advised, and acting in what they consider their own best interests;*

*3.  A reasonable time is allowed for exposure in the open market;*

*4.  Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and*

*5.  The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."*

Implicit in this definition, the term market value refers to the legal and physical condition of the property as of the appraisal date (e.g. with existing zoning, easements, jurisdictional restrictions, etc.), in light of the property's highest and best use.

### 2.4.  Minimum Regulatory Appraisal Standards

Title XI of FIRREA requires that appraisals be in writing and conform to the Uniform Standards of Professional Appraisal Practice (USPAP). Federal regulatory agencies require that appraisals:

2.4.1.  Conform to generally accepted appraisal standards, as evidenced by the USPAP adopted by the Appraisal Standards Board of the Appraisal Foundation, unless principles of safe and sound banking require compliance with stricter standards.

MEEHAN 003477

| **THE PNC FINANCIAL SERVICES GROUP** **COMMERCIAL REAL ESTATE** **APPRAISAL PROCEDURES** | Chapter | 2 |
|---|---|---|
| | Subject | Minimum Appraisal Standards |
| | Effective 07/01/11 | Page 4 of 4 |

2.4.2.    Be based upon the definition of Market Value (as defined in 2.3 above).

2.4.3.    Be written and presented in a narrative format or on forms that satisfy federal requirements; and contain sufficient information and analysis to support the institution's decision to engage in the transaction.

2.4.4.    Analyze and report appropriate deductions and discounts for any proposed construction or renovation, or any completed properties that are partially leased or leased at other than market rents as of the date of the appraisal, or any tract developments with any unsold units.

2.4.5.    Be performed by state licensed or certified appraisers.

**2.5.    Appraiser/Evaluator Independence**

Federal regulations require that appraisals and evaluations be prepared by appraisers/evaluators independent of the lending, collection and investment functions and engaged directly by the Bank or agent of the bank in order to produce an objective opinion of the market value of a property.

**2.6.    Appraisal Report Format/ Scope of Work**

USPAP permits Self Contained Appraisal Reports, Summary Appraisal Reports and Restricted Appraisal Reports.  The appropriate scope of work and the reporting format for any appraisal assignment contracted by PNC REVS is at the discretion of the Manager, PNC REVS or designee.  The determination of the appropriate scope of work and reporting format are based on what constitutes sufficient data and analysis to support a creditable appraisal conclusion for real estate appraisal services requested.

**2.7.    Evaluation Content**
An evaluation will contain an adequate level of information, analysis and detail to support the concluded market value estimate.

**FORMS DIRECTORY**

None

Chapter 2

MEEHAN 003478

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 3 |
|---|---|---|
| | Subject | Approved Appraiser List |
| | Effective 07/01/11 | Page 1 of 6 |

**Summary:** PNC REVS will maintain the **Approved Appraiser List** to ensure compliance with Appraisal Policy and Procedures and the appraisal regulations set forth by the various federal regulatory agencies.

Approval status will include Level I (*), Level I, Level II, Level III or Special Purpose Approval. An appraiser may *not* be engaged unless he/she has been approved for work for PNC.

**Responsibility:** It is the responsibility of at least two **Valuations Approvers** to review the qualifications of appraisers prior to inclusion on the PNC **Approved Appraiser List**. The **Approved Appraiser List** is reviewed on a periodic basis (at a minimum annually).

| | |
|---|---|
| 3.1. | Eligibility |
| 3.2. | Annual Review/Change in Approval Status |
| 3.3. | Approval Classifications |
| 3.4. | Upgrading An Appraiser's Status |
| 3.5. | Appraisal Management Companies/Evaluation Service Providers |
| 3.6. | Confidentiality |

**FORMS DIRECTORY**

| | |
|---|---|
| 10.1.1. | Appraiser Application E-mail |
| 10.1.2. | Real Estate Appraiser Data Sheet |
| 10.1.3. | Appraiser Reference Check |
| 10.1.4. | Approved Appraiser Review |
| 10.1.5. | Approval Authorization |

Chapter 3

MEEHAN 003479

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 20 of 155 PageID #: 1649

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 3 |
|---|---|---|
| | Subject | Approved Appraiser List |
| | Effective 07/01/11 | Page 2 of 6 |

## 3.    APPROVED APPRAISER LIST

Appraisers qualifying under the procedures described below are eligible for inclusion on the PNC Approved Appraiser List.

### 3.1.    Eligibility

The approval process begins with the Manager, PNC Real Estate Valuation Services, or designee, requesting that an appraiser submit his/her credentials for review.

3.1.1.   Each appraiser on the PNC Approved Appraiser List must submit current information summarizing his or her qualifications.  Information provided should include the appraiser's: educational background, complete with dates of recent courses or seminars; experience in real estate appraising, including a list of past and current employers; professional affiliations and designations; and, a representative list of previous clients.  The appraiser must complete a PNC Real Estate Appraiser Data Sheet.

3.1.2.   The appraiser's state certification's will be confirmed.  State certification is a minimum requirement only, and does not necessarily ensure inclusion on the PNC Approved Appraiser List.

3.1.3.   The appraiser is requested to provide three references, preferably from financial service institutions other than PNC or its subsidiaries for which the appraiser has performed appraisal assignments.  Two reference checks are performed.  For approval, references must be favorable and relevant to the assignments for which the appraiser may be considered.  At the discretion of the Chief Real Estate Appraiser, Assistant Chief Real Estate Appraiser or designee an exception to this requirement may be granted.

3.1.4.   At least one (1) sample appraisal will be reviewed utilizing the Approved Appraiser Review form. For approval, the appraisal(s) reviewed must be satisfactory from both a regulatory and technical perspective  The Approval of an appraiser requires the concurrence of two Valuations Approvers before the appraiser may be included on the PNC Approved Appraiser List and engaged to complete appraisals for PNC.

At the discretion and consent of at least two Valuations Approvers, the review of a sample report may be waived.

Chapter 3

MEEHAN 003480

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 3 |
| --- | --- | --- |
| | Subject | Approved Appraiser List |
| | Effective 07/01/11 | Page 3 of 6 |

3.1.5.  Appraisers approved for work with PNC must possess the requisite experience, education and facilities to perform appraisal work in an acceptable fashion. Appraisers will have one of the following status labels:

A.  *Active* – Currently eligible to perform appraisal assignments according to their approval classification.

B.  *Inactive* – Currently ineligible to perform assignments due to a lack of activity.  An appraiser's status can be changed from inactive to active by following the procedures outlined in Section 3.2.1.

C.  *Closed* – Currently ineligible to perform assignments.  An appraiser's status can be changed from closed to active if re-qualified under the procedures described in Section 3.1.4.

D.  *Review* – Currently ineligible to perform assignments.  REVS is in receipt of the appraiser's documentation, however, the approval process has not been completed.  An appraiser's status will be changed upon completion of the approval process.

## 3.2.    Review/Change in Approval Status

The PNC Approved Appraiser List will be reviewed on a periodic basis (at a minimum annually). The quality of appraisal services provided to PNC will be continually evaluated for compliance with federal appraisal regulations and appraisal reporting standards (USPAP).  The Manager, Real Estate Valuation Services, or designee will oversee maintenance of the PNC Approved Appraiser List, which includes a supporting electronic file on each appraiser, with sufficient information to provide adequate and reliable management reports.  The performance of an appraiser is monitored using an appraiser scorecard that will be reviewed monthly for possible changes in an appraiser approval status.  Additionally, the certification status of appraiser will be reviewed on a periodic basis.

In the event that a problem is identified with an appraiser's work quality or responsiveness which warrants a change in that appraiser's approval status, the change must be documented and approved by two Valuations Approvers.

3.2.1.  For appraisers on the PNC Approved Appraiser List who have not been utilized by PNC within the preceding 12-month period, the appraiser's file may be reviewed for possible status change to "inactive".  To reactivate an "inactive" appraiser's file, the procedure below **MUST** be followed:

Chapter 3

MEEHAN 003481

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 3 |
| --- | --- | --- |
| | Subject | Approved Appraiser List |
| | Effective 07/01/11 | Page 4 of 6 |

A. Verification of an appraiser's current status as a state certified or state licensed appraiser will be performed.

B. If an appraiser has been inactive for a period greater than three years a current professional reference is required as part of the re-activation process.

### 3.3.    Approval Classifications

Appraisers will be selected from the PNC Approved Appraiser List according to the appraiser's classification on that List, e.g., Level I (*), Level I, Level II, Level III, or Special Purpose Approval. An appraiser may *not* be engaged unless he/she has been approved for a specific approval classification relevant to the contemplated appraisal assignments. The classifications are based on an analysis of an appraiser's experience, education and quality of previous appraisal services provided to PNC.

### 3.3.1.    Level I (*) Approval

Appraisers granted **Level I (*) Approval** will be state certified or licensed appraisers, with evidence of recent professional education and appropriate appraisal expertise to appraise property on a localized basis.

For the purposes of this approval classification, Level I (*) appraiser will be eligible to perform non-complex appraisal assignments that will be utilized to satisfy low risk transactions such as:

- Land (raw land or acreage in its natural, unimproved state) for which no proposed construction or subdivision is planned, and upon which no environmental contaminants are known to exist;

- Single tenant or owner-occupied (existing or proposed) facilities;

- Income-producing properties with a stable income history;

### 3.3.2.    Level I Approval

Appraisers granted **Level I Approval** will be state certified or licensed appraisers, with evidence of recent professional education and appropriate appraisal expertise to appraise property on a regional basis.

For the purposes of this approval classification, Level I appraiser will be eligible to perform non-complex appraisal assignments such as:

Chapter 3

MEEHAN 003482

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 23 of 155 PageID #: 1652

- Land (raw land or acreage in its natural, unimproved state) for which no proposed construction or subdivision is planned, and upon which no environmental contaminants are known to exist;

- Single tenant or owner-occupied (existing or proposed) facilities;

- Income-producing properties with a stable income history;

- Owner-occupied, unique properties (e.g. funeral homes, churches, manufacturing plants).

### 3.3.3. Level II Approval

Appraisers granted **Level II Approval** will be state certified appraisers, with evidence of recent professional education and appropriate appraisal expertise. They have demonstrated experience that shows compliance with appraisal regulations/reporting standards that are relevant to the type of property being appraised. Appraisers will be eligible to perform complex appraisal assignments as their experience dictates, subject to the Competency Provision of the USPAP.

### 3.3.4. Level III Approval

Appraisers granted **Level III Approval** will be state certified appraisers, with evidence of recent professional education and appropriate appraisal expertise. They have demonstrated experience that shows compliance with appraisal regulations/reporting standards that are relevant to the type of property being appraised. Appraisers will be eligible to perform highly complex assignments as their experience dictates, subject to the Competency Provision of the USPAP.

### 3.3.5. Special Purpose Approval

Appraisers granted **Special Purpose Approval** must be eligible or approved for **Level II** appraisal assignments. **Special Purpose Approval** is based on the appraiser's experience with the property type. Approval is granted at the discretion of at least two Valuation Approvers. For the purposes of this classification, special purpose properties are defined as:

A.      **Hotels/Motels -** All proposed hotels or motels or any existing hotels/motel greater than 50 rooms.

B.      **Health Care Facilities -** All health care facilities, including hospitals, nursing homes and congregate care facilities.

MEEHAN 003483

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 3 |
|---|---|---|
| | Subject | Approved Appraiser List |
| | Effective 07/01/11 | Page 6 of 6 |

C.    **Subdivisions** - Residential or commercial subdivisions or condominium sell-out greater than 25 lots/units.

D.    **Regional Malls** - Regional malls/complex retail development.

E.    **Low Income Housing Tax Credit Projects (LIHTC)** - Any proposed (LIHTC) project.

Exceptions can be granted by a Senior Appraiser or supervising appraiser.. After completion of the appraisal the appraiser will be evaluated as to whether or not the **Special Purpose Approval** will be granted.

### 3.4.    Upgrading An Appraiser's Status

Appraiser status changes require the approval of at least two Valuation Approvers.

### 3.5    Appraiser Management Companies/Evaluation Service Providers

Third party management companies that provide services will be utilized to provide Residential (1-4 family) appraisals and evaluation services. In these situations the company will be approved for use. Approval is granted at the discretion of the Chief Real Estate Appraiser, Assistance Chief Real Estate Appraiser or designee. The approval status of these service providers will be reviewed on a periodic basis (minimum of once per year)

### 3.6.    Confidentiality

**THE APPROVED APPRAISER LIST IS FOR INTERNAL REFERENCE ONLY AND NOT FOR DISTRIBUTION TO ANY INDIVIDUAL OUTSIDE THE REAL ESTATE VALUATION SERVICES DIVISION. THE INFORMATION CONTAINED IN THE APPROVED APPRAISER LIST MUST BE KEPT STRICTLY CONFIDENTIAL.**

Questions from appraisers regarding their approval classification should be directed to the Manager, Real Estate Valuation Services, or designee.

MEEHAN 003484

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 4 |
|---|---|---|
| | Subject | When to Order an Appraisal |
| | Effective 07/01/11 | Page 1 of 7 |

**Summary:**        Federal regulations describe conditions that require an appraisal by a qualified, independent, certified or licensed appraiser and an evaluation by an independent source that demonstrates the capability to provide a credible valuation.   PNC Commercial Real Estate Appraisal Policy outlines the application of the appraisal and evaluation requirements as they relate to real estate related transactions.

**Responsibility:**        It is the responsibility of the Relationship Manager to determine when an appraisal is required for a real estate related transaction (existing or proposed), according to the requirements outlined in the Appraisal Policy. Once the need has been identified, the Relationship Manager shall notify PNC REVS. (See Chapter 5 of the Procedures Manual.)

    4.1.    Transaction Amounts
    4.2.    New Loans
    4.3.    Existing Loans and OREO Properties
    4.4.    Update of an Appraisal
    4.5.    Abundance of Caution
    4.6.    Transactions Involving a United States Government Agency
    4.7.    Fiduciary Capacity
    4.8.    Evaluation

**FORMS DIRECTORY**

        NONE

MEEHAN 003485

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 4 |
|---|---|---|
| | Subject | When to Order an Appraisal |
| | Effective 07/01/11 | Page 2 of 7 |

## 4.    WHEN TO ORDER AN APPRAISAL

Federal regulatory agencies require financial institutions to obtain appraisals utilized in connection with real estate related transactions, subject to certain specified circumstances. Relationship Managers are responsible for analyzing a transaction to determine if an appraisal is required.   The following outlines the situations to be considered in the Relationship Manager's analysis:

**4.1.    Transaction Amounts** Requiring the Services of a State Licensed or Certified Appraiser

Federal regulations require that appraisals be prepared by State certified appraisers for:

4.1.1.    All transactions greater than $1,000,000;

4.1.2.    All non-residential (excludes 1-4 family residential) transactions greater than $250,000; and

4.1.3.    All complex residential transactions of $250,000 or more.  A transaction may be considered complex if the property, forms of ownership or market conditions are considered atypical.

All appraisals for transactions greater than the *de minimis* level set by the regulatory agencies which do not require the services of a State certified appraiser may be prepared by either a State certified or State licensed appraiser.  The *de minimis* limit currently in effect, as of the date of this chapter of the Procedures Manual, is $250,000.

**4.2.    New Loans**

A current appraisal (defined as less than one year old) performed by a state licensed or certified appraiser is required for all commercial real estate-related financial transactions (including loans to new customers or new facilities to existing customers) in which the Bank is reliant upon real estate cash flow or collateral.

Exemptions to obtaining a current appraisal are limited to instances in which:

4.2.1.    **The transaction is at or below the *de minimis* level** set by appropriate federal regulatory agencies.  In the event an appraisal is not ordered, an Evaluation **MUST** be placed in the appropriate file.

Chapter 4

MEEHAN 003486

Case: 4:17-cv-02876-PLC    Doc. #:  64-7    Filed: 03/20/19    Page: 27 of 155 PageID #: 1656

4.2.2.  A lien on the real estate has been taken on collateral in an **Abundance of Caution** (e.g. other sources of repayment or collateral exist which support the decision to extend credit). All transactions involving the taking of real estate collateral as an Abundance of Caution **MUST** have file documentation identifying the sources of repayment or other collateral *[Refer to Section 4.5. for details]:*

4.2.3.  The transaction is not secured by real estate.

4.2.4.  The transaction is a **business loan of one million dollars or less and** the sale of, or rental income derived from, the real estate taken as collateral is not the primary source of repayment. Documentation supporting that the real estate is not the primary source of repayment **MUST** be placed in the appropriate file. In the event an appraisal is not ordered, an Evaluation **MUST** be obtained and placed in the appropriate file.

4.2.5.  A lien on the real estate has been taken to protect the legal rights of the Bank to other collateral and not because of the value of the real estate as an individual asset (e.g. a lien against real estate to ensure access to mineral or timber rights, or a lien taken on the real estate of a business or manufacturing facility to gain control of the entire business or facility as a going concern). It is the responsibility of the Relationship Manager to document the credit file to support that the real estate is not the primary source of collateral value.

4.2.6.  Transactions that are **insured or guaranteed by a United States government agency or government sponsored agency** (e.g. College Construction Loan Insurance Association, Federal Agricultural Mortgage Corporation, Federal National Mortgage Association, Federal Home Loan Mortgage Association, etc.).

4.2.7.  Transactions (including origination, holding, buying or selling loans) which meet all of the qualifications for **sales to any United States government agency or government sponsored agency.**

4.2.8.  The Bank is **acting in a fiduciary capacity** and is not required to obtain an appraisal under other law.

4.2.9.  Transactions involving the purchase, sale, investment in, or exchange of a loan or interest in a loan, pooled loan or interest in real property **IF** the underlying real estate transaction is supported by a previous appraisal that met the requirements of federal regulation in effect at the time of origination of the underlying loan(s).

4.2.10.  Other exemptions as outlined in FIRREA.

MEEHAN 003487

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 4 |
|---|---|---|
| | Subject | When to Order an Appraisal |
| | Effective 07/01/11 | Page 4 of 7 |

### 4.3. Existing Loans and OREO Properties

PNC Commercial Real Estate Appraisal Policy requires that a **current** appraisal (reappraisal) be obtained if any one of the following circumstances exist:

4.3.1.   If an *existing loan is classified* (rated substandard or doubtful), or meets the criteria for non-performing status, regardless of whether the real estate interest is primary or secondary collateral, **AND** if an appraisal is deemed necessary by Special Assets Committee (SAC) or its equivalent, or at the direction of an appropriate Risk Management representative;

4.3.2.   At the time of *renewal, modification or extension of a loan* with new monies being advanced (greater than an amount necessary to cover reasonable closing costs) where total loan exposure is above the *de minimis* AND there is evidence of obvious or material deterioration in the market conditions and/or physical aspects or economic condition of the property which would threaten the Bank's collateral protection after the transaction (in the event an appraisal is not required, an Evaluation **MUST** be obtained and placed in the appropriate file);

4.3.3.   Upon acquisition of title, market value **MUST** be substantiated by a current appraisal for each parcel of OREO unless the book value of the entire property is below the lower of 5 percent of equity capital or $250,000. The requirement may be deferred for 3 months after the Bank takes title in cases where the Bank can document reasonable expectation of a sale, other than in a covered transaction;

4.3.4.   If the loan is significantly restructured, such that the Bank might want to confirm/reaffirm the value of the underlying collateral; or

4.3.5.   If there has been obvious and material deterioration in either: the physical or economic aspects of the property or market conditions such that the Bank's collateral protection may be threatened.

### 4.4. Update of an Appraisal

4.4.1.   An update of an appraisal is an extension of a completed appraisal report upon which the Bank has relied for a prior business decision. When a reappraisal is required (see above), an update may be obtained when **ALL** of the following conditions are true:

    A.   The real estate has undergone no significant change since the prior report.

    B.   The prior appraisal was prepared by an appraiser who is on PNC's

Chapter 4

MEEHAN 003488

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 4 |
|---|---|---|
| | Subject | When to Order an Appraisal |
| | Effective 07/01/11 | Page 5 of 7 |

Approved Appraiser List, and the appraisal complies with current regulatory requirements and appraisal standards.

C. The time period between the effective date of the prior report and the effective date of the pending update is not unreasonably long for the property type involved.

4.4.2. At a minimum, the appraiser preparing the report should:

A. Clearly identify the report being updated, and state that the update should only be relied upon in conjunction with the prior report(s);

B. Address any changes in market conditions and physical status of the subject property since the prior report, and analyze the effect of identified changes upon the current estimate of value; and

C. Consider all approaches to value developed in the prior report(s) by analyzing the data already presented and by incorporating new data with supporting analysis, as appropriate.

The update of the appraisal must be ordered by PNC REVS.

## 4.5. Abundance of Caution

An appraisal, as defined by the federal regulatory agencies, may not be required when a lien on real property has been taken as collateral and other sources of repayment or collateral exist which support the Bank's decision to extend credit. All transactions involving the taking of real estate as an Abundance of Caution **MUST** have credit file documentation identifying the sources of repayment or collateral.

## 4.6. Transactions Involving a United States Government Agency

Appraisals or Evaluations are **NOT** required for transactions (including origination, holding, buying or selling loans) which meet all of the qualifications for sale to any United States government agency or government sponsored agency (e.g. the College Construction Loan Insurance Association, Federal Agricultural Mortgage Corporation, Federal National Mortgage Association, Federal Home Loan Mortgage Association, etc).

Additionally, appraisals or Evaluations are **NOT** required for transactions that are insured or guaranteed by a United States government agency or government sponsored agency.

MEEHAN 003489

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 4 |
|---|---|---|
| | Subject | When to Order an Appraisal |
| | Effective 07/01/11 | Page 6 of 7 |

## 4.7.    Fiduciary Capacity

Appraisals or Evaluations are **NOT** required when the Bank is acting in a fiduciary capacity and the Bank is not required to obtain an appraisal under other law.

## 4.8.    Evaluation

When an appraisal is not required for a Federally Related Transaction, an Evaluation must be obtained and placed in the appropriate file under the following circumstances:

- The transaction is at or below the *de minimis* level set by appropriate federal regulatory agencies, and is secured in whole or in part by real estate;

- The transaction is a business loan of one million dollars or less and the sale of, or rental income derived from, the real estate taken as collateral is not the primary source of repayment; or

- The transaction involves the renewal, modification or extension of a loan for which the primary source of repayment is the real estate.

