# EXHIBIT H

# Memo

**To:** PNC Real Estate Review Appraisers

**From:** Jeffrey A. Mazur, MAI

**Date:** January 2, 2009

**Re:** Expectations

---

Thank you for your interest in becoming a review real estate appraiser for PNC Bank. The purpose of this memo in to highlight a few of the expectations PNC has of you as one of our real estate review appraisers.

### Items to be checked during review

- Review PNC Engagement Letter (Award Notification) to confirm the appraisal conforms to our request
- Math calculations
- Methodology
- Definition of Market Value
- Property Rights Appraised
- Narrative property description
- The appraiser engaged must sign the final appraisal report

*start immediately contact appraiser first day if needed*

### Miscellaneous Items

- Expected turn around time is typically 3-5 days
- Hypothetical values should be reported below the *Prospective Value at Stabilization* category. The value must be reported as a Hypothetical Value and discuss why in the *Assumptions* section.
- Write the entire review from the first person perspective including any special assumptions that may be discussed. The review document is your document.
- If the value has changed from what was originally reported:
  - The initial value gets reported under the "Original" column on page one and the revised value reported in the "Final" column.
  - The reason for the value change should be discussed in the reconciliation (additional comments) section of the review. *Page 6*
  - Once the revised appraisal has been uploaded to PNC L.I.N.K.S document library, and the changes have been confirmed by you, the reviewer, then it can be submitted.
- If there is no change in value then the value gets reported in both the Original & Final columns.
- Discuss risks

### Lender Review Memorandum (LRM)

- The LRM can be accessed in LINKS document library. It provides input from the Bank's Relationship Manager.
- The LRM must be reviewed prior to completing & submitting review.
- If the relationship manager (lender) has any questions about the appraisal they will list their concerns or questions in this document. If you pull up the LRM and there are no questions then you can proceed to complete and submit the review.
- If the lender has concerns/questions:
  - It is the reviewer's responsibility to facilitate the answer to their questions. Sometimes the reviewer may be able to answer the question or facilitate the answer via the appraiser.
  - Contact relationship manager as soon as possible to resolve issues.
  - Contact PNC Coordinator with items being addressed.

### Document Library

- The document library is where you are able to access the appraisal, LRM (lender review memorandum), and any other attachments from the appraiser that are pertinent to the review process.
- If applicable, you upload your invoice in the document library.
- You can attach additional documentation that you may want attached to your review.



PENGAD 800-631-6989    **EXHIBIT** 2

MEEHAN 005015