An Evaluation shall be performed prior to any extension or renewal, with the exception of cases where such an extension or renewal is made to protect the Bank's interest. In the latter case, an Evaluation may be performed subsequent to the loan modification. The depth of the Evaluation should be commensurate with the complexity and risk inherent in the transaction.

It is the responsibility of the Relationship Manager to identify the need for and to obtain an Evaluation. If an Evaluation is to be contracted for with an external vendor then the Evaluation must be obtained, reviewed and accepted by PNC REVS prior to reliance. The type of evaluation product should reflect the complexity of the transaction and type of real estate collateral.

**Consistent with the Interagency Appraisal and Evaluation Guidelines, dated 12/02/10, the collateral Evaluation must consist of an independent, analysis of the property and its market** to determine the quality, quantity and durability of the collateral, coupled with an estimate of the most probable value of the asset.

An Evaluation is not expected to meet all of the requirements of an appraisal, however, it should generally:

- Be prepared by an independent, competent third party;

- Identify the location of the property;

Chapter 4

MEEHAN 003490

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 4 |
|---|---|---|
| | Subject | When to Order an Appraisal |
| | Effective 07/01/11 | Page 7 of 7 |

- Describe the property and its current/projected use;

- Provide an estimate of the property's As Is Market Value along with the effective date of value;

- Support the estimated value, including enough information to understand the analysis;

- Indicate the type of inspection and note the actual physical condition of the property as of the date of inspection;

- Describe the analysis performed and provide supporting information for the concluded Market Value;

- Indicate all sources of information used in the analysis; and

- Be written, signed and dated, including name, address and qualifications of preparer.

To qualify, an evaluator must be capable of rendering an unbiased estimate of value and must have real estate-related training or experience relevant to the type of property.

In certain situations independent valuation sources will be used. In these situations when there is no inspection performed by the service provider, a property inspection will be conducted by a Bank representative or a third party inspection service to confirm the condition and occupancy status of the property along with the surrounding neighborhood.

It is the responsibility of PNC REVS to identify external vendor(s) to perform an Evaluation. In the event an external vendor is to be engaged to perform an Evaluation, PNC REVS should contract for these services.

Any exceptions to the evaluation procedures must be approved by the Manager PNC REVS, or designee.

MEEHAN 003491

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 5 |
|---|---|---|
| | Subject | Appraisal Ordering Process |
| | Effective 07/01/11 | Page 1 of 4 |

**Summary:** PNC Real Estate Finance Appraisal Policy requires that the commercial real estate appraisal process operate independently of supervisory control by the lending, collection and investment functions.

**Responsibility:** It is the responsibility of the Relationship Manager to determine when an appraisal is required for a real estate related transaction (existing or proposed), according to the requirements outlined in the Appraisal Policy. Once the need has been identified, the Relationship Manager shall notify PNC REVS.

5.1.    Appraisal/Evaluation Request
5.2.    Solicitation and Engagement Process
5.3.    Participations, Shared National Credits, etc.
5.4     Appraisals Completed For Another Financial Institution

**FORMS DIRECTORY**

| 10.3.1. | Sample Appraisal Request Email |
|---|---|
| 10.3.2. | Outstanding Data Request Memorandum |
| 10.3.3 | Sample RM Notification of Bidders Email |
| 10.3.4. | Sample Appraiser Request for Proposal (RFP) |
| 10.3.5. | Sample REVS Request for Approval Authorization Email |
| 10.3.6. | Sample Award Notification Email |
| 10.3.7. | Master Appraisal Agreement |
| 10.3.8. | Attachment A, B, C |

MEEHAN 003492

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 5 |
|---|---|---|
| | Subject | Appraisal Ordering Process |
| | Effective 07/01/11 | Page 2 of 4 |

## 5.    APPRAISAL ORDERING PROCESS

### 5.1.    Appraisal/Evaluation Request

The Relationship Manager initiates the appraisal ordering process by using L.I.N.K.S. Any other related documentation necessary to understand the appraisal request should be forwarded to PNC REVS.

### 5.2.    Solicitation and Engagement Process

PNC REVS is responsible for the Solicitation and Engagement Process.

#### 5.2.1.    Solicitation Process

The Solicitation Process is outlined below:

A. Bids are solicited at the direction of a Supervising Appraiser, from appraisers or an appraisal management company, utilizing the PNC Approved Real Estate Appraiser List.    Appraisers submit bids electronically via LINKS. Typically 3 –4 appraisers are solicited for each appraisal request.   For evaluation requests an appraisal management company will typically be solicited rather than multiple appraisers.  An e-mail is sent to the deal team listing the names of the approved appraisers that have been solicited to bid to identify any conflicts of interest that may exist.

B. Upon receiving the electronic bids from the appraisers, an appraiser recommendation is provided to the RM via LINKS by PNC REVS.  An e-mail is sent to the RM with a recommendation.  The RM is directed to go into LINKS to approve/reject the recommendation.  PNC REVS awards the appraisal assignment once approved by the RM or designee.

C. The assignment is awarded, at the sole discretion of the Manager, PNC Real Estate Valuation Services or designee, based on type of transaction, competency of the appraiser to complete the assignment, fee quote and timing.

#### 5.2.2.    Engagement Process

The engagement process proceeds as follows:

Chapter 5

MEEHAN 003493

Case: 4:17-cv-02876-PLC   Doc. #: 64-7   Filed: 03/20/19   Page: 34 of 155 PageID #: 1663

A. A system generated Award Notification E-Mail is produced.

    1. An Award Notification E-Mail, which includes the property contact identification, all appropriate property information, and fee and timing, is e-mailed to the appraiser. For all required appraisals the appraiser's State Certification is verified, printed, and filed at the point of engagement. In situations where a temporary certification is involved, the verification will occur during the review.

    2. The appraiser or management company representative must confirm the award using the LINKS system

    3. An Electronic Regrets Notification E-Mail is automatically sent via LINKS to those appraisers who have offered bids but have not been awarded the assignment.

B. In the event an assignment is cancelled subsequent to the Award Notification, a Cancellation E-Mail will be sent to terminate the contract.

## 5.3. Participations, Shared National Credits, etc.

Current regulatory interpretation states that the lead bank in any shared national credit assumes the responsibility for federal regulatory compliance on behalf of all participants. Therefore, non-lead participants are only required to perform underwriting due diligence as mandated by their internal underwriting policy and procedures. Participations with non-OCC regulated entities or participations that do not meet the criteria for shared national credits must adhere to PNC review processes discussed in Chapter 6.

5.3.1. PNC Real Estate Finance as Lead Bank: When PNC Real Estate Finance is the lead bank in any participation or shared interest, the appraisal ordering process must follow the steps outlined in Sections 5.1. and 5.2.

5.3.2. PNC Real Estate Finance as Participant Bank: When PNC Real Estate Finance is not the lead bank, but is a participant bank or has a shared interest, the ordering process may be initiated and administered by the lead bank or by PNC Real Estate Finance. In the event PNC Real Estate Finance administers the appraisal process, that process must follow the steps outlined in Sections 5.1. and 5.2. When the appraisal process is administered by another bank, the approved appraiser requirement is waived.

MEEHAN 003494

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 5 |
|---|---|---|
| | Subject | Appraisal Ordering Process |
| | Effective 07/01/11 | Page 4 of 4 |

The scope of the due diligence review is at the discretion of the Manager, PNC REVS or designee.

## 5.4.    Appraisals Completed For Another Financial Institution

The 12/2010 regulatory guidance states that an institution's use of a borrower provided appraisal violates the Federal Agencies' appraisal guidelines. The new guidance requires that PNC obtain a copy of the appraisal directly from the other Bank or re-engage the appraiser directly.

Compliance with this requirement can be handled by:

**Appraisal to be obtained from another Bank** – The contact information for the person responsible for the appraisal at the original institution should be entered into the "Request for an Appraisal" in the LINKS system. REVS will contact this person to obtain a copy of the appraisal. If the appraiser is not on PNC's approved appraiser list, REVS will approve the appraiser as part of the review process.

**Appraisal to be obtained from Appraiser** - In the request for an appraisal in the LINKS system provide REVS the name of the appraiser who completed the appraisal along with a copy of the appraisal if available and REVS will contact that appraiser to potentially engage the same appraiser to do the appraisal for PNC. If the appraiser is not on PNC's approved appraiser list, REVS will need to approve the appraiser before they are used (Note: In these situations the approval can be handled quickly if the appraiser cooperates).

**Bank Participation** -The process includes receiving a copy of the appraisal directly from the other Financial Services Institution (Bank) and completing a technical review coordinated by Real Estate Valuation Services. The competency (appraisal review process) and the certification status of the appraiser will be confirmed.

An appraisal prepared for another bank will be considered for use only after the appraisal has been reviewed and accepted by REVS. It may be the case that the appraisal is deficient and a new appraisal may need to be ordered to proceed with a transaction.

Chapter 5

MEEHAN 003495

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 6 |
|---|---|---|
| | Subject | Appraisal Review Process |
| | Effective 07/01/11 | Page 1 of 6 |

**Summary:**        All appraisals required by PNC Commercial Real Estate Appraisal Policy must be reviewed and accepted prior to loan closing.

**Responsibility:**  PNC REVS has the responsibility for reviewing appraisals of real estate taken as collateral for all commercial loan exposures.

6.1.   Objective
6.2.   Appraisal Review Responsibility
6.3.   Appraisal Processing
6.4.   Appraisal Review
6.5.   Participations, Shared National Credits, etc.
6.6   Residential Appraisal Review Process
6.7   Evaluation Review Process

## FORMS DIRECTORY

10.3.1.   Appraisal Review Forms (Compliance, Administrative & Technical Samples)
10.3.2   Lender Review Memorandum (Sample)
10.3.3.   Valuation Coordinator Acknowledgement (Sample)
10.3.4.   Appraisal Acceptance Memorandum (Sample)
10.3.5.   Review Appraiser Award E-mail (Sample)
10.3.6.   Master Appraisal Review Agreement
10.3.7   Valuation Review Customer PD Reference Guide

Chapter 6

MEEHAN 003496

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 6 |
|---|---|---|
| | Subject | Appraisal Review Process |
| | Effective 07/01/11 | Page 2 of 6 |

## 6. APPRAISAL REVIEW PROCESS

### 6.1. Objective

To review appraisals for reasonableness of value and compliance with FIRREA, federal regulatory agency requirements accepted appraisal standards (USPAP) and PNC Commercial Real Estate Appraisal Policy.

### 6.2. Appraisal Review Responsibility

The responsibility for the review and acceptance of an appraisal report is determined by loan purpose and transaction value. PNC REVS is responsible for managing all appraisal reviews using a risk based approach. The review process is directed by the type of loan, amount of loan, and the relative risk of the transaction based on the customer PD rating. Based on these factors either a compliance, administrative, or technical review is performed.

### 6.3. Appraisal Processing

6.3.1. Once the appraisal is received into LINKS document library, it can be accessed by all members of the deal team.

6.3.2. If a previous appraisal has been reviewed and accepted, a senior appraiser will ascertain whether or not a memorandum should be written delineating the differences between the two appraisals. A copy of the memorandum will be forwarded to appropriate personnel.

6.3.3. For all appraisal reports, the Relationship Manager or designee must complete a Lender Review Memorandum. **When PNC REVS is completing the appraisal review, the appraisal review process cannot be completed, nor the appraisal accepted, until the Lender Review Memorandum has been received.** The Manager, PNC REVS, must approve any exceptions.

### 6.4. Appraisal Review

Receipt of the Lender Review Memorandum initiates the review process, which is outlined below:

6.4.1.1. The purpose of the appraisal review is to ensure that the appraisal report conforms to regulations, USPAP, Policy and provides a reasonable opinion(s) of value. The appraisal review will be documented utilizing the appropriate form or acceptable narrative equivalent.

6.4.2. Upon completion of the review, one of the following should occur:

MEEHAN 003497

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 6 |
|---|---|---|
| | Subject | Appraisal Review Process |
| | Effective 07/01/11 | Page 3 of 6 |

A.  **Acceptance of the Report:** If no concerns have been identified in either the review document or the Lender Review Memorandum, the report, as presented, will be accepted by PNC REVS.

B.  **Addressing concerns with the Appraiser:** If manageable concerns have been identified in either the review document or the Lender Review Memorandum, these concerns will be addressed with the appraiser by PNC REVS.

C.  **Rejection of the Report:** If significant concerns have been identified in either the review document or the Lender Review Memorandum, the appraisal may be rejected with the approval of a senior appraiser.

### 6.4.3.  Acceptance of the Report

If the appraisal report is accepted, PNC REVS will issue an Appraisal Acceptance Memorandum, which is required documentation to fund a new loan. The completed review package, including the appraisal review checklist, the Lender Review Memorandum, any supplemental documentation including correspondence to and from the appraiser and the Appraisal Acceptance Memorandum must be placed in the appraisal file. The completed review and Appraisal Acceptance Memorandum can be viewed on line.

### 6.4.4.  Addressing Concerns with the Appraiser

If the appraisal reviewer has identified manageable concerns with the appraisal report, any significant issues must be communicated to the appraiser. (Although, verbal transmission of the concerns may be appropriate, written correspondence is recommended and should be retained in the appraisal file.) The appraiser's response should also be in written form and might include clarification and additional support, corrected pages, and/or a revised report.

A.  If an appraisal report is sent back to the appraiser for revisions, a copy of the original report should be made and maintained until the review is completed.

B.  In the event that the appraiser's revisions have no impact on the original value conclusion, the appraiser may address the reviewer's concerns in a letter.

C.  In the event that the report complies with federal regulations but there exists an unresolved issue which impacts the conclusion of value, and the appraiser will not or cannot participate in the revision

MEEHAN 003498

Case: 4:17-cv-02876-PLC   Doc. #:  64-7   Filed: 03/20/19   Page: 39 of 155 PageID #: 1668

process, the reviewer may recommend a field review be completed. All value changes require a field review performed by a state certified appraiser. Internal value changes are prohibited.

### 6.4.5.  Rejection of the Report

When a reasonable attempt to bring an appraisal into compliance or to correct problems within the report does not result in an acceptable report according to regulations, USPAP, and/or PNC Commercial Real Estate Appraisal Policy and Procedures, then the recommendation to reject the report must be documented and one of the following actions should be taken:

A.  Another appraiser should be engaged; or

B.  A senior appraiser may authorize a field review, which complies with USPAP (specifically Standard 3).

A senior appraiser must approve the rejection of an appraisal report.

### 6.4.6.  Field Reviews

The purpose of a field review is to conduct a more in-depth analysis of an appraisal report, including an independent verification of the value conclusions. The field reviewer must be certified in the state, in which the subject property is located. External field reviews are contracted under the direction and at the discretion of the Manager, PNC REVS or designee. The field review must be documented in writing consistent with USPAP Standard 3.

The field review process is MANDATORY when an appraisal review concludes that an appraised value is potentially erroneous and the original appraiser has become uncooperative or is no longer able or willing to make revisions to the report. All exceptions are at the discretion of the Manager, PNC REVS and require prior written approval.

### 6.4.7.  Third Party Review of Appraisals

An external third party review appraiser may be engaged for the review assignment. The appraiser should be notified to cooperate with the external review appraiser.

### 6.5.  Participations, Shared National Credits, etc.

Current regulatory interpretation states that the lead bank in any shared national credit

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 6 |
|---|---|---|
| | Subject | Appraisal Review Process |
| | Effective 07/01/11 | Page 5 of 6 |

assumes the responsibility for federal regulatory compliance on behalf of all participants. Therefore, non-lead participants are only required to perform underwriting due diligence as mandated by their internal underwriting policy and procedures. Participations with non-OCC regulated entities or participations which do not meet the criteria for shared national credits must adhere to PNC appraisal review processes discussed above.

6.5.1.   PNC as Lead Bank: When PNC is the lead bank in any participation or shared interest, the appraisal review process must follow the steps outlined in sections 6.1. through 6.4. with the following additions:

A.   Upon receipt of the appraisal, copies should be distributed immediately to any participant banks at the direction of the requestor.

B.   All questions, concerns and requests for revisions from participants must be channeled through the PNC REVS. These issues are to be incorporated into the written correspondence sent to the appraiser by the review appraiser.

C.   **Copies of any internal documentation, including review checklists or file memoranda, are not distributed to participant banks, or to any external entity.**

6.5.2.   PNC as Participant Bank: When PNC is not the lead bank, but is a participant bank in a shared national credit, a due diligence review is all that is required. The scope of the due diligence is at the discretion of the Manager, PNC Valuation Services or designee.

When PNC is a participant in a credit, which does not meet the criteria for a shared national credit, the normal review processes, discussed above, must be followed.

## 6.6   Residential Appraisal Review Process - Administrative Review

The purpose of the residential appraisal review process is to insure that the appraisal conforms to Banking regulations, USPAP, PNC policy, and provides a reasonable opinion of market value. Reviews are performed by real estate trained staff. The residential appraisal reviews are completed using the administrative review checklist found in LINKS (with attachment, if applicable) that documents compliance with FIRREA, USPAP, and any issues with the appraisal. The completed review is accepted by a REVS Valuation Coordinator or supervising appraiser prior to closing, based on the recommendation of the real estate trained reviewer.

MEEHAN 003500

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 6 |
|---|---|---|
| | Subject | Appraisal Review Process |
| | Effective 07/01/11 | Page 6 of 6 |

### 6.7    Evaluation Review Process

The purpose of the evaluation review process is to insure that an evaluation performed by a third party conforms to banking regulations. Reviews are performed by real estate trained staff. The review is documented using an administrative or compliance review form found in LINKS. The completed review is accepted by a supervising appraiser prior to closing.

MEEHAN 003501

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 7 |
|---|---|---|
| | Subject | Appraisal Fee Distribution Process |
| | Effective 07/01/11 | Page 1 of 3 |

**Summary:**   PNC will endeavor to pay for appraisal services in a timely manner, following the receipt of appraisal reports.

**Responsibility:**   It is the responsibility of the Manager, PNC REVS or designee to remit final payment on a timely basis to each appraiser for services rendered.

| | |
|---|---|
| 7.1. | Appraisal Fee Payment Authorization |
| 7.2 | Pre-Payment to the Appraiser |
| 7.3. | Payment of the Appraisal Invoice |
| 7.4. | Release of an Appraisal Report to the Borrower |

## FORMS DIRECTORY

| | |
|---|---|
| 10.4.1. | Request for Release of Appraisal |
| 10.4.2. | Conditional Release Letter |

Chapter 7

MEEHAN 003502

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 7 |
| --- | --- | --- |
| | Subject | Appraisal Fee Distribution Process |
| | Effective 07/01/11 | Page 2 of 3 |

## 7.  APPRAISAL FEE DISBURSEMENT PROCESS

PNC REVS will process all payments for appraisal services. The appraisal fee will be charged to the cost center of the relationship manager requesting the appraisal, as set forth in the procedure outlined below.

### 7.1.    Appraisal Fee Payment Authorization

Appraisal services may not be contracted until authorization has been granted by the Relationship Manager (or their designee).  It is the responsibility of the Relationship Manager to negotiate the manner and timing of reimbursement with the borrower. Payment to a vendor may not be made contingent upon reimbursement by the customer, as payment of appraisal fees is a contractual obligation of the Bank.  The decision to require reimbursement of appraisal fees is a business decision to be made by the Relationship Manager.

### 7.2.    Pre-Payment to the Appraiser

It is the practice of PNC to pay an appraiser only after receipt of the appraisal report. The partial payment for appraisal services prior to completion of an appraisal should be assignment-specific and should be justified with a memorandum to the file.

Partial payment in advance of completion of an appraisal assignment may be justified in instances in which the appraiser may reasonably expect to incur excessive up-front costs. A partial payment would help defray costs of completing the assignment, and would thus be a reasonable condition of engagement.

**Prepayment of an appraisal fee should not exceed 50% of the total fee.**

### 7.3.    Payment of an Appraisal Invoice

**Disbursement of Funds:** Payment processing occurs when a Request for Disbursement is forwarded to Accounts Payable with the appraiser's original invoice.

7.3.1.    **Penalty Applied:** When an appraiser has exceeded the contractual due date without proper justification, an appropriate penalty may be applied, consistent with the terms of the Master Appraisal Agreement.   Acceptance of the appraiser's justification for exceeding the due date and waiver of the late penalty is at the discretion of the Manager, PNC REVS or designee.

MEEHAN 003503

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 7 |
|---|---|---|
| | Subject | Appraisal Fee Distribution Process |
| | Effective 07/01/11 | Page 3 of 3 |

**7.4.  Release of an Appraisal Report to the Borrower**

The following procedures do not apply to the sharing of an appraisal report with internal support departments (e.g., auditors, accountants, legal staff, etc.) or federal regulatory agencies.

7.4.1.  When requested the release of a copy of an appraisal report which was ordered by the Bank, PNC must obtain the customer's written agreement by facsimile to abide by the terms of the release before the report can be sent to the customer. This process is accomplished by documenting evidence of the following:

A.  Conditional Release Letter: This letter which contains covenants restricting the use of the appraisal report, **MUST** be signed by the requestor or the requestor's authorized agent. This letter includes a disclaimer to the requestor stating that the Bank does not attest to the accuracy or validity of the information, assumptions, analysis or value conclusions presented in the appraisal report.

B.  Execution of the Conditional Release Letter by the requestor triggers the distribution of the appraisal report. A Transmittal Letter to Accompany Release of Appraisal should be generated.

7.4.2.  The Bank will typically release an appraisal report only to the party who tendered full reimbursement to the Bank for the appraisal unless it is in the Bank's best interests to release the appraisal without full reimbursement. The decision to release an appraisal without full reimbursement is at the discretion of the appropriate Relationship Manager.

7.4.3.  If the review process is complete but an appraisal has not been accepted; i.e., the report has been rejected, the review has been canceled, etc., the appraisal may be released to the customer at the discretion of the Manager, PNC REVS or designee utilizing the same procedure outlined in 7.4.1

If an appraisal is not utilized by the Bank, the Bank is not released from the obligation to pay the appraiser for services rendered.

MEEHAN 003504

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 8 |
|---|---|---|
| | Subject | Appraisal Tracking System |
| | Effective 07/01/11 | Page 1 of 2 |

**Summary:**     LINKS is used to track the appraisal process administered by PNC REVS.

**Responsibility:**     REVS is responsible for tacking the appraisal process using LINKS.

8.1.     Objective
8.2.     Management Reports

**FORMS DIRECTORY**

None

Chapter 8

MEEHAN 003505

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 8 |
|---|---|---|
| | Subject | Appraisal Tracking System |
| | Effective 07/01/11 | Page 2 of 2 |

## 8.    APPRAISAL TRACKING SYSTEM - LINKS

### 8.1.    Objective

The primary objective is to allow management the capability of monitoring the administration of and compliance with the appraisal process as outlined in Policy and implemented utilizing the procedures set out in this Manual.

### 8.2.    Management Reports

Several standard management reports are available to assist in the monitoring of the appraisal process.

Chapter 8

MEEHAN 003506

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 9 | |
|---|---|---|---|
| | Subject | Documentation Folder | |
| | Effective 07/01/11 | Page 1 of 2 | |

**Summary:**      A Documentation Folder must be maintained for every appraisal requested, ordered by, or reviewed by PNC REVS.

**Responsibility:**      The Documentation Folder for each appraisal is compiled and maintained by the assigned Valuations Coordinator.

Chapter 9

MEEHAN 003507

| | | |
|---|---|---|
| **THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES** | Chapter | 9 |
| | Subject | Documentation Folder |
| | Effective 07/01/11 | Page 2 of 2 |

---

### 9.   Documentation Folder

The following is a listing of the documentation, which will be maintained in the appraisal file.

- New Appraisal Request E-Mail

- Appraisal Award Notification E-Mail

- ASC.GOV Printout (if appropriate) - Awarded Appraiser

- Cancellation Notification E-Mail (if appropriate)

- External Review Award Notification (if appropriate)

- ASC.GOV Printout(if appropriate) - Awarded Review Appraiser

- Appraisal Review Form/Coordinator Acknowledgement

- Lender Review Memorandum (LRM)

- Review Correspondence (to/from appraiser)

- Reviewer notes

- Appraisal Acceptance Memorandum

- Final appraisal report

- Request For Release of Appraisal

- Conditional Release Letter

- Transmittal Letter to Accompany Release of Appraisal

- File Check list/notes page

- Appraisal Invoice

- Review Invoice

MEEHAN 003508

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 10 |
|---|---|---|
| | Subject | Forms Directory |
| | Effective 07/01/11 | Page 1 of 3 |

**Summary:**     The following sample documents **are recommended** to be utilized in the appraisal process described in The PNC Financial Services Group Commercial Real Estate Appraisal Procedures Manual.  All documentation and correspondence should be filed in either an **Approved Appraiser File Folder** or an **Appraisal Documentation Folder.**

MEEHAN 003509

| THE PNC FINANCIAL SERVICES GROUP<br>COMMERCIAL REAL ESTATE<br>APPRAISAL PROCEDURES | Chapter | 10 |
|---|---|---|
| | Subject | Forms Directory |
| | Effective 07/01/11 | Page 2 of 3 |

## 10.    FORMS DIRECTORY

### 10.1.    APPROVED APPRAISER LIST (Chapter 3)

10.1.1.    APPRAISER APPLICATION EMAIL

10.1.2.    REAL ESTATE APPRAISER DATA SHEET

10.1.3.    APPRAISER REFERENCE CHECK

10.1.4.    APPROVED APPRAISER REVIEW

10.1.5.    APPROVAL AUTHORIZATION

### 10.2.    APPRAISAL ORDERING PROCESS (Chapter 5)

10.2.1.    NEW APPRAISAL REQUEST EMAIL (SAMPLE)

10.2.2.    AWARD NOTIFICATION EMAIL (SAMPLE)

10.2.3.    MASTER APPRAISAL AGREEMENT

10.2.4.    ATTACHMENT A, B, C

### 10.3.    APPRAISAL REVIEW PROCESS (Chapter 6)

10.3.1.    APPRAISAL REVIEW FORMS (SAMPLES)

10.3.2    LENDER REVIEW MEMORANDUM (SAMPLE)

10.3.3.    VALUATION COORDINATOR ACKNOWLEGEMENT (SAMPLE)

10.3.4.    APPRAISAL ACCEPTANCE MEMORANDUM (SAMPLE)

10.3.5.    REVIEW APPRAISER AWARD EMAIL (SAMPLE)

10.3.6.    MASTER APPRAISAL REVIEW AGREEMENT

10.3.7.    VALUATION REVIEW CUSTOMER PD REFERENCE GUIDE

Chapter 10

MEEHAN 003510

| THE PNC FINANCIAL SERVICES GROUP COMMERCIAL REAL ESTATE APPRAISAL PROCEDURES | Chapter | 10 |
|---|---|---|
| | Subject | Forms Directory |
| | Effective 07/01/11 | Page 3 of 3 |

### 10.4.  APPRAISAL FEE DISBURSEMENT PROCESS (Chapter 7)

10.4.1    REQUEST FOR RELEASE OF APPRAISAL

10.4.2.   CONDITIONAL RELEASE LETTER

MEEHAN 003511

## 10.1.1. APPRAISER APPLICATION EMAIL

MEEHAN 003512

To:       APPROVED APPRAISER
Cc:
Bcc:
Subject:   PNC Approved Appraiser Application -

NAME,

Thank you for your interest in being considered for PNC Bank's Approved Real Estate Appraiser Panel.

Please complete the attached four page **Real Estate Appraiser Application.**  Additionally, we ask that you submit *two commercial appraisal work samples prepared by you for a federally regulated financial institution within the past year.*    Note that any appraisal work samples received will be destroyed after they have been reviewed and will not be returned.

We request that you submit your information at your earliest convenience.

*Please e-mail the completed four page appraiser application, certifications, and work sample(s) to:*

**valuations@pnc.com** and cc: **christine.croyle@pnc.com**

or

Send the application and work samples to:

PNC Bank
Real Estate Valuation Services - Approved Appraiser
620 Liberty Avenue
13th Floor
Pittsburgh, PA  15222
Mailstop: P2-PTPP-13-4

Call Christine Croyle at 412-762-9051 with any questions.

Thank you in advance for your prompt response.



PNC Approved Appraiser Application.xls

MEEHAN 003513

PNC Financial Services Group                    REAL ESTATE APPRAISER APPLICATION

NOTE:  If more space is required for any answer, please attach additional pages.

### GENERAL INFORMATION

APPRAISER NAME/APPLICANT NAME (Last, First, Middle)        EMAIL ADDRESS

NAME OF FIRM        ADDRESS OF FIRM (Street, City State, Zip Code)

OFFICE TELEPHONE #     FAX #     CELL #     TAX IDENTIFICATION/SOCIAL SECURITY #

### EDUCATIONAL BACKGROUND

NAME OF EDUCATIONAL INSTITUTION (HIGHEST EDUCATIONAL PROGRAMS COMPLETED)

NAME OF COURSE STUDY        YEARS ATTENDED

DEGREE(s) RECEIVED

### APPRAISAL COURSES COMPLETED

| Course Study | Sponsor | Date of Completion | Hours |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### CONTINUING EDUCATION (Past 12 months)

| Course Study | Sponsor | Date of Completion | Hours |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

MEEHAN 003514

## ORGANIZATIONS/AFFILIATIONS**                    REAL ESTATE APPRAISER APPLICATION

Are you currently a member of a professional organization?          NAME OF ORGANIZATION(s)

Yes[            ]          No[            ]

DESIGNATION(s) HELD AND YEAR RECEIVED (If applicable)

**PNC and it's affiliates will not exclude any appraiser from consideration solely by virtue of membership or lack of membership in any particular appraisal organization.

## LICENSES AND CERTIFICATIONS: (PLEASE ATTACH COPY OF LICENSE OR CERTIFICATE)

ARE YOU A STATE LICENSED APPRAISER? (Yes, No, N/A)                              IF YES, WHICH STATE(s)?

ARE YOU A STATE CERTIFIED APPRAISER? (Yes, No, N/A)                              IF YES, WHICH STATE(s)?

(Please specify either residential or general certification)

[        ] General Certification          [        ] Residential Certification

DO YOU POSSESS:  (Yes or No)

[        ] An active Real Estate Broker's License?          [        ] An active Real Estate Salesman's License?

[        ] A General Contractor's License?          Attach a copy of license/certificate to the application.

## EMPLOYMENT EXPERIENCE

*List your employment experience for the past five years.*

CURRENT EMPLOYER

ADDRESS (Street, City, State, Zip Code)

BUSINESS TELEPHONE NUMBER          EMPLOYMENT DATE          (From)          (To)
                                   (Month/Year)

POSITION/TITLE          SUPERVISOR

DUTIES AND PROPERTY TYPES APPRAISALS (If applicable)

PREVIOUS EMPLOYER

ADDRESS (Street, City, State, Zip Code)

BUSINESS TELEPHONE NUMBER          EMPLOYMENT DATE          (From)          (To)
                                   (Month/Year)

POSITION/TITLE          SUPERVISOR

DUTIES AND PROPERTY TYPES APPRAISALS (If applicable)

Page 2 of 4

MEEHAN 003515

REFERENCES: (Two must be financial institutions for which you hav REAL ESTATE APPRAISER APPLICATION

(1) Name:
    Title:
    Firm:
    Address:

    Phone:

(2) Name:
    Title:
    Firm:
    Address:

    Phone:

(3) Name:
    Title:
    Firm:
    Address:

    Phone:

Comments:

## GEOGRAPHICAL AREAS

Indicate the geographical area(s) covered by your appraisal practice (States, Counties, Cities).          (Must conform to state licenses or certificates held.)

## INSURANCE

Do you presently carry errors and omissions insurance?          Yes/No          If so, please list the carrier, the amount of coverage and expiration date

of your current policy (attach a copy of the insurance certificate).

| CARRIER | POLICY NUMBER | DOLLAR AMOUNT | EXPIRATION DATE |
|---|---|---|---|

Have you ever been denied errors and omissions insurance in connection with any aspect of your real estate practices?

Has any such policy been terminated by the carrier?          If so, please explain.

## LEGAL PROCEEDINGS

Have you ever applied for a license or certificate in connection with any aspect of your involvement in the real estate business from a governmental body or agency which has been denied or withdrawn by you with the understanding that it was to be denied?

Has any such license or certificate issued to you been revoked or suspended?

Have you or any firm by whom you are now employed, or any firm by whom you were previously employed been named a party in any legal or administrative proceedings arising from the issuance of an appraisal prepared in whole or in part by you which is pending or which resulted in any monetary payment, award, settlement, fine or penalty by or against you or the firm?

If the response to any of the questions above is yes, please attach a brief explanation.

Page 3 of 4

MEEHAN 003516

## SUMMARY OF EXPERIENCE                          REAL ESTATE APPRAISER APPLICATION

List property types and locations of appraisals performed within the past two years.

## APPRAISAL SAMPLES (Complex Residential and Commercial Properties Only)

Any appraisal report will be held in confidence and used exclusively for the purpose of evaluating your qualifications to render real estate appraisals meeting the requirements of this institution. Please attach two samples of full narrative appraisals (at least one income-producing property appraisal).

The undersigned appraiser and firm are submitting credentials to perform real estate appraisals which are subject to the requirements of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 and its implementing regulations. Each is familiar with these requirements and will comply with them when performing an appraisal and completing a report. We will not accept any assignment in which we have any direct or indirect interest, financial or otherwise, in the property or transaction. We will advise you promptly of any such interest, should we become aware of it after accepting an assignment. We represent that the information set forth above is correct and understand that PNC and its affiliates will rely on it and the representations made by us should we be engaged by any of them to perform the services of a real estate appraiser. We understand that you are under no obligation to engage us for any appraisals and each may make such assignments in its sole discretion.

The undersigned authorizes PNC and its affiliates to contact the persons who appear on this data sheet and to make such other reasonable investigation including, but not limited to credit investigation, as it deems appropriate and authorizes PNC and its affiliates to exchange such information among them.

APPRAISER NAME (Please Print)                     FIRM NAME (Please Print)

APPRAISER'S SIGNATURE                             FIRM SIGNATURE (Authorized Officer)
                                                  By:

DATE:

Attachments:      Licenses and Certificates
                  Insurance Certificate
                  Appraisal Samples
                  Additional Attachments (if applicable)

Page 4 of 4

MEEHAN 003517

## 10.1.2. REAL ESTATE APPRAISER DATA SHEET

MEEHAN 003518

# NEW VENDOR DATA SHEET

Vendor Name:

Type of Business:

**Mailing Address Information**

Street:

City:                                State: _____    Zip Code: _____

Country:

**Remit To Address (if different from mailing address)**

Street:

City:                                State: _____    Zip Code: _____

Country:

**Vendor Contact Information**

Vendor Name:

Vendor E-mail:

Vendor Phone:                        Vendor Fax:

**Business Classification**

*Please select one of the following:*

- O   Non Applicable
- O   Small Business - SBE
- O   Woman Owned Business - WOM
- O   Veteran - VET
- O   Disabled Veteran - DIS
- O   Foreign Business - FRG
- O   Disadvantaged Enterprise - DBE
- O   CPA or Professional Accounting Firm - ACC
- O   Minority Owned Business – MNR

*If minority owned select one of the following:*

- O   African American
- O   Asian-Pacific American
- O   Subcontinent Asian American
- O   Hispanic
- O   Native American

*If you have checked an above category (other than Non-Applicable), include a current certification.*

**Payment Information:**

***PNC's preferred method of payment is via credit card.***

Do you accept credit cards: _____ Yes    _____ No
If no: do you have availability to receive ACH payments: _____ Yes    _____ No

## Please attach a completed W-9 Form

MEEHAN 003519

10.1.3. APPRAISER REFERENCE CHECK

MEEHAN 003520

# APPRAISER/EVALUATOR REFERENCE CHECK
## PNC BANK

Name of Appraiser: _____    Appraiser Firm: _____

Name of Reference: _____    Firm: _____

Position: _____    Telephone: _____

How long have you used this appraiser?          _____ Years

What property types has this appraiser appraised?

Commercial     |          |          Residential     |          |

Specialty Properties:

How frequently do you use this appraiser?     _____ Annually

Has this appraiser's work been completed on time?

Is he/she responsive to revision work?

Comments on work style:

satisfied with reports and analysis?

improvements to reports?

recommend him/her?

additional comments?

Reference Completed by:

Name & Title                                    Date

REIS\Appraisal 2006\2006 Appraisal Forms Boilers

10.1.3 revised 2/2006

MEEHAN 003521

## 10.1.4. APPROVED APPRAISER REVIEW

MEEHAN 003522

# Approved Appraiser Review

Appraiser Name: _____     Company: _____

Property Type: _____     Market Value: _____

Approval Level:    I    II    III    Reviewer    Evaluator

Special Purpose:    HM    HC    SS    RM    TC

## USE OF REVIEW

The intended user of this review is PNC Bank Corp. to assess the qualifications of the appraiser.

## SCOPE OF REVIEW

This review has been prepared in accordance with USPAP, specifically Standard 3. I have read and reviewed the contents of the referenced report and formatted an opinion as to:

- The accuracy and relevance of the data and the priority of any adjustments to the data;
- The appropriateness of the appraisal methods used;
- The reasonableness and appropriateness of the analyses, opinions and conclusions in the report; and
- The appraisal's compliance with federal appraisal regulations and USPAP.

## LIMITING CONDITIONS

- This appraisal work sample review has been prepared for the bank's internal use only and is invalid if used for any other purpose without written permission of the bank.
- This appraisal work sample should be considered only within the context of and in conjunction with the appraisal report.

## REVIEWER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct;
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions;
- I have no present or prospective interest in the property that is the subject of the work under review and no personal interest with respect to the parties involved;
- I have no bias with respect to the property that is the subject of the work under review or to the parties involved with this assignment;
- My engagement in this assignment was not contingent upon developing or reporting predetermined results;
- My compensation is not contingent on an action or event resulting from the analyses, opinions or conclusions in this review or from its use;
- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review;
- My analyses, opinions and conclusions were developed, and this review report was prepared in conformity with the *Uniform Standards of Professional Appraisal Practice*;
- I have not made a personal inspection of the subject of the work under review;
- No one provided significant appraisal, appraisal review, or appraisal consulting assistance to the person signing this report;
- I have not performed appraisal review services on the property within the past three years;
- To the best of my knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute;
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives;
- As of the date of this report, I have completed the Standards and Ethics Education Requirement of the Appraisal Institute for Associate Members;

Reviewed by: _____

_____
Date

MEEHAN 003523

## Approved Appraiser Review

Minimum Regulatory Appraisal Standards

1.  Does the appraisal include the correct definition of Market Value?
2.  If applicable, does the appraiser report and analyze appropriate deductions and discounts for any proposed construction or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold units?
3.  Was the appraisal performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations?
4.  Are the value conclusion (s) presented in the appraisal reasonable, based on the factual information, assumptions and analysis of the report?
5.  Does the appraisal report appear to conform to the USPAP?

The following information is required for conformance to USPAP:

a.  The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.
b.  The reporting option is prominently stated (Self-contained, summary and restricted use).
c.  The identity of the Client and any intended user(s) are stated along with the intended use if the appraisal.
d.  The real estate is adequately identified (including the physical and economic property characteristics relevant to the assignment.
e.  The purpose of the appraisal is stated (including the type and definition of value with source).
f.  The real property interests being appraised are identified.
g.  The effective date of the appraisal and the date of the inspection are stated.
h.  All special limiting conditions, hypothetical conditions, and assumptions are identified.
i.  The scope of work used to develop the appraisal is outlined.
j.  The information analyzed, the appraisal procedures followed, and the reasoning that support the analyses, opinions, and conclusions are described in the appraisal.
    Analyzed any current agreements of sale, option, or listing of the property.
    Analyzed all sales of the property occurring within the previous three years.
    Analyzed any effects on the market value due to any easements, restrictions or encumbrances.
    Analyzed the effect on the value of any personal, trade fixtures, or intangible items that are not real property.
    Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent the effect the value of the subject property.
k.  The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated: and when the purpose of the agreement is market value, the support and rationale for the appraiser's opinion of the highest and best use of the real estate are described.
l.  The appraisal contains the required signed certification,
m.  The highest & best use of the land "as if vacant" and "as improved" are analyzed and reported.
n.  The appraiser employed a reasonable valuation method that addresses the three approached to market value and s/he explained the elimination of any approach not used.
o.  The land value was supported by an appropriate appraisal method of technique.
p.  In the cost approach, the conclusion is supported by reasonable and logical analyses.
q.  In the sales comparison approach, the conclusion is supported by reasonable and logical analyses.
r.  In the income approach, the conclusion is supported by reasonable and logical analyses.
s.  The reconciliation appears reasonable.

Letter sent (Recommendation).

MEEHAN 003524

## 10.1.5. APPROVAL AUTHORIZATION

MEEHAN 003525

## PNC BANK CORP.
### APPROVED APPRAISER LIST- APPROVAL AUTHORIZATION

Appraiser Name: _____    Firm: _____

Address: _____

Phone Number: _____    Fax: _____

State License/    Expiration
Certification #: _____    Date: _____

Experience:        __ 0-2 years      __ 2-5 years      X  5+ years
nstitutional Experience:  __ 0-2 years      __ 2-5 years      X  5+ years

ferences:      __ # Favorable                        NA  # Unfavorable

*he following appraisal report(s) has (have) been reviewed and is (are) deemed to substantially conform with federal appraisal*
*gulations and the USPAP:*

| Property Type / Location | Appraisal Client | Value Conclusion | Report Date | Review Date |
|---|---|---|---|---|
|  | PNC | Market Value – "As Is" – |  |  |

ased on information gathered in the approval process (appraisal review, reference checks, etc.) I recommend that the appraiser be placed on the Approved Appraiser List, as follows:

☐  Level I Approval

☐  Level II Approval

☐  Level III Approval:

☐  Special Purpose Approval:

☐  Based on information gathered in the approval process (appraisal review, reference checks, etc.), I recommend that approval not be granted at this time

Request additional work samples      ____Yes      ____No

*See the appraiser's file for a copy of the Approved Appraiser Review, which includes a Data Sheet, reference checks, appraisal review checklists, Review Statements and letter/memo of concerns.*

Appraisal Review Committee                        Date

Appraisal Review Committee                        Date

MEEHAN 003526

10.2.1. NEW APPRAISAL REQUEST EMAIL (SAMPLE)

MEEHAN 003527

 **New Appraisal Request Assigned from REAL ESTATE FINANCE/REAL ESTATE BANKING**
valuations o

Appraisal request details for

---------------------------------------------------------------------------

RM Information:

Requestor: _____ _ ___.
Requestor Phone:

RM:
RM Phone:

...............................................................................

Property Information:

Borrowing Entity:
Property Name:

Property Address:

Property Status:          Existing
Property Type:            Retail / Strip - Unanchored Retail Center
Date Constructed:         2007
Gross Building Area:      6,000
Percent Occupied:         100
Units:                    5  Units
Number of Buildings:      1
Number of Stories:        1
Land Area:                21,868 Sq Ft
Parcels:                  1

Property Description:

The subject property is a 6,000 sq. ft., 100% occupied retail strip center.
The building was new construction in 2007.

...............................................................................

Tenant Information:

Total # of Tenants:            5
Owner Occupied:          No

Major Tenants / Square Footage
Cutting Edge Pizza, LLC / 1,500
Quiznos / 1,500

MEEHAN 003528

Finish Nails / 1,100
Katz Insurance / 1,000
Liberty Tax Service / 900

.................................................................

Contact Information:

Company:
Name:
Address:



Phone Number:
.................................................................

RM Comments:

MEEHAN 003529

10.2.2.    AWARD NOTIFICATION EMAIL (SAMPLE)

MEEHAN 003530

 **Valuation award notification for Wise Avenue Investments, LLC sent to Michael Everett of Everett Benfield LLC**

valuations o

Cc:

---

Congratulations on being selected to provide real estate valuation services for Wise Avenue Investments, LLC. In order to confirm your engagement, you must go into
https://www.pncrealestatefinance.com/links/Appraiser/AppraiserLogIn.jsp ,
view the award, select CONFIRM, then print.


Contract Price:

Delivery Date:

*** It is a condition of this award that the engaged appraiser/evaluator signs the report.
If you are unable to satisfy this requirement please notify the PNC contact immediately. ***

Please call the property contact within 48 hours regarding property information and to schedule a property inspection.

Include the property # within the property address section of the title page and the letter of transmittal.

Your PNC contact person for this assignment will be:
AUTUMN MELVIN at 412-467-1085

Property Rights:        Leased Fee
Scope of Work:          The appraisal includes any necessary data and analysis in support of the assignment results with a thorough presentation of the relevant data, analysis, and projections using all relevant approaches to value to produce credible value conclusion(s).

Report Format:          Summary

Property Information:

Property #:             532603

Borrowing Entity:

Property Name:          - --- --
Property Address:

Owner Occupied:         No
Property Status:        Existing
Property Type:          Retail / Strip - Unanchored Retail Center
Date Constructed:       2007
Gross Bldg Area:        5,900 sf
Units:                  5 Units
# of Bldgs:             1

MEEHAN 003531

```
# of Stories:              1
Land Area:                 21,868 Sq Ft
Parcels:                   1
```

Property Description:

The property is improved with a unanchored retail strip center.

Tenant Information:

```
Total # Tenants:           5
Major Tenants / Square Footage
Cutting Edge Pizza, LLC / 1,500
Quiznos / 1,500
Finish Nails / 1,100
Katz Insurance / 1,000
Liberty Tax Service / 900
```

Assignment Instructions:

The appraisal will result in the Market Value As Is and the Prospective Value as of the date of stabilization, if dates are considered different.

Property Contact Information:

Phone:
Fax:

Intended Use/User

Other financial institutions may be participating in this transaction. The Intended User statement should acknowledge that the intended users include PNC Bank, its successors or assigns, and any participating financial institutions. The Intended Use statement should acknowledge that this valuation assignment was developed consistent with the scope specified by PNC Bank.

*** Do not send Final Reports until notified ***
Number of Reports
1 Final Hard Copies

Attn:
This appraisal engagement is subject to and in conformance with the terms and conditions of the PNC Valuations Services Master Contract Agreement (revised 01/19/01) which is published on the PNC Valuations Services web site. You can log into the website using this link:
https://www.pncrealestatefinance.com/links/Appraiser/AppraiserLogIn.jsp

MEEHAN 003532

10.2.3.    MASTER APPRAISAL AGREEMENT

MEEHAN 003533



## MASTER REAL ESTATE VALUATION
## SERVICES AGREEMENT
(Revised 8/1/10)

Pursuant to the terms, conditions and certifications contained in this letter ("Letter Agreement"), you are hereby authorized to perform a real estate collateral valuation (a "valuation") based on the scope of services and assignment instructions provided within the e-mail notification of authorization for the property or properties know as:

PROPERTY NAME(S):                  Please refer to our e-mail notification for authorization

PROPERTY ADDRESS/ADDRESSES:        Please refer to our e-mail notification for authorization

PROPERTY DESCRIPTION(S):           Please refer to our e-mail notification for authorization

EFFECTIVE DATE OF VALUATION(S):    Please refer to our e-mail notification for authorization

INFORMATION/PROPERTY CONTACT(S):   Please refer to our e-mail notification for authorization


PNC Bank, National Association ("PNC Bank") or the property contact will provide information necessary to complete the valuation assignment.

The valuation will result in the market value(s) requested in the RFP.

Market value, as defined and adopted by the Office of the Comptroller of the Currency is as follows:


### Market Value

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated

(2) Both parties are well informed or well advised, and are acting in what they consider their own best interests

(3) A reasonable time is allowed for exposure in the open market

(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

MEEHAN 003534

(5) The price represents the normal consideration for the Property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. (Reference: 12 CFR 34.42 (F))

The development of the analysis and the written valuation report must be in conformance with FIRREA and federal regulations for the valuation service requested.

If this is an appraisal assignment, the appraisal will include all pertinent sections in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) and the federal regulatory requirements as specified by the Office of the Comptroller of the Currency, and include a copy of this engagement letter and qualifications of the appraisers involved in the performance of this appraisal assignment.

If this is an appraisal assignment, any steps that are taken to comply with the Competency Provision of the USPAP must be disclosed prior to accepting this assignment and must be described in the appraisal report. For your convenience, said standards and requirements are outlined in *Attachment A,* which by reference becomes an integral part of this Letter Agreement. (Refer to *Attachment A: PNC Bank Minimum Nonresidential Appraisal Standards).*

If this valuation assignment involves the appraisal of a residential subdivision, the standards and requirement outlined in *Attachment B* will apply and by this reference become an integral part of this Letter Agreement. (Refer to *Attachment B: PNC Bank Minimum Residential Appraisal Standards).*

If this valuation assignment involves the appraisal of a low income housing tax credit development, the standards and requirement outlined in *Attachment C* will apply and by this reference become an integral part of this Letter Agreement. (Refer to *Attachment C: DEMAND ANALYSIS FOR LIHTC DEVELOPMENTS).*

If the assignment is for a non-appraisal service, the valuation report must include the preparer's name, address and signature; describe the real estate collateral (including the condition and the current/proposed use); describe the information used in the analysis; describe the analysis and supporting information; and provide an opinion of the real estate's market value as of a specified effective date, along with any limiting conditions.

We each acknowledge that a dispute between PNC Bank and the borrower may arise in connection with the value of this property. Should such circumstance arise, you may be required to give testimony on behalf of PNC Bank and attend court or other legal proceedings associated with the dispute. If this occurs, a separate agreement will be drafted between you and PNC Bank delineating both obligations and compensation.

Your agreement to be bound by this Letter Agreement acknowledges that you have been engaged by PNC Bank to perform the valuation assignment for an agreed upon fee, which will be paid by PNC Bank after the valuation has been reviewed and accepted. Please refer to the e-mail notification of acceptance for the details regarding the fee agreement, valuation report due date, and the required number of copies of the valuation report. It is understood that there is an agreed upon deadline for this assignment and that time is of the essence. A penalty of five (5) percent of the valuation fee will be charged *for each business day* that the valuation report is overdue. This penalty will be deducted from the agreed upon valuation fee.

MEEHAN 003535

PNC Bank reserves the right to share the valuation report with internal support departments (accountants, tax consultants, auditors, legal staff, etc.); the appropriate federal regulatory agencies, as required in the course of business; another financial institution which requests such information; to the current or prospective borrower(s); or to other third parties as deemed appropriate by PNC Bank. Furthermore, PNC Bank may extract data from the valuation report for in-house analysis. In disseminating copies of the valuation report, PNC Bank agrees to notify the recipient that the valuation report was prepared for the sole benefit of PNC Bank and should not be relied upon by any other person or entity.

You agree that all non-public information including, without limitation, information about individuals, provided by PNC Bank to you or of which you acquire knowledge during the course of your engagement under this Letter Agreement, including, but not limited to names, addresses, telephone numbers, account numbers, customers lists, and demographic, financial and transaction information ("Customer Information"), shall be deemed to be confidential and proprietary to PNC Bank. You shall not use the Customer Information for any purpose other than as required for the performance of your obligations under this Letter Agreement, and you shall not duplicate or incorporate the Customer Information into your own records or databases. You agree that any dissemination of the Customer Information within your own business entities shall be on a "need to know" basis for the sole purpose of the performance of your obligations hereunder. You shall not disclose the Customer Information to any third party, including an affiliate of yours or a permitted subcontractor, without the prior written consent of PNC Bank and the borrower and the written agreement of such third party to be bound by the terms of this paragraph and the immediately succeeding paragraph. Unless otherwise prohibited by law, you shall (i) immediately notify PNC Bank of any legal process served on you for the purpose of obtaining Customer Information and (ii) permit PNC Bank adequate time to exercise its legal options to prohibit or limit disclosure. You shall establish and maintain policies and procedures designed to insure the confidentiality of the Customer Information. Not later than thirty (30) days following termination of an valuation assignment subject to the terms of this Letter Agreement, you shall at PNC Bank's discretion either (i) return the Customer Information to PNC Bank or (ii) certify in writing to PNC Bank that such Customer Information has been destroyed. You shall notify PNC Bank promptly upon the discovery of the loss, unauthorized disclosure or unauthorized use of the Customer Information. You shall permit PNC Bank to audit your compliance with the provisions of this paragraph at any time during your regular business hours.

In addition to any other rights PNC Bank may have under this Letter Agreement or in law, since unauthorized use of disclosure of the Customer Information may result in immediate and irreparable injury to PNC Bank for which monetary damages may not be adequate, in the event you or any officer, director, employee, agent or subcontractor of yours uses or discloses or in PNC Bank's sole opinion, any such party is likely to use or disclose the Customer Information in breach of your obligations under this Letter Agreement, PNC Bank shall be entitled to equitable relief, including temporary and permanent injunctive relief and specific performance. PNC Bank shall also be entitled to the recovery of any pecuniary gain realized by you from the unauthorized use or disclosure of Customer Information. The provisions of this paragraph and the immediately preceding paragraph shall survive the termination of this Letter Agreement.

MEEHAN 003536

You intend to be legally bound hereby and agree that the provisions hereof shall be governed and construed by the laws of Pennsylvania.

It is understood and agreed that this contract is between PNC Bank and you on behalf of your appraisal firm. The valuation report must be performed (and the report signed) by you. In addition, you must personally inspect the property. If you are not making a personal inspection of the property or properties you must notify PNC Real Estate Valuation Services prior to accepting the assignment. This does not preclude participation in the valuation process by other qualified associates of the firm.

Please retain a copy of this document for your files

We look forward to working with you on this valuation assignment

MEEHAN 003537

10.2.4. ATTACHMENT A, B, C

MEEHAN 003538

# ATTACHMENT A

# PNC BANK MINIMUM NONRESIDENTIAL APPRAISAL STANDARDS

The following is intended to assist the appraiser in providing the Bank with an appraisal report which complies with Bank policy, federal appraisal regulations and Uniform Standard of Professional Appraisal Practice (USPAP), as required by FIRREA. It is important that an appraisal communicate the reasoning, logic and analysis used to formulate an estimate of market value. While the methodology and technique employed in an appraisal are at the discretion of the appraiser, the report must demonstrate to the reader the reasonableness of the values reported. Appraisals must be set forth in a clear and accurate manner, and meet the minimum appraisal standards outlined below to be considered acceptable.

## I. MINIMUM APPRAISAL STANDARDS FOR FEDERALLY RELATED TRANSACTIONS

1.  Conform to the most recently published version of the Uniform Standards of Professional Appraisal Practice (USPAP) promulgated by the Appraisal Standards Board of the Appraisal Foundation.

2.  Be written and contain sufficient information and analysis to support the institution's decision to engage in the transaction.

3.  Analyze and report appropriate deductions and discounts for any proposed construction, any completed properties that are partially leased or leased at other than market rents as of the date of the appraisal, or any tract development with any unsold units.

4.  Be based on the following definition of market value:

    "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

    a.  Buyer and seller are typically motivated;
    b.  Both parties are well informed or well advised, and are acting in what they consider their own best interests;
    c.  A reasonable time is allowed for exposure in the open market;
    d.  Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
    e.  The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

    **REFERENCES:**        OCC 12 CFR   34.42 (F)
                    FDIC 12 CFR   323.2 (F)
                    OTS 12 CFR    564.2 (F)
                    FRS 12 CFR    225.62 (F)

5.  Be performed by State-Licensed or Certified appraisers in accordance with requirements set forth in FIRREA.

MEEHAN 003539

# SUMMARY REPORT - SUGGESTED CONTENT

Summary appraisal reports are expected to include a sufficient depth of analysis, commensurate with the complexity of the appraisal assignment, to assist the Bank in understanding the rationale of the value conclusions. Additionally, the appraisal must comply with Bank policy, federal appraisal regulations and USPAP, as required by FIRREA.

A.  **Letter of Transmittal**

The contents of the letter of transmittal should include:

1.  The PNC property number;

2.  Reporting option used for the appraisal;

3.  Date of the report;

4.  Identification of the property type, property name if applicable and the property location (street address, municipality, county, state);

5.  Identification of the interest or property rights being appraised;

6.  The estimated value(s) and respective effective date(s) of each value. Future values are to be reported as prospective values;

7.  **Extraordinary assumptions and hypothetical conditions affecting the assignment results must be clearly and conspicuously stated. State that their use may have affected the assignment results;**

8.  PNC prefers that the signatures of the appraiser engaged to provide the appraisal and all others who provide significant professional assistance in formulating the opinion of value, if lawful;

9.  When appropriate, a separate value for any personal property, fixtures or intangible items must be provided. This value should be supported within the body of the report.

B.  **Table of Contents**

Address all major headings in this outline and reference with page number.

C.  **Summary of Important Facts and Conclusions**

The following items should be organized in a summary format:

1.  Location (Address)
2.  Owner of record
3.  Land Area
4.  Brief description of the improvements
5.  Zoning

MEEHAN 003540

## SUMMARY REPORT - SUGGESTED CONTENT (CONTINUED)

**C.** **Summary of Important Facts and Conclusions** (Continued)

6. Flood Zone
7. Highest and Best Use conclusion "As Vacant" and "As Improved"
8. Property rights appraised
9. All pertinent value conclusion(s)
10. Effective date(s) of value
11. Date of Inspection
12. Estimated marketing period

**D.** **Assumptions and Limiting Conditions**

State any assumptions and limiting conditions.

**E.** **Statement of Competency** (If Applicable)

Disclose any steps taken to comply with the competency provision of USPAP.

**F.** **Identity of the Client and Intended Use**

State the identity of the client and any intended users by name or type and the intended use of the appraisal.  Typically the intended users should include PNC Bank, its successors or assigns, and any participating financial institutions.

**G.** **Identification of the Property and the Use**

Provide a summary of information sufficient to identify the real estate.  This should include the physical and economic characteristics relevant to the assignment.  State the use of the real estate as of the date of value and the use of the real estate reflected in the appraisal.

**H.** **Definition of the Interest or Property Rights Appraised**

Identify the interest or property rights being appraised.

**I.** **Definition of value**

State the type and definition of value and cite the source of the definition.

MEEHAN 003541

*ATTACHMENT A*                                                        *Page 4 of 17*
*PNC BANK MINIMUM APPRAISAL STANDARDS*

## SUMMARY REPORT - SUGGESTED CONTENT (CONTINUED)

J.   **Effective Date of Value and Report**

State the Effective Date of value and the date of report.

K.   **Scope of Work**

Summarize the scope of work used to develop the appraisal.  (Refers to the extent of the process of collecting, confirming, and reporting data)

L.   **Sales History of the Subject Property**

Report a three year sales history for the subject including sellers, buyers, sale dates, sale prices and terms. Any sales along with any pending offerings, options, or listings must be analyzed and discussed (USPAP).  Any variances between the sale price(s), offerings or listings and the appraised value must be reconciled.  If there have been no sales, a statement of this fact must be included.  Additionally, if no known option, offering, or listing exists, a statement should be included which addresses the absence of these items.

K.   **Regional Analysis**

The subject's geographic region should be analyzed and presented in a summarized format. Conclude to the current and forecasted state of the region and its impact on the market value of the subject.

L.   **Neighborhood Analysis**

The neighborhood analysis should consider relevant demographics, land use trends, transportation linkages, and the availability of public utilities and amenities.  A conclusion of the current and future state of the neighborhood and  any impact on the subject should be summarized.

M.   **Market Analysis**

The complexity and depth of market analysis should also reflect the property type and size of the project, and should consider existing competition; proposed or planned additions to supply/demand; historic and projected vacancy, rents and market concessions along with  the current market conditions and trends that will affect the subject.

O.   **Tax and Assessment Analysis**

The property assessment must be identified and the ad valorem taxes estimated. (A brief explanation of the assessment methodology of the assessing body is recommended.)   Any significant variance in the current assessed value and estimated value must be reconciled.

MEEHAN 003542

## SUMMARY REPORT - SUGGESTED CONTENT (CONTINUED)

P.   **Site Analysis**

1.   Analyze the shape, size and topographical features of the site.
2.   Analyze the availability of public utilities.
3.   Analyze site characteristics with respect to:
   a.   drainage
   b.   existence of flood plain conditions
   c.   ingress, egress and visibility
   d.   soil and subsoil conditions
4.   Analyze parking accommodations (comment on the compliance with ordinances)
5.   Analyze the following legal restrictions:
   a.   zoning (comment on the reconstruction of non-conforming uses and conformance to market norms)
   b.   title or easements status
   c.   right-of-way restrictions
   d.   if proposed, comment on if all necessary governmental approvals are secured.
6.   Analyze the functional adequacy of the site.
7.   Analyze the subject's relationship to adjoining properties.
8.   Provide a copy of a survey or tax map.
9.   Note the presence (observable or known) of any adjoining or nearby property which may contribute to environmental risk, to the extent determinable by an appraiser.

Summarize the analyses performed in this section with a focus on conveying any atypically positive or negative site conditions that impact the value of the subject.

Q.   **Description of the Improvements**

1.   Summarize the current use and design.
2.   Provide a sketch or floor plans with dimensions.
3.   State the quality and type of construction.
4.   Provide a summary of the construction details (interior and exterior).
5.   State the current condition of the structure(s).
6.   Comment on the functional utility and the adequacy of the design and layout.
7.   Comment on the compatibility of the subject and surrounding land use.
8.   Comment on the nature, scope and timing of any proposed improvements.
9.   When appropriate, provide a description of any equipment, fixtures and chattel property.
10.  Estimate the effective age of the improvements.
11.  Provide interior and exterior photographs exhibiting the condition, quality of the improvements.
12.  Comment on the presence (observable or known) of hazardous waste or pollutants, to the extent determinable by an appraiser, in the improvements and the site of the property being appraised.  Additionally, consider current and any known past uses of the property for potential environmental risk (to the extent determinable by an appraiser).

Summarize your analysis of the improvements with a focus on conveying any atypically positive or negative features of the improvements that impact the value of the subject.

MEEHAN 003543

*ATTACHMENT A*                                                                      *Page 6 of 17*
*PNC BANK MINIMUM APPRAISAL STANDARDS*

## SUMMARY REPORT - SUGGESTED CONTENT (CONTINUED)

**R.   Highest and Best Use Analysis**

Analyze the Highest and Best Use of the subject "As If Vacant" and "As Improved."   Summarize the findings of the Highest and Best Use analysis, as if vacant, and as improved.  If the Highest and Best Use analysis concludes that a change in use is warranted, provide sufficient information and support for the reader to understand the conclusion.

**S.   Land Value Analysis (if applicable)**

The site should be valued "As if Vacant and Available" for its Highest and Best Use.   Provide a summarized discussion of each adjustment along with any market-based support.  Generalized discussions of applied adjustments are insufficient.

**T.   Cost Approach (if applicable)**

1. Summarize the estimation of cost new (direct, indirect and site improvements) and entrepreneurial profit.
2. Summarize the rational for the estimates of physical deterioration, functional and external obsolescence.
3. If the cost approach is not developed proper justification must be given.

**U.   Income Approach (if applicable)**

1. The following items must be considered when developing the gross income potential for the subject:
    a.   Existing leases should be summarized and analyzed. Establish whether the existing leases are at market rates and terms
    b.   Summarize the comparable leases or rental properties to the extent needed for the reader to understand the rational for the adjustments applied.
    c.   Summarize any adjustments applied to the rent comparables.
    d.   Please provide photographs and a map exhibiting the location of the subject and the comparable properties.
2. Vacancy rates for the subject should be estimated after considering the current vacancy rate at the subject and those at comparable properties.
3. Expense forecasts must be adequately supported with historical data, comparable data and/or a reputable operating expense survey.  When applicable, replacement reserves must be considered.
4. The selection of a capitalization rate or discount rate must be adequately supported. Market support extracted from actual sales or independent survey data is recommended.
5. Growth rates used in a discounted cash flow must be supported by market evidence.
6. Appropriate discounts and deductions must be made for partially leased properties or properties leased at other than market rents.   Any estimates of the absorption of unleased space must be discussed and supported.
7. Actual income and expense history of the subject must be analyzed and reconciled to any variances with the appraiser's projections.
9. If the income approach is not developed, proper justification must be given.

MEEHAN 003544

## SUMMARY REPORT - SUGGESTED CONTENT (CONTINUED)

**V.   Sales Comparison Approach (if applicable)**

    1.   A preferred analysis would include the following:

        a.   Summarized description of each sale to the extent needed for the reader to understand the rational for the adjustments applied.

        b.   An adjustment grid with quantitative adjustments.  Any adjustments applied to the improved sales must be supported with market data or logical analysis.

        c.   A summarized discussion of each adjustment and its market-based support.

        d.   Provide photographs and a map exhibiting the location of the subject and the comparable properties.

    2.   If the sales comparison approach is excluded, proper justification must be given.

**W.   Reconciliation and the Final Value Estimate**

Summarize the relevance, advantages and disadvantages of each approach and the rationale for the exclusion of any approach.  The final value conclusion must be stated together with the interest appraised and the effective date of the appraisal.

When appropriate, a separate value for any personal property, fixtures or intangible items must be provided.

**X.   Certification**

The appraiser must include a signed certification which is similar in content found in (USPAP 2-3).  *NOTE:* You must disclose any services performed relating to the subject property within the prior three years.  Additional certification statements to comply with specific state rules and comply with professional organization requirements should also be included

**Y.   Addendum**

The contents of the Addendum should include:

    1.   **Award email**

    2.   Qualifications of the Appraiser

    3.   Copy of the appraiser(s) state certification for the state in which the subject property is located.

    4.   Miscellaneous Documents (As appropriate)

        a.   Rent roll

        b.   Lease abstracts

        c.   Supporting data, etc.

        d.   Zoning codes, etc.

        e.   Subject photographs

*NOTE:*   Exhibits such as site plans, maps and representative photographs are most advantageous to the reader when they face the text or are found on the following pages.  Exhibits that necessitate several pages should be placed in the addendum so that they will not adversely affect the flow of the report.

MEEHAN 003545

*ATTACHMENT A*                                                           *Page 8 of 17*
*PNC BANK MINIMUM APPRAISAL STANDARDS*

## SELF-CONTAINED REPORT - SUGGESTED CONTENT

The appraisal report will be expected to include a sufficient depth of analysis, commensurate with the complexity of the appraisal assignment, to assist the Bank in understanding the rationale of the value conclusions.  Additionally, the appraisal must comply with Bank policy, federal appraisal regulations and USPAP, as required by FIRREA.

A.   **Letter of Transmittal**

The contents of the letter of transmittal should include:

1.   Date of the report.

2.   The PNC property number

2.   Identification of the property type, property name if applicable and the property location (street address, municipality, county, state).

3.   Identification of the interest or property rights being appraised.

4.   A statement that the appraisal is prepared in accordance with the standards and reporting requirements of the Uniform Standards of Professional Appraisal Practice adopted by the Appraisal Standards Board of the Appraisal Foundation.

5.   The estimated value(s) and respective effective date(s) of each value.  Future values are to be reported as prospective values.

6.   **Extraordinary assumptions and hypothetical conditions affecting the assignment results must be clearly and conspicuously stated.  State that their use may have affected the assignment results;**

7.   PNC prefers that the signatures of the appraiser engaged to provide the appraisal and all others who provide significant professional assistance in formulating the opinion of value.

8.   When appropriate, a separate value for any personal property, fixtures or intangible items must be provided.  This value should be supported within the body of the report.

B.   **Table of Contents**

Address all major headings in this outline and reference with page number.

MEEHAN 003546

# SELF-CONTAINED REPORT - SUGGESTED CONTENT

**C.   Summary of Important Facts and Conclusions**

The following items should be organized in a summary format:
1.  Location (Address)
2.  Owner of record
3.  Land area
4.  Brief description of the improvements'
5.  Zoning
6.  Flood Zone
7.  Highest and Best Use conclusion "As Vacant" and "As Improved"
8.  Property rights appraised
9.  All pertinent value conclusion(s)
10. Effective date(s) of value
11. Date of Inspection
12. Estimated marketing period

**D.   Assumptions and Limiting Conditions**

State any assumptions and limiting conditions.

**E.   Statement of Competency** (If Applicable)

Disclose any steps taken to comply with the competency provision of USPAP.

**F.   Purpose, Client, and Intended Use/User of the Appraisal**

Identify the purpose, client and intended user/use of the appraisal.  Typically the intended users should include PNC Bank, its successors or assigns, and any participating financial institutions.

**G.   Definition of the Interest or Property Rights Appraised**

Identify the interest or property rights being appraised and provide the appropriate definition.

**H.   Identification of the Property and the Use**

Provide a summary of information sufficient to identify the real estate.  This should include the physical and economic characteristics relevant to the assignment.  State the use of the real estate as of the date of value and the use of the real estate reflected in the appraisal.

**I.   Effective Date of Value and Report Date**

Effective date of value and appraisal report date

**J.   Scope of the Appraisal**

Outline the scope of the appraisal.  (Refers to the extent of the process of collecting, confirming, and reporting data)

MEEHAN 003547

## SELF-CONTAINED REPORT - SUGGESTED CONTENT

**K.    Sales History of the Subject Property**

Report a three year sales history for the subject property including sellers, buyers, sale dates, sale prices and terms. Any sales along with any pending offerings, options, or listings must be discussed (USPAP).  Any variances between the sale price(s), offerings or listings and the appraised value must be reconciled.  If there have been no sales, a statement of this fact must be included.  Additionally, if no known option, offering, or listing exists, a statement should be included which addresses the absence of these items.

**L.    Regional Analysis**

The following general information regarding the subject's geographic region should be analyzed:
1.    Current and future population and employment
2.    Economic base, and availability and type of labor force
3.    Government services
4.    Transportation facilities
5.    Regional acceptability
6.    Existing and proposed amenities (health care, education, recreation, etc.)
A conclusion of the current and future state of the region and any impact on the subject should be discussed.

**M.    Neighborhood Analysis**

The following general information regarding the subject's neighborhood should be analyzed:
1.    The competitive boundaries of the subject neighborhood should be delineated.
2.    Discuss relevant adverse influences, advantages and amenities within the neighborhood.
3.    Address existing and proposed land usage within the neighborhood.
4.    Address the availability, cost and adequacy of public utilities in the neighborhood.
5.    Provide a supportable forecast of the future for the neighborhood and relate such forecast to the subject.
A conclusion of the current and future state of the neighborhood and any impact on the subject should be discussed.

**N.    Market Analysis**

The complexity and depth of market analysis should reflect the property type and size of the project, and should consider the following:
1.    Existing competition
2.    Existing, proposed or planned additions to supply/demand
3.    Historic and projected vacancy, rents and market concessions

*Note:* The Market Analysis may be incorporated into the section on Highest and Best Use or the approaches to value.

MEEHAN 003548

## SELF-CONTAINED REPORT - SUGGESTED CONTENT

O.   **Trend Analysis**

The current market conditions and trends that will affect the projected income or the absorption period of the subject must be reported and analyzed.

P.   **Tax and Assessment Analysis**

1.   The property assessment must be identified and the ad valorem taxes estimated. (A brief explanation of the assessment methodology of the assessing body is recommended.)
2.   Tax comparables are highly recommended.   If the property is proposed, tax comparables are required.
3.   Discuss the basis for any real estate tax expense estimates.
4.   Any significant variance in the current assessed value and estimated value must be discussed and reconciled.

Q.   **Site Analysis**

1.   Describe the shape, size and topographical features of the site.
2.   Address the adequacy and accessibility of public utilities.
3.   Address site characteristics with respect to:
     a.   drainage
     b.   existence of flood plain conditions
     c.   ingress, egress and visibility
     d.   soil and subsoil conditions
4.   Address parking accommodations (comment on the compliance with ordinances)
5.   Address the following legal restrictions:
     a.   zoning
     b.   title or easements status
     c.   right-of-way restrictions
     d.   if proposed, comment on if all necessary governmental approvals are secured.
6.   Comment on the functional adequacy of the site.
7.   Comment on the relationship to adjoining properties.
8.   Provide a copy of a survey or tax map.
9.   Note the presence (observable or known) of any adjoining or nearby property which may contribute to environmental risk, to the extent determinable by an appraiser.

MEEHAN 003549

## SELF-CONTAINED REPORT - SUGGESTED CONTENT

R. Description of the Improvements

1. Describe the current use and design.
2. Provide a sketch or floor plans with dimensions.
3. Comment on the quality and type of construction.
4. Provide a description of the construction details (interior and exterior).
5. Comment on the current conditions of the structure(s).
6. Comment on the functional utility and the adequacy of the design and layout.
7. Comment on the compatibility of the subject and surrounding land use.
8. Comment on the nature, scope and timing of any proposed improvements.
9. When appropriate, provide a description of any equipment, fixtures and chattel property.
10. Estimate the effective age of the improvements.
11. Provide representative photographs of the improvements.
12. Comment on the presence (observable or known) of hazardous waste or pollutants, to the extent determinable by an appraiser, in the improvements and the site of the property being appraised. Additionally, consider current and any known past uses of the property for potential environmental risk (to the extent determinable by an appraiser).

S. Highest and Best Use Analysis

1. Analyze the Highest and Best Use of the subject "As If Vacant" and "As Improved."
2. The Highest and Best Use is defined in the Dictionary of Real Estate Appraisal, a publication of The American Institute of Real Estate Appraisers (currently known as The Appraisal Institute) as:
   "The reasonable and probable use that supports the highest present value of vacant land or improved property, as defined as of the appraisal date."
3. Analyze the Highest and Best Use of the subject "As if Vacant" and "As Improved". The following four tests of Highest and Best Use are applied "As if Vacant" and "As Improved":
   a. As Vacant
      (1) *Physically possible:* analyze shape, size, area, topography and soil conditions of the site.
      (2) *Legally permissible:* uses permitted under zoning or other legal restrictions.
      (3) *Financially feasible:* that use among the possible and legal uses that provide an economic return which is equal to or great than the amount of capital to acquire and develop the property.
      (4) *Maximally productive:* among the financially feasible uses which produces the highest return.
   b. As Improved:  Analysis should recognize that the existing use may or may not conform to the "ideal" use of the site, if vacant.  Consider whether the improvements should be renovated, rehabilitated, demolished or maintained "as is". The four tests of Highest and Best Use are reapplied.  The Highest and Best Use, As Improved, must indicate the optimal use that could be made of the property as it exists.

MEEHAN 003550

# SELF-CONTAINED REPORT - SUGGESTED CONTENT

T.  Land Value Analysis

1.  The site should be valued "As if Vacant and Available" for its Highest and Best Use.
2.  The sales comparison approach is the preferred method of estimating land value. An alternate method may be utilized due to the lack of comparable sales. The appraiser should discuss the rationale for using an alternate method.
3.  A preferred analysis would include the following:
    a.  An adjustment grid with quantitative adjustments
    b.  A narrative discussion of each adjustment and its market-based support.
    c.  An indication of whether or not a cash equivalent adjustment is necessary.
    d.  A location map, photographs and a copy of a tax map or sketch which illustrates the shape of each comparable sale.

U.  Cost Approach

1.  The estimation of cost new must be supported. (direct, indirect and site as appropriate)
2.  Entrepreneurial profit must be recognized and sufficiently supported.
3.  Any losses due to physical deterioration, functional and external obsolescence must be properly developed and supported.
4.  When appropriate, a separate value for any personal property, fixtures, or intangible items must be provided.
5.  If the cost approach is not developed proper justification must be given.

V.  Income Approach

1.  The following items must be considered when developing the gross income potential for the subject:
    a.  Existing leases must be described and analyzed.
    b.  Comparable rentals must be adequately described and analyzed. Any adjustments applied to the rent comparables must be supported with market data or a logical analysis.
    c.  The report must establish whether the existing leases are at market rates and terms.
2.  Vacancy rates for the subject should be estimated after considering the current vacancy rate at the subject and those at comparable properties. Reconcile any significant differences in the projected vacancy for the subject and the market.
3.  Expense forecasts must be adequately supported with historical data, comparable data and/or a reputable operating expense survey. When applicable, replacement reserves must be considered.
4.  The selection of a capitalization rate or discount rate must be adequately supported. Market support using actual sales or independent survey data is recommended.
5.  Growth rates used in a discounted cash flow must be discussed and supported by market evidence.
6.  Appropriate discounts and deductions must be made for partially leased properties or properties leased at other than market rents. Any estimates of the absorption of unleased space must be discussed and supported.

MEEHAN 003551

## SELF-CONTAINED REPORT - SUGGESTED CONTENT

7.  Actual income and expense history of the subject must be discussed and reconciled to any variances with the appraiser's projections.
8.  When appropriate, a separate value for any personal property, fixtures, or intangible items must be provided.
9.  If the income approach is not developed, proper justification must be given. (FIRREA)

W.  **Sales Comparison Approach**

1.  A preferred analysis would include the following:
    a.  An adequate description of the comparable sales.
    b.  An adjustment grid with quantitative adjustments.
    c.  A narrative discussion of each adjustment and its market-based support.
    d.  An indication of whether or not a cash equivalent adjustment is necessary.
    e.  A location map, photograph, and a copy of a tax map or sketch which illustrates the shape for each site.
2.  When appropriate, a separate value for any personal property, fixtures, or intangible items must be provided.
3.  If the sales comparison approach is excluded, proper justification must be given.

X.  **Reconciliation and the Final Value Estimate**

Discuss the relevance, advantages and disadvantages of each approach.  The rationale for the exclusion of any approach must be included.   The final value conclusion must be stated together with the interest appraised and the effective date of the appraisal.

Y.  **Certification**

Refer to example on page16.  *NOTE:* You must disclose any services performed relating to the subject property within the prior three years.  Additional certification statements to comply with specific state rules and comply with professional organization requirements should also be included

Z.  **Addendum**

The contents of the Addendum should include:

1.  **Award email**
2.  Qualifications of the Appraiser

    a.  Present employment
    b.  Education
    c.  Government agency or institutional clients
    d.  Significant appraisal assignments
    e.  Professional affiliations
3.  Copy of the appraiser(s) state certification for the state in which the subject property is located.

MEEHAN 003552

## SELF-CONTAINED REPORT - SUGGESTED CONTENT

4.    Miscellaneous Documents

    a.    Rent roll
    b.    Lease abstracts
    c.    Supporting data, etc.
    d.    Zoning codes, etc.
    e.    Subject photographs

*NOTE:*    Exhibits such as site plans, maps and representative photographs are most advantageous to the reader when they face the text or are found on the following pages. Exhibits that necessitate several pages should be placed in the addendum so that they will not adversely affect the flow of the report.

MEEHAN 003553

## SAMPLE CERTIFICATION

The appraiser must include a signed certification which is similar in content to the following (USPAP 2-3):

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

I have made a personal inspection of the property that is the subject of this report. (if more than one person signs this report, this certification must clearly specify which individuals did not make a personal inspection of the appraised property.)

No one provided significant real property appraisal assistance to the person signing this certification. (if there are exceptions, the names of each individual providing significant real property appraisal assistance must be stated.)

*(This statement must be signed by the appraiser.)*

*NOTE:* Additional certification statements to comply with specific state rules and comply with professional organization requirements should also be included. You must disclose any services performed relating to the subject property within the prior three years. Disclosure is only required if you have provided services during the specified timeframe.

MEEHAN 003554

## VALUE ESTIMATES THAT ARE TYPICALLY REQUESTED

All appraisals must be based upon definition of market value as set forth above. In addition, other value estimates may be required:

1.  **"Market Value As Is"** - An estimate of market value of the property in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions or qualifications as of the date the appraisal is prepared. In addition to other value estimates required, all appraisals must report the "Market Value As Is" for the property.

2.  **"Prospective Market Value As If Complete"** - An estimate of market value with all proposed construction, conversion, or rehabilitation hypothetically completed, or other specified hypothetical conditions *as of the date of the estimated completion.*

3.  **"Prospective Market Value As If Complete and Stabilized"** - An estimate of market value using the same assumptions as noted in the previous definition above, except stabilized occupancy as of the estimated date of stabilization.

4.  **"Market Value to a Single Purchaser" or "Discounted Value"** - An estimate of value to a single purchaser as of the date of completion, wherein a portion of the overall real property rights or physical asset would typically be sold to its ultimate users over some future time period. This definition applies to "for sale" type development properties. Such valuation estimates must fully reflect all appropriate deductions and discounts as well as the anticipated cash flows to be derived from the disposition of the asset over time.

5.  **"Disposition Value"** - The most probable price that a specified interest in real property is likely to bring under all of the following conditions: 1). Consummation of a sale will occur within a limited future marketing period specified by the client; 2). The actual market conditions currently prevailing are those to which the appraised property interest is subject; 3). The buyer and seller is each acting prudently and knowledgeably; 4). The seller is under compulsion to sell; 5). The buyer is typically motivated; 6). Both parties acting in what they consider their best interest; 7). An adequate marketing effort will be made in the limited time allowed for the completion of a sale; 8). Payment made in cash in U.S. dollars or in terms of financial arrangements comparable thereto; 9). The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

6.  **"Liquidation Value"** - The most probable price that a specified interest in real property is likely to bring under all of the following conditions: 1). Consummation of a sale will occur within a severely limited future marketing period specified by the client; 2). The actual market conditions currently prevailing are those to which the appraised property interest is subject; 3). The buyer is each acting prudently and knowledgeably; 4). The seller is under extreme compulsion to sell; 5). The buyer is typically motivated; 6). The buyer is acting in what he or she considers his or her best interest; 7). An limited marketing effort and time will be allowed for the completion of a sale; 8). Payment made in cash in U.S. dollars or in terms of financial arrangements comparable thereto; 9). The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

MEEHAN 003555

## ATTACHMENT B
## PNC BANK REAL ESTATE VALUATIONS POSITION STATEMENT
## THE APPRAISAL OF RESIDENTIAL SUBDIVISIONS
### August 10, 1993

*These guidelines are applicable for all subdivision projects entered into by PNC Bank, National Association.*

### I. MARKETABLE PROPERTY TYPES

There are three marketable property types (stages) of a residential subdivision.

**A. Land**

Typically "raw", i.e., undeveloped (no site development) and unimproved (no structural improvements). **The target market for "land" consists of "developers".**

1. Typically includes land on which no interior development has been performed; utilities and amenities may be available off-site, but are not developed within the property, or have not been developed for exclusive use by the subject property.

2. May include land "approved" for a specific subdivision, i.e., some legal or professional work has been performed, but the site remains "undeveloped" (no physical site improvements). "Approval" should be evidenced by a recorded subdivision plan; a zoning change typically does not constitute "approval".

**B. Lot**

"Developed lots" have completed site development, such as roads, water, sewer and utilities. **The target market for "lots" consists of "builders".**

1. Developed lots are ready for structural improvements (vertical construction).

2. A tract of "approved lots", without site development, should be considered land.

**C. Residence**

An "improved lot" is structurally improved with a house, townhouse, or condominium. **The target market for "residences" consists of "homeowners/occupants".**

### II. MARKET PARTICIPANTS

There are four market participants in the residential subdivision process.

**A. Land Owner**

The land owner will sell land when the benefit gained from transferring the property exceeds the benefit gained from current usage of the property. Although the "developer" may be the most likely purchaser of raw land, demand is ultimately created by potential owners/occupants of completed residences, not by the developer.

Subdivision Position Paper Attachment B.doc

MEEHAN 003556

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Two of Ten*

B. Developer

This entity converts raw land into "developed lots" (fully developed in terms of approvals and physical site improvements).

C. Builder

This entity converts a developed lot into a structurally complete residence suitable for occupancy by the ultimate user, i.e., the homeowner/occupant.

D. Resident

The subdivision process is undertaken because of the demand created by the ultimate user, i.e., the homeowner/occupant.

III. In all appraisal assignments, Market Value of the property in its As Is condition is required, where "as is" refers to the legal and physical condition of the property as of the effective date of value (which must coincide with the appraiser's date of inspection).

When a prospective value is requested (e.g., value "as-if approvals have been granted", "as-if development of lots has been completed", "as-if construction has been completed"), the effective date of "completion" must be estimated and identified as the effective date of the hypothetical situation. The estimated prospective value must be reconciled to the "as is" value by identifying all costs required to bring the property to the specified stage of completed development (including considerations for timing and profit).

A. Market Value

The value "as is" as of the date of inspection, according to the definition promulgated by the regulatory agencies.

1. Land: measured directly by **Sales Comparison Approach** (see IV.A.1.), and possibly indirectly by a **Subdivision Analysis** (see IV.A.2.), which identifies projected "gross" and "net" sale proceeds from the orderly disposition of developed lots.

2. Lots: measured by **Sales Comparison and/or Cost Approaches** (see IV.B.1. & 2.), and possibly by a modified **Subdivision Analysis** (see IV.B.3.), which identifies projected "gross" and "net" sale proceeds from the orderly disposition of residential units.

3. Residences: measured by **Sales Comparison, Cost and Income Approaches** (see IV.C.1.).

Market value is to be based on the subject parcel's highest and best use. Consideration must be given to the costs associated with the completion, holding, and/or disposition of the lots and/or residences. Such costs may include, but are not limited to: infrastructure and hard/soft costs to construct any building improvements; costs arising from ownership, operation, sale; and any other cost or circumstance which affects the current risk and value of the property. The amount of time necessary to complete the improvements should be estimated.

The final value when appraising a subdivision will never be the summation of all of the values of the individual parcels. The estimated value must be the market value to a single purchaser.

Subdivision Position Paper Attachment B.doc

MEEHAN 003557

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Three of Ten*

B.  Gross Sale Proceeds

The sum of the sale prices, prior to any cost or expense deductions. This sum can be considered **Market Value** for 4 or fewer units (lots or residences), but for 5 or more units, consideration for discounting of the "net sale proceeds" is required to derive an estimate of value to one purchaser (see IV.B.1.b. and IV.C.2.).

C.  Net Sale Proceeds

The sum of gross sale proceeds, less holding costs and expenses incurred upon sale (profit is not considered a cost). This sum is not "Market Value", but does give an indication of funds available to pay debt and equity under the projected sell-out scenario.

D.  Present Value of Net Sale Proceeds

The periodic receipt of "net sale proceeds" adjusted for profit and discounted over the anticipated absorption period. The discount rate should be based on alternative investment opportunities (e.g., bond yields adjusted for illiquidity and management risk).

E.  Cost

Distinct definitions of "costs" include:

1.  Acquisition Cost is the price paid for the land or tract of lots/residences.

2.  Development Costs include land acquisition, hard costs for site improvements (including amenities and off-site improvements), professional costs and fees, administrative and marketing expenses. Additional costs may be created by financing all or part of the aforementioned costs. Other "costs" are created at the time of sale (commissions, closing expenses, etc.).

3.  Construction Costs include development costs (in the form of a lot acquisition price) and structural costs (including lot improvements such as landscaping, driveways, etc.). Additional costs may be created by financing the aforementioned costs. Other "costs" are created at the time of sale (commissions, closing expenses, etc.).

IV.  The regulations promulgated under FIRREA require a Market Value, As Is, for all real estate taken as collateral by a federally regulated financial institution entering into a real estate related transaction. Additionally, PNC Bank requires supplemental value calculations to assist them in their underwriting process. When performing an appraisal assignment for a PNC Bank, the appraiser should analyze residential subdivisions (proposed or existing) and/or components of residential subdivisions, consistent with the following guidelines.

A.  Valuation of Land

Land should be appraised as it physically and legally exists (i.e., with existing zoning, easements, jurisdictional restrictions. etc.), as if it were available for development to its Highest and Best Use.

Subdivision Position Paper Attachment B.doc

MEEHAN 003558

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Four of Ten*

1. The Sales Comparison Approach provides the means of analyzing land sales between land owners and developers (not speculative investors). This appraisal approach is standard for "approved" and "unapproved" property.

   a. Sales should be comparable in terms of location, size, legal status (zoning,approvals, etc.), physical condition, development potential, and Highest and Best Use.

   b. A discount for the projected holding period may be appropriate when development is not likely to occur in the current time period, and/or when the comparable sales do not reflect a comparable holding period. Discounting for a holding period may be particularly applicable in an over-built market (inventory of lots and/or residences exceeds demand) or in future phases of a proposed multi-phase project.

      i. The duration of the holding period is dependent on the supply/demand of comparable land and existing lot inventory within the competitive market, consistent with the appraiser's Highest and Best Use analysis.

      ii. Expenses incurred during the holding period (e.g., taxes, property maintenanceand costs of sale) should be deducted. Interest should not be deducted, as said deduction would make the value contingent upon assumed financing at specific terms, and thus could result in a value other than Market Value. The payment of expenses does not increase value, but failure to pay expenses may cause a reduction in property value.

      iii. There should not be a deduction for "developer's profit" (assuming no additional expenditures other than acquisition and holding costs) or "entrepreneurial" profit (already measured in the prices paid, per the comparable sales).

      iv. The discount rate should be at least as great as the cost of funds available in the market, adjusted for real estate risk (e.g., illiquidity and management risk), and commensurate with comparable alternative investment yields.

   **The value derived by the Sales Comparison Approach, with discounting as appropriate, represents Market Value, As Is, of the land to a developer ready to begin (or anticipating a delay in) development (i.e., the process of converting raw land to developed lots).**

2. **A** Subdivision Analysis is appropriate for the appraisal of land which has a specific approved (or existing) development plan. **This approach may not be relevant for "unapproved" property, but may be appropriate for "approved" property.** When this technique is utilized, market support is required in the appraiser's determination of the following:

   a. Market Value of developed lots (price paid by builders to developers, per the Sales Comparison Approach). Consideration must be made for the utility of the comparable lots, particularly with regard to the value range of the residence's "lot price-to-house price" ratio.

Subdivision Position Paper Attachment B.doc

MEEHAN 003559

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Five of Ten*

b.  Costs required to complete development, with reference to estimates prepared by the developer, but which have been confirmed by professionals (engineers) and/or national cost indices, and with consideration of the timing required to complete the proposed development.   Costs may include "hard" costs, holding expenses, administrative and legal expenses, and marketing/sales expenses.  Interest should not be deducted as an expense item.  A "developer's profit" (typically based on cost, not lot prices) is a legitimate deduction, as is entrepreneurial profit (typically based on lot prices, not cost).

c.  Absorption of developed lots in the competitive market (sales by developers to builders), with the rate of sales governed by the demand created by the ultimate users (homeowners/occupants).   While historic lot sales (subject or competing projects) represents one indication of absorption trends, mirroring future projections based solely upon historical performance is insufficient.  Future absorption should be estimated based upon the subject's ability to compete in its market and "capture" a share of projected demand (created by homeowners/occupants as the ultimate users).  Therefore, a market share analysis should be utilized.

d.  An appropriate discount rate, based on alternative investment opportunities and/or cost of capital, adjusted for profit (if not itemized in the expense estimates), and real estate risk (e.g., illiquidity and management risks).

The present value of the projected cash flow represents Market Value, As Is, of the land to a developer ready to begin development (conversion of raw land to developed lots).

3.  **Reconciliation to Market Value As Is (Land):** *Market Value as of the effective date of value is the appraiser's reconciled conclusion utilizing value estimates derived by the preceding appraisal techniques.*  The concluded value should take into consideration that:

a.  The value of "raw land" to the developer is governed by:

   i.   <u>Supply</u>: as measured by the Sales Comparison Approach, at what price the land owner is willing to sell; and

   ii.  Demand: as measured by the Sales Comparison Approach and the Subdivision Analysis, at what price the user of the lot (builder) can afford to pay, based on the price the ultimate user (resident) can/will pay.

b.  The economic <u>feasibility</u> of acquiring raw land at the price available in the market (from land owners) is determined by comparing:

   i.   The costs required to convert raw land to a developed lot (or lots), with

   ii.  The price users (builders and/or homeowners) of the lot(s) can/will pay.

Subdivision Position Paper Attachment B.doc

MEEHAN 003560

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Six of Ten*

B.  Valuation of Developed Lots

A Market Value, As Is, is required for all residential lot subdivisions (proposed or existing).  In addition to Market Value, As Is, PNC Bank requires an estimate of Net Sales Proceeds and the calculation of the Present Value of Net Sales Proceeds for underwriting purposes.

1.  **Market Value As Is: The Sales Comparison Approach:**  provides the means of analyzing "developed lot" sales between developers and builders.

   a.  Sales should be comparable in terms of location and physical condition. Consideration must be made for the utility of the comparable lots, particularly in regard to the value range of the residence's "lot price-to-house price" ratio.

   b.  A discount for a projected sell-out period must be considered to determine the market Value of 5 or more existing unsold lots.

   Market support is required in the appraiser's determination of:

   i.  The Market Value of developed lots (price paid by builders to developers, per the Sales Comparison Approach); see "IV.B.1.a." above.

   ii.  Expenses incurred during the sell-out period (taxes, property maintenance and other holding expenses) should be deducted.  Interest should not be deducted.

   iii.  Absorption of the lots in the competitive market (sales by developers to builders), with the rate of sales governed by the demand created by the ultimate users (homeowners/occupants).  While historic lot sales (subject or competing projects) represents one indication of absorption trends, mirroring future projections based solely upon historical performance is insufficient. Future absorption should be estimated based upon the subject's ability to compete in its market and "capture" a share of projected demand (created by homeowners/occupants as the ultimate users).  Therefore, a market share analysis should be utilized.

   iv.  An appropriate discount rate, based on alternative investment opportunities and/or cost of capital, adjusted for entrepreneurial profit (if not an itemized deduction) and real estate risk (e.g., illiquidity and management risk).

**The calculated discounted value represents the value to a single entity (builder) ready to begin construction (conversion of developed lots to residential units).  If development work is incomplete, a deduction for costs to be incurred (and unearned developer's profit) is necessary to derive an As Is value estimate.**

Subdivision Position Paper Attachment B.doc

MEEHAN 003561

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Seven of Ten*

2. **Market Value As Is:** The Cost Approach: i.e., market value of the raw land, plus costs required to convert the land to developed lots, including an allowance for a market-supported **expected** developer profit (entrepreneurial reward for risk). Realization of the "expected profit" is determined by the amount the next participant (the builder) can afford to pay for developed lots. The profit is not "earned" until a marketable product (lot) is available for use (construction).

   **The calculated amount represents the value to a single entity (builder) ready to begin construction (conversion from developed lots to residential units). This Approach may not account for the time value of money in an extended development scenario.**

3. **Market Value As Is:** Modified Subdivision Analysis: As an alternative valuation technique, this methodology is appropriate for the appraisal of lots which have been (or are proposed to be) developed according to a specific development plan. Market support is required in the appraiser's determination of the following:

   a. Market Value of the **completed** (structurally improved) residences. The URAR form can be used to estimate Market Value of completed units (standing inventory, including sale models) and each typical proposed model.

   b. Costs required to complete all structural improvements (vertical construction) on the developed lots, with consideration of the timing required to complete the construction. The URAR form contains a standard outline for costs to be considered. The builder's profit, soft costs and construction financing are typically included in the construction cost estimates. Additional deductions may include holding expenses and marketing/sales expenses.

   c. Absorption of residences in the market by the ultimate users (homeowners/occupants) of comparable property types. While historic lot sales (subject or competing projects) represents one indication of absorption trends, mirroring future projections based solely upon historical performance is insufficient. Future absorption should be estimated based upon the subject's ability to compete in its market and "capture" a share of projected demand (created by homeowners/occupants as the ultimate users). Therefore, a market share analysis should be utilized.

   d. An appropriate discount rate, based on alternative investment opportunities and/or cost of capital, adjusted for sell-out risk (if not itemized in the expense estimates) and real estate risk (e.g., illiquidity and management risk).

   **The calculated discounted value represents the value to a single entity (builder) ready to begin construction (conversion of developed lots to residential units). If development work is incomplete, a deduction for costs to be incurred (and unearned developer's profit) is necessary to derive the value estimate.**

Subdivision Position Paper Attachment B.doc

MEEHAN 003562

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Eight of Ten*

4. Reconciliation to Market Value As Is (Lots): *Market Value as of the effective date of value is the appraiser's reconciled conclusion utilizing value estimates derived by the preceding appraisal techniques.* The concluded value should take into consideration that:

    a. The value of a "developed lot" to the builder is governed by:

        i. Supply: as measured by the Sales Comparison Approach, at what price the developer is willing to sell a developed lot; and

        ii. Demand: the price the ultimate user of the residence (homeowner) can/will pay, based on quality and availability of product and economic conditions in the local market.

    b. The economic feasibility of acquiring a developed lot at the price available in the market (from the developer) is determined by comparing:

        i. The costs required to convert a developed lot to a completed residence, with

        ii. The Present Value of the Net Sales Proceeds (exclusive of profit).

    c. The Market Value, As Is of a tract of partially developed lots (e.g., approved but unimproved, incomplete infrastructure, etc.) should be measured by the value of fully developed lots (see the valuation techniques described above) less the cost to complete development (including an allowance for unearned profit).

    d. For multi-phased developments, future phases should be valued as excess (remaining) land. (Section IV.A.)

5. Net Sales Proceeds: In addition to an estimate of Market Value, As Is, an estimate of Net Sales Proceeds is required.

    a. Periodic Gross Sales Proceeds (Section III.B.) should be estimated using an absorption model.

    b. Deductions are required for holding costs (including real estate taxes, insurance, common grounds maintenance, etc.) incurred in each period for remaining lots and/or land, plus sales expenses for lots sold during that period.

    c. The sum of these periodic cash flows, while not Market Value, gives and indication of the funds available to pay debt and equity under the projected sell-out.

    d. For multi-phased developments, Net Sales Proceeds should be calculated for the current phase, and Market Value, As Is, for the remaining land.

Subdivision Position Paper Attachment B.doc

MEEHAN 003563

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Nine of Ten*

6. **Present Value of Net Sales Proceeds:** The periodic receipt of Net Sales Proceeds are discounted over the anticipated sell-out period. The discount rate utilized should be based on alternative investment opportunities (e.g., bond yields adjusted for illiquidity and management risk). Entrepreneurial profit must either be deducted as a line item expense or "loaded" into the discount rate.

C. **Valuation of Residences**

1. **Valuation Techniques:** One acceptable method for valuing single-family residences utilizes the "Uniform Residential Appraisal Report" (URAR) form.

   a. The **Cost Approach**, which reflects the builder's cost to create the improvement (with profit to the builder), including an allocation for the value of the developed lot;

   b. The **Sales Comparison Approach**, which reflects the actions of market participants in the current and local market regarding comparable improved residences; and

   c. In some instances, the **Income Approach**, if the property is a rental property, (by intent or by the realities within the market).

   **The reconciled value represents Market Value to a user (homeowner/occupant) for 4 or less units. A deduction for costs needed to complete construction is necessary to derive an estimate of Market Value, As Is, per residence.**

2. A discount for a projected sell-out period must be considered to determine the Market Value of 5 or more existing unsold residences, less cost to complete.

   Market support is required in the appraiser's determination of:

   a. The Market Value of the completed residences (see IV.C.1. above).

   b. Expenses incurred during the sell-out period (taxes, property maintenance and other holding expenses) should be deducted. Interest should not be deducted.

   c. Absorption of residences in the market by the ultimate users (homeowners/occupants) of comparable property types. While historic lot sales (subject or competing projects) represents one indication of absorption trends, mirroring future projections based solely upon historical performance is insufficient. Future absorption should be estimated based upon the subject's ability to compete in its market and "capture" a share of projected demand (created by homeowners/occupants as the ultimate users). Therefore, a market share analysis should be utilized.

   d. An appropriate discount rate, based on alternative investment opportunities and/or cost of capital, adjusted for the risk of sell-out (if not an itemized deduction and real estate risk (e.g., illiquidity and management risk).

Subdivision Position Paper Attachment B.doc

MEEHAN 003564

*ATTACHMENT B*
*PNC BANK POSITION STATEMENTS*
*Page Ten of Ten*

The calculated discounted value represents value to a single entity who is undertaking the risk of sell-out to potential users (occupants). If construction is incomplete, a deduction for costs to be incurred (including unearned builder's profit) is necessary to derive the "as is" value estimate.

3. **Reconciliation of Market Value (Residences):** *Market Value as of the effective date of value is the appraiser's reconciled conclusion utilizing value estimates derived by the preceding appraisal techniques.* The concluded value should consider the following:

   a. The value of a "residence" to the homeowner is governed by:

      i. Supply: as measured by the Sales Comparison Approach, at what price the builder is willing to sell a structurally improved lot (i.e., a residence); and

      ii. Demand: as measured by the appraisal approaches described above, the price the ultimate user of the residence (homeowner) can/will pay, based on quality and availability of product and economic conditions in the local market, .

   b. The homeowner's willingness and capacity (often established by qualifying ratios) to pay for a residence indicates the feasibility of engaging in the development process.

   c. The Market Value, As Is, of a partially completed residence should be measured by the value of the unit "as if completed" (as measured by the valuation techniques summarized above), less the cost to complete construction (including an allowance for unearned entrepreneurial profit).

4. **Proposed Construction:** In addition to Market Value, As Is, a Market Value estimate for each typical unit style must be included, along with an estimate of periodic Gross Sales Proceeds, by product type, over the sell-out projection (e.g., Gross Sales Proceeds estimated utilizing sell-out model).

Subdivision Position Paper Attachment B.doc

MEEHAN 003565

ATTACHMENT C

PNC BANK POSITION PAPER
DEMAND ANALYSIS FOR LIHTC DEVELOPMENTS
June 15, 1995

### Background

The Low Income Housing Tax Credit (LIHTC) program was created as part of the federal Tax Reform Act of 1986. Unlike most housing programs, which are administered by the Department of Housing and Urban Development (HUD), the LIHTC is governed by the tax code and is administered by the Treasury Department (IRS). The original program was also created with a "sunset provision" for it to expire after a set period of time. After extending its expiration date twice, Congress made the program permanent in late 1993.

The LIHTC program's underlying concept is a political philosophy predicated on reforming the federal government's direct funding of social programs. Rather than government payments through rent subsidies or grants to local areas to facilitate low-income housing development, the program promotes private investment through the "carrot" of tax credits. This direct reduction in an investor's federal tax obligation is the defining characteristic of the program.

Currently, the LIHTC program is the single most significant federal incentive for the new construction and rehabilitation of low-income rental housing. According to the National Council of State Housing Agencies, LIHTC support now accounts for more than one-third of all multifamily rental housing construction starts and virtually all low-income housing construction.

Simply stated, each state is allotted tax credits based on population (about $1.25 per capita) of the approximate $300 million in annual tax credits available. That credit is administered by the state housing agency who allocates the credits to developers using a "competitive bid" process.

Once awarded, the credits are viewed as an asset which the developer typically sells to investors who wish to use the credits to offset their federal obligations. Importantly, this sale generates equity capital to bridge the gap between the project's development costs and the financing that can be supported by project income given the "affordable" rent restrictions.

Taxpayers (developers and investors) who participate in the program claim the tax credit annually over a 10-year period. This begins with the tax year the project is placed in service or, at the taxpayer's election, the following taxable year. To avoid recapture of the tax credits, however, a project must comply with LIHTC rent restrictions and occupancy requirements for a minimum of 15 years. Additionally, projects are required to maintain records for seven years beyond this 15-year period which effectively extends the risk of audit to 22 years.

A project can qualify for one of three types of credit. These include:

> *New construction or substantial rehabilitation without a federal subsidy* - The annual credit is approximately 9 percent of the projects eligible cost base;

LIHTC Position PaperAttachment C1.doc

MEEHAN 003566

*ATTACHMENT C*
*PNC BANK POSITION PAPER*
*Page Two of Seven*

> *New construction or substantial rehabilitation with a federal subsidy* (e.g. tax exempt bonds) - The annual credit is about 4 percent of the project's eligible cost base; or
>
> *Acquisition* - The annual credit is roughly 4 percent of the eligible acquisition cost.

The actual credit amount is a function of interest rates and is calculated and published monthly by the IRS. For example, the 9 percent award has actually ranged from 8.3 percent to almost 9.0 percent over the last year or so.

The purpose of the calculation is to allow the taxpayer to recover, on a present value basis, **70 percent of the "eligible cost base" of new construction or substantial rehabilitation** without a federal subsidy, or **30 percent of such costs with a federal subsidy or for acquisitions.** While most development costs can be included in the eligible basis, land, off-site development expenditures, select site improvement costs, and some developer fees **cannot** be added into the eligible basis. The tax credit award also applies only to the **percentage of project costs allocable to low-income units.**

For a project to be eligible to receive credits, it must also meet certain income and occupancy restrictions. In general, the minimum standards are to reserve:

> **20 percent of the units** for families whose incomes are **50 percent** or less **of the area median gross income;** or
>
> **40 percent of the units** for families whose incomes are **60 percent** or less **of the area median gross income.**

These incomes and rent levels, adjusted by family size, are published annually by HUD for each metropolitan area. In terms of actual rents, the "maximum levels" are targeted to not exceed 30 percent of a family's monthly income, including utilities. Even though a family can pay a higher percentage, affordability becomes a profound problem at rates much above this level. The rent payment is also based on the size of the family assumed to occupy the apartment, regardless of the number actually living there.

LIHTC Position Paper Attachment C1.doc

MEEHAN 003567

*ATTACHMENT C*
*PNC BANK POSITION PAPER*
*Page Three of Seven*

### Position

Determining the potential demand for Section 42 housing is a challenging task. Careful consideration must be given to how the proposed LIHTC project fits in the market and the depth of the target market. Merely assuming that these units will lease-up (at the maximum restricted rents) because they are designed as "affordable" ignores important local market dynamics. Therefore, all appraisals/feasibility studies involving proposed LIHTC projects performed for PNC Bank require careful consideration of:

Project and site evaluation;

General Market Dynamics; and

Demand analysis.

This demand analysis will be an integral part of the estimation of The Prospective Value of the project, assuming stabilized occupancy with achievable rents. The following definitions are applicable to the analysis of LIHTC projects for PNC Bank:

*Market Rent -* The rent for similar/comparable non-subsidized units in the local market. These projects should be chosen on age, location, unit size, amenities, etc.

*Restricted (Maximum) -* The maximum rent established by the state housing agency based on local area median family incomes affordability (at 30% of income), household size, and unit size. Typically, benchmarked at either 50% or 60% of area median family income.

*Achievable Rent -* The average rent that can be actually achieved at the proposed LIHTC project. This rate should account for the depth of the market, competition with units, the mix of incomes that will likely locate in the LIHTC project, and overall project affordability.

### Project and Site Evaluation

Beyond the raw rental rate to make the project competitive, the single most important factor to ensure the project leases quickly, maintains high occupancy over time, and maximize potential lease rates is the **quality of the overall project and location.** In brief, the ingredients of a successful LIHTC project do not differ from traditional development because the project is geared to the affordable tier.

LIHTC Position Paper Attachment C1.doc

MEEHAN 003568

*ATTACHMENT C*
*PNC BANK POSITION PAPER*
*Page Four of Seven*

As such, all assessments must have a thorough project and site evaluation as part of the market feasibility analysis.   At a minimum, the project portion of the review should address:

> The appropriate mix of units (efficient, 1-bedroom, and 2-bedroom units, etc.);
>
> Unit sizes and in-unit amenities (compared to the overall market);
>
> Required project amenities (to make the project attractive to the target market);
>
> The project's target market (e.g, elderly, families, singles, etc.)
>
> The rents planned to be charged for the units at both the **restricted** level and **competitive market** rates (monthly gross and per square foot).

In addition to this project-specific review, the site and environs should be examined closely.  This is especially important in that, as other Section 42 projects are developed, competition will become keener for these units in the market.   Poorly located and conceived projects will ultimately suffer, struggling to maintain occupancy and annual operating income.  Basic components of this site review should include:

> Proximity to services and employment centers;
>
> Local and regional access;
>
> The quality of the neighborhood; and
>
> The quality of area schools.

**General Market Dynamics**

In terms of basic market research, the locality's apartment supply must be adequately surveyed and analyzed.   While area-wide vacancy rates and rents characterize the market's general health, these statistics alone do not lend direct support to LIHTC project feasibility.

The key consideration to understanding general market dynamics is the evaluation of the **restricted rates compared to market rents** for competing properties in the locality.  This is critical because in low-cost housing areas or in localities particularly hard hit during the last recession, there may be **little difference between the restricted levels and market rents.** If this is the case, the LIHTC project **will likely experience an attenuated lease-up pace** due to competition from the area's market rate units.

LIHTC Position Paper Attachment C1.doc

MEEHAN 003569

*ATTACHMENT C*
*PNC BANK POSITION PAPER*
*Page Five of Seven*

### Demand Analysis

Beyond the supply issues, the basis for demand must be evaluated, along with a review of the depth of the target market for the proposed LIHTC project.

Generally, the analysis should begin with a clear identification of households that fall into the narrowly defined LIHTC income brackets (e.g., 50 or 60 percent of area median family income adjusted for household size). Importantly, while these income brackets do represent maximum levels for income and rent, the assumption that these rates can be achieved is inappropriate without an analysis of the depth of the market at various "adjusted" income levels.

One acceptable source for the analysis of market depth is the *Comprehensive Housing Affordability Strategy (CHAS) report* (also called Consolidated Plans) prepared by each county. These reports generally include data, provided to localities by the U.S. Census, that delineates area households and their housing situations in the lower income ranges. Key items in these reports typically include splits by owner/renter and tabulations by age and household size for varying income groups as a percent of the area's median family income *(these reports are most often available through the local community development or housing authorities)*.

Using the appropriate demographic data and the restricted maximum rents for LIHTC units in the subject's area to set income thresholds, the total household pool can be "qualified" to determine the portion that fits the LIHTC income profile (e.g., to those that are renters, are in appropriate age cohorts, are the target household size, and have incentives to relocate).

Qualifying the household pool can be accomplished by evaluating standard area income distributions to target the pool of households that can afford the maximum LIHTC rents (say $16,000 to $20,000 for the 60 percent level). This total pool of households can then be analyzed with data from the U.S. Census and the CHAS report. Specific steps in this process include:

> Tenure-qualify the pool of potential households to determine prospective renters;

> Age-qualify these candidates (e.g. eliminate senior citizens unless this group is specifically targeted for the project);

> Determine the available pool in the appropriate household size range (e.g., large households can not typically be accommodated in most multi-family construction, single-person households typically exceed the LIHTC requirements unless efficiency apartments are being offered, etc.);

> Determine the share of these households that have housing problems (defined in the CHAS report as rents over 30 percent of their income and/or substandard housing); and

LIHTC Position Paper Attachment C1.doc

MEEHAN 003570

*ATTACHMENT C*
*PNC BANK POSITION PAPER*
Page *Six* of *Seven*

From Census data, determine a reasonable annual turnover rate for those "qualifying" households.

This analysis yields the total annual pool of households that are in the appropriate income ranges for the LIHTC units. If this pool is inadequate to support the proposed development, then the above analysis must be redone using a lower income threshold.

Once an income level is established that has sufficient "target market depth" the LIHTC maximum rents can be adjusted to reflect the revised incomes.

### Application - the Pittsburgh PA Example

Generally, the analysis should begin with a clear identification of households that fall into the narrowly defined LIHTC income brackets (e.g., 50 or 60 percent of area median family income adjusted for household size). Importantly, while these income brackets do represent maximum levels for income and rent, the assumption that these rates can be achieved is inappropriate without an analysis of the depth of the market at both the 50 and 60 percent levels.

To perform the example analysis the *Comprehensive Housing Affordability Strategy (CHAS) report* prepared by each county was relied upon. These reports generally include data, provided by localities by the U.S. Census, that delineates area households and their housing situations in the lower income ranges. Key items in these reports typically include splits by owner/renter and tabulates by age and household size for varying income groups as a percent of the area's median family income (*Attachment 1: Pittsburgh CHAS Report Summary*).

Using this data and the restricted maximum rents for LIHTC units in Pittsburgh to set income thresholds (at the 60 percent level this equated to households with incomes between $16,000 and $20,000), the total household pool is "qualified" to those that are **renters**, are **in appropriate age cohorts**, are in **small- to medium-size households**, and **have housing problems** (e.g., high rent burden or substandard).

Interestingly, while the total pool started out at **36,000 potential households**, this factored down to only **2,700 that could afford the maximum LIHTC rent criteria** (at the 60 percent income breakpoint). If reasonable annual renter turnover is considered, this pool would only generate **demand for 700 units annually** (*Attachment 2*). Obviously, any large project (say over 150 units) or multiple projects marketing at the same time will require significant capture of this demand. This is especially challenging given some of our internal research suggests that annual turnover in newly developed LIHTC projects can hit **30 or 40 percent**[1] due to the difficulty tenants have in making the high rent payments.

LIHTC Position Paper Attachment C1.doc

MEEHAN 003571

*ATTACHMENT C*
*PNC BANK POSITION PAPER*
*Page Seven of Seven*

This demand analysis points to **achievable** rents in LIHTC projects falling below the stated maximum levels. Besides making a project more competitive relative to other market offerings, the lower rent levels are necessary to substantially increase the potential pool of tenants. In this Pittsburgh example the **rents are lowered to include households in the 50 percent** (of median family income) **range, annual demand almost doubles -- to 1,300 units** (Attachment 3). This level of potential demand allows for more flexible leasing. Importantly, this broader base requires about a **15 percent reduction** in the maximum LIHTC gross rents at the 60 percent level.

The table below summarizes this discounting:

| Unit Type | LIHTC Rents (at 60% Median Family Income) | Area Maximum Recommended Rents |
|---|---|---|
| Efficiency | $385 | $310 |
| 1-Bedroom | $413 | $350 |
| 2-Bedroom | $495 | $420 |

---

[1] These turnover rates clearly have implications for the level of reserves which the appraiser must estimate.

LIHTC Position Paper Attachment C1.doc

MEEHAN 003572

**Attachment 1:**

PITTSBURGH CHAS REPORT SUMMARY

LIHTC Position Paper Attachment C1.doc

MEEHAN 003573

**Attachment 2:**

**LIHTC DEMAND ANALYSIS**

**(60 Percent Income Threshold)**

LIHTC Position Paper Attachment C1.doc

MEEHAN 003574

**Attachment 3:**

**LIHTC DEMAND ANALYSIS**

**(50 and 60 Percent Income Threshold)**

LIHTC Position Paper Attachment C1.doc

MEEHAN 003575

**Attachment 4:**

PITTSBURGH AREA INCOMES

LIHTC Position Paper Attachment C1.doc

MEEHAN 003576

10.3.1. APPRAISAL REVIEW FORMS (SAMPLES)

MEEHAN 003577

# PNC - Technical Appraisal Review - General

| | |
|---|---|
| praisal Transmittal Date | **05/16/2011** |
| te Assignment Confirmed | **05/18/2011** |
| Property Name: | Review Completion Date: 05/26/2011 |

dress: ............

..y:                                            State: ....          Zip Code:              Country: USA

Property Number: 532603    File #:  1

Property Appraised By:

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| Market Value As Is | $1,700,000.00 | $1,700,000.00 | 04/29/2011 | |
| Prospective Value At Completion | $0.00 | $0.00 | | |
| Prospective Value At Stabilization | $0.00 | $0.00 | | |
| Property Rights Appraised: | Leased Fee | | | |

Comments:                    In developing the appraisal, the appraiser has developed the Sales Comparison and Income approaches to value in order to determine the subject's leased fee value. The subject is a five-unit multi-tenant retail strip center. It is currently fully occupied. Both approaches to value appear reasonable with more weight given to the Income Approach, as the subject is a multi-tenant retail property. Overall, based on the income and sales data presented, the subject's value conclusions appear reasonable.

eviewer:

Reviewer Firm:

eviewer Recommendation:
Accept Appraisal: This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably nd logically supported.

Supplements to the Review
one

MEEHAN 003578

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 119 of 155 PageID #: 1748

**Property Information**

**Street Address:**

**City/State/Zip:**

**Narrative Description of the Property**

The subject is a one-story retail strip center containing five units. All five units are currently occupied. The building, which was built in 2008, contains 6,000 SF of rentable space. It is considered to be in very good condition. Construction details include a concrete slab foundation with steel and block construction, decorative block, painted block and stucco exterior walls, and a flat built-up roof. Interior finish includes carpet and vinyl floors, painted drywall partitions, suspended acoustic tile ceilings with recessed fluorescent lighting. Each unit has a roof mounted HVAC unit and each is separately metered for utilities. The subject is situated on a 0.50 acre parcel, which is zoned BM-CT Business Major zone with Commercial Town Center Core overlay. The subject's improvements are considered legally conforming. The site has access to all public utilities and has 31 surface parking spaces.

| | | | |
|---|---|---|---|
| **Asset Class:** | Retail | | |
| **Project Type:** | Strip - Unanchored Retail Center | | |
| **Property Status:** | Existing | **Condition:** | Good |
| **Gross Building Area:** | 6,000 sf | **# of Units:** | 5 |
| **Net Rentable Area:** | 6,000 sf | **Year Built:** | 2008 |
| **# of Tenants:** | 5 | **Percent Occupied:** | 100 % |
| **Land Area:** | 0.5 Acres | **Excess Land:** | acre |
| **Zoning:** | BM-CT, Business Major, Commercial Town Center Core | | |
| **Parking Spaces:** | 31 | | |
| **Highest & Best Use(Vacant):** | Retail | | |
| **Highest & Best Use(Improved)** | Continued use as a strip center | | |
| **Comments:** | | | |

MEEHAN 003579

Case: 4:17-cv-02876-PLC    Doc. #:  64-7    Filed: 03/20/19    Page: 120 of 155 PageID #: 1749

**Land Value Analysis**

| | | |
|---|---|---|
| nd Value: $0.00 | Unit Value: | N/A |

Comments:  No separate land value was presented.

**Cost Approach**

| | | |
|---|---|---|
| Concluded Value As Is: $0.00 | Unit Value: | N/A |
| Completed: $0.00 | Unit Value: | N/A |
| Stablilized: $0.00 | Unit Value: | N/A |

Comments:  The Cost Approach was not developed.

**Sales Comparison Approach**

| | | |
|---|---|---|
| Concluded Value As Is: $1,600,000.00 | Unit Value: | $265.00 / sf |
| Unadjusted Range/ sf : $188.89 to $305.91 | Adjusted Range/ sf : | $216.75 to $290.61 |
| Completed: $0.00 | Unit Value: | N/A |
| As Stablilized: $0.00 | Unit Value: | N/A |
| Unadjusted Range/ sf : $0.00 to $0.00 | Adjusted Range/ sf : | $0.00 to $0.00 |

Comments:  In developing the Sales Comparison Approach four closed sales and one under contract sale were reviewed. All of the sales were retail strip centers similar to the subject. They occurred from February of 2008 through current and contain 4,047 SF to 10,659 SF. The sales were analyzed on a price per square foot basis. Prior to adjustment they indicated a range of $188.89/SF to $305.91/SF. Adjustments for differences in property rights conveyed, financing, conditions of sale, market conditions, location, size, age/condition, physical characteristics and other considerations were all considered. After adjustment the sales indicated a range of $216.75/SF to $290.61/SF. Sale 5, which is currently under agreement of sale, was given most weight in determining an appropriate unit value for the subject. It is the most recent of the sales and indicated an adjusted unit value of $263.79. A unit value of $265/SF was estimated for the subject indicating a value of $1,590,000, which was rounded to $1,600,000. All of the sales considered are reasonably similar to the subject and offer good insight into the subject's value. Overall the subject's value appears reasonable based on the sales data reviewed.

MEEHAN 003580

Appraisal Review

## Income Approach

| | |
|---|---|
| Concluded Value As Is: | $1,715,000.00 |
| As Completed: | $0.00 |
| As Stabilized: | $0.00 |

### Stabilized Income Projections

| Income Sources Type of Space | Rent Estimate(s) Subject | Market |
|---|---|---|
| Retail | $13.00 to $28.92 / sf | $20.00 to $21.63 / sf |

| | | | |
|---|---|---|---|
| Stabilization in year: | 2011 | | |
| Gross Income Potential:($) | $160,115.00 | | |
| Other Income:($) | $0.00 | | |
| Overall Vacancy:(%) | 5 | Market Vacancy: | 6 - 8 |
| Effective Gross Income:($) | $152,110.00 | | |
| Total Expenses:($) | $4,500.00 | Expense Ratio:(%) | 3 |
| Reserves for replacement:($) | $0.00  per sf | | |
| NOI:($) | $147,610.00 | | |
| Overall Capitalization Rate:(%) | 8.5 | | |
| Discount Rate:(%) | 0 | | |
| Terminal Capitalization Rate:(%) | 0 | | |

**Comments (includes discussion of growth rates and leasing expense):**

Currently five tenants occupy the subject. The actual rental rates range from $13.00/SF to $28.92/SF triple net. Four comparable rentals were reviewed to check the reasonableness of the subject's contract rental rates. They indicated a range of $20.00/SF to $21.63/SF. Based on these comparables, a market rental rate of $24/SF was estimated for the subject. Although most of the subject's rental rates are above the upper end of the range, given the overall condition of the property such rates appear to be justified. One of the tenants, Quiznos is paying $13/SF. This rate is well below the indicated market rental rate. The appraiser has applied the market rate of $24/SF to this space and deducted for rent loss to reflect the as is value. Based on contract and market rental rates, a potential gross income of $160,115 was estimated for the subject. Vacancy of 5% was deducted indicating an effective gross income of $152,110. Most property related expenses are paid by the tenants. Nevertheless, $4,500 for structural repairs and miscellaneous items were deducted indicating a net operating income of $147,610. An overall capitalization rate of 8.5% was estimated based on development of a mortgage equity model and review of sales data. Capitalizing the indicated net operating income of 8.5% reflected a value of $1,736,588. A deduction of $22,200 was taken to account for the below market rental rate of Quisnos indicating a final as is value estimate of $1,714,388, which was rounded to $1,715,000. The value conclusion via the Income Approach appears reasonable. It is based on actual and market data. The Income Approach is given primary consideration in this case, as the subject is an income producing property.

**Market Analysis Conclusion:**

The subject is located in Dundalk, Baltimore County, Maryland. Dundalk is located in southeastern Baltimore County. Baltimore County surrounds the City of Baltimore on three sides. Baltimore City dominates this area of Maryland being on of the larger cities in the United States. It is one of the major urban areas which makes up the northeast megalopolis, which stretches from Boston to Washington DC. The area is well served with three interstate highways traversing the county, I-95, I-83 and I-70. Other interstate spurs also serve the area including I-195, I-695, I-795 and I-895. The extensive interstate highway system serving the county in addition to its proximity to other major population centers such as Washington DC and Philadelphia help drive the area economy. The subject neighborhood itself of Dundalk is located in close proximity of Baltimore City. It is a well-established blue-collar area with a mix of commercial, industrial and residential development. It has good access to highway transportation as well as water transportation. The overall outlook for the subject neighborhood is one of continued stability.

MEEHAN 003581

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 122 of 155 PageID #: 1751

**himum Regulatory Appraisal Standards**

| | **Question** |
|---|---|
| 1. Yes | Does the report comply with the engagement letter? |
| 2. Yes | Is the report addressed to a financial services institution? |
| 3. Yes | Is the appraisal presented in writing and does it contain sufficient information and analysis to support the bank's decision to engage in the transaction? |
| 4. Yes | Does the appraisal include the correct definition of Market Value? |
| 5. Yes | If applicable, does the appraiser report and analyze appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold units? |
| 6. Yes | Was the appraisal performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations? |
| 7. Yes | Are the value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report? |
| 8. Yes | Does the appraisal report appear to conform to the USPAP? |

The following information is required for conformance to **USPAP**:

a. The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

b. The reporting option is prominently stated (Self-contained, summary, and restricted use).

c. The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

d. The real estate is adequately identified (Including the physical and economic property characteristics relevant to the assignment).

e. The purpose of the appraisal is stated (Including the type and definition of value with source).

f. The real property interests being appraised are identified.

g. The effective date of the appraisal and the date of the inspection are stated.

h. All special limiting conditions, hypothetical conditions, and assumptions are identified.

i. The scope of work used to develop the appraisal is outlined.

The information analyzed, the appraisal procedures followed, and the reasoning that support the analyses, opinions, and conclusions are described in the appraisal.

j.
Analyzed any current agreements of sale, options, or listing of the property.
Analyzed all sales of the property occurring within the previous three years.
Analyzed any effects on market value due to any easements, restrictions, or encumbrances.
Analyzed the effect, on value of any personal property, trade fixtures, or intangible items that are not real property.
Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of the subject property.

k. The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated; and, when the purpose of the assignment is market value, the support and rationale for the appraiser's opinion of the highest and best use of the real estate are described.

l. The appraisal contains the required signed certification.

m. The highest & best use of the land "as if vacant" and "as improved" are analyzed and reported.

n. The appraiser employed a reasonable valuation method that addresses the three approaches to market value, and s/he explained the elimination of any approach not used.

o. The land value was supported by an appropriate appraisal method or technique.

p. In the cost approach, the conclusion is supported by reasonable and logical analyses.

q. In the sales comparison approach, the conclusion is supported by reasonable and logical analyses.

MEEHAN 003582

  **r.** In the income approach, the conclusion is supported by reasonable and logical analyses.

  **s.** The reconciliation appears reasonable.

MEEHAN 003583

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 124 of 155 PageID #: 1753

**Question**

Yes                      Have all the concerns been addressed?

econciliation(Additional
eview Comments):         None

MEEHAN 003584

**Use of the Review**

**The intended user of this review is PNC to facilitate a credit decision.**

**Scope of the Review**

**This review has been prepared in accordance with USPAP, specifically Standard 3. I have read and reviewed the contents of the referenced report and formed an opinion as to:**

- the adequacy and relevance of the data and the propriety of any adjustments to the data;
- the appropriateness of the appraisal methods and techniques used;
- the reasonableness and appropriateness of the analyses, opinions and conclusions in the report; and
- the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

**In addition, the following tasks were undertaken during the review process:**

**Limiting Conditions**

- This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.
- Unless otherwise stated, the analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.
- Unless otherwise stated, no attempt has been made to obtain additional market data for this review.
- This comprehensive appraisal review should be considered only within the context of and in conjunction with the appraisal.
- No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 003585

Case: 4:17-cv-02876-PLC    Doc. #:  64-7    Filed: 03/20/19    Page: 126 of 155 PageID #: 1755

Reviewer's Certification

I certify that to the best of my knowledge and belief:

- The facts and data reported by the review appraiser and used in the review process are true and correct.

- The analyses, opinions, and conclusions in this review report are limited only by the assumptions and limiting conditions stated in this review report, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.

- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

- I did not personally inspect the subject property of the work under review.

- No one provided significant appraisal, appraisal review, or appraisal consulting assistance to the person signing this certification.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the standards and reporting requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and with the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, I HAVE completed the Standards and Ethics Education Requirement of the Appraisal Institute for Associate Members.


_____                                          _____
                                                                                            Date

A Certified General Real Estate Appraiser

MEEHAN 003586

Case: 4:17-cv-02876-PLC    Doc. #: 64-7    Filed: 03/20/19    Page: 127 of 155 PageID #: 1756

# PNC - Administrative Appraisal Review

**Property Name:**                                              Appraisal Transmittal Date:    06/21/2011
**Property #:** 533493    **File #: 1**

**Address:**
**City:** Washington                     **State:**        **Zip Code:** 20018      **Country:** USA
  **Review Due Date:**                    **Review Completion Date:** 06/28/2011

**Property Number:** 533493    **File #:** 1

**Property Appraised By:**

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| Market Value As Is | $650,000.00 | $650,000.00 | 06/14/2011 | |
| Prospective Value At Completion | $800,000.00 | $800,000.00 | 12/14/2011 | |
| Prospective Value At Stabilization | $0.00 | $0.00 | | |
| Property Rights Appraised: | Fee Simple | | | |

**Reviewer:**

**Reviewer Recommendation:**
Accept Appraisal: This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably and logically supported.

**Supplements to the Review**
None

MEEHAN 003587

Case: 4:17-cv-02876-PLC   Doc. #:  64-7   Filed: 03/20/19   Page: 128 of 155 PageID
#: 1757

Property Information

**Narrative Description of the Property**

The subject property is a vacant retail building (former branch bank).

| | | | |
|---|---|---|---|
| **Asset Class:** | Retail | | |
| **Project Type:** | Other Retail | | |
| **Property Status:** | Existing | **Condition:** | Fair |
| **Gross Building Area:** | 2,889 sf | **# of Units:** | 0 |
| **Net Rentable Area:** | 2,889 sf | **Year Built:** | 1900 |
| **# of Tenants:** | 0 | **Percent Occupied:** | 0 % |
| **Land Area:** | 10,780 Sq Ft | **Excess Land:** | Acre |
| **Zoning:** | Community Business Center District | | |
| **Parking Spaces:** | 0 | | |
| **Highest & Best Use(Vacant):** | Future Development | | |
| **Highest & Best Use(Improved):** | Current Use | | |
| **Comments:** | | | |

MEEHAN 003588

Case: 4:17-cv-02876-PLC   Doc. #:  64-7   Filed: 03/20/19   Page: 129 of 155 PageID #: 1758

Minimum Regulatory Appraisal Standards

### Question

1. Yes -- The report complies with the engagement letter.

2. Yes -- The report is addressed to a financial services institution.

3. Yes -- The appraisal is presented in writing and contains sufficient information and analysis to support the bank's decision to engage in the transaction. (Reference LRM)

4. Yes -- The appraisal includes the correct definition of Market Value.

5. Yes -- If applicable, the appraiser reports and analyzes appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold units.

6. Yes -- The appraisal was performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations.

7. Yes -- The value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report.

The following information is required for conformance to USPAP:

8. Yes -- The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

9. Yes -- The reporting option is prominently stated (Self-contained, summary, and restricted use).

10. Yes -- The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

11. Yes -- The real estate is adequetely identified.

12. Yes -- The purpose of the appraisals is stated.

13. Yes -- The real property interests being appraised are identified.

14. Yes -- The effective date of the appraisal and the date of the inspection are stated.

15. Yes -- All special limiting conditions, hypothetical conditions, and assumptions are identified.

16. Yes -- The scope of work used to develop the appraisal is outlined.

17. Yes -- If applicable, the appraiser: Richard Watts
Analyzed any current agreements of sale, options, or listing of the property along with all sales of the property occurring within the previous 3 years.
Analyzed any effects on market value due to any easements, restrictions, or encumbrances.
Analyzed the effect, on value of any personal property, trade fixtures, or intangible items that are not real property.
Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of teh subject property.

18. Yes -- The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated.

MEEHAN 003589

Minimum Regulatory Appraisal Standards

### Question

19. Yes -- The appraisal contains the required signed certification.

20. Yes -- The highest & best use analyzed and reported.

21. Yes -- The appraiser employed a reasonable valuation method that addresses any of the three approaches to value necessary to provide creditable results.

22. Yes -- The land value was supported by an appropriate appraisal method or technique. (If Applicable)

Land Value: $0.00                                    Unit Value: $0.00 /  Acre

Comments:                                            Not developed.

23. Yes -- In the cost approach, the conclusion is supported by reasonable and logical analyses. (If Applicable)

Concluded Value(s):

As Is Value: $0.00                                   Unit Value: $0.00 /  SF

As Completed: $0.00                                  Unit Value: $0.00 /  SF

As Stablilized: $0.00                                Unit Value: $0.00 /  SF

Comments:                                            Not developed.

24. Yes -- In the sales comparison approach, the conclusion is supported by reasonable and logical analyses. (If Applicable)

Are individual adjustments applied consistently? -- Yes

Does the final unit value fall between the unadjusted range of comparables? -- Yes

Does the final unit value fall between the adjusted range of comparables? -- Yes

Concluded Value(s):

As Is Value: $650,000.00                             Unit Value: $224.99 /  SF

As Completed: $800,000.00                            Unit Value: $276.91 /  SF

As Stablilized: $0.00                                Unit Value: $0.00 /  SF

Comments:                                            As Is The unadjusted unit sale prices range from a low of $140.84 per SF to a high of $297.35 per SF. The adjusted unit sale price ranged from a low of $183.10 per SF to a high of $252.75 per SF. As Complete The unadjusted unit sale prices range from a low of $140.85 per SF to a high of $297.35 per SF. The adjusted unit sale price ranged from a low of $211.27 per SF to a high of $312.22 per SF.

MEEHAN 003590

Administrative Review                                                    Page 5 of 7

Minimum Regulatory Appraisal Standards

        Question

25.   Yes -- In the income approach, the conclusion is supported by reasonable and logical analyses. (If Applicable)

Concluded Value:

As Is Value: $0.00                          Unit Value: $0.00 /  SF

As Completed: $0.00                         Unit Value: $0.00 /  SF

As Stablilized: $0.00                       Unit Value: $0.00 /  SF

Stabilized Income Projections:

| | |
|---|---|
| Gross Rental Income: | $0.00 |
| Other Income: | $0.00 |
| Vacancy: | 0 % |
| Total Expenses: | $0.00 |
| NOI: | $0.00 |
| Cap Rate: | 0 % |
| Comments: | Not developed. |

26.   Yes -- The reconciliation appears reasonable.

Reconciliation(Additional Review Comments):

MEEHAN 003591

**Use of the Review**

The intended user of this review is PNC to facilitate a credit decision.

**Scope of the Review**

This review has been prepared by a real estate trained individual who is independent of the approval of the loan. It is intended to confirm the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

**Limiting Conditions**

- This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.

- The analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.

- No attempt has been made to obtain additional market data for this review.

- This appraisal review should be considered only within the context of an in conjunction with the appraisal.

- No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 003592

Reviewer's Certification

I certify that to the best of my knowledge and belief:

- The facts and data reported by the review appraiser and used in the review process are true and correct.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- This assignment was not contingent upon developing or reporting predetermined results.'
- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.
- I did not personally inspect the subject property of the work under review.

MEEHAN 003593

Compliance Review                                          Page 1 of 2

# PNC - Compliance Evaluation Review

**Property Name:**                        Property Number: 534857    File #: 1
**Address:**
**City:**                                 State: FL      Zip Code: 33430      Country: USA
**Review Due Date:** 07/14/2011           Review Completion Date: 07/12/2011

**Market Value:**              **Effective Date:**
$120,000.00                    07/07/2011
**Property Rights Appraised:**  Fee Simple
**Reviewer:**

**Reviewer Recommendation:**
**Accept**

MEEHAN 003594

Compliance Review                                                    Page 2 of 2

Yes/No    Question

1. Yes -- Is the evaluation presented in written form?

2. Yes -- Does the evaluation comply with the engagement letter.

3. Yes -- Is the real estate, its condition, and projected use adequately identified & described?

4. Yes -- Was the evaluation prepared by an independent professional who possesses adequate real estate training, experience, and knowledge of the local market to form a sound judgment about the market value of the subject property?

5. Yes -- Is the name and address of the evaluator included in the report?

6. Yes -- Is the valuation report signed and dated by the individual who prepared it?

Valuation Analysis & conclusions

1. Yes -- Is the source(s) of the information used in the analysis adequately identified?

2. Yes -- Are the analysis, methodology and supporting information adequately described?

3. Yes -- Is an estimate of the real estate's market value (most probable sale price) with any applicable limiting conditions provided? (If Applicable)

4. Yes -- Is the concluded value within the adjusted range of the comparable sales? If not, is there a discussion explaining the final concluded value?

5. Yes -- Does the value conclusion appear reasonable based on the information & analysis provided in the report? (If Applicable)

Reviewer Recommendation:
Accept

Additional Comments:    The real estate professional compared three similar properties. The range was $11,000 to $275,000 with an average of $138,667 and a median of $130,000. She selected $120,000 as the Market Value.

MEEHAN 003595

10.3.2  LENDER REVIEW MEMORANDUM (SAMPLE)

MEEHAN 003596

RM

o:                                          Date:

rom:                                        Phone:

                                            Email:

Re:

have read the appraisal on the above-captioned property. Please consider my comments, if any, and include them in your review correspondence with the appraiser. Except as described below, the following statements are correct.

Questions

- 1. The property described in the appraisal is consistent with my knowledge of the property that is the subject of our proposed/existing loan.

- 2. The appraisal accurately reflects the leasing status of the property as of the effective date of the report.

- 3. I am unaware of any legal restriction on the subject property which has not been addressed in the appraisal.

- 4. The appraisal discloses all options, listings, letters of intent, agreements of sale or recent transactions affecting the subject property of which I am aware.

- 5. Based upon my knowledge of the market and property, the value estimate appears reasonable.

- 6. The appraisal contains sufficient information and analysis to support the Bank's decision to proceed with the transaction.

Comments and/or Exceptions:

MEEHAN 003597

### 10.3.3. VALUATION COORDINATOR ACKNOWLEGEMENT (SAMPLE)

MEEHAN 003598

# COORDINATOR ACKNOWLEDGEMENT

**Property Name:**
**Address:**
**City:** Dundalk                    **State:** MD                    **Zip Code:** 21222                    **Country:** USA
**Property Number:** 532603    **File #:** 1

I have read the attached Appraisal Review for:
- Completeness
- Accuracy
- The necessity to follow up with the appraiser concerning questions or omissions
- The recommendations of the primary reviewer regarding his/her recommended actions
- The inclusion of all appropriate documentation

In addition, I have referred to the appraisal report as necessary for clarification only. I have not conducted an independent review.

Based upon my reading of the attached documentation, which includes:

Appraisal Review Documentation
LRM    (Received: 05/17/2011)
Acceptance Memorandum

Recommendation
Accept Appraisal and integral documentation:  It appears that the report and related correspondence do comprise an acceptable appraisal which has been prepared in accordance with the assignment and is in compliance with USPAP.

Issues and/or concerns that were raised in the Lendor Review Memorandum have been resolved.

**Coordinator**                                    **Date**

MEEHAN 003599

## 10.3.4. APPRAISAL ACCEPTANCE MEMORANDUM (SAMPLE)

MEEHAN 003600

Acceptance Memo

# Real Estate Collateral Value Acceptance Memorandum

| | | | |
|---|---|---|---|
| **To:** | | **Date:** | 06/01/2011 |
| **From:** | | **Phone:** | |
| **Appraisal of:** | | **Appraised By:** | |
| **Property #:** | 532603   **File #:**  1 | | |
| **Property Name:** | | | |
| **Address:** | | | |
| **City:** | Dundalk,   **State:** MD   Zip Code 21222- | | |

A Technical review dated 05/26/2011 for the above captioned appraisal report has been completed.

The report concluded the following value(s):

| Value Indications: | Final | Effective Date: | Comment: |
|---|---|---|---|
| Market Value "As Is" | $ | | |
| Prospective Value "At Completion" | $0 | | |
| Prospective Value "At Stabilization" | $0 | | |

**Property Rights Appraised:**        Leased Fee

Note: PNC Bank defines a current appraisal as 12 months old or less. If there are any significant concerns regarding changes in the market conditions or changes in the physical aspects of the property prior to closing consult Real Estate Valuations.

A Technical review in accordance with PNC Real Estate Appraisal Policy and Procedures has been completed and is recommended for acceptance as an appraisal which complies with federal appraisal regulations and USPAP as required by FIRREA.

**Name/Title**                                            **Date**

**Attachments:**                    Appraisal Review Documentation
                                   Lender Review Memorandum

MEEHAN 003601

10.3.5. REVIEW APPRAISER AWARD EMAIL (SAMPLE)

MEEHAN 003602

 **Reviewer engagement notification for**
**Patrick Bender of**
t
valuations o                                                                  05/18/2011 04:29 PM
:
Cc:        ...

Property Name:
Property #: 532603                          - -.  .

Congratulations on being selected to review the appraisal on the above
mentioned property!

Contract Price:

Delivery Date:                05/27/2011

Property Rights:       Leased Fee
Award review fee:

Review Due Date:              05/27/2011

Scope of Work:         Appraisal Review
Report Format:         PNC's Appraisal Review Checklist

Appraiser Information

Appraiser:
Firm:
Phone:

Property Information:

Borrowing Entity:
Property Name:          --.                 - - .

Property Address:

7730 Wise Avenue

Dundalk, MD 21222 -

Review Appraiser Instructions:

Please perform a review, in accordance with the USPAP, of the above captioned
appraisal report, completing the Technical Appraisal Review Checklist,
determining if the value is adequately supported, and identifying any
discrepancies in the report and data (if pertinent). Please outline any
questions or recommendations for revisions you may have in a letter to the
appraiser and provide a copy to PNC, along with copies of any correspondence
received from the appraiser during the revision process.

These are additional instructions from the Valuation's Coordinator.
**LRM incomplete

If you have any technical questions (appraisal methodology) during the course
of this review please contact the supervising appraiser, Jeffrey Mazur at

MEEHAN 003603

Thank you!

Appraiser Information

Appraiser:
Firm:
Phone:
Email:

PNC contact information:
Coordinator:
Supervising Appraiser:

Call

This appraisal review engagement is subject to and in conformance with the terms and conditions of the PNC Valuations Services Master Appraisal Review Agreement (revised 08/01/10) which is published on the PNC Valuations Services web site.

You can log into the website using this link:
https://www.pncrealestatefinance.com/links/Appraiser/AppraiserLogIn.jsp

MEEHAN 003604

10.3.6. MASTER APPRAISAL REVIEW AGREEMENT

MEEHAN 003605

# MASTER APPRAISAL REVIEW AGREEMENT
## (Revised 8/1/10)

Pursuant to the terms, conditions and certifications contained in this letter ("Letter Agreement"), you are hereby authorized to perform a complete review of the appraisal report for the property known as:

| | |
|---|---|
| PROPERTY NAME(S): | Please refer to our e-mail notification for authorization |
| PROPERTY ADDRESS/ADDRESSES: | Please refer to our e-mail notification of authorization. |
| PROPERTY DESCRIPTION(S): | Please refer to our e-mail notification for authorization |
| EFFECTIVE DATE OF APPRAISAL(S): | Please refer to our e-mail notification for authorization |
| INFORMATION/PROPERTY CONTACT (S): | Please refer to our e-mail notification for authorization |

PNC Bank, National Association ("PNC Bank") or the property contact will provide the appraisal report to be reviewed and such other information necessary to complete the appraisal review.

The appraisal review is intended to confirm the market value(s) set forth in the appraisal report and other value conclusion(s) as set forth in the appraisal award notification.

Market value, as defined and adopted by the Office of the Comptroller of the Currency is as follows:

Market Value

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated;

(2) Both parties are well informed or well advised, and are acting in what they consider their own best interests;

(3) A reasonable time is allowed for exposure in the open market;

(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;

MEEHAN 003606

(5)    The price represents the normal consideration for the Property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. (Reference: 12 CFR 34.42 (F))

Your appraisal review should be documented using PNC's Technical Appraisal Review Checklist and must include all pertinent sections in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) and the federal regulatory requirements as specified by the Office of the Comptroller of the Currency.

Any steps that are taken by you to comply with the Competency Provision of the USPAP must be disclosed prior to accepting this assignment and must be described in the PNC Technical Appraisal Review Checklist.

If this appraisal review assignment involves the review of an appraisal report for a residential subdivision, you shall confirm that the appraisal report conforms with the standards and requirement outlined in *Attachment B*. (Refer to *Attachment B: PNC Bank Minimum Residential Appraisal Standards*).

If this appraisal review assignment involves the review of an appraisal report for a low income housing tax credit development, you shall confirm that the appraisal report conforms with the standards and requirement outlined in *Attachment C*. (Refer to *Attachment C: DEMAND ANALYSIS FOR LIHTC DEVELOPMENTS*).

If your review of the appraisal report identifies any discrepancies between the appraisal report and the relevant data for the property subject to the appraisal, you shall notify the appraiser and PNC Bank of such discrepancy and shall work with the appraiser to resolve such discrepancy. You shall provide PNC Bank with copies of any correspondence between you and the appraiser regarding the appraisal report and any changes thereto.

We each acknowledge that a dispute between PNC Bank and the borrower may arise in connection with the value of this property. Should such circumstance arise, you may be required to give testimony on behalf of PNC Bank and attend court or other legal proceedings associated with the dispute. If this occurs, a separate agreement will be drafted between you and PNC Bank delineating both obligations and compensation.

Your agreement to be bound by this Letter Agreement acknowledges that you have been engaged by PNC Bank to perform the appraisal review for an agreed upon fee, which will be paid by PNC Bank after the appraisal review has been completed and the PNC Technical Appraisal Review Checklist has been reviewed and accepted. Please refer to the e-mail notification of acceptance for the details regarding the fee agreement, appraisal review completion date, and the required number of copies of the PNC Technical Appraisal Review Checklist. It is understood that there is an agreed upon deadline for this appraisal review and that time is of the essence. If you think that you will not be able to complete your appraisal review by the appraisal review completion date, you must promptly notify PNC Bank of the possible delay and the proposed completion date. If PNC Bank does not agree with your request to delay the appraisal review completion date and you do not deliver the PNC Technical Appraisal Review Checklist by the original appraisal review completion date, a penalty of five (5) percent of the appraisal review fee may be charged by PNC Bank *for each business day* that the PNC Technical Appraisal Review Checklist is overdue. This penalty, if assessed, will be deducted from the agreed up appraisal review fee.

MEEHAN 003607

PNC Bank reserves the right to share the results of the appraisal review with internal support departments (accountants, tax consultants, auditors, legal staff, etc.); the appropriate federal regulatory agencies, as required in the course of business; another financial institution which requests such information; or to the current or prospective borrower(s). Furthermore, PNC Bank may extract data from the appraisal review for in-house analysis. In disseminating copies of the results of the appraisal review, PNC Bank agrees to notify the recipient that the results of the appraisal review were prepared for the sole benefit of PNC Bank and should not be relied upon by any other person or entity.

You agree that all non-public information, including without limitation information about individuals, provided by PNC Bank to you or of which you acquire knowledge during the course of your engagement under this Letter Agreement, including, but not limited to names, addresses, telephone numbers, account numbers, customers lists, and demographic, financial and transaction information ("Customer Information"), shall be deemed to be confidential and proprietary to PNC Bank. You shall not use the Customer Information for any purpose other than as required for the performance of your obligations under this Letter Agreement, and you shall not duplicate or incorporate the Customer Information into your own records or databases. You agree that any dissemination of the Customer Information within your own business entities shall be on a "need to know" basis for the sole purpose of the performance of your obligations hereunder. You shall not disclose the Customer Information to any third party, including an affiliate of yours or a permitted subcontractor, without the prior written consent of PNC Bank and the borrower and the written agreement of such third party to be bound by the terms of this paragraph and the immediately succeeding paragraph. Unless otherwise prohibited by law, you shall (i) immediately notify PNC Bank of any legal process served on you for the purpose of obtaining Customer Information and (ii) permit PNC Bank adequate time to exercise its legal options to prohibit or limit disclosure. You shall establish and maintain policies and procedures designed to insure the confidentiality of the Customer Information. Not later than thirty (30) days following termination of an appraisal review assignment subject to the terms of this Letter Agreement, you shall at PNC Bank's discretion either (i) return the Customer Information to PNC Bank or (ii) certify in writing to PNC Bank that such Customer Information has been destroyed. You shall notify PNC Bank promptly upon the discovery of the loss, unauthorized disclosure or unauthorized use of the Customer Information. You shall permit PNC Bank to audit your compliance with the provisions of this paragraph at any time during your regular business hours.

In addition to any other rights PNC Bank may have under this Letter Agreement or in law, since unauthorized use of disclosure of the Customer Information may result in immediate and irreparable injury to PNC Bank for which monetary damages may not be adequate, in the event you or any officer, director, employee, agent or subcontractor of yours uses or discloses or in PNC Bank's sole opinion, any such party is likely to use or disclose the Customer Information in breach of your obligations under this Letter Agreement, PNC Bank shall be entitled to equitable relief, including temporary and permanent injunctive relief and specific performance. PNC Bank shall also be entitled to the recovery of any pecuniary gain realized by you from the unauthorized use or disclosure of Customer Information. The provisions of this paragraph and the immediately preceding paragraph shall survive the termination of this Letter Agreement.

MEEHAN 003608

You intend to be legally bound hereby and agree that the provisions hereof shall be governed and construed by the laws of Pennsylvania.

It is understood and agreed that this contract is between PNC Bank and you on behalf of your appraisal firm. The appraisal review must be performed (and the written results signed) by you. This does not preclude participation in the appraisal review process by other qualified associates of the firm.

Please retain a copy of this document for your files.

We look forward to working with you on this appraisal review assignment.

MEEHAN 003609

## 10.3.7. VALUATION REVIEW CUSTOMER PD REFERENCE GUIDE

MEEHAN 003610

# Valuation Review Customer PD Reference Guide

(Procedures Forms Directory Section 10.3.7)

## Business Loans (including workout)

### New or Increase

| | PD 1-8 | PD 9-10 | PD ≥11 |
|---|---|---|---|
| ≥$250M | Compliance | Compliance | Administrative |
| ≥$1,000M | Compliance | Administrative | Technical |
| ≥$3,000M | Administrative | Technical | Technical |
| ≥$5,000M | Technical | Technical | Technical |

### Renewals and Extensions

| | PD 1-5 | PD 6-8 | PD 9-10 | PD ≥11 |
|---|---|---|---|---|
| ≥$250M | Compliance | Compliance | Compliance | Administrative |
| ≥$3,000M | Compliance | Compliance | Administrative | Technical |
| ≥$5,000M | Compliance | Administrative | Technical | Technical |
| ≥$10,000M | Administrative | Technical | Technical | Technical |

## Real Estate Loans (including workout)

### New or Increase

| | PD 1-8 | PD 9-10 | PD ≥11 |
|---|---|---|---|
| ≥$250M | Compliance | Compliance | Administrative |
| ≥$1,000M | Compliance | Administrative | Technical |
| ≥$3MM | Administrative | Technical | Technical |
| ≥$5MM | Technical | Technical | Technical |

### Renewals and Extensions

| | PD 1-5 | PD 6-8 | PD 9-10 | PD ≥11 |
|---|---|---|---|---|
| ≥$250M | Compliance | Compliance | Compliance | Administrative |
| ≥$1,000M | Compliance | Compliance | Administrative | Technical |
| ≥$3MM | Compliance | Administrative | Technical | Technical |
| ≥$5MM | Administrative | Technical | Technical | Technical |
| ≥$15MM | Technical | Technical | Technical | Technical |

* Minimum standards for review. A higher standard of review may be utilized at the descretion of REVS.

M:\RE\SHARED\REIS\APPRAISAL 2011\Appraisal Procedures\Review Guidlines (PD Rating)\Review PD Rating Guide.xls

MEEHAN 003611

10.4.1  REQUEST FOR RELEASE OF APPRAISAL

MEEHAN 003612

# For Internal Use Only

## DO NOT release this copy of the appraisal to your customer.

PNC Policy requires a signed release by the customer prior to issuance of an appraisal copy. It is the responsibility of the Relationship Manager to obtain payment prior to requesting release.

To initiate the release process, complete the following information and fax to _____ at 412.762.0427:

LINKS Property Number:
[Found on the Received stamp, first page of the report]

LINKS Appraisal Name:

Appraisal Report Date:

Customer Name & Title:
[Must be someone with signing authority for the company]

Company Name:

Company Address:


Customer Phone:

Customer Fax:

Customer Email:

Request submitted by:

Phone:

Customer Release Form-Revised3-15-10.doc
03.15.10

MEEHAN 003613

10.4.2. CONDITIONAL RELEASE LETTER

MEEHAN 003614

 **PNC**

Date


Name
Company
Address


Re:

In response to your request, PNC Bank, National Association ("PNC Bank") agrees to provide you with copies of appraisal reports dated              for the subject property (Collectively, the "Reports") subject to the terms and conditions of this letter and the assumptions, limitations and exceptions set forth in the Reports.

By executing this letter in the space provided below,              (the "Company") understands and agrees that (a) the Reports represent the opinion of the appraiser and not the opinion of PNC Bank, (b) any reliance you or the Company place upon the Reports or any portion thereof is solely and exclusively at your and the Company's own risk (c) PNC Bank does not attest to the accuracy or validity of the information, assumptions, analyses or conclusions (value or otherwise) presented in the Reports, (d) PNC Bank cannot be held responsible for any errors, misrepresentations, or miscalculations contained in the Reports, (e) the Reports were prepared for PNC Bank's due diligence purposes in connection with the extension of the Company's credit facility, and (f) the Reports will remain the exclusive property of PNC Bank, National Association.

By executing this letter in the space provided below, Company releases PNC Bank, its agents, employees and representatives (the "PNC Bank Parties") and agree to indemnify and hold the PNC Bank Parties harmless from any and all claims, causes of action, liabilities or obligations, of any sort or kind, which Company had, now has or in the future may have against the PNC Bank Parties which arise out of or in any way relate to the Reports or PNC's delivery thereof to Company.

Please sign and return this letter to me via fax at 412-762-0427 or e-mail to evidence your and the Company's agreement to the foregoing. Upon receipt of the signed release agreement, PNC Bank, National Association will provide you copies of the Reports.


Sincerely,
PNC Bank, National Association




Agreed to and Accepted by:



                                                                                    Date


Ref. #

MEEHAN 003615