# EXHIBIT  L

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 2 of 168 PageID #: 1269

# PNC - Technical Appraisal Review - General

**Appraisal Transmittal Date**                                    10/09/2015

**Date Assignment Confirmed**                                     09/29/2015
**Property Name:** 900 Hamilton Street
**Property Number:** 565492                              **Review Completion Date:**
**Address:** 900 Hamilton Street
**City:** Franklin Township          **State:** NJ       **Zip:** 08873       **Country:** USA

**Property Appraised By:**   George Denman of The Oxford Group

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| **Market Value As Is** | $2,100,000.00 | $1,900,000.00 | 09/21/2015 | |
| **Prospective Value At Completion** | $0.00 | $0.00 | | |
| **Prospective Value At Stabilization** | $0.00 | $0.00 | | |
| **Property Rights Appraised:** | Fee Simple | | | |

**Comments:**
Only the sales comparison and income approaches developed to estimate the fee simple interest in the subject. Most weight has been given to the sales comparison approach which is appropriate since daycare properties such as the subject are typically purchased by owner-users. Due to the difficulty in estimating accrued depreciation, the cost approach was not utilized. The appraiser provides adequate analysis and acceptable support for the concluded market value in the report.

**Special Assumptions:**
The subject HVAC system is currently being repaired and portions replaced at a cost of $154,574. According to the property contact, Sandra Espinal, the repairs are substantially complete and awaiting inspection; the entire project is expected to be complete within 30 days. Subsequent to securing permits, portions of the front wall that were removed to provide access to the HVAC system will be replaced. The value estimated herein in based on the extraordinary assumption that all HVAC components are sufficient and in working order and all work will be performed in a workmanlike manner with materials consistent with the area and price range, and be completed within approximately 30 days of the effective date of the valuation. Should future circumstances reveal any significant differences, the value indicated herein would be subject to revision.

**Observations of Real Estate Risk:**
The subject is a special-purpose property. Daycare properties offer above normal real estate risk due to design features which typically include special-purpose interior build-out. If vacated, some of the value of the improvements is often lost since the next user will most likely alter the existing structure for their specific use. The market for daycare facilities characteristically consists of a narrow, well-defined group of interested and qualified purchasers who would continue to operate the facility as a daycare business enterprise. It is not uncommon for qualified investors interested in this property type from an alternative use perspective to incorporate a discount into their pricing. The value of the improvements assumes adequate demand for the

MEEHAN 002221

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 3 of 168 PageID #: 1270

subject in this location. Because the subject is a specialized use, comparable sales are extremely rare and do not generally reflect market transactions. The appraiser did provide sales of daycare facilities to indicate that specialized properties similar to the subject's use do transact on occasion. The improvements are also valued using the income approach, which suggests the subject could be leased for use as a daycare property. Caution should be taken when underwriting this asset since it is a special use facility and demand for the use may be limited. The funds provided to Somerset Community Action Program (SCAP) are no longer in existence. Community Development Institute – Head Start (CDI) has entered into a lease with SCAP. The lease is structured on a NNN basis. In addition, CDI pays, as part of the rent, the monthly mortgage payments. The lease began 7/1/15 and will end on 6/30/16. The lease includes a termination clause that allows CDI to terminate the lease at any time with a 30-day notice. Since the lease is short term, expires in less than 1 year, and the tenant has the right to terminate with a 30-day notice, and payments include debt service, the lease is not considered to be arm's length.

**Reviewer:**  Joseph  Meehan, MAI
**Reviewer Firm:**  PNC Real Estate Valuations - Clayton

**Reviewer Recommendation:**
**Accept Appraisal:**  This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably and logically supported.

**Supplements to the Review**
**Review Correspondence**

https://www.pncrealestatefinance.com/links/Appraiser/printableReview.jsp                        10/9/2015

MEEHAN 002222

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 4 of 168 PageID #: 1271

## Property Information

| | |
|---|---|
| **Street Address:** | 900 Hamilton Street |
| **City/State/Zip:** | Franklin Township, NJ 08873 |

**Narrative Description of the Property**

The subject property consists of 0.85 acres of land improved with a former 2-story office building constructed in 1975, and converted to a day care facility at a later date. The subject contains a reception area, infant/toddler rooms, nurse's office, recreation room, a small office, and restrooms. The walk-up second floor contains several classrooms, a recreation area, administrative offices, and adequate restrooms. The property improvements are typical of older office buildings that have been converted for school/daycare use. The site also is improved with fencing and playground equipment. The subject is licensed for 93 students. Block 135.01 Lots 10-20, 35, 36, 42

| | | | |
|---|---|---|---|
| **Asset Class:** | Office | | |
| **Project Type:** | Other Office | | |
| **Property Status:** | Existing | **Condition:** | Average |
| **Gross Building Area:** | 18,134 sf | **# of Units:** | 1 |
| **Net Rentable Area:** | 18,134 sf | **Year Built:** | 1975 |
| **# of Tenants:** | 0 | **Percent Occupied:** | 100 % |
| **Land Area:** | 0.85 Acres | **Excess Land:** | acre |
| **Zoning:** | HBD, Hamilton Street Business District | | |
| **Parking Spaces:** | 53 | | |
| **Highest & Best Use(Vacant):** | Hold for future development. | | |
| **Highest & Best Use(Improved)** | Continued use as a day care facility | | |
| **Comments:** | Continued use as a day care facility is the most productive use of the property. | | |

MEEHAN 002223

Appraisal Review                                                                                        Page 4 of 10

**Land Value Analysis**

**Land Value:** $0.00                          **Unit Value:**                    N/A
**Comments:** Land value was not developed.

**Cost Approach**

**Concluded Value As Is:** $0.00               **Unit Value:**                    N/A
**As Completed:** $0.00                        **Unit Value:**                    N/A
**As Stabilized:** $0.00                       **Unit Value:**                    N/A
**Comments:** The cost approach to value was not considered applicable due to the difficulty in estimating all forms of depreciation.

**Sales Comparison Approach**

**Concluded Value As Is:** $1,750,000.00       **Unit Value:**                    $115.00 /  sf
**Unadjusted Range/ sf :** $111.11 to $230.00  **Adjusted Range/ sf :**           $105.56 to  $126.50
**As Completed:** $0.00                        **Unit Value:**                    N/A
**As Stabilized:** $0.00                       **Unit Value:**                    N/A
**Unadjusted Range/ sf :** $0.00 to  $0.00     **Adjusted Range/ sf :**           $0.00 to  $0.00
**Comments:** The market was researched and three sales were analyzed and compared to the subject on the basis of price per square foot of gross building area, and price per licensed student. The sales occurred between 10/12 and 01/15. Prior to adjustments, the sale prices per SF ranged as indicated above. Adjustments were considered for property rights, financing, conditions of sale, market conditions, location, parking ratio, construction quality, and other physical characteristics. The preliminary as is value of $115/SF falls within the adjusted range indicated above. This reflects a preliminary value of $2,100,000. The sale prices per licensed student range from $7,635 to $13,630/student. Adjustments were considered for property rights, financing, conditions of sale, market conditions, location, parking ratio, construction quality, and other physical characteristics. The adjusted prices range from $8,017 to $11,585/student. The preliminary as is value of $10,000/student falls within the adjusted range. This reflects a preliminary value of $950,000, rounded. Placing most weight on the price per SF method the appraiser reconciles a value by the sales comparison approach of $1,750,000 or $96.50/SF. The comparable sales, market data, and overall analysis for this approach to value were good and considered adequate.

Appraisal Review

## Income Approach

| | |
|---|---|
| **Concluded Value As Is:** | $2,100,000.00 |
| **As Completed:** | $0.00 |
| **As Stabilized:** | $0.00 |

## Stabilized Income Projections

| Income Sources | Rent Estimate(s) | |
|---|---|---|
| **Type of Space** | **Subject** | **Market** |
| Rent per SF | $13.00 to $13.00 / sf | $10.00 to $16.50 / sf |
| Rent per student | $1,800.00 to $1,800.00 / unit | $834.00 to $2,515.00 / unit |

| | |
|---|---|
| **Rent Concessions:** | None |
| **Stabilization in year:** | 2015 |

| | | | |
|---|---|---|---|
| **Gross Income Potential:($)** | $294,123.00 | | |
| **Other Income:($)** | $58,381.00 | | |
| **Overall Vacancy:(%)** | 10 | **Market Vacancy:** | 10 |
| **Effective Gross Income:($)** | $294,123.00 | | |
| **Total Expenses:($)** | $69,279.00 | **Expense Ratio:(%)** | 26.2 |
| **Reserves for replacement:($)** | $0.25 per sf | | |
| **NOI:($)** | $195,431.00 | | |
| **Overall Capitalization Rate:(%)** | 8.5 | | |
| **Discount Rate:(%)** | 0 | | |
| **Terminal Capitalization Rate:(%)** | 0 | | |

**Comments (includes discussion of growth rates and leasing expense):**

The subject property is 100% owner-occupied. An owner-user is the most likely purchaser of the appraised property; however, leasing is an alternative to ownership and this approach would be given some consideration in a purchase decision. Based upon three comparable rental properties, market rent is estimated at $13 per SF, or $1,800 per student. The ascribed rental rates are based on triple net lease terms where the tenant would be responsible for real estate taxes, insurance and maintenance. The indicated value by the rent per SF analysis indicates a value of $2,300,000. The indicated value by the rent per student analysis indicates a value of $1,600,000. Placing most weight on the price per SF method the appraiser reconciles a value by the income approach of $2,100,000. The comparable rentals, market data (operating expenses, cap rates, etc.) and overall analysis for this approach to value were considered adequate.

**Market Analysis Conclusion:**

The subject is located in the northeast portion of the Township of Franklin, Somerset County, New Jersey. The area is suburban in nature. The neighborhood is bounded by multifamily and multifamily and commercial uses along Hamilton Street to the north, Pershing Avenue to the east, Ellen Street to the south, and Berry Street to the west. The population within a 3-mile radius of the subject is 131,258. The median household income is $64,483. The subject is a special use property and has been adapted specifically to suit the needs of a day care center and to service the demand for this service.

MEEHAN 002225

Appraisal Review                                                                 Page 6 of 10

**Minimum Regulatory Appraisal Standards**

|  | **Question** |
|---|---|
| **1. Yes** | Does the report comply with the engagement letter? |
| **2. Yes** | Is the report addressed to a financial services institution? |
| **3. Yes** | Is the appraisal presented in writing and does it contain sufficient information and analysis to support the bank's decision to engage in the transaction? |
| **4. Yes** | Does the appraisal include the correct definition of Market Value and a stated opinion of Exposure Time? |
| **5. Yes** | If applicable, does the appraiser report and analyze appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold lots or units? |
| **6. Yes** | Was the appraisal performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations? |
| **7. Yes** | Are the value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report? |
| **8. Yes** | Does the appraisal report appear to conform to the USPAP? |

**The following information is required for conformance to USPAP:**

a. The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

b. The reporting option is prominently stated (Appraisal Report or Restricted Appraisal Report).

c. The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

d. The real estate is adequately identified (Including the physical, legal and economic property characteristics relevant to the assignment).

e. The purpose of the appraisal is stated (Including the type and definition of value with source).

f. The real property interests being appraised are identified.

g. The effective date of the appraisal, date of the inspection and date of the report are stated.

h. All special limiting conditions, hypothetical conditions, and assumptions are identified.

i. The scope of work used to develop the appraisal is outlined.

The information analyzed, the appraisal procedures followed, and the reasoning that support the analyses, opinions, and conclusions are described in the appraisal.

j.
Analyzed any current agreements of sale, options, or listing of the property.
Analyzed all sales of the property occurring within the previous three years.
Analyzed any effects on market value due to any easements, restrictions, or encumbrances.
Analyzed the effect on value of any personal property, trade fixtures, or intangible items that are not real property.
Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of the subject property.

k. The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated; and, when the purpose of the assignment is market value, the support and rationale for the appraiser's opinion of the highest and best use of the real estate are described.

l. The appraisal contains the required signed certification.

m. The highest & best use of the land "as if vacant" and "as improved" are analyzed and reported.

n.

https://www.pncrealestatefinance.com/links/Appraiser/printableReview.jsp                    10/9/2015

MEEHAN 002226

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 8 of 168 PageID #: 1275

The appraiser employed a reasonable valuation method that addresses the three approaches to market value, and s/he explained the elimination of any approach not used.

o.  The land value was supported by an appropriate appraisal method or technique.

p.  In the cost approach, the conclusion is supported by reasonable and logical analyses.

q.  In the sales comparison approach, the conclusion is supported by reasonable and logical analyses.

r.  In the income approach, the conclusion is supported by reasonable and logical analyses.

s.  The reconciliation appears reasonable.

MEEHAN 002227

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 9 of 168 PageID #: 1276

| | |
|---|---|
| | **Question** |
| **9. Yes** | Have all the concerns been addressed? |
| | |
| **Reconciliation(Additional Review Comments):** | The appraiser reconciled the sales comparison and income approaches to value the fee simple interest in the subject. Most emphasis was placed on the sales comparison approach, which is appropriate since the subject is an owner-occupied day care building. The appraiser submitted a revised report which includes an analysis of the subject on a per student basis. As a result of the additional analysis the value declined from $2,100,000 to $1,900,000. There were no issues reported in the LRM. |
| **Exposure Time:** | 12 months |

MEEHAN 002228

## Use of the Review

The intended user of this review is PNC to facilitate a credit decision.

## Scope of the Review

This review has been prepared in accordance with USPAP, specifically Standard 3. I have read and reviewed the contents of the referenced report and formed an opinion as to:

- the adequacy and relevance of the data and the propriety of any adjustments to the data;
- the appropriateness of the appraisal methods and techniques used;
- the reasonableness and appropriateness of the analyses, opinions and conclusions in the report; and
- the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

In addition, the following tasks were undertaken during the review process:

Interviewed appraiser

## Limiting Conditions

- This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.
- Unless otherwise stated, the analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.
- Unless otherwise stated, no attempt has been made to obtain additional market data for this review.
- This comprehensive appraisal review should be considered only within the context of and in conjunction with the appraisal.
- No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 002229

Appraisal Review                                                                Page 10 of 10

**<u>Reviewer's Certification</u>**

**I certify that to the best of my knowledge and belief:**

- The facts and data reported by the review appraiser and used in the review process are true and correct.

- The analyses, opinions, and conclusions in this review report are limited only by the assumptions and limiting conditions stated in this review report, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.

- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

- I did not personally inspect the subject property of the work under review.

- No one provided significant appraisal or appraisal review assistance to the person signing this certification.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the standards and reporting requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and with the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, I HAVE completed the continuing education program of the Appraisal Institute.

- I have performed no services, as an appraiser or any other capacity, on the property or properties which are the subject of this review in the last three years.

*Joseph Meehan, MAI*

**Joseph Meehan, MAI          Date**
**MO Certified General Real Estate Appraiser RA002484**

| Print Review | | Close Window |

MEEHAN 002230

*expenses with the industry experiencing high rates of employee turnover. Perceived quality and convenient location are two major factors in parental selection of a facility. Occupancy and tuition are common operating measures in this industry.*

*Daycare centers are a highly regulated industry with profitability and multipliers often **tied to the number of children a center is licensed to care for.***

Childcarebrokers.com says childcare facilities are valued by license capacity:

## How are Childcare Center Businesses Valued? – Rules of Thumb

- Based on licensed capacity – $1,000 to $2,500 per child for the business value only
- Based on licensed capacity – $6,000 to $14,000 per child for the real estate and business together
  http://childcarebrokers.com/selling-a-childcare-center/what-is-your-centers-value/

## They list child care properties based on licenses. They never mention building size.
http://childcarebrokers.com/buying-a-childcare-center/childcare-centers-for-sale/

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

| Diana Pockar | Hi Joe, I was thinking more about this report ov... | 10/15/2015 01:26:06 PM |
|---|---|---|

From:      Diana Pockar/CredPlcy/CLE/PNC
To:          Joseph M. Meehan/CredPlcy/CLE/PNC@PNC,
Date:       10/15/2015 01:26 PM
Subject:  900 Hamilton

Hi Joe,

I was thinking more about this report over the last day and actually called the vendors based on our conversation last evening... that properties in this market do not sell on a per child license basis. I am concerned that the valuation is not significantly supported, as the analysis appears to not be supported.

My suggestion is to revert back to the original analysis and accept the basis for which the appraisers originally concluded. This is a strong market and I am afraid that if the appraiser's have not seen analysis like this, ever, it is just not credible. I am not able to get my arms around it entirely, but was just thinking, what if the number of licenses change, either for the property or the comparables, the value is a moving target. Do the licenses get issued to the business or do they run with the real estate? One of the comps, page 50 states that the property is licensed for 457 children, but rent is based on actual enrollment, which

MEEHAN 002232

we know can change at any time.

Please let me know if we have your approval to just go back to the original analysis, which is what was completed last year.  Sorry to be long winded, I thought it best to spell out in my own mind by writing in an email.  Thank you Joe,

**Diana**

MEEHAN 002233

565492



2015-10-13 09:48:56.0 EMILY    TAGGART

-------------------------------------

REVIEW FEE/TIMING CHANGE: revised report received, reviewer back to appraiser with more questions

=======================================

2015-10-07 09:58:38.0 EMILY    TAGGART

-------------------------------------

MEEHAN 002252

REVIEW FEE/TIMING CHANGE: still waiting on revisions

======================================

2015-10-05 12:40:32.0  EMILY      TAGGART

----------------------------------

REVIEW FEE/TIMING CHANGE: waiting on revisions

======================================

2015-09-25 11:28:04.0  EMILY      TAGGART

----------------------------------

The engaged appraiser, George Denman, signed the certification but did not inspect the subject property.  However, prior to acceptance, we verified the person who inspected the property, Joseph Rusin, was a General Certified Appraiser. This is acceptable per the Supervising Appraiser, Diana Pockar.

======================================

2015-09-17 08:35:01.0  EMILY      TAGGART

----------------------------------

appraiser advised report is on track for the 24th

======================================

MEEHAN 002253

2015-10-13 09:48:56.0  EMILY        TAGGART

-----------------------------------

REVIEW FEE/TIMING CHANGE: revised report received, reviewer back to appraiser with more questions

=====================================

2015-10-07 09:58:38.0  EMILY        TAGGART

-----------------------------------

REVIEW FEE/TIMING CHANGE: still waiting on revisions

=====================================

2015-10-05 12:40:32.0  EMILY        TAGGART

-----------------------------------

REVIEW FEE/TIMING CHANGE: waiting on revisions

=====================================

2015-09-25 11:28:04.0  EMILY        TAGGART

-----------------------------------

The engaged appraiser, George Denman, signed the certification but did not inspect the subject property.  However, prior to acceptance, we verified the person who inspected the property, Joseph Rusin, was a General Certified Appraiser. This is acceptable per the Supervising Appraiser, Diana Pockar.

=====================================

2015-09-17 08:35:01.0  EMILY        TAGGART

-----------------------------------

appraiser advised report is on track for the 24th

=====================================

MEEHAN 002254

MEEHAN 002255



To:
Cc:
Bcc:

Subject: Fw: FYI - Day care unit of comparison confirmed by AI as being price per licensed child (capacity)

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/28/2015 08:49 AM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | p.higgins@pnc.com, Douglas R Schoenberg/CredPlcy/CLE/PNC@PNC, Diana Pockar/CredPlcy/CLE/PNC@PNC, |
| Date: | 10/05/2015 09:46 AM |
| Subject: | FYI - Day care unit of comparison confirmed by AI as being price per licensed child (capacity) |

All,

Some of you said you have never seen anyone use price per child as a unit of comparison for a day care facility. It hit me over the weekend where I saw the unit of comparison of price per licensed child supported by the Appraisal Institute.

Attached is Page 1-7 with answers from the class session for Seminar 530 - Advanced Sales Comparison & Cost Approaches (eigth line down). I did not buy the course book. Perhaps one of you or someone in your office has the book?

The scanner copied Page 1-7 three times. Obviously, operator error.

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

Scan Date: 10.05.2015 10:10:14 (-0400)[attachment "20151005101014426.pdf" deleted by Joseph M. Meehan/CredPlcy/CLE/PNC]

MEEHAN 002342

MEEHAN 002343

## Discussion Questions

1. *What types of properties are likely to be valued on the basis of the following units of comparison?*

   acre-foot    water    43560 cubic ft of water    possibly feet

   acre    land

   animal unit    Ranches carrying capacity

   bed    hospitals & nursing homes

   bedroom

   buildable area square foot    ground building area

   building site    residential

   child    day care

   cubic foot    warehouse, refrigerated warehouse

   door    truck terminals

   front foot    water front

   housing unit    ground

   linear foot    rights of way fiber optics

   pedestrian    retail foot traffic

   potential dwelling unit

   room    hotel

   seat    theatre; restaurant; churches

   square foot    almost useless

   vehicle    parking garage

2. *What others could be added to this list?*

MEEHAN 002344

## Discussion Questions

1. *What types of properties are likely to be valued on the basis of the following units of comparison?*

   acre-foot — water    43 560 cubic ft of water    *possibly feet*

   acre — land

   animal unit — Ranches carrying capacity

   bed — hospitals & nursing homes

   bedroom

   buildable area square foot — ground building area

   building site — residential

   child — day care

   cubic foot — warehouse, refrigerated warehouse

   door — truck terminals

   front foot — water front

   housing unit — ground

   linear foot — rights of way   fiber optics

   pedestrian — retail foot traffic

   potential dwelling unit

   room — hotel

   seat — theatre; restaurant; churches

   square foot — almost unlimited

   vehicle — parking garage

2. *What others could be added to this list?*

*Advanced Sales Comparison and Cost Approaches*                    1-7

MEEHAN 002345

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 22 of 168 PageID #: 1289

## Discussion Questions

1.   *What types of properties are likely to be valued on the basis of the following units of comparison?*

acre-foot   water    43 560 cubic ft of water    *possibly feet*

acre   land

animal unit   Ranches carrying capacity

bed   hospitals & nursing homes

bedroom

buildable area square foot   ground building area

building site   residential

child   day care

cubic foot   warehouse, refrigerated warehouse

door   truck terminals

front foot   water front

housing unit   ground

linear foot   rights of way   fiber optics

pedestrian   retail foot traffic

potential dwelling unit

room   hotel

seat   theatre; restaurant; churches

square foot   almost useless

vehicle   parking garage

2.   *What others could be added to this list?*

MEEHAN 002346

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 23 of 168 PageID #: 1290

# PNC - Technical Appraisal Review - General

| | |
|---|---|
| **Appraisal Transmittal Date** | **10/20/2015** |
| **Date Assignment Confirmed** | **10/16/2015** |
| **Property Name:** 900 Hamilton Street | **Review Completion Date:** 10/21/2015 |
| **Address:** 900 Hamilton Street | |

**City:** Franklin Township          **State:** NJ          **Zip Code:** 08873          **Country:** USA

**Property Number:** 565492     **File #:** 2

**Property Appraised By:**   George Denman  of  The Oxford Group

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| **Market Value As Is** | $2,100,000.00 | $2,100,000.00 | 09/21/2015 | |
| **Prospective Value At Completion** | $0.00 | $0.00 | | |
| **Prospective Value At Stabilization** | $0.00 | $0.00 | | |
| **Property Rights Appraised:** | Fee Simple | | | |

**Special Assumptions:**          HVAC system is being repaired at a cost of $154,574. The repairs are substantially complete and awaiting inspection. Portions of the front wall were removed to access the HVAC. The value above assumes all the work will be completed and in working order within 30 days.

**Observations of Real Estate Risk:**   Modern daycare facilities range from 5,000 to 10,000 square feet, this daycare facility contains 18,000 square feet but offers a variety of services targeted at different ages of children. Given the popularity of this service, short to mid-term added supply and competition risk is present. However, the saturation of this type of service on the local level is relatively low.

**Reviewer:**  Paul Higgins, MAI

**Reviewer Firm:**  PNC Real Estate Valuations - Beachwood

**Reviewer Recommendation:**

**Accept Appraisal:**  This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably and logically supported.

**Supplements to the Review**
**None**

MEEHAN 002348

Case: 4:17-cv-02876-PLC     Doc. #:  64-12     Filed: 03/20/19     Page: 24 of 168 PageID #: 1291

## Property Information

| | |
|---|---|
| **Street Address:** | 900 Hamilton Street |
| **City/State/Zip:** | Franklin Township, NJ 08873 |

### Narrative Description of the Property

The subject property consists of 0.85 acres of land improved with a former 2-story office building constructed in 1975, and converted to a day care facility at a later date. The subject contains a reception area, infant/toddler rooms, nurse's office, recreation room, a small office, and restrooms. The walk-up second floor contains several classrooms, a recreation area, administrative offices, and adequate restrooms. The property improvements are typical of older office buildings that have been converted for school/daycare use. The site also is improved with fencing and playground equipment. The subject is licensed for 93 students. Block 135.01 Lots 10-20, 35, 36, 42

| | | | |
|---|---|---|---|
| **Asset Class:** | Office | | |
| **Project Type:** | Other Office | | |
| **Property Status:** | Existing | **Condition:** | NA |
| **Gross Building Area:** | 18,134 sf | **# of Units:** | 1 |
| **Net Rentable Area:** | 18,134 sf | **Year Built:** | 1975 |
| **# of Tenants:** | 0 | **Percent Occupied:** | 100 % |
| **Land Area:** | 0.85 Acres | **Excess Land:** | acre |
| **Zoning:** | HBD | | |
| **Parking Spaces:** | 53 | | |
| **Highest & Best Use(Vacant):** | Build to suit or hold for future development | | |
| **Highest & Best Use(Improved)** | Current Daycare Facility Use | | |
| **Comments:** | | | |

MEEHAN 002349

**Land Value Analysis**

| | | | |
|---|---|---|---|
| **Land Value:** | $0.00 | **Unit Value:** | N/A |
| **Comments:** | Not Developed | | |

**Cost Approach**

| | | | |
|---|---|---|---|
| **Concluded Value As Is:** | $0.00 | **Unit Value:** | N/A |
| **As Completed:** | $0.00 | **Unit Value:** | N/A |
| **As Stabilized:** | $0.00 | **Unit Value:** | N/A |
| **Comments:** | Not Developed | | |

**Sales Comparison Approach**

| | | | |
|---|---|---|---|
| **Concluded Value As Is:** | $2,100,000.00 | **Unit Value:** | $115.00 /  sf |
| **Unadjusted Range/ sf :** | $111.11 to $230.00 | **Adjusted Range/ sf :** | $105.56 to  $126.50 |
| **As Completed:** | $0.00 | **Unit Value:** | N/A |
| **As Stabilized:** | $0.00 | **Unit Value:** | N/A |
| **Unadjusted Range/ sf :** | $0.00 to  $0.00 | **Adjusted Range/ sf :** | $0.00 to  $0.00 |

**Comments:** The market was researched and five sales were further analyzed and compared to the subject on the basis of price per SF of gross building area. The sales occurred between October 2012 and January 2015. Adjustments were considered for property rights, financing, conditions of sale, market conditions, location, size, age/condition, design, construction quality, parking ratio, and functional utility. The value conclusion was reasonable as it was within both the unadjusted and adjusted ranges of comparable data and was consistent with Sale 1 ($135/SF unadjusted and $118/SF adjusted), the property most similar to the subject by virtue of the magnitude of gross adjustments. The sales comparable properties used offer strong support for the value conclusion.

MEEHAN 002350

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 26 of 168 PageID #: 1293

## Income Approach

| | |
|---|---|
| **Concluded Value As Is:** | $2,300,000.00 |
| **As Completed:** | $0.00 |
| **As Stabilized:** | $0.00 |

## Stabilized Income Projections

| Income Sources | | Rent Estimate(s) | |
|---|---|---|---|
| **Type of Space** | | **Subject** | **Market** |
| There are no Type(s) of Space. | | | |

| | | | |
|---|---|---|---|
| **Stabilization in year:** | 2015 | | |
| **Gross Income Potential:($)** | $257,742.00 | | |
| **Other Income:($)** | $58,381.00 | | |
| **Overall Vacancy:(%)** | 10 | **Market Vacancy:** | 10 |
| **Effective Gross Income:($)** | $264,711.00 | | |
| **Total Expenses:($)** | $69,279.00 | **Expense Ratio:(%)** | 0 |
| **Reserves for replacement: ($)** | $0.25  per  sf | | |
| **NOI:($)** | $195,431.00 | | |
| **Overall Capitalization Rate: (%)** | 8.5 | | |
| **Discount Rate:(%)** | 0 | | |
| **Terminal Capitalization Rate:(%)** | 0 | | |

**Comments (includes discussion of growth rates and leasing expense):**

There is currently a related party lease designed to cover the mortgage payments however this lease expires in nine months (June 2016. Additionally, this lease has a termination clause for the landlord that allow it to be cancelled with 30 days notice. Therefore market rents were analyzed to determine the Gross Income Potential above. Rents from five competitive properties were analyzed in the local market area. Market rents indicate a range of $10.00 to $14.82 per square foot on a triple net basis with the tenant responsible for all expenses including reimbursement of insurance and taxes. Based on the comparable properties, a rent of $13.00 NNN was used and adequately supported. Market vacancy and collection information indicates 8% and 2% respectively. Operating expenses were analyzed and estimated, resulting in net operating income of $195,431 above. The band of investment technique and market extraction were used to determine the 8.5% cap rate. The conclusions within the approach are adequately supported.

**Market Analysis Conclusion:**

Modern daycare facilities range from 5,000 to 10,000 square feet, this daycare facility contains 18,000 square feet but offers a variety of services targeted at different ages of children. Given the popularity of this service, short to mid-term added supply and competition risk is present. However, the saturation of this type of service on the local level is a relatively low risk.

MEEHAN 002351

## Minimum Regulatory Appraisal Standards

**Question**

**1. Yes**     Does the report comply with the engagement letter?

**2. Yes**     Is the report addressed to a financial services institution?

**3. Yes**     Is the appraisal presented in writing and does it contain sufficient information and analysis to support the bank's decision to engage in the transaction?

**4. Yes**     Does the appraisal include the correct definition of Market Value and a stated opinion of Exposure Time?

**5. Yes**     If applicable, does the appraiser report and analyze appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold lots or units?

**6. Yes**     Was the appraisal performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations?

**7. Yes**     Are the value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report?

**8. Yes**     Does the appraisal report appear to conform to the USPAP?

**The following information is required for conformance to USPAP:**

a. The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

b. The reporting option is prominently stated (Appraisal Report or Restricted Appraisal Report).

c. The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

d. The real estate is adequately identified (Including the physical, legal and economic property characteristics relevant to the assignment).

e. The purpose of the appraisal is stated (Including the type and definition of value with source).

f. The real property interests being appraised are identified.

g. The effective date of the appraisal, date of the inspection and date of the report are stated.

h. All special limiting conditions, hypothetical conditions, and assumptions are identified.

i. The scope of work used to develop the appraisal is outlined.

The information analyzed, the appraisal procedures followed, and the reasoning that support the analyses, opinions, and conclusions are described in the appraisal.

j.
    Analyzed any current agreements of sale, options, or listing of the property.
    Analyzed all sales of the property occurring within the previous three years.
    Analyzed any effects on market value due to any easements, restrictions, or encumbrances.
    Analyzed the effect on value of any personal property, trade fixtures, or intangible items that are not real property.
    Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of the subject property.

k. The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated; and, when the purpose of the assignment is market value, the support and rationale for the appraiser's opinion of the highest and best use of the real estate are described.

l. The appraisal contains the required signed certification.

m. The highest & best use of the land "as if vacant" and "as improved" are analyzed and reported.

n. The appraiser employed a reasonable valuation method that addresses the three approaches to market value, and s/he explained the elimination of any approach not used.

o.

MEEHAN 002352

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 28 of 168 PageID #: 1295

The land value was supported by an appropriate appraisal method or technique.

p.  In the cost approach, the conclusion is supported by reasonable and logical analyses.

q.  In the sales comparison approach, the conclusion is supported by reasonable and logical analyses.

r.  In the income approach, the conclusion is supported by reasonable and logical analyses.

s.  The reconciliation appears reasonable.

MEEHAN 002353

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 29 of 168 PageID #: 1296

|  | **Question** |
|---|---|
| **9. Yes** | Have all the concerns been addressed? |

**Reconciliation(Additional Review Comments):** The property was previously appraised by the same appraiser in May 2014 and the value conclusion did not change. An additional sales comparable analysis based on a sale price per licensed child in addition to sales price per square foot of GBA was initially requested during the review process. However this analysis was later determined not necessary to fill the evaluation requirement of this request. In addition, the sale price per licensed child did not consider the mix of infant, toddler, or pre-school day care, nor did it have a credible impact on the value conclusion. The appraisal as currently presented adequately supports the value conclusion.

**Exposure Time:** 12 Months

MEEHAN 002354

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 30 of 168 PageID #: 1297

**Use of the Review**

**The intended user of this review is PNC to facilitate a credit decision.**

**Scope of the Review**

**This review has been prepared in accordance with USPAP, specifically Standard 3. I have read and reviewed the contents of the referenced report and formed an opinion as to:**

- the adequacy and relevance of the data and the propriety of any adjustments to the data;

- the appropriateness of the appraisal methods and techniques used;

- the reasonableness and appropriateness of the analyses, opinions and conclusions in the report; and

- the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

**In addition, the following tasks were undertaken during the review process:**

**Interviewed appraiser**

**Limiting Conditions**

- This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.

- Unless otherwise stated, the analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.

- Unless otherwise stated, no attempt has been made to obtain additional market data for this review.

- This comprehensive appraisal review should be considered only within the context of and in conjunction with the appraisal.

- No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 002355

**Reviewer's Certification**

**I certify that to the best of my knowledge and belief:**

- The facts and data reported by the review appraiser and used in the review process are true and correct.

- The analyses, opinions, and conclusions in this review report are limited only by the assumptions and limiting conditions stated in this review report, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.

- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

- I did not personally inspect the subject property of the work under review.

- No one provided significant appraisal or appraisal review assistance to the person signing this certification.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the standards and reporting requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and with the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, I HAVE completed the continuing education program of the Appraisal Institute.

- I have performed no services, as an appraiser or any other capacity, on the property or properties which are the subject of this review in the last three years.


*Paul Higgins, MAI*                                                                    **10/21/2015**

**Paul Higgins, MAI**                                                                    **Date**
**OH Certified General Real Estate Appraiser 2003013780**

MEEHAN 002356

PNC

### Re: Fw: Appraisal of 900 Hamilton Street sent to Joseph Meehan, MAI

Diana Pockar    to: Joseph M. Meehan                                10/16/2015 01:33 PM

History:                    This message has been forwarded.

I think your getting review credit, but since Paul is completing a second review, we assigned it to him.
Thanks,

**Diana D. Pockar**

Manager, Real Estate Valuation Services

**PNC Bank**
620 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

412-762-7710  Office

---

Joseph M. Meehan        Diana, Why was his cancelled?                        10/16/2015 02:29:09 PM

From:        Joseph M. Meehan/CredPlcy/CLE/PNC
To:          Diana Pockar/CredPlcy/CLE/PNC@PNC,
Date:        10/16/2015 02:29 PM
Subject:     Fw: Appraisal of 900 Hamilton Street sent to Joseph Meehan, MAI

Diana,

Why was his cancelled?

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor

Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/16/2015 01:28 PM -----

From:        emily.taggart@pnc.com
To:          Joseph.Meehan@pnc.com,
Date:        10/16/2015 07:30 AM
Subject:     Appraisal of 900 Hamilton Street sent to Joseph Meehan, MAI

The purpose of this communication is to provide notification that the
referenced review assignment on 10/16/2015 has been cancelled.

Please return all written material,analyses,studies and other information
received by you in the course of this assignment. You are not permitted to
disclose to any third party any non-public information related to the
assignment obtained during the course of the assignment. Also note that the
confidentiality obligations contained in the original agreement shall survive
the termination of this appraisal assignment.

Thank you for your assistance in this matter.If you have any questions
concerning this notification please contact EMILY TAGGART at
emily.taggart@pnc.com or 412-762-2519.

MEEHAN 002358

Note: DO NOT REPLY TO THIS EMAIL. If you have any questions please contact the assigned REVS Valuation Coordinator.

MEEHAN 002359

## 565492 Reviewer's correspondence with vendor

## 900 Hamilton Street

From:       Joseph Rusin <jrusin@valbridge.com>
To:         "joseph.meehan@pnc.com" <joseph.meehan@pnc.com>, "emily.taggart@pnc.com" <emily.taggart@pnc.com>,
Cc:         "George R. Denman" <George.Denman@oxfordappraisal.net>, Jack Sheehan <Jack.Sheehan@oxfordappraisal.net>
Date:       10/12/2015 09:27 AM
Subject:    RE: 565492 900 Hamilton   day care land size question

Hi Joe:

All lots have been included everywhere in the analysis except for the tax table.  The subject's assessments, lots, and taxes are presented below.

Joe, I used the Word "search" function and the only place that I was able to find that all lots were not identified is in the report's assessment table.  Based on your emails, is appears that you may have found another area(s).  Please let me know if I have missed something, or if the assessment table is the only are that needs to be revised and I will have a revised report processed and posted to RIMS ASAP.

Thank You,

Joe

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Friday, October 09, 2015 2:23 PM
**To:** Joseph Rusin; emily.taggart@pnc.com
**Cc:** George R. Denman; Jack Sheehan
**Subject:** 565492 900 Hamilton day care land size question

MEEHAN 002362

Joe,

The appraisal request shows numerous lots:   Block 135.01 Lots 10-20, 35, 36, 42.

The appraisal report identifies only one lot: Block 135.01 Lot 10.

Is the loan officer mistaken?  Or, are we perhaps missing some lots and taxes in the appraisal?

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

| | |
|---|---|
| From: | Joseph Rusin <jrusin@valbridge.com> |
| To: | "joseph.meehan@pnc.com" <joseph.meehan@pnc.com>, |
| Cc: | "George R. Denman" <George.Denman@oxfordappraisal.net>, Jack Sheehan <Jack.Sheehan@oxfordappraisal.net> |
| Date: | 10/08/2015 09:11 AM |
| Subject: | RE: day care licensing link |

Joe:

Since the Hamilton property was not brought up in our discussions, we were under the impression that it was acceptable.  I have stopped work on all other assignments and will work exclusively on the Hamilton revisions until completion.   Sorry for the confusion.

Joe

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | Joseph Rusin <jrusin@valbridge.com>, |
| Date: | 10/08/2015 08:42 AM |
| Subject: | RE: day care licensing link |

Joe,

We received Belmont but not Hamilton.

Sorry, I thought we said late Tues or Wed morning.

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191

MEEHAN 002363

www.welcometopnc.com
Link to REVS Intranet


From:        Joseph Rusin <jrusin@valbridge.com>
To:          "joseph.meehan@pnc.com" <joseph.meehan@pnc.com>,
Date:        10/07/2015 06:00 PM
Subject:     RE: day care licensing link


Hi Joe-

I was under the impression that we agreed on Tue or Wed.  Please try again; I've been told by our admin. that upload has been completed.

Respectfully,
Joe

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Wednesday, October 07, 2015 4:57 PM
**To:** Joseph Rusin
**Subject:** Fw: day care licensing link

Joe,

If attempted to upload the revised reports this morning we did not receive them.

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/07/2015 03:56 PM -----

From:        Joseph M. Meehan/CredPlcy/CLE/PNC
To:          jrusin@valbridge.com,
Date:        10/02/2015 11:19 AM
Subject:     day care licensing link



Joe,

Found it!


http://www.state.nj.us/dcf/providers/licensing/laws/CCCmanual.pdf

MEEHAN 002364



**New Message - IBM Lotus Notes**

File   Edit   View   Create   Actions   Text   Tools   Window   Help

NJ day care requirements CCC manual.pdf - Adobe Reader

File   Edit   View   Window   Help

1 / 113      114%

CHAPTER

MANUAL OF REQU

FOR CHILD CARE

STATE OF NEW J
DEPARTMENT OF CHILDRI

EFFECTIVE SEPTEM

MEEHAN 002365

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/02/2015 11:16 AM -----

From:     Joseph M. Meehan/CredPlcy/CLE/PNC
To:       gdenman@valbridge.com,
Date:     10/01/2015 03:08 PM
Subject:     Fw: day care links

Forgot this one -  New jersey capacity link

https://data.nj.gov/childcare_results?center=&phone=&capacity_low=&capacity_high=&county=&city=piscataway&addr1=&zip=

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/01/2015 03:07 PM -----

From:     Joseph M. Meehan/CredPlcy/CLE/PNC
To:       gdenman@valbridge.com,
Date:     10/01/2015 03:03 PM
Subject:     day care links

George,

As promised:

1) http://www.colemanpublishing.com/public/3238.cfm

# COLEMAN'S 2011 Underwriting Guide for Child Daycare Centers

**Industry Synopsis - DAYCARES:** *The US child-care industry includes about 53,000 commercial facilities with combined annual revenue of $18 billion, plus*

MEEHAN 002366

*about 21,000 facilities run by nonprofits with combined annual revenue of $12 billion. The industry is highly fragmented with the top 50 companies generating less than 20 percent of the revenue. Downturns in the economy, especially employment, can dramatically impact enrollment at child-care facilities. As household income tightens, child-care facilities often lose children to less-expensive at-home care or relatives. Wages account for 35-50% of daycare expenses with the industry experiencing high rates of employee turnover. Perceived quality and convenient location are two major factors in parental selection of a facility. Occupancy and tuition are common operating measures in this industry.*

*Daycare centers are a highly regulated industry with profitability and multipliers often tied to the number of children a center is licensed to care for.*

2)
**http://www.bizben.com/business-for-sale/daycare-centers-preschools-for-sale-type-california-ca.php**

**3) http://www.vracommercial.com/commercial-appraisal-child-care-day-care-preschool.html**

There are many factors that go into the valuation of a day care facility such as what is the maximum student capacity, student teacher ratio, population density within a three-mile radius, household income levels, consumer spending levels for education/school per household, location, and etc.

4)  http://childcarebrokers.com/selling-a-childcare-center/what-is-your-centers-value/

**How are Childcare Center Businesses Valued? – Rules of Thumb**
- Based on licensed capacity – $1,000 to $2,500 per child for the business value only
- Based on licensed capacity – $6,000 to $14,000 per child for the real estate and business together

   **5) http://childcarebrokers.com/buying-a-childcare-center/childcare-centers-for-sale/**

# Childcare Centers for Sale

MEEHAN 002367

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gdenman@valbridge.com, |
| Date: | 10/01/2015 03:08 PM |
| Subject: | Fw: day care links |

Forgot this one -  New jersey capacity link

https://data.nj.gov/childcare_results?center=&phone=&capacity_low=&capacity_high=&county=&city=piscataway&addr1=&zip=

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gdenman@valbridge.com, |
| Date: | 10/01/2015 03:03 PM |
| Subject: | day care links |

George,

As promised:


1) http://www.colemanpublishing.com/public/3238.cfm

MEEHAN 002368

# COLEMAN'S 2011 Underwriting Guide for Child Daycare Centers

**Industry Synopsis - DAYCARES:** *The US child-care industry includes about 53,000 commercial facilities with combined annual revenue of $18 billion, plus about 21,000 facilities run by nonprofits with combined annual revenue of $12 billion. The industry is highly fragmented with the top 50 companies generating less than 20 percent of the revenue. Downturns in the economy, especially employment, can dramatically impact enrollment at child-care facilities. As household income tightens, child-care facilities often lose children to less-expensive at-home care or relatives. Wages account for 35-50% of daycare expenses with the industry experiencing high rates of employee turnover. Perceived quality and convenient location are two major factors in parental selection of a facility. Occupancy and tuition are common operating measures in this industry.*

*Daycare centers are a highly regulated industry with profitability and multipliers often tied to the number of children a center is licensed to care for.*

2)
**http://www.bizben.com/business-for-sale/daycare-centers-preschools-for-sale-type-california-ca.php**

**3) http://www.vracommercial.com/commercial-appraisal-child-care-day-care-preschool.html**

There are many factors that go into the valuation of a day care facility such as what is the maximum student capacity, student teacher ratio, population density within a three-mile radius, household income levels, consumer spending levels for education/school per household, location, and etc.

4) http://childcarebrokers.com/selling-a-childcare-center/what-is-your-centers-value/

**How are Childcare Center Businesses Valued? – Rules of Thumb**

- Based on licensed capacity – $1,000 to $2,500 per child for the business value only
- Based on licensed capacity – $6,000 to $14,000 per child for the real estate and business together

**5) http://childcarebrokers.com/buying-a-childcare-center/childcare-centers-for-sale/**

MEEHAN 002369

# Childcare Centers for Sale

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

MEEHAN 002370

MEEHAN 002371



RE: 565492 900 Hamilton day care land size question
Joseph Rusin
to:
joseph.meehan@pnc.com, emily.taggart@pnc.com
10/12/2015 09:27 AM
Cc:
"George R. Denman", Jack Sheehan
Hide Details
From: Joseph Rusin <jrusin@valbridge.com>
To: "joseph.meehan@pnc.com" <joseph.meehan@pnc.com>, "emily.taggart@pnc.com" <emily.taggart@pnc.com>,
Cc: "George R. Denman" <George.Denman@oxfordappraisal.net>, Jack Sheehan <Jack.Sheehan@oxfordappraisal.net>

Hi Joe:

All lots have been included everywhere in the analysis except for the tax table. The subject's assessments, lots, and taxes are presented below.

900 HAMILTON ST                                    Block: 135.01
Franklin Township, NJ 08873                        Lot: 10
Somerset County
Current Owner: SOMERSET COMMUNITY ACTION PROGRAM

| Additional Lots: | L11-20,35-36,42 |
| Zoning: | HBD |
| Bld Description: | 2S OFFICE |
| Land Description: | 240X220 IRR |

**Assessment Data**

| Total Value: | $2,206,900.00 |
| Land Value: | $1,098,000.00 |
| Improve Value: | $1,108,900.00 |

**Tax Rates: Division of Taxation, Equalized Values**

| 2013Rate: | 2.201 + 0.06 (F03) | 2013Ratio: | 100.0% | 2013Taxes: | $49,898.01 |
| 2014Rate: | 2.231 | | 2014Ratio: | 100.0% | 2014Taxes: | $49,235.94 |

Joe, I used the Word "search" function and the only place that I was able to find that all lots were not identified is in the report's assessment table. Based on your emails, is appears that you may have found another area(s). Please let me know if I have missed something, or if the assessment table is the only are that needs to be revised and I will have a revised report processed and posted to RIMS ASAP.

Thank You,

Joe

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Friday, October 09, 2015 2:23 PM
**To:** Joseph Rusin; emily.taggart@pnc.com
**Cc:** George R. Denman; Jack Sheehan
**Subject:** 565492 900 Hamilton day care land size question

Joe,

The appraisal request shows numerous lots:   Block 135.01 Lots 10-20, 35, 36, 42.

The appraisal report identifies only one lot: Block 135.01 Lot 10.

Is the loan officer mistaken?  Or, are we perhaps missing some lots and taxes in the appraisal?

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

| From: | Joseph Rusin <jrusin@valbridge.com> |
| To: | "joseph.meehan@pnc.com" <joseph.meehan@pnc.com>, |
| Cc: | "George R. Denman" <George.Denman@oxfordappraisal.net>, Jack Sheehan <Jack.Sheehan@oxfordappraisal.net> |
| Date: | 10/08/2015 09:11 AM |
| Subject: | RE: day care licensing link |

Joe:

Since the Hamilton property was not brought up in our discussions, we were under the impression that it was acceptable. I have stopped work on all other assignments and will work exclusively on the Hamilton revisions until completion.   Sorry for the confusion.

Joe

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Thursday, October 08, 2015 9:42 AM

MEEHAN 002372

**To:** Joseph Rusin
**Subject:** RE: day care licensing link

Joe,

We received Belmont but not Hamilton.

Sorry, I thought we said late Tues or Wed morning.

**Joseph M. Meehan**, MAI
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

---

From:      Joseph Rusin <jrusin@valbridge.com>
To:        "joseph.meehan@pnc.com" <joseph.meehan@pnc.com>,
Date:      10/07/2015 06:00 PM
Subject:   RE: day care licensing link

---

Hi Joe-

I was under the impression that we agreed on Tue or Wed.  Please try again; I've been told by our admin. that  upload has been completed.

Respectfully,
Joe

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Wednesday, October 07, 2015 4:57 PM
**To:** Joseph Rusin
**Subject:** Fw: day care licensing link

Joe,

If attempted to upload the revised reports this morning we did not receive them.

**Joseph M. Meehan**, MAI
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/07/2015 03:56 PM -----

From:      Joseph M. Meehan/CredPlcy/CLE/PNC
To:        jrusin@valbridge.com,
Date:      10/02/2015 11:19 AM
Subject:   day care licensing link

---

Joe,

Found it!

http://www.state.nj.us/dcf/providers/licensing/laws/CCCmanual.pdf

MEEHAN 002373

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 46 of 168 PageID #: 1313



# CHAPTER 122

## MANUAL OF REQUIREMENTS

## FOR CHILD CARE CENTERS

### STATE OF NEW JERSEY
### DEPARTMENT OF CHILDREN AND FAMILIES

### EFFECTIVE SEPTEMBER 1, 2013

Joseph M. Meehan, MAI
Senior Review Appraiser, Real Estate Valuation Services

PNC Bank
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/02/2015 11:16 AM -----

From:    Joseph M. Meehan/CredPlcy/CLE/PNC
To:      gdenman@valbridge.com,
Date:    10/01/2015 03:08 PM
Subject: Fw: day care links


Forgot this one -  New jersey capacity link

https://data.nj.gov/childcare_results?center=&phone=&capacity_low=&capacity_high=&county=&city=piscataway&addr1=&zip=

Joseph M. Meehan, MAI
Senior Review Appraiser, Real Estate Valuation Services

PNC Bank
120 S. Central Avenue, 10th Floor

MEEHAN 002374

Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/01/2015 03:07 PM -----

From:      Joseph M. Meehan/CredPlcy/CLE/PNC
To:        gdenman@valbridge.com,
Date:      10/01/2015 03:03 PM
Subject:   day care links

George,

As promised:

1) http://www.colemanpublishing.com/public/3238.cfm

# COLEMAN'S 2011 Underwriting Guide for Child Daycare Centers

**Industry Synopsis - DAYCARES:** *The US child-care industry includes about 53,000 commercial facilities with combined annual revenue of $18 billion, plus about 21,000 facilities run by nonprofits with combined annual revenue of $12 billion. The industry is highly fragmented with the top 50 companies generating less than 20 percent of the revenue. Downturns in the economy, especially employment, can dramatically impact enrollment at child-care facilities. As household income tightens, child-care facilities often lose children to less-expensive at-home care or relatives. Wages account for 35-50% of daycare expenses with the industry experiencing high rates of employee turnover. Perceived quality and convenient location are two major factors in parental selection of a facility. Occupancy and tuition are common operating measures in this industry.*

*Daycare centers are a highly regulated industry with profitability and multipliers often tied to the number of children a center is licensed to care for.*

2) **http://www.bizben.com/business-for-sale/daycare-centers-preschools-for-sale-type-california-ca.php**

3) **http://www.vracommercial.com/commercial-appraisal-child-care-day-care-preschool.html**

There are many factors that go into the valuation of a day care facility such as what is the maximum student capacity, student teacher ratio, population density within a three-mile radius, household income levels, consumer spending levels for education/school per household, location, and etc.

4) http://childcarebrokers.com/selling-a-childcare-center/what-is-your-centers-value/

**How are Childcare Center Businesses Valued? – Rules of Thumb**

- Based on licensed capacity – $1,000 to $2,500 per child for the business value only
- Based on licensed capacity – $6,000 to $14,000 per child for the real estate and business together

  5) **http://childcarebrokers.com/buying-a-childcare-center/childcare-centers-for-sale/**

# Childcare Centers for Sale

Joseph M. Meehan, MAI
Senior Review Appraiser, Real Estate Valuation Services

PNC Bank
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the

MEEHAN 002375

sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

10/30/2015

MEEHAN 002376



# Valbridge
## PROPERTY ADVISORS

## Appraisal Report

900 Hamilton Street
Franklin Township, Somerset County, New Jersey 08873

October 20, 2015

FOR:
PNC Bank
Ms. Emily Taggart

620 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

Client ID: 565492

**Valbridge Property Advisors |
Oxford Group**

2740 Route 10 West, Suite 204
Morris Plains, New Jersey 07950
(973) 970-9333 phone
(973) 970-9334 fax

*valbridge.com*

Valbridge File Number:
15-12401

MEEHAN 002380



Valbridge
PROPERTY ADVISORS

2740 Route 10 West, Suite 204
Morris Plains, New Jersey 07950
(973) 970-9333 phone
(973) 970-9334 fax
valbridge.com

October 20, 2015

Joseph Rusin
(973) 970-9333 ext. 7122
jrusin@valbridge.com

Ms. Emily Taggart
PNC Bank
620 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

RE:    Appraisal Report
       900 Hamilton Street
       Franklin Township, Somerset County, New Jersey 08873
       PNC # 565492

Dear Ms. Taggart:

In accordance with your request, we have prepared an appraisal of the above-referenced property. This appraisal report sets forth the pertinent data gathered, the techniques employed, and the reasoning leading to our value opinions.

The subject property is located at 900 Hamilton Street in Franklin Township, Somerset County, New Jersey 08873. The subject is further identified as Assessor's Parcel Number (APN) Block 135.01 Lots 10-20, 35, 36, 42. The site measures approximately 0.85 acres or 36,939 square feet. The site is improved with an 18,134- square-foot gross building area day care facility, nursery building, which was 100.0% owner occupied at the time of our inspection.

We developed our analyses, opinions, and conclusions and prepared this report in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation; the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA); the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute; and the requirements of our client as we understand them.

MEEHAN 002381



PNC Bank is the client in this assignment  The intended use is for loan underwriting and/or credit decisions by PNC Bank and/or participants. The appraisal was developed consistent with the scope specified by PNC Bank and agree  The value opinions reported herein are subject to the definitions, assumptions and limiting conditions, and certification contained in this report.

The acceptance of this appraisal assignment and the completion of the appraisal report submitted herewith are contingent on the following extraordinary assumptions and/or hypothetical conditions:

## Extraordinary Assumptions:

- The subject HVAC system is currently being repaired and portions replaced at a cost of $154,574. According to the property contact, Sandra Espinal, the repairs are substantially complete and the awaiting inspection; the entire project is expected to be complete within 30 days. Subsequent to securing permits, portions of the front wall that were removed to provide access to the HVAC system will be replaced. The value estimated herein in based on the extraordinary assumption that all HVAC components are sufficient and in working order and all work will be performed in a workmanlike manner with materials consistent with the area and price range, and be completed within approximately 30 days of the effective date of this valuation. Should future circumstances reveal any significant differences, the value indicated herein would be subject to revision.

## Hypothetical Conditions:

- None

Based on the analysis contained in the following report, our value conclusions involving the subject property are summarized as follows:

### Value Indications

| Approach to Value | As Is |
|---|---|
| Cost | N/A |
| Sales Comparison | $2,100,000 |
| Income Capitalization | |
| Direct Capitalization | $2,300,000 |

### Value Conclusions

| | As Is |
|---|---|
| Value Type | Market Value |
| Property Rights Appraised | Fee Simple |
| Effective Date of Value | September 21, 2015 |
| **Value Conclusion** | **$2,100,000** |

MEEHAN 002382



This letter of transmittal is not considered valid if separated from this report, and must be accompanied by all sections of this report as outlined in the Table of Contents, in order for the value opinions set forth above to be valid.

Respectfully submitted,
Valbridge Property Advisors | Oxford Group

Joseph Rusin, MAI
Senior Appraiser
New Jersey Certified General Appraiser
42RG00085900
jrusin@valbridge.com
(973) 970-9333 ext. 7122

George Denman, MAI
Senior Managing Director
New Jersey Certified General Appraiser
42RG00053000
gdenman@valbridge.com
(973) 970-9333 ext. 7100

John J. Sheehan, MAI
Managing Director
New Jersey Certified General Appraiser
42RG00116300
jsheehan@valbridge.com
(732) 807-3113 ext. 7400
Reviewed without inspection

MEEHAN 002383



# Table of Contents

Cover Page

Letter of Transmittal

Table of Contents ..................................................................................................................... i

Summary of Salient Facts ...................................................................................................... ii

Aerial and Front Views ......................................................................................................... iii

Introduction ............................................................................................................................ 1

City and Neighborhood Analysis ......................................................................................... 6

Market Analysis .................................................................................................................... 11

Site Description .................................................................................................................... 15

Improvements Description .................................................................................................. 18

Zoning Information .............................................................................................................. 22

Assessment and Tax Data .................................................................................................. 24

Highest and Best Use .......................................................................................................... 25

Appraisal Methodology ....................................................................................................... 26

Sales Comparison Approach .............................................................................................. 27

Income Capitalization Approach ....................................................................................... 39

Reconciliation ...................................................................................................................... 45

General Assumptions and Limiting Conditions .............................................................. 46

Certification .......................................................................................................................... 52

Addenda ................................................................................................................................ 54

MEEHAN 002384

 **Valbridge**
PROPERTY ADVISORS

# Summary of Salient Facts

## Summary of Salient Facts

### Property Identification

| | |
|---|---|
| Client Identification Number | 565492 |
| Property Name | 900 Hamilton Street |
| Property Address | 900 Hamilton Street |
| | Franklin Township, Somerset County, New Jersey, 08873 |
| Latitude & Longitude | 40.487696, -74.481794 |
| Tax Parcel Number | Block 135.01 Lots 10-20, 35, 36, 42 |
| Property Owner | Somerset County Action Program |
| Zoning | HBD |
| FEMA Flood Map No. | 34035C0276E |
| Flood Zone | Zone X (unshaded) |
| Land Area | 0.848 acres |

### Existing Improvements

| | |
|---|---|
| Property Use | Day Care Facility, Nursery |
| Occupancy Type | Local tenant |
| Gross Building Area (GBA) | 18,134 sf |
| Number of Buildings | 1 |
| Number of Stories | 2 |
| Year Built | 1975 |
| Condition | Average |
| Construction Class | C - Masonry |
| Construction Quality | Average |
| Surface Parking | 53 spaces |

### Valuation Opinions

| | |
|---|---|
| Highest & Best Use - As Vacant | Development in accordance with zoning on a build to suit basis or when market conditions permit |
| Highest & Best Use - As Improved | Continued use as a daycare facility |
| Reasonable Exposure Time | 12 months |
| Reasonable Marketing Time | 12 months |

MEEHAN 002385



## Aerial and Front Views

**AERIAL VIEW**



**FRONT VIEW**



MEEHAN 002386



# Introduction

## Client and Other Intended Users of the Appraisal

The client in this assignment is PNC Bank and the intended users of this report are PNC Bank, it successors, or assigns, and any participating financial institutions.

## Intended Use of the Appraisal

The intended use of this report is for loan underwriting and/or credit decisions by PNC Bank and/or participants. The appraisal was developed consistent with the scope specified by PNC Bank and agree

## Real Estate Identification

The subject property is located at 900 Hamilton Street, Franklin Township, Somerset County, New Jersey 08873. The Somerset County Assessor identifies the subject property as Assessor Parcel Number Block 135.01 Lots 10-20, 35, 36, 42.

## Legal Description

DESCRIPTION, SCHEDULE A·

All that tract or parcel of land and premises, situated, lying and being in the Township of Franklin in the County of Somerset and State of New Jersey, more particularly described as follows:

BEING known and designated as Part of Lots 20,21,22,23,24,25 & 1 in Block 3 as shown on a certain map entitled "Elm Villas" filed in the Somerset County Clerk's Office on June 23, 1923 as Map No. 62-C. Premises also known as Part of Lots 152,153,154,155,156 & 157 in Section "C" as shown on a certain map entitled 'New Brunswick Estates" filed in the Somerset County Clerk's Office on December 1, 1916 as Map No. 94-A.

BEGINNING at a point along the southwesterly line of Millstone Road, northwesterly 133.15 feet from the intersection of the northwesterly line of Battle Place with the southwesterly line of Millstone Road, and thence;

1) South 62 degrees 21 minutes 00 seconds West 163.49 feet to a point and thence;

2) South 27 degrees 39 minutes 00 seconds East, 25.00 feet to a point and thence;

3) South 62 degrees 21 minutes 00 seconds West, 150.00 feet to a point along the northeasterly line of Field Street and thence;

4) Along the northeasterly line of Field Street, North 27 degrees 39 minutes 00 seconds West, 35.33 feet to a point and thence;

5) North 06 degrees 30 minutes 30 seconds West 240.12 feet to a point along the southerly line of Hamilton Street and thence;

6) Along the southerly line of Hamilton Street, North 83 degrees 29 minutes 30 seconds East, 163.26 feet to a point and thence;

7) South 49 degrees 09 minutes 00 seconds East, 3.64 feet to a point and thence;

8) North 27 degrees 51 minutes 00 seconds East 9.85 feet to a point and thence;

9) Along the southwesterly line of Millstone Road, South 47 degrees 48 minutes 02 seconds East 189.17 feet to the point or place of BEGINNING.

The above description shown in accordance with a survey prepared by Brunswick Surveying, Inc. dated November 14, 1995.

NOTE FOR INFORMATION ONLY:
Being commonly known as Lot(s) 10 through 20, 35, 36 and 42 in Block(s) 135,01 (900 Hamilton Street) on the Tax Map, Township of Franklin, Somerset County, New Jersey.

MEEHAN 002387



## Real Property Interest Appraised

We have appraised the Fee Simple estate in the subject property Please refer to the Ownership and Sales History of this report for a further discussion regarding this aspect.

## Type and Definition of Value

The purpose of this appraisal is to develop an opinion of the market value of the subject properties. "Market Value," as used in this appraisal, is defined as "the most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus." Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- *Buyer and seller are typically motivated.*

- *Both parties are well informed or well advised, each acting in what they consider their own best interests;*

- *A reasonable time is allowed for exposure in the open market;*

- *Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and*

- *The price represents the normal consideration for the property sold unaffected by special or creative financing or sale concessions granted by anyone associated with the sale."*

(Source: The Dictionary of Real Estate Appraisal, Fifth Edition, pg 123)

The "as is" value is the value of the property in its present condition under market conditions prevalent on the date of the appraisal.

Please refer to the Glossary in the Addenda section for further definitions of value type(s) employed in this report.

## Valuation Scenarios and Effective Dates of Value

We developed opinions of value for the subject property under the following scenarios and corresponding effective dates of value:

| Valuation Scenario | Effective Date of Value |
|---|---|
| As Is Fee Simple Market Value | September 21, 2015 |

We completed an appraisal inspection of the subject property on September 21, 2015.

## Date of Report

The date of this report is October 20, 2015, the date of the letter of transmittal.

MEEHAN 002388



## Scope of Work

The scope of work includes all steps taken in the development of the appraisal. These include 1) the extent to which the subject property is identified, 2) the extent to which the subject property is inspected, 3) the type and extent of data researched, 4) the type and extent of analysis applied, and the type of appraisal report prepared. These items are discussed as follows:

### Extent to Which the Property was Identified

Legal Characteristics
The subject was legally identified via tax map and public records .

Economic Characteristics
Economic characteristics of the subject property were identified via CoStar, BLS, STDB, NJ Department of Economic Development, as well as a comparison to properties with similar locational and physical characteristics.

Physical Characteristics
The subject was physically identified via an interior and exterior inspection.

### Extent to Which the Property was Inspected

We inspected the subject on September 21; the building size is based on the prior analysis performed in 2014. Access to the roof, work areas, and the easterly area on the second floor was not permitted.

### Type and Extent of the Data Researched

We researched and analyzed: 1) market area data, 2) property-specific, market-analysis data, 3) zoning and land-use data, and 4) current data on comparable listings, sales, and rentals in the competitive market area.

### Type and Extent of Analysis Applied

The subject site has improvements that contribute to an overall value that exceeds the land value. Since there is no proposed development or expansion involving the subject site, an intensive feasibility analysis is not warranted. We observed surrounding land use trends, the condition of the improvements, demand for the subject property, and relative legal limitations in concluding a highest and best use. We then valued the subject based on the highest and best use conclusion, relying on the Sales Comparison and Income Capitalization Approaches. The Cost Approach was not used because because of the difficulty in estimated accrued depreciation and the lack of comparable land sales. Additionally, market participants do not rely on the cost approach for similar properties.

### Appraisal Report Type

This is an Appraisal Report as defined by the Uniform Standards of Professional Appraisal Practice under Standards Rule 2-2a. Please see the Scope of Work above for a description of the level of research completed.

### Appraisal Conformity

We developed our analyses, opinions, and conclusions and prepared this report in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation; the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA); the Interagency Appraisal and

MEEHAN 002389



Evaluation Guidelines; the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute; and the requirements of our client as we understand them.

## Use of Real Estate as of the Effective Date of Value
The subject property was being used as a daycare facility as of the effective date of appraisal.

## Use of Real Estate as of the Date of this Report
A secondary site visit was not conducted; therefore, the analysis herein assumes the use of the subject property as of the date of this report is consistent with the use as of the as is effective date of the appraisal.

## Ownership and Sales History
According to the public records, title to the subject property is vested in Somerset County Action Program. The subject property has not been sold, or listed for sale nor have the owners entertained offers for purchase within the past three years. In addition, the subject is not currently listed for sale or under contract for sale.

The following information was provided by Sandra Espinal and Gargi Shroff of SCAP, the property contacts, and Aniceto Colunga, of Community Development Institute – Head Start (CDI). The funds/grant(s) the provide funds to SCAP are no longer in existence. CDI has entered into a lease with SCAP; the lease is structured on a NNN basis; in addition, CDI will pay, as part of the rent, the amount needed for monthly mortgage payments. The lease began 7/1/15 and will end on 6/30/16; there is a termination clause that allows CDI to terminate the lease at any time with a 30 day notice. Since the lease is short term, expires in less than 1 year, and the tenant has the right to terminate with 30 days notice, and payments include debt service, the lease is not considered to be arm's length. Based on the foregoing and a discussion with the client, the value estimates will not take any portions of the lease into consideration.

We have considered and analyzed the known history of the subject in the development of our opinions and conclusions.

## List of Items Requested but Not Provided
None

## Extraordinary Assumptions
- The subject HVAC system is currently being repaired and portions replaced at a cost of $154,574. According to the property contact, Sandra Espinal, the repairs are substantially complete and the awaiting inspection; the entire project is expected to be complete within 30 days. Subsequent to securing permits, portions of the front wall that were removed to provide access to the HVAC system will be replaced. The value estimated herein in based on the extraordinary assumption that all HVAC components are sufficient and in working order and all work will be performed in a workmanlike manner with materials consistent with the area and price range, and be completed within approximately 30 days of the effective date of this valuation. Should future circumstances reveal any significant differences, the value indicated herein would be subject to revision.

MEEHAN 002390

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 60 of 168 PageID #: 1327



## Hypothetical Conditions

- None

MEEHAN 002391



# City and Neighborhood Analysis

## NEIGHBORHOOD MAP



## Overview

The subject is located in the Franklin Township in Somerset County.  Following is a discussion of the area's pertinent aspects.

## Population

Population characteristics relative to the subject property are presented in the following table.

**Population**

| Area | 2000 | 2010 | Annual % Change 2000 - 2010 | Estimated 2015 | Projected 2020 | Annual % Change 2015 - 2020 |
|---|---|---|---|---|---|---|
| United States of America | 281,421,906 | 308,745,538 | 1.0% | 318,536,439 | 330,622,575 | 0.8% |
| New Jersey | 8,414,350 | 8,791,894 | 0.4% | 8,918,440 | 9,093,131 | 0.4% |
| Somerset County | 297,490 | 323,444 | 0.9% | 334,511 | 346,715 | 0.7% |
| Franklin Township | 50,969 | 62,300 | 2.2% | 65,037 | 67,717 | 0.8% |

Source:  Site-To-Do-Business (STDB Online)

MEEHAN 002392



## Neighborhood Location and Boundaries

The subject neighborhood is located in the northeast section of Franklin Township.  The area is suburban in nature. The neighborhood is bounded by multifamily and multifamily and commercial uses along Hamilton Street to the north, Pershing Avenue to the east, Ellen Street to the south, and Berry Street to the west.

## Employment

Traditionally, the dominant industries in Somerset  County include healthcare and social assistance (12.3%), professional, scientific and technical services (11.3%), manufacturing (12.60%), health care and social assistance (12.40%,), and educational services (10.2%).  Employment by industry for the subject county is as follows:

**Employment by Industry - Somerset County**

| Industry | ACS Estimate 2009 - 2013 | Percent of Employment |
|---|---|---|
| Agriculture, forestry, fishing and hunting | 358 | 0.20% |
| Mining, quarrying, and oil and gas extraction | 108 | 0.10% |
| Construction | 7,890 | 4.80% |
| Manufacturing | 20,876 | 12.60% |
| Wholesale trade | 5,199 | 3.10% |
| Retail trade | 15,966 | 9.70% |
| Transportation and warehousing | 5,502 | 3.30% |
| Utilities | 568 | 0.30% |
| Information | 7,062 | 4.30% |
| Finance and insurance | 15,240 | 9.20% |
| Real estate and rental and leasing | 3,309 | 2.00% |
| Professional, scientific, and technical services | 18,604 | 11.30% |
| Management of companies and enterprises | 241 | 0.10% |
| Administrative and support and waste mgmt services | 6,342 | 3.80% |
| Educational services | 16,785 | 10.20% |
| Health care and social assistance | 20,368 | 12.30% |
| Arts, entertainment, and recreation | 2,438 | 1.50% |
| Accommodation and food services | 7,448 | 4.50% |
| Other services, except public administration | 6,460 | 3.90% |
| Public administration | 4,502 | 2.70% |
| Total | 446,366 | 99.90% |

*Source: Site-to-Do-Business (STDB Online)*

MEEHAN 002393



## Unemployment

**Unemployment Rates**

| Area | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 YTD |
|---|---|---|---|---|---|---|---|
| United States of America | 9.30% | 9.60% | 8.90% | 8.10% | 7.40% | 5.90% | 5.50% |
| New Jersey | 9.50% | 9.10% | 8.90% | 8.80% | 6.70% | 5.80% | 6.50% |
| Somerset County | 7.30% | 7.00% | 6.80% | 6.70% | 5.00% | 4.40% | 5.00% |
| Franklin Township | 8.30% | 7.80% | 7.80% | 7.40% | 5.80% | 4.60% | 5.70% |

(p) indicates preliminary number, not seasonally adjusted

*Source: Bureau of Labor Statistics - Seasonally Adjusted Year End*

New Jersey and Somerset County have consistently outperformed the nation while Franklin Township has outperformed the state and nation, but has lagged behind the county.

## Demographics

The following table depicts the area demographics in Franklin Township within a 1, 3, and 5 mile radius from the subject.

MEEHAN 002394

 **Valbridge** PROPERTY ADVISORS

900 HAMILTON STREET
CITY AND NEIGHBORHOOD ANALYSIS

## Neighborhood Demographics

| Radius | 1-Mile | 3-Mile | 5-Mile |
|---|---|---|---|
| **Population Summary** | | | |
| 2000 Population | 12,600 | 115,581 | 214,919 |
| 2010 Population | 13,899 | 126,433 | 236,893 |
| 2015 Estimated Population | 14,279 | 131,258 | 244,214 |
| 2020 Estimated Population | 14,733 | 136,025 | 252,121 |
| Annual % Change (2015 - 2020) | 0.6% | 0.7% | 0.6% |
| **Household Summary** | | | |
| 2000 Households | 4,054 | 39,379 | 75,522 |
| % Owner Occupied | 51.7% | 49.8% | 57.8% |
| % Renter Occupied | 42.6% | 46.7% | 39.3% |
| 2010 Households | 4,295 | 40,564 | 81,399 |
| % Owner Occupied | 54.2% | 48.5% | 56.0% |
| % Renter Occupied | 40.3% | 46.7% | 39.3% |
| 2015 Estimated Households | 4,465 | 42,297 | 84,099 |
| % Owner Occupied | 50.0% | 46.0% | 53.7% |
| % Renter Occupied | 42.6% | 48.5% | 41.2% |
| 2020 Estimated Households | 4,629 | 43,811 | 86,603 |
| % Owner Occupied | 49.1% | 45.8% | 53.7% |
| % Renter Occupied | 42.5% | 48.8% | 41.4% |
| Annual % Change (2015 - 2020) | 0.7% | 0.7% | 0.6% |
| **Income Summary** | | | |
| 2015 Estimated Median Household Income | $61,217 | $64,483 | $76,620 |
| 2020 Estimated Median Household Income | $68,894 | $74,116 | $85,243 |
| Annual % Change | 2.4% | 2.8% | 2.2% |
| 2015 Per Capita Income | $22,462 | $27,295 | $32,686 |
| 2020 Per Capita Income | $24,853 | $30,601 | $36,927 |
| Annual % Change | 2.0% | 3.0% | 2.5% |

*Source: Site-to-Do-Business (STDB Online)*

As indicated in the above table, population within the 1-, 3- and 5-mile radius is expected to increase by 0.6%, 0.7%, and 0.6% by 2020. As of 2015, the estimated number of renter occupied households within a 1-mile radius of the subject is 42.6%. This estimated renter population is remain relatively stable at 42.5% by 2020.

## Transportation Routes

Transportation to the subject is via motor vehicle. The neighborhood has good linkages to local thoroughfares such as Route 27, Jersey Avenue and US 1, all of which are to the southeast of the subject.

MEEHAN 002395



## Neighborhood Land Uses

The subject property is situated one block to the east of the intersection of Hamilton Street and Franklin Boulevard.  Hamilton Street connects residential becomes Amwell Road about mile to the west.  The immediate area along Hamilton Street and Franklin Boulevard are primarily commercial in nature and is surrounded by residential uses.  Hamilton Street connects the subject's neighborhood with New Brunswick to the east and the primarily residential areas to the west.

## Development Trends/New Construction

The neighborhood is fully developed and in the stability stage of its life cycle.

## Conclusions

The subject neighborhood is conveniently located in relation to transportation routes.  The neighborhood along Hamilton Street is conducive to commercial and retail uses as well as the subject's use.

MEEHAN 002396



**Valbridge**
PROPERTY ADVISORS

900 HAMILTON STREET
MARKET ANALYSIS

# Market Analysis

### New Jersey Day Care Statistics:

A New Jersey survey of Child Care Demand dated 2014 as published by 'NACCRA' a trade organization for child care follows. This survey illustrates the levels of demand, cost basis and trends for child care in the state and contrast them well with national figures. The survey shows intense demand for services across all demographic measures and is presented on the following pages.

MEEHAN 002397



**Valbridge**
PROPERTY ADVISORS

Child Care in the State of:

# New Jersey



| How many children and families are there? | New Jersey | United States |
|---|---|---|
| Total residents | 8,867,909 | 313,861,723 |
| Children age birth to 4 years | 535,795 | 19,930,834 |
| Children age birth to 4 years living in poverty | 99,042 | 4,997,150 |
| Children age 5 to 11 | 784,900 | 28,719,013 |
| Total families with children | 999,352 | 33,589,629 |
| Single parent families | 287,546 | 11,121,083 |
| Families in poverty | 138,400 | 6,888,151 |

| How many children under age 6 potentially need child care? | New Jersey | United States |
|---|---|---|
| Children in two-parent families, both parents in labor force | 264,461 | 8,538,727 |
| Children in single-parent families, parent in the labor force | 153,116 | 6,486,355 |
| Total children under age 6 potentially needing child care | 417,577 | 15,025,082 |

| How many working mothers are there? | New Jersey | United States |
|---|---|---|
| With infants under one year | 69,406 | 2,507,428 |
| With any children under age 6 | 352,176 | 12,415,638 |
| With children under age 6 only | 228,766 | 7,967,171 |
| With both children under age 6 AND children age 6 to 17 | 123,410 | 4,448,467 |
| With children under 18 | | |
| Married working mothers | 507,060 | 15,670,121 |
| Single working mothers | 185,362 | 6,912,777 |

| How many centers/family child care homes are there? | New Jersey | United States |
|---|---|---|
| Number of centers | 3,348 | 110,000 |
| Percent of centers that are nationally accredited | 8% | 10.3% |
| Number of family child care (FCC) homes | 1,917 | 160,000 |
| Percent of FCC homes that are nationally accredited | 0% | 1.4% |
| Number of other child care programs | NR | 1,300 |
| Total spaces/slots | 296,835 | 8.4 million |
| Percent of spaces in centers | 97% | 83.1% |
| Percent of spaces in FCC | 3% | 15.8% |
| Percent of spaces in other programs | NR | 0.1% |

| What kind of child care is requested? | New Jersey | United States |
|---|---|---|
| Percent of requests for referrals received by CCR&Rs | | |
| For infant/toddler care | 49% | 40.7% |
| For preschool-age care | 24% | 33.5% |
| For school-age care | 27% | 25.8% |
| For full-time care | 92% | 88.1% |
| For part-time care | 8% | 7.9% |
| For before-/after-school care | 27% | 8.4% |
| For nontraditional hours care | 1% | 7.3% |
| Families receiving referrals from CCR&Rs (annual) | 39,242 | 612,000 |

MEEHAN 002398



**Valbridge**
PROPERTY ADVISORS

| How expensive is child care?[1] | New Jersey | United States |
|---|---|---|
| Average annual fees for full-time care in a **center** | | |
| Infant | $11,534 | $4,822 – $17,062 |
| 4-year-old child | $9,546 | $3,997 –$12,781 |
| School-age child (before-/after-school care) | $3,475 | $1,104 – $8,919 |
| Average annual fees for full-time care in a **family child care home** | | |
| Infant | $8,699 | $3,972 – $10,666 |
| 4-year-old child | $7,790 | $3,675 – $10,030 |
| School-age child (before-/after-school care) | $3,268 | $1,846 – $8,346 |
| Compare with: | | |
| Average annual tuition and fees for public four-year college (in-state)[4] | $13,249 | $8,980 |
| Affordability (cost of full-time child care as percent of median family income): | | |
| Infant in center, percent of income for MARRIED COUPLES | 10% | 7% - 15% |
| Infant in center, percent of income for SINGLE MOTHERS | 38% | 24% - 63% |

| What are the numbers, income, and support of the child care workforce?[1] | New Jersey | United States |
|---|---|---|
| Child care workers (in centers) | 17,950 | 582,970 |
| Average annual income of child care workers[6] | $23,890 | $21,710 |
| Total paid early childhood workforce[7] | Not Available | 2.2 million |
| Training sessions CCR&Rs held for providers[8] | 3,086 | Not Available |
| Average attendance per session | 16 | 3 to 113 |
| Providers trained by CCR&Rs[8] | NR | 241,000 |
| On-site technical assistance visits by CCR&Rs to child care programs[8] | 5,643 | 115,000 |
| Child care programs receiving technical assistance | NR | 22,000 |

| CCR&R Contacts | URL |
|---|---|
| New Jersey Association of Child Care Resource and Referral Agencies | www.njaccrra.org |
| Division of Family Development | www.state.nj.us/humanservices/dfd |
| Child Care Aware® of America | http://usa.childcareaware.org |
| | www.childcareaware.org |

Market analysis is the study and identification of a market for a particular product or service. The analysis of the market must relate specific market conditions to the subject property. The effects of supply and demand on the value of a property are examined and addressed. Market analysis determines whether there is appropriate market support for an existing or proposed property in a specific market. It also determines when, where and the extent of market demand in relation to the property. The analysis should also identify the degree of demand as well as the source, along with any other pertinent demand factors that may directly or indirectly affect value. A market analysis also forms the basis for determining the highest and best use of a property. An existing or proposed improvement under a specified use may be considered in terms of financial feasibility and maximum productivity only after an appropriate level of market support has been proven to exist for that use. Assuming that a sufficient amount of market information is available and is properly interpreted it may be possible to anticipate and project various factors of market demand and absorption. Ultimately a market analysis can help to project the appropriate marketing time and strategy for the subject property based on exposure times for similar properties. Most importantly, a market analysis can identify areas in which the subject emulates or contradicts market trends that are critical in respect to all these issues. The subject has been constructed as a modern day care facility. Day care centers have evolved from living room settings with informal supervision, to modern day, 5,000+ SF facilities with professional management, representation, services and regulations. The daycare industry still includes a plethora of smaller venues including unsupervised or regulated locations. However, in recent years, corporate America has taken note of this demand and growing work force trends that have brought both parents back into the work place. Day care demand is a logical outgrowth of this trend. More women are returning to work after having children than ever before.

MEEHAN 002399



This is due in part to the skyrocketing cost of living, not only locally but on a national scale. The evolution of the modern day care center took shape in the past decade. As daycare became more sophisticated, weaving educational tools into a typical baby sitting or day care setting, the services also become more expensive. Day care rates can range from informal settings where a stay at home parent takes in other children for as little as $25.00 per day, to the modern, professionally staffed, and managed facility with security, medical staff, teaching tools and monitoring abilities which can exceed $100.00 daily. The more services bundled on site, the more attractive the facility and the more significant the in place rate structure.

Based on a survey of area facilities in the New Jersey region, we identify a modern facility to typically have the following characteristics.

- Locations typically are accessible from a commercial or semi commercial road. Facilities within areas near office parks or business center setting will tend to draw business from nearby workers as well as residents locally. Accessibility is important. Visibility is less important as the typical day care is a destination point site.
- Modern facilities range in size from 5,000 to 10,000 – 20,000 square feet. The larger facility will capitalize on an economy of scale, with construction costs offset exponentially as the enrollment potential of a facility increases. Still, most facilities which are built today stay between 6,000 and 10,000 square feet. This is evidence to not only the locality of trade area for day care, but also the supply. While trade areas may overlap with a competitor, it is unlikely that a parent with day care needs will seek out alternate settings when facilities are to be found locally. There does not appear to be any established formula for projection of market share capture rates, however, much like self-storage, an area can saturate with space if the demographics do not show support.
- Modern facilities typically are staffed with professional, certified workers, and managed by offsite business interests as opposed to an owner operator. Medical facilities and staff are either accessible on site or on call.

- Physically, facilities include classrooms and teaching tools, play areas, including an outdoor play area and heavy plumbing fit up, with generally a bathroom in each class setting. The facilities typically are designed to flow well within a teaching setting. Children may be moved from one room to the next for sleep time, to lunch, to class, to play space, which tends to result in a single tenant functionality. While space can be adapted to an alternate use, the arbitrary placement of demising walls would likely cause some functionality loss to the subdivided space. For this reason, we have not considered an alternate use.

**Conclusion:** Given the popularity of this service, short to mid-term added supply and competition risk is strong. Still, the saturation of this type of service within similar communities is relatively unheard of, at least to date; however, it is certainly possible to over supply an area. The subject is a well maintained facility and should be able to compete effectively for market share through the mid to long term.

MEEHAN 002400

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 70 of 168 PageID #: 1337



# Site Description

The following description is based on our appraisal inspection, of the subject, assessor records, and information provided by the owner.

**PLAT MAP**



## General Data

Street Address: 900 Hamilton Street, Franklin Township, Somerset County, New Jersey 08873

Assessor Parcel Number: Block 135.01 Lots 10-20, 35, 36, 42

## Adjacent Land Uses

North:          Mixed use property
South:          Single family dwellings
East:           Gasoline filling station
West:           Convenience store

MEEHAN 002401



## Valbridge
PROPERTY ADVISORS

## Physical Characteristics

| | |
|---|---|
| Site Area: | 36,939 gross square feet, or 0.85 gross acres; and 36,939 net square feet, or 0.85 net acres |
| Shape: | Irregular |
| Topography: | Generally level |
| Parcel Location: | The parcel is a corner lot. |

## Access

| | |
|---|---|
| Street Name: | Hamilton Street |
| Street Type: | Bidirectional 2 lane asphalt |
| Frontage Feet: | 163 feet along Hamilton Street, 351.56 feet along Millstone Road, 72 feet along Davis Street, 230 feet along Millstone Road |
| Curb Cuts | 2 |
| Alley Access: | No |
| At Signalized Intersection: | No |
| Overall Visibility: | Average |

## Site Improvements

| | |
|---|---|
| Off-Site Improvements: | Sidewalks, curbs, street lighting and storm water drainage |
| Utilities: | All public |
| On-Site Improvements: | Paved surface parking for 53 cars (1 space/342 SF GBA), fenced play area, site lighting, minor landscaping. |

## Flood Zone Data

| | |
|---|---|
| Flood Map Panel: | 34035C0276E dated September 28, 2007 |
| Flood Zone: | Zone X (unshaded), |

## Other Site Conditions

| | |
|---|---|
| Soils: | Appears adequate |
| Environmental Issues: | None observed; The appraisers have no expertise in this area and recommend that an expert be consulted. |
| Easements and Encroachments: | None per tax map |
| Earthquake Zone: | N/A |

## Site Ratings

| | |
|---|---|
| Location: | Suburban |
| Access: | Average |
| Exposure: | Average. |
| Site Improvements: | Average |
| Overall Site: | Average |

MEEHAN 002402



## Analysis/Comments on Site:

Overall, the site improvements are suitable for the subject's current use; some areas of the parking lot require minimal resurfacing.

MEEHAN 002403



# Improvements Description

**FIRST FLOOR**



MEEHAN 002404



## SECOND FLOOR



The subject property is improved with a Class C - Masonry local tenant office building that has been converted to day care use. The following description is based on our appraisal inspection, of the subject, assessor records, and information provided by the owner.

## General Data

| | |
|---|---|
| Property Type: | Retail |
| Property Subtype: | Day Care Facility, Nursery |
| Number of Buildings: | 1 |
| Number of Stories: | 2 |
| Number of Parking Spaces | 53 |
| Number of Surface Spaces | 53 |
| Parking Ratio (spaces/GBA) | 2.92 |

## Building Area Source

| | |
|---|---|
| GBA Source | Field measurements |

MEEHAN 002405



## Building Areas and Ratios

| | |
|---|---|
| Gross Building Area (GBA): | 18,134 square feet |
| Net Rentable Area (NRA) | 18,134 square feet |
| Land-to-Building Ratio: | 2.04:1 |
| Floor Area Ratio (FAR): | 0.49 |

## Age / Life

| | |
|---|---|
| Year Built: | 1975 |
| Actual Age: | 40 years |
| Effective Age: | 20 years |
| Typical Building Life: | 55 years |
| Remaining Economic Life: | 35 years |

## Exterior

| | |
|---|---|
| Construction Class: | C – Masonry per Marshall Valuation Service |
| Foundation: | Concrete slab on grade |
| Frame/Walls: | Masonry |
| Exterior Wall Finish: | aggregate panels and brick |
| Windows: | Insulated glass |
| Roof System: | Flat |
| Roof Material: | Rubber membrane |

## Interior

| | |
|---|---|
| Floors: | Carpet and tile |
| Walls: | Drywall |
| Ceiling Finish: | Acoustical tile |
| Lighting Fixtures: | Fluorescent |
| No. of Restrooms: | Adequate child and adult restrooms |
| Furniture, Fixtures and Equipment: | Excluded for purposes of this real property appraisal |

## Mechanical Systems

| | |
|---|---|
| Electrical: | Assumed to be adequate |
| Plumbing: | Assumed to be adequate. |
| HVAC: | A new HVAC system is being installed for the majority of the building; a small part is heated by a gas fired hot water system. |
| Fire Protection: | Wet system |

## Improvement Ratings

| | |
|---|---|
| Quality: | Average |
| Condition: | Average |
| Functional Utility: | Adequate; since it was not purpose-built as a daycare/school facility, it design is not as functional as a modern school or daycare facility. |
| Deferred Maintenance: | None observed |

MEEHAN 002406



Overall Rating:                    Average

## Analysis/Comments on Improvements

The subject contains a reception area, infant/toddler rooms, nurse's office, recreation room, a small office, and restrooms.  The walk-up second floor contains several classrooms, a recreation area, administrative offices, and adequate restrooms.

The property improvements are typical of older office buildings that have been converted for school/daycare use.

MEEHAN 002407



# Zoning Information

**ZONING MAP**



## Zoning Designation

| | |
|---|---|
| Zoning Code: | HBD, Hamilton Street Business District |
| Zoning Jurisdiction: | Franklin Township |
| Permitted Uses: | Most retail goods and services uses, 1 and 2 family dwellings, daycare, administrative and dispatching services |
| Zoning Comments: | The subject is a legally permitted use |

## Development Standards

| | |
|---|---|
| Minimum Site Size: | 10,000 SF |
| Minimum Frontage: | 100 feet |
| Minimum Front Yard | Varies; none to 10 feet |
| Side Yard; One/Two | 5 feet/15 feet |
| Rear Yard | 20 feet |
| Maximum Height | Not specified |
| Maximum Lot Coverage and FAR | Not specified |

## Legal, Conforming Status

| | |
|---|---|
| Legally Permitted Use: | Yes |

---

MEEHAN 002408



Conformity Conclusion:    Based on the historical and existing utilization of the building as a daycare center, the subject is presumed to be a legally conforming use.

MEEHAN 002409



# Assessment and Tax Data

## Assessed Values and Property Taxes

The subject's assessed values, applicable tax rates and total taxes, including direct assessments, are shown in the following table:

**Real Estate Assessment and Taxes**

| Parcel Number | Tax Year | Land Assessment | Building Assessment | Total Assessment | Assessment Ratio | Implied Market Value |
|---|---|---|---|---|---|---|
| Block 135.01 Lot 10 | 2014 | $1,098,000 | $1,108,900 | $2,206,900 | 99.0% | $2,229,642 |
| **Total** | | **$1,098,000** | **$1,108,900** | **$2,206,900** | **99.0%** | **$2,229,642** |

**Tax Obligation Calculation**

| | |
|---|---|
| Taxable Assessment | $2,206,900 |
| Tax Rate | 2.23100 |
| Subtotal Tax Obligation | $49,236 |

## Conclusions

Although the equalized value is similar to our appraised value, it remains to be determined if the ratio is out of line with other similar properties in the township. It is not the intent of this appraisal assignment to determine if the subject property is assessed similarly to other properties in the subject market area and if the subject's assessments are within acceptable parameters.

MEEHAN 002410



# Highest and Best Use

The Highest and Best Use of a property is the reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value.

It is necessary to determine the highest and best use of a subject property both As If Vacant, and As Improved. Improved properties may have a highest and best use that is different than the existing use. The existing use will generally continue however, until land value exceeds the total value of the property at its existing use plus demolition costs.

## Analysis of Highest and Best Use as if Vacant

In determining the highest and best use of the property as though vacant, we focus on: 1) the existing use, 2) a projected development, 3) a subdivision, 4) an assemblage, or 5) holding the land as an investment.

The subject site is zoned HBD. The physical attributes of the subject site support most permitted uses. The market demand for the development of the subject site is considered weak, when considering general market conditions.  Therefore, feasibility of developing the site with a permitted use under current market conditions is weak

Among the financially feasible uses, the use that results in the highest value (the maximally productive use) is the highest and best use. Considering these factors, the maximally productive, and therefore highest and best use of the subject site, as though vacant is for development in accordance with zoning on a build to suit basis or when market conditions permit use.

## Analysis of Highest and Best Use as Improved

In determining the highest and best use of the property as improved, the focus is on three possibilities for the property: 1) continuation of the existing use, 2) modification of the existing use, or 3) demolition and redevelopment of the land.

The property can continue to support the existing improvements well into the future. The property meets the current market expectations for the submarket in which it competes. Modification/Redevelopment of the property will not permit rental rates to increase and/or vacancy and expenses to decrease sufficiently to make modifications/redevelopment financially feasible.

Our final opinion of market value plus demolition costs exceeds the value of the underlying land. The current use does not represent an interim use. The property does not have any excess land.

The highest and best use of the subject property, as improved, is continued use as a daycare facility use.

## Most Probable Buyer/User

As of the date of value, the most probable buyer of the subject property is an owner occupant and the most probable user would be an education provider.

---

MEEHAN 002411

 **Valbridge** PROPERTY ADVISORS

# Appraisal Methodology

## Three Approaches to Value
There are three traditional approaches typically available to develop indications of real property value: the cost, sales comparison, and income capitalization approaches.

### Cost Approach
The cost approach is based upon the principle of substitution, which states that a prudent purchaser would not pay more for a property than the amount required to purchase a similar site and construct similar improvements without undue delay, producing a property of equal desirability and utility. This approach is particularly applicable when the improvements being appraised are relatively new or proposed, or when the improvements are so specialized that there is little or no sales data from comparable properties.

### Sales Comparison Approach
The sales comparison approach involves the direct comparison of sales and listings of similar properties, adjusting for differences between the subject property and the comparable properties. This method can be useful for valuing general purpose properties or vacant land. For improved properties, it is particularly applicable when there is an active sales market for the property type being appraised – either by owner-users or investors.

### Income Capitalization Approach
The income capitalization approach is based on the principle of anticipation, or the assumption that value is created by the expectation of benefits to be derived in the future, such as expected future income flows including the reversion, or future re-sale of the property appraised. Its premise is that a prudent investor will pay no more for the property than he or she would for another investment of similar risk and cash flow characteristics. The income capitalization approach is widely used and relied upon in appraising income-producing properties, especially those for which there is an active investment sales market.

## Subject Valuation
The subject property is a local tenant office building that was built in 1975 and subsequently converted to a daycare facility. The cost approach was not used because of the difficulty in estimated accrued depreciation and the lack of comparable land sales. Additionally, market participants do not rely on the cost approach for similar properties. The sales comparison approach and income approach will be employed.

MEEHAN 002412



# Sales Comparison Approach

## Methodology

This approach is based on the premise that a buyer would pay no more for a specific property than the cost of obtaining a property with the same quality, utility, and perceived benefits of ownership. It is based on the principles of supply and demand, balance, substitution and externalities. In the sales comparison approach, an indication of market value is developed by analyzing closed sales, listings, or pending sales of properties similar to the subject property, using the most relevant units of comparison. The comparative analysis focuses on the difference between the comparable sales and the subject property using all appropriate elements of comparison.

A systematic procedure for applying the sales comparison approach includes the following steps: (1) researching and verifying transactional data, (2) selecting relevant units of comparison, (3) analyzing and adjusting the comparable sales for differences in various elements of comparison, and (4) reconciling the adjusted sales into a value indication for the subject.

### Unit of Comparison
The primary unit of comparison selected depends on the appraisal problem and nature of the property. The primary unit of comparison in the market for retail properties such as the subject property is price per square foot of gross building area.

### Elements of Comparison
Elements of comparison are the characteristics or attributes of properties and transactions that cause the prices of real estate to vary. The main elements of comparison that should be considered in sales comparison analysis are as follows: (1) real property rights conveyed, (2) financing terms, (3) conditions of sale, (4) expenditures made immediately after purchase, (5) market conditions, (6) location and (7) physical characteristics.

### Comparable Sales Data
A search of data sources and public records, a field survey, interviews with knowledgeable real estate professionals in the area, as well as a review of our internal database was also conducted to obtain and verify comparable sales and listings of retail properties.

We have included five sales in our analysis, as these sales are judged to be the most comparable in developing an indication of the market value of the subject property. The following table summarizes each of the sale comparables and is followed by a map displaying the location of each comparable in relation to the subject.

MEEHAN 002413

## Improved Sales Summary

| Comp. No. | Date of Sale | Location | | Building SF | Unadjusted Sale Price | PSF |
|---|---|---|---|---|---|---|
| 1 | January-15 | 150 Park Place East | Wood Ridge, New Jersey | 4,178 | $565,000 | $135.23 |
| 2 | July-13 | 2000 Route 27 | North Brunswick, New Jersey | 14,400 | $1,600,000 | $111.11 |
| 3 | December-12 | 200 Wall Street | West Long Branch Borough, New Jersey | 31,954 | $3,850,000 | $120.49 |
| 4 | October-12 | 178 West Veterans Highway | Jackson Township, New Jersey | 8,000 | $1,840,000 | $230.00 |

### COMPARABLE SALES MAP



MEEHAN 002414



## IMPROVED COMPARABLE 1

| | |
|---|---|
| Sale ID | 25502 |
| Sale Status | Recorded |
| Property Name | Little Stars Childcare |
| Address | 150 Park Place East, Wood Ridge, Bergen, New Jersey 07075 |
| TaxID/APN | Block 282 Lots 10,11 |

**Sales Data**

| | |
|---|---|
| Sale Price | $565,000 |
| Grantor | Cannizzo Group LLC |
| Grantee | Three Sons LLC |
| Sale Date | 01-28-2015 |
| Book/Page | 1848/704 |
| Property Rights | Leased Fee |
| Financing | Cash to Seller |
| Conditions of Sale | Arm's Length |



150-154 Park Pl E, Wood Ridge

**Property Description**

| | |
|---|---|
| Land Sq Ft | 8,712 |
| Land Acres | 0.20 |
| Site Shape | Basically Rectangular |
| Gross Building SF | 4,178 |
| Net Rentable SF | 4,178 |
| Land to Building Ratio | 2.09 |
| Year Built | 1965 |
| Condition | Average |
| Construction Type | C - Masonry and D - Wood Frame |
| Parking Ratio/GBA | 1 space/321 SF |

**Financial Data**

| | |
|---|---|
| Price per SF (GBA) | $135.23 |
| Price per SF (NRA) | $135.23 |
| Occupancy at Sale | 100% |
| Tenancy | Single Tenant |

**Comments**

This sale is of a 2 story walk up building that was initially constructed for office use in 1965 and renovated in 1987. At the time of sale it was occupied by Little Stars Academy; however, the broker would not divulge details. The site has 13 parking spaces and a small outside play area. The sale was confirmed with Selling broker, CoStar, Public records.

MEEHAN 002415

 **Valbridge** PROPERTY ADVISORS

900 HAMILTON STREET
SALES COMPARISON APPROACH

## IMPROVED COMPARABLE 2

**Sale ID**            20763
**Sale Status**        Closed

**Address**            2000 Route 27, North Brunswick,
                       Middlesex, New Jersey 08902
**TaxID/APN**          Block 44.33 Lot 9.01

**Sales Data**
**Sale Price**         $1,600,000
**Grantor**            Clockwork Learning Center
**Grantee**            Jacob Wells Community Church
**Sale Date**          07-02-2013
**Book/Page**          Book 6437 Page 722
**Property Rights**    Fee Simple
**Financing**          Cash to Seller
**Conditions of Sale** Arm's Length


2000 rte 27

**Property Description**
**Land Sq Ft**              87,120
**Land Acres**              2.00
**Site Shape**              Rectangular
**Gross Building SF**       14,400
**Net Rentable SF**         14,400
**Land to Building Ratio**  6.05
**Year Built**              1978
**Condition**               Average

**Parking Ratio/GBA**       1 space/206 SF

**Financial Data**
**Price per SF (GBA)**   $111.11
**Price per SF (NRA)**   $111.11

**Tenancy**              Single Tenant

**Comments**

This is a sale of a day care center that was built in 1985. The listing broker reported that the building was in  average condition.  The building is built on slab.  The sale was confirmed with Shane Wierks, Listing Broker.

MEEHAN 002416



## IMPROVED COMPARABLE 3

**Sale ID** 14917
**Sale Status** Recorded

**Address** 200 Wall Street, West Long Branch Borough, Monmouth, New Jersey
**TaxID/APN** Block 20  Lots 10-15

### Sales Data
**Sale Price** $3,850,000
**Grantor** Deal Yeshiva, Inc.
**Grantee** Bet Yaakov of the Jersey Shore, Inc.
**Sale Date** 12-28-2012
**Book/Page** 8991 / 1569
**Property Rights** Fee Simple
**Financing** Cash to seller
**Conditions of Sale** Arm's Length



200 Wall Street, W. Long Branch

### Property Description
| | |
|---|---|
| Land Sq Ft | 137,650 |
| Land Acres | 3.16 |
| | |
| Gross Building SF | 31,954 |
| Net Rentable SF | 39,954 |
| Land to Building Ratio | 3.17 |
| Year Built | 1960 |
| Condition | Average |
| Parking Ratio/GBA | 1 space/836 SF |

### Financial Data
| | |
|---|---|
| Price per SF (GBA) | $111.11 |
| Price per SF (NRA) | $111.11 |

### Comments
Sale of a two-story walk-up building totaling 31,954 SF above grade plus a 15,977 SF finished basement that was purchased for owner occupancy by the tenant, a girl's private school from pre-k through high school. The building contains a stage/auditorium as well as classrooms and ancillary offices. The age of the building is unknown but it appears to be in average condition.
The sale was confirmed with deed, tax assessor, other.

MEEHAN 002417



**Valbridge**
PROPERTY ADVISORS

## IMPROVED COMPARABLE 4

| | |
|---|---|
| Sale ID | 20764 |
| Sale Status | Recorded |
| Property Name | The Goddard School |
| Address | 178 West Veterans Highway, Jackson Township, Ocean, New Jersey 08527 |
| TaxID/APN | Block 11801 Lot 76.02 |

**Sales Data**

| | |
|---|---|
| Sale Price | $1,840,000 |
| Grantor | Child Care at Jackson, LLC |
| Grantee | Millennium Child Care at Jackson, LLC |
| Sale Date | 10-03-2012 |
| Book/Page | Book 15343 Page 1997 |
| Property Rights | Fee Simple |
| Financing | Cash to Seller |
| Conditions of Sale | Arm's Length |



**Property Description**

| | |
|---|---|
| Land Sq Ft | 56,628 |
| Land Acres | 1.30 |
| Site Shape | Irregular |
| Gross Building SF | 8,000 |
| Net Rentable SF | 8,000 |
| Land to Building Ratio | 6.56 |
| Year Built | 2004 |
| Condition | Average to Good |
| Construction Type | D - Wood Frame |
| Parking Ratio/GBA | 1/186 SF |

**Financial Data**

| | |
|---|---|
| Price per SF (GBA) | $230.00 |
| Price per SF (NRA) | $230.00 |
| Occupancy at Sale | 100.0% |
| Tenancy | Single-Tenant |

**Comments**

This is the sale of a Goddard School child daycare center that was purchased by the tenant. The purchase was not a purchase option within the lease agreement and the property was actively marketed. The purchase price was negotiated just before the sale. The seller indicated that it was an arm's length transaction at market price. The sale was confirmed with Steve Blitzer, seller.

MEEHAN 002418



## Sales Comparison Analysis

All of the sales are analyzed, and adjustments are made for differences in the various elements of comparison, including real property rights, financing terms, conditions of sale, expenditures made immediately after purchase, market conditions, location, size, and other relevant factors. If the comparable sale is considered superior to the subject, we applied a negative adjustment to the comparable. A positive adjustment to the comparable is applied if it is considered inferior to the subject. A summary of the elements of comparison follows.

## Transaction Adjustments

Transaction adjustments include:

1) Real property rights conveyed
2) Financing terms
3) Conditions of sale and
4) Expenditures made immediately after purchase.

These items are applied prior to the application of the market conditions and property adjustments, and are discussed as follows:

Discuss reasoning for adjustments applied to each comparable. The lines below are placeholders for reference – the appraiser should modify or enhance as needed to fully describe the adjustments made and change the line-item list into a paragraph discussing the adjustments.

### Real Property Rights Conveyed

Real property rights conveyed influence sale prices and must be considered when analyzing a sale comparable. In the case of the subject property, the fee simple estate is being appraised. The sale comparables reflect the fee simple estate or leased fee; since there is no indication that sale 1 was not leased at a market rate, no adjustments were required.

### Financing Terms

The transaction price of one property may differ from that of an identical property due to different financial arrangements. Sales involving financing terms that are not at or near market terms require adjustments for cash equivalency to reflect typical market terms. A cash equivalency procedure discounts the atypical mortgage terms to provide an indication of value at cash equivalent terms.

All of the comparable sales involved typical market terms by which the sellers received cash or its equivalent and the buyers paid cash or tendered typical down payments and obtained conventional financing at market terms for the balance. Therefore, no adjustments for this category were required.

### Conditions of Sale

When the conditions of sale are atypical, the result may be a price that is higher or lower than that of a normal transaction. Adjustments for conditions of sale usually reflect the motivations of either a buyer or a seller who is under duress to complete the transaction. Another more typical condition of

MEEHAN 002419



sale involves the downward adjustment required to a comparable property's for-sale listing price, which usually reflects the upper limit of value.

A review of the sales did not indicate any condition of sale adjustments to be warranted for atypical conditions.

Expenditures Made Immediately After Purchase

A knowledgeable buyer considers expenditures that will have to be made upon purchase of a property because these costs affect the price the buyer agrees to pay. Such expenditures may include: (1) costs to cure deferred maintenance, (2) costs to demolish and remove any portion of the improvements, (3) costs to petition for a zoning change, (4) costs to remediate environmental contamination and/or (5) costs to occupy or lease-up the property to a stabilized occupancy

The relevant figure is not the actual cost incurred, but the cost that was anticipated by both the buyer and seller. Unless the sales involved expenditures anticipated upon the purchase date, no adjustments to the comparable sales are required for this element of comparison.

## Market Conditions Adjustment

Market conditions change over time as a result of inflation, deflation, fluctuations in supply and demand and other factors. Changing market conditions creates the need for adjustments to sale comparables that represent transactions during periods of dissimilar market conditions.

Market conditions may change between the time of sale of a comparable property and the date of the appraisal of the subject property. Changes in market conditions may be caused by inflation, deflation, fluctuations in supply and demand, or other factors. Market conditions that change over time create the need for an adjustment. If market conditions have changed, an adjustment would be required for this element of comparison.

The sale comparables represent recent sale transactions with no market conditions adjustments necessary.

## Property Adjustments

Property adjustments are usually expressed quantitatively as percentages that reflect the increase or decrease in value attributable to the various characteristics of the property. In some instances, however, qualitative adjustments are used. These adjustments are based on locational and physical characteristics and are applied after the application of transaction and market conditions adjustments.

The following is a narration of the property adjustments made to each of the sale comparables. The discussion will analyze each adjustment category deemed applicable to the subject property.

MEEHAN 002420



Location

Location adjustments may be required when the locational characteristics of a comparable property are different from those of the subject property. These include, but are not limited to, general neighborhood characteristics, freeway accessibility, street exposure, corner versus interior lot location, neighboring properties, view amenities, and other factors.

Sale 1: no adjustment was warranted.
Sale 2: no adjustment was warranted.
Sale 3: no adjustment was warranted.
Sale 4: an upward adjustment was warranted because real estate values tend to be lower in the sale's location.

Size

The size adjustment identifies variances in the physical size of the comparables and the subject improvements. Typically, the larger a building, the lower the sale price per unit. This inverse relationship is due, in part, to the principle of "economies of scale."

The subject property consists of 18,134 square feet of NRA.

Sale 1: contains 4,178 SF and was adjusted downward.
Sale 2: no adjustment was warranted.
Sale 3: contains 31,954 SF and was adjusted upward.
Sale 4: contains 8,000 and was adjusted downward.

Age/Condition

All else being equal, older properties typically command a lower price per square foot than newer properties. However, although a property may be physically older than another property, the effective age may be similar to a newer property and no adjustment may be indicated. This may be due to the older property being well maintained or a recent renovation. We have based the adjustments of the on the overall condition of a property into consideration.

Age/Condition Adjustment
The subject was constructed in 1975 and is in average condition. Due to the subject's new HVAC system, the subject is in somewhat better condition compared with its condition in our prior report.
Sale 1 is overall similar with no adjustment warranted.
Sale 2 is overall similar with no adjustment warranted.
Sale 3 is similar in condition, inferior in age; an upward adjustment was warranted.
Sale 4 is overall superior with a downward adjustment warranted.

Construction Quality

The subject property consists of average quality construction; the sales are similar and no adjustment was warranted.

MEEHAN 002421



Design
The subject was initially constructed as an office building and is considered to be inferior to purpose-built daycare centers or school buildings.

Sale 1: no adjustment was warranted.
Sale 2: no adjustment was warranted.
Sale 3: was purpose-built as a daycare facility; a downward adjustment was warranted.
Sale 4: was purpose-built as a school building; a downward adjustment was warranted.

Parking Ratio
Daycare facilities with a higher parking ratio are superior to those with lower ratios.  The sales were adjusted accordingly.

Functional Utility
The subject is built on slab with no basement.
Sale 1: no adjustment was warranted.
Sale 2: no adjustment was warranted.
Sale 3: has a full finished basement; an upward adjustment was warranted.
Sale 4: no adjustment was warranted.

## Summary of Adjustments
Based on the preceding analysis, we have summarized adjustments to the sale comparables on the following adjustment grid. These adjustments are based on our market research, best judgment, and experience in the appraisal of similar properties.

MEEHAN 002422



**Improved Sales Comparison Approach Adjustment Grid**

| | Subject | Sale # 1 | Sale # 2 | Sale # 3 | Sale # 4 |
|---|---|---|---|---|---|
| Sale ID | | 25502 | 20763 | 14917 | 20764 |
| Date of Value & Sale | 9/21/2015 | January-15 | July-13 | December-12 | October-12 |
| Gross Building Area | 18,134 sf | 4,178 | 14,400 | 31,954 | 8,000 |
| Land Area (acres) | 0.8480 | 0.2000 | 2.0000 | | 1.3000 |
| Unadjusted Sale Price | | $565,000 | $1,600,000 | $3,850,000 | $1,840,000 |
| **Unadjusted Sale Price PSF of GBA** | | **$135.23 psf** | **$111.11 psf** | **$120.49 psf** | **$230.00 psf** |
| **Transactional Adjustments** | | | | | |
| Property Rights Conveyed | Fee Simple | Leased Fee | Fee Simple | Fee Simple | Fee Simple |
| Adjustment | | - | - | - | - |
| Adjusted Sale Price | | $135.23 | $111.11 | $120.49 | $230.00 |
| Financing Terms | Cash to Seller | Cash to Seller | Conventional | Conventional | Conventional |
| Adjustment | | - | - | - | - |
| Adjusted Sale Price | | $135.23 | $111.11 | $120.49 | $230.00 |
| Conditions of Sale | Typical | Arm's Length | Arm's Length | Arm's Length | Arm's Length |
| Adjustment | | - | - | - | - |
| Adjusted Sale Price | | $135.23 | $111.11 | $120.49 | $230.00 |
| Expenditures after Sale | | | | | |
| Adjustment | | - | - | - | - |
| **Adjusted Sale Price** | | **$135.23** | **$111.11** | **$120.49** | **$230.00** |
| **Market Conditions Adjustments** | | | | | |
| Adjustment | | - | - | - | - |
| **Adjusted Sale Price** | | **$135.23** | **$111.11** | **$120.49** | **$230.00** |
| **Property Adjustments** | | | | | |
| Location | 900 Hamilton Street | 150 Park Place East | 2000 Route 27 | 200 Wall Street | 178 West Veterans Highway |
| | Franklin Township, New Je | Wood Ridge, New Jersey | North Brunswick, New Jersey | West Long Branch Borough, New Jersey | Jackson Township, New Jersey |
| Adjustment | | - | - | - | 5.0% |
| Size | 18,134 sf | 4,178 sf | 14,400 sf | 31,954 sf | 8,000 sf |
| Adjustment | | -12.5% | - | 10.0% | -10.0% |
| Age/Condition    Year Built | 1975 | 1965 | 1978 | 1960 | 2004 |
| Condition | Average | Average | Average | Average | Average to Good |
| Adjustment | | - | - | 5.0% | -15.0% |
| **Construction Quality** | | | | | |
| | Average | Average | Average | Average | Average |
| Adjustment | | - | - | - | - |
| Design | Converted Bldg | Similar | Similar | Purpose Built | Purpose Built |
| Adjustment | | - | - | -15.0% | -15.0% |
| Parking Ratio | 1 per 342 SF | 1 per 321 SF | 1 per 206 SF | 1 per 836 SF | 1 per 186 SF |
| Adjustment | | - | -5.0% | 10.0% | -10.0% |
| Functional Utility | No Basement | Similar | Similar | Full Finished Bsmt | Similar |
| Adjustment | | - | - | -10.0% | - |
| Net Property Adjustment | | -12.5% | -5.0% | 0.0% | -45.0% |
| **Adjusted Sale Price PSF of GBA** | | **$118.33** | **$105.56** | **$120.49** | **$126.50** |

MEEHAN 002423

 **Valbridge**
PROPERTY ADVISORS

## Sales Comparison Approach Value Indication

From the market data available, sales in competitive market areas were selected as most comparable to the subject; the sales statistics are presented below.

**Improved Sales Statistics**

| Metric | Unadjusted | Adjusted |
|---|---|---|
| Minimum Sale Price per Sq. Ft. | $111.11 | $105.56 |
| Maximum Sale Price per Sq. Ft. | $230.00 | $126.50 |
| Median Sale Price per Sq. Ft. | $127.86 | $119.41 |
| Mean Sale Price per Sq. Ft. | $149.21 | $117.72 |
| Standard Deviation | 54.77 | 8.81 |

After consideration of the subject's locational and physical characteristics, a unit value for the subject property is the middle of the adjusted range, or $115.00 per square foot is considered reasonable.

Based on this analysis, the sales comparison approach value indications are summarized as follows:

Based on this analysis, the sales comparison approach value indications are summarized as follows:

**Improved Sales Comparison Approach Value Indication**

Indicated Reasonable Value Range

| | | | | |
|---|---|---|---|---|
| 18,134 sf | x | $110.00 | = | $1,994,740 |
| 18,134 sf | x | $120.00 | = | $2,176,080 |

**As Is Fee Simple Market Value Indication**

| | | | | |
|---|---|---|---|---|
| 18,134 sf | x | **$115.00** | = | **$2,085,410** |
| **As Is Fee Simple Market Value Indication** | | | | **$2,100,000** |

MEEHAN 002424



# Income Capitalization Approach

## Methodology

The income capitalization approach is developed by converting a projection of future installments of income into a present value by a capitalization process. There are two types of capitalization: direct capitalization and yield capitalization, more commonly known as discounted cash flow (DCF) analysis.

Income-producing properties, by nature, are developed and purchased for investment purposes, where earning power, including an income stream and return of investment, are the most critical elements affecting value. The forecast of income and selection of appropriate rate(s) are therefore important aspects of the valuation process. The steps in developing the income approach are as follows: Market Rent Analysis, Income Analysis, Vacancy Analysis, Expense Analysis, and Rate Analysis.

## Application of Methodology

In this appraisal, we employed the direct capitalization method to develop an indication of market value for the subject property. The rental income was based on market rent.

## Estimate of Market Rent

To develop an opinion of market rent, we surveyed representatives of comparable and competitive properties in the local market area, focusing on buildings with similar locations, size and market appeal. We have included five rent comparables that were used to derive an appropriate market rent for the subject property. The following table summarizes each of the rent comparables and is followed by a map displaying the location of each comparable in relation to the subject.

MEEHAN 002425

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 95 of 168 PageID #: 1362

## Rent Comparables

| Comp. No. | Date of Survey / Lease | Comp. Type | Location | Location | SF | Rental Rate / SF | Lease Structure | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | July-12 | Lease | 601 Grand Avenue | Asbury Park, NJ | 32,630 | $12.26 | NNN | This is the renewal of a lease of a charter school; 5 stories with elevator. Built in 1947 and renovated in 2008. Rent is $13.64/SF for yrs 1-4. Landlord responsible for renovations of $1.143,636 or $35.05/SF. Parking is is 1/413 SF. |
| 2 | January-14 | Lease | 117 Elmwood Ave | East Orange, NJ | 30,750 | $14.82 | NNN | This is the lease of a 2 story school building containing 30,755 SF. The tenant is Pride Academy Charter School. There is no on-site parking. |
| 3 | September-11 | Lease | 188 Mount Airy Road | Basking Ridge, NJ | 25,000 | $16.50 | MG | Tenant received 6 months free rent and 6 months at $8.50/SF commencing 3/1/12. Full rent begins 9/1/12. Escallations ar $0.50/SF/yr. Tenant pays pro rata share of taxes and operating expenses over base year. There are 2 fiver year options. Ample on-site parking. |
| 4 | July-11 | Lease | 31 Chancery Lane | Trenton, NJ | 30,775 | $10.00 | NNN | The is the lease of school space in a 3 story building. The space was taken as-is and was reportedly in average condition. Annual CPI increases. Parking for 35 car. |

MEEHAN 002426



## Market Rent Analysis

The rental comparables indicate a range of $10.00 to $14.82 per square foot on a triple net basis and one lease is at $16.50/SF modified gross.  The typical lease term for this property type is on a triple net basis with the tenant responsible for all expenses directly, and reimbursement of insurance and taxes, the landlord responsible for management and reserved.  Based on the presented comparables, a concluded market rental rate of $13.00 per square foot on a triple net basis will be utilized in the analysis herein.

## Income Analysis

In this section, the subject rent roll is reviewed existing subject leases (if any) are compared to market rent to determine of a leasehold interest is present. Additional income sources, expense recoveries, and rent escalations are considered. In this specific instance, market rent was utilized.  The sum of all income develops potential gross income (PGI), discussed as follows:

Potential Rental Income
Potential rental income during the first year of the analysis is forecast at $235,742 based on the market rent estimate of $13.00 per square foot, triple net.

Expense Reimbursements
The subject's lease would consist of a Triple Net lease structure. The market data indicates a market lease structure of triple net with real estate taxes and insurance expenses being reimbursable. During the first year of the analyses, stabilized expense recoveries total $58,381.

## Vacancy/Collection Loss

In this section, the subject's existing vacancy is compared to the market. Collection loss is also considered. Application of vacancy loss develops effective gross income (EGI), discussed as follows:

Given the subject's location and considering the market data presented, we consider a stabilized occupancy of 90.0% reasonable, which indicates a stabilized vacancy of 8.0% for the subject property. In addition, we have estimated a collection loss of 2.0%. Total vacancy and collection loss is 8.0%

Effective Gross Income (EGI)
Effective gross income consists of the income from all operations of the real property after an allowance for vacancy and collection loss has been applied. The revenue, stabilized vacancy and collection loss estimates discussed in the prior sections indicate a stabilized effective gross income of $264,711 for the subject property.

MEEHAN 002427



## Expense Analysis

Operating expenses represent deductions from the effective gross income that are necessary to maintain the leasing operations of the property. The subject property leases are based on Triple Net lease structures with tenants reimbursing the following expenses: real estate taxes and insurance. We have accounted for these the expense categories, as the landlord will be responsible for these expenses for any vacant space during the holding period.

### Reimbursable Expenses

#### Real Estate Taxes
As indicated in the taxes and assessment section of the report, the current real estate taxes are $49,236  which has been increased by 2.0% to $50,221 to account for an increase in the upcoming year.

#### Property Insurance
In addition, the tenant would be responsible for reimbursing the landlord for insurance, which has been estimated at $0.45/SF or $8,160.

### Non-Reimbursable Expenses

#### Management
We have estimated management at 3.0% of effective gross rental income (exclusive of reimbursements.

#### Reserves
We have estimated replacement for reserves at $0.25/SF.

### Total Expense Estimate
The estimated total expenses are $3.82/SF or $69,279.

### Stabilized Net Operating Income (NOI)
Net operating income consists of the income that remains after all operating expenses are deducted from effective gross income, but before mortgage debt service and other non-periodic leasing and capital expenditures. The stabilized net operating income calculation is presented in the following table:

MEEHAN 002428



## Year 1 Net Operating Income Schedule

| Category | NRA | | Per Sq. Ft. | | Total | % of EGI |
|---|---|---|---|---|---|---|
| **Potential Rental Income** | | | | | | |
| | 18,134 sf  x | | $13.00 | = | $235,742 | 89.1% |
| **Total Potential Rental Income** | 18,134 sf  x | | $13.00 | = | $235,742 | 89.1% |
| | | | | | | |
| **Potential Gross Non-Rental Income** | | | | | | |
| Expense Reimbursements | | | $3.22 | | $58,381 | 22.1% |
| **Plus: Total Potential Gross Non-Rental Income** | | | $3.22 | | $58,381 | 22.1% |
| | | | | | | |
| **Potential Gross Income (PGI)** | | | $16.22 | | $294,123 | 111.1% |
| | | | | | | |
| Less: Vacancy & Collection Loss  @  10.0% | | | $16.22 | | $29,412 | 11.1% |
| **Effective Gross Income (EGI)** | | | $16.22 | | $264,711 | 100.0% |
| | | | | | | |
| **Reimbursable Expenses** | | | | | | |
| Real Estate Taxes | | | $2.77 | | $50,221 | 19.0% |
| Property Insurance | | | $0.45 | | $8,160 | 3.1% |
| **Total Reimbursable Expenses** | | | $3.22 | | $58,381 | 22.1% |
| | | | | | | |
| **Non-Reimbursable Expenses** | | | | | | |
| Management Fees | | | $0.35 | | $6,365 | 3.0% |
| Replacement Reserves | | | $0.25 | | $4,534 | 1.7% |
| **Total Non-Reimbursable Expenses** | | | $0.60 | | $10,899 | 4.1% |
| | | | | | | |
| **Less: Total Operating Expenses** | | | $3.82 | | $69,279 | 26.2% |
| | | | | | | |
| **Year 1 Net Operating Income (NOI)** | | | $10.78 | | $195,431 | 73.8% |

## Direct Capitalization Analysis

Band of Investment Technique

The following summarizes the indication from the band of investment technique:

### Band of Investment Technique

| | | |
|---|---|---|
| Mortgage Interest Rate | = | 5.50% |
| Mortgage Term | = | 25 years |
| Mortgage Ratio (M) | = | 75.0% |
| Mortgage Constant ($R_M$) | = | 0.07369 |
| Equity Dividend Rate ($R_E$) | = | 12.00% |

| Mortgage (LTV) Ratio (M) | | Mortgage Constant ($R_M$) | | Mortgage Component |
|---|---|---|---|---|
| 75.0% | x | 0.07369 | = | 0.05527 |

| 1 - Mortgage Ratio (1-M) | | Equity Dividend Rate ($R_E$) | | Equity Component |
|---|---|---|---|---|
| 25.0% | x | 12.00% | = | 0.03000 |

| | | |
|---|---|---|
| **Overall Rate ($R_O$)** | = | **8.53%** |
| **Rounded** | = | **8.50%** |

MEEHAN 002429



Overall Capitalization Rate Conclusion

Based on our analysis of the foregoing, we conclude a rate of 8.50% for the Fee Simple estate.

## Direct Capitalization Conclusions

The direct capitalization calculation is presented as follows:

| Direct Capitalization Technique Value Indication | | |
|---|---|---|
| Stabilized Net Operating Income (NOI) | | $195,431 |
| Divided by Overall Capitalization Rate | ÷ | 8.50% |
| **As Is Fee Simple Market Value Indication** | | **$2,299,188** |
| **Rounded** | | **$2,300,000** |

MEEHAN 002430



# Reconciliation

## Summary of Value Indications

The indicated values from the approaches used and our concluded market values for the subject property are summarized in the following table.

### Value Indications

| Approach to Value | As Is |
|---|---|
| Cost | N/A |
| Sales Comparison | $2,100,000 |
| Income Capitalization | |
| Direct Capitalization | $2,300,000 |

### Value Conclusions

| | As Is |
|---|---|
| Value Type | Market Value |
| Property Rights Appraised | Fee Simple |
| Effective Date of Value | September 21, 2015 |
| **Value Conclusion** | **$2,100,000** |

In order to reach a final opinion of value, we considered the reliability and relevance of each value indication based upon the quality of the data and applicability of the assumptions underlying each approach.

Given the availability and reliability of data, the sales comparison approach was given most weight in arriving at our final value conclusions.

## Analysis of Prior Appraisals

At the request of the client, we compared the value conclusion developed in this appraisal with our previous appraisal completed for this client on May 9, 2014.  Market value of the subject property has remained stable.

## Exposure Time and Marketing Periods

Based on statistical information about days on market, escrow length, and marketing times gathered through national investor surveys, sales verification, and interviews of market participants, marketing and exposure time estimates of 12 months are considered reasonable and appropriate for the subject property.

MEEHAN 002431



# General Assumptions and Limiting Conditions

This appraisal is subject to the following limiting conditions:

1.  The legal description – if furnished to us – is assumed to be correct.

2.  No responsibility is assumed for legal matters, questions of survey or title, soil or subsoil conditions, engineering, availability or capacity of utilities, or other similar technical matters. The appraisal does not constitute a survey of the property appraised. All existing liens and encumbrances have been disregarded and the property is appraised as though free and clear, under responsible ownership and competent management unless otherwise noted.

3.  Unless otherwise noted, the appraisal will value the property as though free of contamination. Valbridge Property Advisors | Oxford Group will conduct no hazardous materials or contamination inspection of any kind. It is recommended that the client hire an expert if the presence of hazardous materials or contamination poses any concern.

4.  The stamps and/or consideration placed on deeds used to indicate sales are in correct relationship to the actual dollar amount of the transaction.

5.  Unless otherwise noted, it is assumed there are no encroachments, zoning violations or restrictions existing in the subject property.

6.  The appraiser is not required to give testimony or attendance in court by reason of this appraisal, unless previous arrangements have been made.

7.  Unless expressly specified in the engagement letter, the fee for this appraisal does not include the attendance or giving of testimony by Appraiser at any court, regulatory, or other proceedings, or any conferences or other work in preparation for such proceeding. If any partner or employee of Valbridge Property Advisors | Oxford Group is asked or required to appear and/or testify at any deposition, trial, or other proceeding about the preparation, conclusions or any other aspect of this assignment, client shall compensate Appraiser for the time spent by the partner or employee in appearing and/or testifying and in preparing to testify according to the Appraiser's then current hourly rate plus reimbursement of expenses.

8.  The values for land and/or improvements, as contained in this report, are constituent parts of the total value reported and neither is (or are) to be used in making a summation appraisal of a combination of values created by another appraiser. Either is invalidated if so used.

MEEHAN 002432



900 HAMILTON STREET
GENERAL ASSUMPTIONS & LIMITING CONDITIONS

9.  The dates of value to which the opinions expressed in this report apply are set forth in this report. We assume no responsibility for economic or physical factors occurring at some point at a later date, which may affect the opinions stated herein. The forecasts, projections, or operating estimates contained herein are based on current market conditions and anticipated short-term supply and demand factors and are subject to change with future conditions.

10. The sketches, maps, plats and exhibits in this report are included to assist the reader in visualizing the property. The appraiser has made no survey of the property and assumed no responsibility in connection with such matters.

11. The information, estimates and opinions, which were obtained from sources outside of this office, are considered reliable. However, no liability for them can be assumed by the appraiser.

12. Possession of this report, or a copy thereof, does not carry with it the right of publication. Neither all, nor any part of the content of the report, or copy thereof (including conclusions as to property value, the identity of the appraisers, professional designations, reference to any professional appraisal organization or the firm with which the appraisers are connected), shall be disseminated to the public through advertising, public relations, news, sales, or other media without prior written consent and approval.

13. No claim is intended to be expressed for matters of expertise that would require specialized investigation or knowledge beyond that ordinarily employed by real estate appraisers. We claim no expertise in areas such as, but not limited to, legal, survey, structural, environmental, pest control, mechanical, etc.

14. This appraisal was prepared for the sole and exclusive use of the client for the function outlined herein. Any party who is not the client or intended user identified in the appraisal or engagement letter is not entitled to rely upon the contents of the appraisal without express written consent of Valbridge Property Advisors | Oxford Group and Client. The Client shall not include partners, affiliates, or relatives of the party addressed herein. The appraiser assumes no obligation, liability or accountability to any third party.

15. Distribution of this report is at the sole discretion of the client, but no third-parties not listed as an intended user on the face of the appraisal or the engagement letter may rely upon the contents of the appraisal. In no event shall client give a third-party a partial copy of the appraisal report. We will make no distribution of the report without the specific direction of the client.

16. This appraisal shall be used only for the function outlined herein, unless expressly authorized by Valbridge Property Advisors | Oxford Group.

17. This appraisal shall be considered in its entirety. No part thereof shall be used separately or out of context.

MEEHAN 002433



18. Unless otherwise noted in the body of this report, this appraisal assumes that the subject property does not fall within the areas where mandatory flood insurance is effective. Unless otherwise noted, we have not completed nor have we contracted to have completed an investigation to identify and/or quantify the presence of non-tidal wetland conditions on the subject property. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

19. If the appraisal is for mortgage loan purposes 1) we assume satisfactory completion of improvements if construction is not complete, 2) no consideration has been given for rent loss during rent-up unless noted in the body of this report, and 3) occupancy at levels consistent with our "Income and Expense Projection" are anticipated.

20. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures which would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover them.

21. Our inspection included an observation of the land and improvements thereon only. It was not possible to observe conditions beneath the soil or hidden structural components within the improvements. We inspected the buildings involved, and reported damage (if any) by termites, dry rot, wet rot, or other infestations as a matter of information, and no guarantee of the amount or degree of damage (if any) is implied. Condition of heating, cooling, ventilation, electrical and plumbing equipment is considered to be commensurate with the condition of the balance of the improvements unless otherwise stated.

22. This appraisal does not guarantee compliance with building code and life safety code requirements of the local jurisdiction. It is assumed that all required licenses, consents, certificates of occupancy or other legislative or administrative authority from any local, state or national governmental or private entity or organization have been or can be obtained or renewed for any use on which the value conclusion contained in this report is based unless specifically stated to the contrary.

23. When possible, we have relied upon building measurements provided by the client, owner, or associated agents of these parties. In the absence of a detailed rent roll, reliable public records, or "as-built" plans provided to us, we have relied upon our own measurements of the subject improvements. We follow typical appraisal industry methods; however, we recognize that some factors may limit our ability to obtain accurate measurements including, but not limited to, property access on the day of inspection, basements, fenced/gated areas, grade elevations, greenery/shrubbery, uneven surfaces, multiple story structures, obtuse or acute wall angles, immobile obstructions, etc. Professional building area measurements of the quality, level of detail, or accuracy of professional measurement services are beyond the scope of this appraisal assignment.

MEEHAN 002434

 **Valbridge**
PROPERTY ADVISORS

24.  We have attempted to reconcile sources of data discovered or provided during the appraisal process, including assessment department data. Ultimately, the measurements that are deemed by us to be the most accurate and/or reliable are used within this report. While the measurements and any accompanying sketches are considered to be reasonably accurate and reliable, we cannot guarantee their accuracy. Should the client desire a greater level of measuring detail, they are urged to retain the measurement services of a qualified professional (space planner, architect or building engineer). We reserve the right to use an alternative source of building size and amend the analysis, narrative and concluded values (at additional cost) should this alternative measurement source reflect or reveal substantial differences with the measurements used within the report.

25.  In the absence of being provided with a detailed land survey, we have used assessment department data to ascertain the physical dimensions and acreage of the property. Should a survey prove this information to be inaccurate, we reserve the right to amend this appraisal (at additional cost) if substantial differences are discovered.

26.  If only preliminary plans and specifications were available for use in the preparation of this appraisal, then this appraisal is subject to a review of the final plans and specifications when available (at additional cost) and we reserve the right to amend this appraisal if substantial differences are discovered.

27.  Unless otherwise stated in this report, the value conclusion is predicated on the assumption that the property is free of contamination, environmental impairment or hazardous materials. Unless otherwise stated, the existence of hazardous material was not observed by the appraiser and the appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required for discovery. The client is urged to retain an expert in this field, if desired.

28.  The Americans with Disabilities Act ("ADA") became effective January 26, 1992. We have not made a specific compliance survey of the property to determine if it is in conformity with the various requirements of the ADA. It is possible that a compliance survey of the property, together with an analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this could have a negative effect on the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of ADA in developing an opinion of value.

29.  This appraisal applies to the land and building improvements only. The value of trade fixtures, furnishings, and other equipment, or subsurface rights (minerals, gas, and oil) were not considered in this appraisal unless specifically stated to the contrary.

MEEHAN 002435



30. No changes in any federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated, unless specifically stated to the contrary.

31. Any income and expense estimates contained in the appraisal report are used only for the purpose of estimating value and do not constitute prediction of future operating results. Furthermore, it is inevitable that some assumptions will not materialize and that unanticipated events may occur that will likely affect actual performance.

32. Any estimate of insurable value, if included within the scope of work and presented herein, is based upon figures developed consistent with industry practices. However, actual local and regional construction costs may vary significantly from our estimate and individual insurance policies and underwriters have varied specifications, exclusions, and non-insurable items. As such, we strongly recommend that the Client obtain estimates from professionals experienced in establishing insurance coverage. This analysis should not be relied upon to determine insurance coverage and we make no warranties regarding the accuracy of this estimate.

33. The data gathered in the course of this assignment (except data furnished by the Client) shall remain the property of the Appraiser. The appraiser will not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished to the appraiser. Notwithstanding the foregoing, the Appraiser is authorized by the client to disclose all or any portion of the appraisal and related appraisal data to appropriate representatives of the Appraisal Institute if such disclosure is required to enable the appraiser to comply with the Bylaws and Regulations of such Institute now or hereafter in effect.

34. You and Valbridge Property Advisors | Oxford Group both agree that any dispute over matters in excess of $5,000 will be submitted for resolution by arbitration. This includes fee disputes and any claim of malpractice. The arbitrator shall be mutually selected. If Valbridge Property Advisors | Oxford Group and the client cannot agree on the arbitrator, the presiding head of the Local County Mediation & Arbitration panel shall select the arbitrator. Such arbitration shall be binding and final. In agreeing to arbitration, we both acknowledge that, by agreeing to binding arbitration, each of us is giving up the right to have the dispute decided in a court of law before a judge or jury. In the event that the client, or any other party, makes a claim against Oxford Group or any of its employees in connections with or in any way relating to this assignment, the maximum damages recoverable by such claimant shall be the amount actually received by Valbridge Property Advisors | Oxford Group for this assignment, and under no circumstances shall any claim for consequential damages be made.

MEEHAN 002436



35.   Valbridge Property Advisors | Oxford Group shall have no obligation, liability, or accountability to any third party. Any party who is not the "client" or intended user identified on the face of the appraisal or in the engagement letter is not entitled to rely upon the contents of the appraisal without the express written consent of Valbridge Property Advisors | Oxford Group. "Client" shall not include partners, affiliates, or relatives of the party named in the engagement letter. Client shall hold Valbridge Property Advisors | Oxford Group and its employees harmless in the event of any lawsuit brought by any third party, lender, partner, or part-owner in any form of ownership or any other party as a result of this assignment. The client also agrees that in case of lawsuit arising from or in any way involving these appraisal services, client will hold Valbridge Property Advisors | Oxford Group harmless from and against any liability, loss, cost, or expense incurred or suffered by Valbridge Property Advisors | Oxford Group in such action, regardless of its outcome.

36.   The Valbridge Property Advisors office responsible for the preparation of this report is independently owned and operated by Oxford Group. Neither Valbridge Property Advisors, Inc., nor any of its affiliates has been engaged to provide this report. Valbridge Property Advisors, Inc. does not provide valuation services, and has taken no part in the preparation of this report.

37.   If any claim is filed against any of Valbridge Property Advisors, Inc., a Florida Corporation, its affiliates, officers or employees, or the firm providing this report, in connection with, or in any way arising out of, or relating to, this report, or the engagement of the firm providing this report, then (1) under no circumstances shall such claimant be entitled to consequential, special or other damages, except only for direct compensatory damages, and (2) the maximum amount of such compensatory damages recoverable by such claimant shall be the amount actually received by the firm engaged to provide this report.

38.   This report and any associated work files may be subject to evaluation by Valbridge Property Advisors, Inc., or its affiliates, for quality control purposes.

39.   Acceptance and/or use of this appraisal report constitutes acceptance of the foregoing general assumptions and limiting conditions.

MEEHAN 002437

 **Valbridge** PROPERTY ADVISORS

# Certification

We certify that, to the best of our knowledge and belief:

1.    The statements of fact contained in this report are true and correct.

2.    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3.    We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4.    Joseph Rusin and George Denman have  services as an appraiser regarding the property that is the subject of the appraisal within the three-year period immediately preceding acceptance of this assignment. John Sheehan has performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of the appraisal within the three-year period immediately preceding acceptance of this assignment.

5.    We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

6.    Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

7.    Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8.    Our analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

9.    Joseph Rusin, MAI made a personal inspection of the property that is the subject of this report.  George Denman, MAI did not make a personal inspection of the subject property; however, he concurs with the value conclusions herein.  John J. Sheehan, MAI did not make personal inspections of the subject property; however, reviewed the appraisal report and concurs with the value conclusions herein.

10.   No one provided significant real property appraisal assistance to the appraisers signing this certification.

11.   The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

MEEHAN 002438



12. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, Joseph Rusin, George Denman and John J. Sheehan have completed the continuing education program for Designated Members of the Appraisal Institute.

Joseph Rusin, MAI
Senior Appraiser
New Jersey Certified General Appraiser
42RG00085900
jrusin@valbridge.com
(973) 970-9333 ext. 7122

George Denman, MAI
Senior Managing Director
New Jersey Certified General Appraiser
42RG00053000
gdenman@valbridge.com
(973) 970-9333 ext. 7100

John J. Sheehan, MAI
Managing Director
New Jersey Certified General Appraiser
42RG00116300
jsheehan@valbridge.com
(732) 807-3113 ext. 7400
Reviewed without inspection

MEEHAN 002439



# Addenda

Glossary
Subject Photos
Argus Reports
Lease-Up Discount Calculation
Exhibit 3, etc.
Qualifications

- Joseph Rusin, MAI - Senior Appraiser
- George Denman, MAI - Senior Managing Director
- John J. Sheehan, MAI - Managing Director

Information on Valbridge Property Advisors
Office Locations

MEEHAN 002440

 **Valbridge**
PROPERTY ADVISORS

# Glossary

Definitions are taken from the Dictionary of Real Estate Appraisal, 5th Edition (Dictionary), the Uniform Standards of Professional Appraisal Practice (USPAP) and Building Owners and Managers Association International (BOMA).

## Absolute Net Lease

A lease in which the tenant pays all expenses including structural maintenance, building reserves, and management; often a long-term lease to a credit tenant. (Dictionary)

## Additional Rent

Any amounts due under a lease that is in addition to base rent. Most common form is operating expense increases. (Dictionary)

## Amortization

The process of retiring a debt or recovering a capital investment, typically though scheduled, systematic repayment of the principal; a program of periodic contributions to a sinking fund or debt retirement fund. (Dictionary)

## As Is Market Value

The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. (Dictionary)

## Base (Shell) Building

The existing shell condition of a building prior to the installation of tenant improvements. This condition varies from building to building, landlord to landlord, and generally involves the level of finish above the ceiling grid. (Dictionary)

## Base Rent

The minimum rent stipulated in a lease. (Dictionary)

## Base Year

The year on which escalation clauses in a lease are based. (Dictionary)

## Building Common Area

The areas of the building that provide services to building tenants but which are not included in the rentable area of any specific tenant. These areas may include, but shall not be limited to, main and auxiliary lobbies, atrium spaces at the level of the finished floor, concierge areas or security desks, conference rooms, lounges or vending areas food service facilities, health or fitness centers, daycare facilities, locker or shower facilities, mail rooms, fire control rooms, fully enclosed courtyards outside the exterior walls, and building core and service areas such as fully enclosed mechanical or equipment rooms. Specifically excluded from building common areas are; floor common areas, parking spaces, portions of loading docks outside the building line, and major vertical penetrations. (BOMA)

## Building Rentable Area

The sum of all floor rentable areas. Floor rentable area is the result of subtracting from the gross measured area of a floor the major vertical penetrations on that same floor. It is generally fixed for the life of the building and is rarely affected by changes in corridor size or configuration. (BOMA)

## Certificate of Occupancy (COO)

A statement issued by a local government verifying that a newly constructed building is in compliance with all codes and may be occupied.

## Common Area (Public) Factor

In a lease, the common area (public) factor is the multiplier to a tenant's useable space that accounts for the tenant's proportionate share of the common area (restrooms, elevator lobby, mechanical rooms, etc.). The public factor is usually expressed as a percentage and ranges from a low of 5 percent for a full tenant to as high as 15 percent or more for a multi-tenant floor. Subtracting one (1) from the quotient of the rentable area divided by the useable area yields the load (public) factor. At times confused with the "loss factor" which is the total rentable area of the full floor less the useable area divided by the rentable area. (BOMA)

## Common Area Maintenance (CAM)

The expense of operating and maintaining common areas; may or may not include management charges and usually does not include capital expenditures on tenant improvements or other improvements to the property.

CAM can be a line-item expense for a group of items that can include maintenance of the parking lot and landscaped areas and sometimes the exterior walls of the buildings. CAM can refer to all operating expenses.

CAM can refer to the reimbursement by the tenant to the landlord for all expenses reimbursable under the lease. Sometimes reimbursements have what is called an administrative load. An example would be a 15 percent addition to total operating expenses, which are then prorated among tenants. The administrative load, also called an administrative and marketing fee, can be a substitute for or an addition to a management fee. (Dictionary)

MEEHAN 002441



## Condominium

A form of ownership in which each owner possesses the exclusive right to use and occupy an allotted unit plus an undivided interest in common areas.

A multiunit structure, or a unit within such a structure, with a condominium form of ownership. (Dictionary)

## Conservation Easement

An interest in real property restricting future land use to preservation, conservation, wildlife habitat, or some combination of those uses. A conservation easement may permit farming, timber harvesting, or other uses of a rural nature to continue, subject to the easement. In some locations, a conservation easement may be referred to as a conservation restriction. (Dictionary)

## Contributory Value

The change in the value of a property as a whole, whether positive or negative, resulting from the addition or deletion of a property component. Also called deprival value in some countries. (Dictionary)

## Debt Coverage Ratio (DCR)

The ratio of net operating income to annual debt service (DCR = NOI/Im), which measures the relative ability to a property to meet its debt service out of net operating income. Also called Debt Service Coverage Ratio (DSCR). A larger DCR indicates a greater ability for a property to withstand a downturn in revenue, providing an improved safety margin for a lender. (Dictionary)

## Deed Restriction

A provision written into a deed that limits the use of land. Deed restrictions usually remain in effect when title passes to subsequent owners. (Dictionary)

## Depreciation

1) In appraising, the loss in a property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date. 2) In accounting, an allowance made against the loss in value of an asset for a defined purpose and computed using a specified method. (Dictionary)

## Disposition Value

The most probable price that a specified interest in real property is likely to bring under the following conditions:

- Consummation of a sale within a exposure time specified by the client;
- The property is subjected to market conditions prevailing as of the date of valuation;
- Both the buyer and seller are acting prudently and knowledgeably;
- The seller is under compulsion to sell;
- The buyer is typically motivated;
- Both parties are acting in what they consider to be their best interests;
- An adequate marketing effort will be made during the exposure time specified by the client;
- Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
- The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. (Dictionary)

## Easement

The right to use another's land for a stated purpose. (Dictionary)

## EIFS

Exterior Insulation Finishing System. This is a type of exterior wall cladding system. Sometimes referred to as dry-vit.

## Effective Date

The date at which the analyses, opinions, and advice in an appraisal, review, or consulting service apply. 2) In a lease document, the date upon which the lease goes into effect. (Dictionary)

## Effective Gross Income (EGI)

The anticipated income from all operations of the real property after an allowance is made for vacancy and collection losses and an addition is made for any other income. (Dictionary)

## Effective Rent

The rental rate net of financial concessions such as periods of no rent during the lease term and above- or below-market tenant improvements (TIs). (Dictionary)

## EPDM

Ethylene Diene Monomer Rubber. A type of synthetic rubber typically used for roof coverings. (Dictionary)

## Escalation Clause

A clause in an agreement that provides for the adjustment of a price or rent based on some event or index. e.g., a provision to increase rent if operating expenses increase; also called an expense recovery clause or stop clause. (Dictionary)

## Estoppel Certificate

A statement of material factors or conditions of which another person can rely because it cannot be denied at a later date. In real estate, a buyer of rental property

MEEHAN 002442



typically requests estoppel certificates from existing tenants. Sometimes referred to as an estoppel letter. (Dictionary)

## Excess Land

Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land may have the potential to be sold separately and is valued separately. (Dictionary)

## Expense Stop

A clause in a lease that limits the landlord's expense obligation, which results in the lessee paying any operating expenses above a stated level or amount. (Dictionary)

## Exposure Time

1) The time a property remains on the market. 2) The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market. (Dictionary)

## Extraordinary Assumption

An assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property such as market conditions or trends; or about the integrity of data used in an analysis. (Dictionary)

## Fee Simple Estate

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat. (Dictionary)

## Floor Common Area

Areas on a floor such as washrooms, janitorial closets, electrical rooms, telephone rooms, mechanical rooms, elevator lobbies, and public corridors which are available primarily for the use of tenants on that floor. (BOMA)

## Full Service (Gross) Lease

A lease in which the landlord receives stipulated rent and is obligated to pay all of the property's operating and fixed expenses; also called a full service lease. (Dictionary)

## Going Concern Value

- The market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern.
- The value of an operating business enterprise. Goodwill may be separately measured but is an integral component of going-concern value when it exists and is recognizable. (Dictionary)

## Gross Building Area

The total constructed area of a building. It is generally not used for leasing purposes (BOMA)

## Gross Measured Area

The total area of a building enclosed by the dominant portion (the portion of the inside finished surface of the permanent outer building wall which is 50 percent or more of the vertical floor-to-ceiling dimension, at the given point being measured as one moves horizontally along the wall), excluding parking areas and loading docks (or portions of the same) outside the building line. It is generally not used for leasing purposes and is calculated on a floor by floor basis. (BOMA)

## Gross Up Method

A method of calculating variable operating expense in income-producing properties when less than 100 percent occupancy is assumed. The gross up method approximates the actual expense of providing services to the rentable area of a building given a specified rate of occupancy. (Dictionary)

## Gross Retail Sellout

The sum of the appraised values of the individual units in a subdivision, as if all of the units were completed and available for retail sale, as of the date of the appraisal. The sum of the retail sales includes an allowance for lot premiums, if applicable, but excludes all allowances for carrying costs. (Dictionary)

## Ground Lease

A lease that grants the right to use and occupy land. Improvements made by the ground lessee typically revert to the ground lessor at the end of the lease term. (Dictionary)

## Ground Rent

The rent paid for the right to use and occupy land according to the terms of a ground lease; the portion of the total rent allocated to the underlying land. (Dictionary)

MEEHAN 002443



## HVAC

Heating, ventilation, air conditioning. A general term encompassing any system designed to heat and cool a building in its entirety.

## Highest and Best Use

The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are 1) legal permissibility, 2) physical possibility, 3) financial feasibility, and 4) maximally profitability. Alternatively, the probable use of land or improved –specific with respect to the user and timing of the use–that is adequately supported and results in the highest present value. (Dictionary)

## Hypothetical Condition

That which is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. (Dictionary)

## Industrial Gross Lease

A lease of industrial property in which the landlord and tenant share expenses. The landlord receives stipulated rent and is obligated to pay certain operating expenses, often structural maintenance, insurance and real estate taxes as specified in the lease. There are significant regional and local differences in the use of this term. (Dictionary)

## Insurable Value

A type of value for insurance purposes. (Dictionary) (Typically this includes replacement cost less basement excavation, foundation, underground piping and architect's fees).

## Investment Value

The value of a property interest to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. (Dictionary)

## Just Compensation

In condemnation, the amount of loss for which a property owner is compensated when his or her property is taken. Just compensation should put the owner in as good a position as he or she would be if the property had not been taken. (Dictionary)

## Leased Fee Interest

A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease). (Dictionary)

## Leasehold Interest

The tenant's possessory interest created by a lease. (Dictionary)

## Lessee (Tenant)

One who has the right to occupancy and use of the property of another for a period of time according to a lease agreement. (Dictionary)

## Lessor (Landlord)

One who conveys the rights of occupancy and use to others under a lease agreement. (Dictionary)

## Liquidation Value

The most probable price that a specified interest in real property should bring under the following conditions:

- Consummation of a sale within a short period.
- The property is subjected to market conditions prevailing as of the date of valuation.
- Both the buyer and seller are acting prudently and knowledgeably.
- The seller is under extreme compulsion to sell.
- The buyer is typically motivated.
- Both parties are acting in what they consider to be their best interests.
- A normal marketing effort is not possible due to the brief exposure time.
- Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto.
- The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. (Dictionary)

## Loan to Value Ratio (LTV)

The amount of money borrowed in relation to the total market value of a property. Expressed as a percentage of the loan amount divided by the property value. (Dictionary)

## Major Vertical Penetrations

Stairs, elevator shafts, flues, pipe shafts, vertical ducts, and the like, and their enclosing walls. Atria, lightwells and similar penetrations above the finished floor are included in this definition. Not included, however, are vertical penetrations built for the private use of a tenant occupying office areas on more than one floor. Structural columns, openings for vertical electric cable or telephone distribution, and openings for plumbing lines

MEEHAN 002444



are not considered to be major vertical penetrations. (BOMA)

## Market Rent

The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the lease agreement including permitted uses, use restrictions, expense obligations; term, concessions, renewal and purchase options and tenant improvements (TIs). (Dictionary)

## Market Value

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a.   Buyer and seller are typically motivated;
b.   Both parties are well informed or well advised, and acting in what they consider their own best interests;
c.   A reasonable time is allowed for exposure in the open market;
d.   Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
e.   The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## Market Value As If Complete

Market value as if complete means the market value of the property with all proposed construction, conversion or rehabilitation hypothetically completed or under other specified hypothetical conditions as of the date of the appraisal. With regard to properties wherein anticipated market conditions indicate that stabilized occupancy is not likely as of the date of completion, this estimate of value shall reflect the market value of the property as if complete and prepared for occupancy by tenants.

## Market Value As If Stabilized

Market value as if stabilized means the market value of the property at a current point and time when all improvements have been physically constructed and the property has been leased to its optimum level of long term occupancy.

## Marketing Time

An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of the appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal. (Advisory Opinion 7 of the Standards Board of the Appraisal Foundation and Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions" address the determination of reasonable exposure and marketing time). (Dictionary)

## Master Lease

A lease in which the fee owner leases a part or the entire property to a single entity (the master lease) in return for a stipulated rent. The master lessee then leases the property to multiple tenants. (Dictionary)

## Modified Gross Lease

A lease in which the landlord receives stipulated rent and is obligated to pay some, but not all, of the property's operating and fixed expenses. Since assignment of expenses varies among modified gross leases, expense responsibility must always be specified. In some markets, a modified gross lease may be called a double net lease, net net lease, partial net lease, or semi-gross lease. (Dictionary)

## Operating Expense Ratio

The ratio of total operating expenses to effective gross income (TOE/EGI); the complement of the net income ratio, i.e., OER = 1 – NIR (Dictionary)

## Option

A legal contract, typically purchased for a stated consideration, that permits but does not require the holder of the option (known as the optionee) to buy, sell, or lease real property for a stipulated period of time in accordance with specified terms; a unilateral right to exercise a privilege. (Dictionary)

## Partial Interest

Divided or undivided rights in real estate that represent less than the whole (a fractional interest). (Dictionary)

## Pass Through

A tenant's portion of operating expenses that may be composed of common area maintenance (CAM), real estate taxes, property insurance, and any other expenses determined in the lease agreement to be paid by the tenant. (Dictionary)

## Potential Gross Income (PGI)

The total income attributable to real property at full occupancy before vacancy and operating expenses are deducted. (Dictionary)

MEEHAN 002445



## Prospective Future Value Upon Completion

Market value "upon completion" is a prospective future value estimate of a property at a point in time when all of its improvements are fully completed. It assumes all proposed construction, conversion, or rehabilitation is hypothetically complete as of a future date when such effort is projected to occur. The projected completion date and the value estimate must reflect the market value of the property in its projected condition, i.e., completely vacant or partially occupied. The cash flow must reflect lease-up costs, required tenant improvements and leasing commissions on all areas not leased and occupied.

## Prospective Future Value Upon Stabilization

Market value "upon stabilization" is a prospective future value estimate of a property at a point in time when stabilized occupancy has been achieved. The projected stabilization date and the value estimate must reflect the absorption period required to achieve stabilization. In addition, the cash flows must reflect lease-up costs, required tenant improvements and leasing commissions on all unleased areas.

## Replacement Cost

The estimated cost to construct, at current prices as of the effective appraisal date, a substitute for the building being appraised, using modern materials and current standards, design, and layout. (Dictionary)

## Reproduction Cost

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all of the deficiencies, super-adequacies, and obsolescence of the subject building. (Dictionary)

## Retrospective Value Opinion

A value opinion effective as of a specified historical date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." (Dictionary)

## Sandwich Leasehold Estate

The interest held by the original lessee when the property is subleased to another party; a type of leasehold estate. (Dictionary)

## Sublease

An agreement in which the lessee (i.e., the tenant) leases part or all of the property to another party and thereby becomes a lessor. (Dictionary)

## Subordination

A contractual arrangement in which a party with a claim to certain assets agrees to make his or her claim junior, or subordinate, to the claims of another party. (Dictionary)

## Substantial Completion

Generally used in reference to the construction of tenant improvements (TIs). The tenant's premises are typically deemed to be substantially completed when all of the TIs for the premises have been completed in accordance with the plans and specifications previously approved by the tenant. Sometimes used to define the commencement date of a lease.

## Surplus Land

Land that is not currently needed to support the existing improvement but cannot be separated from the property and sold off. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. (Dictionary)

## Triple Net (Net Net Net) Lease

A lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management. Also called NNN, triple net lease, or fully net lease. (Dictionary)

(The market definition of a triple net lease varies; in some cases tenants pay for items such as roof repairs, parking lot repairs, and other similar items.)

## Usable Area

The measured area of an office area, store area or building common area on a floor. The total of all the usable areas or a floor shall equal floor usable area of that same floor. The amount of floor usable area can vary over the life of a building as corridors expand and contract and as floors are remodeled. (BOMA)

## Value-in-Use

The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Value in use may or may not be equal to market value but is different conceptually. (Dictionary)

MEEHAN 002446



## Subject Photographs



Hamilton Street Facing East



Hamilton Street Facing West



Millstone Road Facing North



Millstone Road Facing South



Front



West Side

MEEHAN 002447



## Subject Photographs



Front and East Side



Work Area



Parking Lot and Rear



Play Area



Classroom



Second Floor Work Area

MEEHAN 002448



## Subject Photographs



Classroom Alternate



Computer Room

MEEHAN 002449

-----Original Message-----
From: valuations@pncbank.com [mailto:valuations@pncbank.com]
Sent: Tuesday, August 25, 2015 9:12 AM
To: George R. Denman
Cc: emily.taggart@pnc.com; valuations@pnc.com
Subject: Valuation award notification for 900 Hamilton Street sent to George Denman of The Oxford Group

Congratulations on being selected to provide real estate valuation services for 900 Hamilton Street. In order to confirm your engagement, you must go into https://www.pncrealestatefinance.com/links/Appraiser/AppraiserLogIn.jsp , view the award, select CONFIRM, then print.

Contract Price:        $2,800

Delivery Date:        09/24/2015

*** It is a condition of this award that the engaged appraiser/evaluator inspect the subject property and signs the report.
If you are unable to satisfy this requirement please notify the PNC Coordinator (noted below) immediately. ***

Please call the property contact within 48 hours regarding property information and to schedule a property inspection.

Include the property # within the property address section of the title page and the letter of transmittal.

Your PNC contacts for this assignment will be:
Coordinator:        EMILY TAGGART        at 412-762-2519
Supervising Appraiser:  DIANA D POCKAR        at 412-762-7710

Property Rights:        Leased Fee
Scope of Work:        The appraisal includes any necessary data and analysis in support of the assignment results with a thorough presentation of the relevant data, analysis, and projections using all relevant approaches to value to produce credible value conclusion(s).

Report Format:        Appraisal - Standard

Property Information:

Property #:        565492

Borrowing Entity:        Somerset Community Action Program, Inc.

Property Name:        900 Hamilton Street
Property Address:        900 Hamilton Street
                        Franklin Township, NJ 08873

MEEHAN 002450

Owner Occupied:        No
Property Status:       Existing
Property Type:         Office / Other Office
Date Constructed:      1975
Gross Bldg Area:       18,134 sf
Units:           1 Lots
# of Bldgs:      0
# of Stories:    2
Land Area:       1 Acres
Parcels:         1

Property Description:

The subject is a 2-story office building used for day care/early childhood education. Block 135.01 Lots 10-20, 35, 36, 42

Tenant Information:

Total # Tenants:       0
Major Tenants / Square Footage
Community Development Ins / 18,134

Assignment Instructions:

Provide an opinion of Market Value. ***You previously appraised this property for PNC Bank in 05/2014. *** Additionally, provide within the report a summary of the changes in market conditions and/or changes in the physical aspects of the subject property if the value conclusion(s) in the current appraisal differs significantly (+/-10%) from the prior appraisal.

This is one of three (565492, 565491, 565493) appraisals that will be awarded as a package. Please provide your fee for this assignment which will be an allocation of the whole.

Property Contact Information:

Gargi Shroff
900 Hamilton Street
Franklin Township, NJ 08873 -

Phone:         732-868-0011
Fax:

Secondary Contact:

Name:                  Sandra Espinal
Phone Number:          732-868-0011 ext: 109

MEEHAN 002451

Intended Use/User

Other financial institutions may be participating in this transaction. The Intended User statement should acknowledge that the intended users include PNC Bank, its successors or assigns, and any participating financial institutions.  The Intended Use statement should acknowledge that this valuation assignment was developed consistent with the scope specified by PNC Bank.

*** Do not send Final Reports until notified *** Number of Reports
0 Final Hard Copies


Attn:EMILY TAGGART
This appraisal engagement is subject to and in conformance with the terms and conditions of the PNC Valuations Services Master Contract Agreement (revised 08/01/10) which is published on the PNC Valuations Services web site. You can log into the website using this link:
https://www.pncrealestatefinance.com/links/Appraiser/AppraiserLogIn.jsp


Note: DO NOT REPLY TO THIS EMAIL. If you have any questions please contact the assigned REVS Valuation Coordinator.

MEEHAN 002452



Qualifications

MEEHAN 002453

Qualifications of Joseph M. Rusin, MAI
Senior Appraiser
Valbridge Property Advisors | Oxford Group

*Independent Valuations for a Variable World*

## State Certifications

State of New Jersey –
42RG00085900

## Education

Associates Degree
Accounting
Middlesex County College

## Contact Details

973-970-9333 ext. 7122 (p)
973-970-9334(f)

Valbridge Property Advisors |
Oxford Group
2740 Route 10 West,
Suite 204
Morris Plains, NJ 07950

www.valbridge.com
jrusin@valbridge.com

## Membership/Affiliations:

Appraisal Institute – MAI Designation

## Experience:

**Senior Appraiser**
Valbridge Property Advisors | Oxford Group (2013-Present)

**Senior Appraiser**
Bayview Financial (2019-2010)

**Managing Principal**
American Appraisal Associates (1996-2006; 1992-1995)

**Appraisal Staff Manager**
Jackson Cross - Oncor (1995-1996)

**Senior Appraiser**
Martin, Benner, Pintinalli (1990-1992)

**Senior Appraiser**
Schwartz, Sterling, and Associates (1987-1990)

**Staff Appraiser**
Krauser, Welsh, Sorich and Cirz (1980-1987)

Appraisal/valuation and consulting assignments include income-producing, institutional real estate, industrial properties, and special use properties throughout the United States.

MEEHAN 002454

BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY.

**State Of New Jersey**
**New Jersey Office of the Attorney General**
**Division of Consumer Affairs**

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS CERTIFIED

JOSEPH M. RUSIN
505 County Route 579
Milford NJ  08848

FOR PRACTICE IN NEW JERSEY AS A(N):  Certified General Appraiser

New Jersey Office of the Attorney General
Division of Consumer Affairs
THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board
HAS CERTIFIED
JOSEPH M. RUSIN
Certified General Appraiser

SIGNATURE

DIRECTOR

12/20/2013 TO 12/31/2015
VALID

42RG000085900

12/20/2013 TO 12/31/2015 _____    42RG00085900 _____
VALID                                   LICENSE/REGISTRATION/CERTIFICATION #

PLEASE DETACH HERE
IF YOUR LICENSE/REGISTRATION/
CERTIFICATE ID CARD IS LOST
PLEASE NOTIFY:
Real Estate Appraisers Board
P.O. Box 45032
Newark, NJ 07101

Signature of Licensee/Registrant/Certificate Holder     DIRECTOR

PLEASE DETACH HERE

MEEHAN 002455

## Qualifications of George Denman, MAI
### Principal
Valbridge Property Advisors | Oxford Group

*Independent Valuations for a Variable World*

### State Certifications
State of New Jersey
SCREA 42RG0005300

State of New York
46000009938

State of Pennsylvania
GA00149R

State of Connecticut
RCG0001443

State of Virginia
4001017308

State of Texas
TX1380474 G

State of Maryland
32456

Washington, DC
GA12220

### Education
Bachelor of Arts
Jersey City State College

### Contact Details
973-970-9333 ext. 7100 (p)
973-970-9334 (fax)

Valbridge Property Advisors |
Oxford Group
2740 Route 10, Suite 204
Morris Plains, NJ 07950

www.valbridge.com
gdenman@valbridge.com

### Membership/Affiliations:

### Experience:
**Principal**
Valbridge Property Advisors | Oxford Group (1994-Present)
**Chief Appraiser**
Bank of New York, NA-National Community Division (1992-1994)
**Chief Appraiser**
Crosslands Savings Bank (1991-1992)

**Senior Real Estate Analyst**
CB Commercial Real Estate Group, Inc. (1984-1991)
**Appraiser**
Carteret Savings & Loan Assoc. (1982-1984)

Engaged in appraisal analysis since 1982. Experienced in the appraisal of residential to investment grade income producing properties, as well as condominium conversion, new construction and tract development. Specializing in the appraisal of regional shopping malls, multi-tenanted office buildings and other complex property types.

MEEHAN 002456



State Of New Jersey
New Jersey Office of the Attorney General
Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS CERTIFIED

GEORGE R. DENMAN
2740 Route 10 West
Suite 204
Morris Plains NJ  07950

FOR PRACTICE IN NEW JERSEY AS A(N):  Certified General Appraiser

12/02/2013  TO  12/31/2015
VALID

42RG00053000
LICENSE/REGISTRATION/CERTIFICATION #

MEEHAN 002457

Qualifications of John J. Sheehan, MAI
Vice President/Managing Director
Valbridge Property Advisors | Oxford Group

*Independent Valuations for a Variable World*

State Certifications
State of New Jersey – SCGREA RG #00116300
State of Pennsylvania – GA001244R

Education
Glassboro State College

Contact Details
732 -807-3113 (p)

Valbridge Property Advisors | Oxford Group
2052 Route 35, Suite 104
Wall Twp., NJ 07719

www.valbridge.com
jsheehan@valbridge.com

Membership/Affiliations:
Appraisal Institute

Experience:
**Vice President/Managing Director**
Valbridge Property Advisors | Oxford Group (2013-Present)

**Principal**
Sheehan Real Estate Appraisal & Consulting LLC (2004-2013)

**Appraiser**
Robert M. Sapio Real Estate Appraisal and Consulting, LLC (1994-2004)

**Appraiser**
John J. Sheehan, Real Estate Appraiser/Consultant (1990-1994)

Mr. Sheehan has more than twenty years' experience as a Real Estate Appraiser and lender primarily in the Philadelphia Metropolitan area and Southern New Jersey. Appraisal experience include the following types of properties; residential subdivisions and apartment complexes; commercial properties, including retail shopping centers, office buildings, and flex space; industrial properties, including warehouse, distribution and manufacturing facilities and vacant land valuations for the above uses and property types.

MEEHAN 002458

## Education:
**Appraisal Institute**

Courses Successfully Completed:

2001  Appraisal Institute Demonstration Appraisal Report
2001  Appraisal Institute Course 530-Advanced Sales
2000  Appraisal Institute Course: Standards of Professional
1999  Appraisal Institute Course 550 - Advanced
1995  Appraisal Institute Seminar: Discounted Cash Flow
1993  Appraisal Institute Course: Standards of Professional
1993  Appraisal Institute Course 540: Report Writing and
1992  Appraisal Institute Course 1BB: Capitalization Theory
1992  Appraisal Institute Course 1BA: Capitalization Theory
97/91 Appraisal Institute Course: Standards of Professional
1990  Society of Real Estate Appraisers Course 101:
1984  Realtors National Marketing Institute:    CCIMEstate
       Investment and Taxation
1979  The Real Estate School: Licensing Course for Real
1978  Mortgage Bankers Association: Processing the Loan

**Glassboro State College** - Glassboro, NJ

MEEHAN 002459



State Of New Jersey
New Jersey Office of the Attorney General
Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS CERTIFIED

JOHN J. SHEEHAN
308 N PRINCETON AVE
WENONAH NJ  08090

FOR PRACTICE IN NEW JERSEY AS A(N):  Certified General Appraiser

11/18/2013  TO  12/31/2015              42RG00116300
VALID                                  LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder          DIRECTOR

MEEHAN 002460



900 HAMILTON STREET
ADDENDA

## Information on Valbridge Property Advisors

Valbridge covers the U.S. from coast to coast, and is one of the Top 3 national commercial real estate valuation and advisory services firms based on:

- Total number of MAIs (163 on staff)
- Total number of office locations (60 across the U.S.)
- Total number of staff (600+ strong)

Valbridge is owned by our local office leaders. Every Valbridge office is led by a senior managing director who holds the MAI designation of the Appraisal Institute.

Valbridge services all property types, including:

- Office
- Industrial
- Retail
- Apartments/multifamily/senior living
- Lodging/hospitality/recreational
- Land
- Special-purpose properties

Valbridge welcomes single-property assignments as well as portfolio, multi-market and other bulk-property engagements. Specialty services include:

- Portfolio valuation
- REO/foreclosure evaluation
- Real estate market and feasibility analysis
- Property and lease comparables, including lease review
- Due diligence
- Property tax assessment and appeal-support services
- Valuations and analysis of property under eminent domain proceedings
- Valuations of property for financial reporting, including goodwill impairment, impairment or disposal of long-lived assets, fair value and leasehold valuations
- Valuation of property for insurance, estate planning and trusteeship, including fractional interest valuation for gifting and IRS purposes
- Cost segregation studies
- Litigation support, including expert witness testimony
- Business and partnership valuation and advisory services, including partial interests

*Independent Valuation for a Variable World*

MEEHAN 002461



## Valbridge
### PROPERTY ADVISORS

900 HAMILTON STREET
ADDENDA

## Office Locations

**ALABAMA**
Valbridge Property Advisors |
Real Estate Appraisers, LLC
4732 Woodmere Boulevard
Montgomery, AL 36106
334-277-5077 phone

**ARIZONA**
Valbridge Property Advisors |
MJN Enterprises, Inc.
6061 E. Grant Road, Suite 121
Tucson, AZ 85712
520-321-0000 phone

**CALIFORNIA**
Valbridge Property Advisors |
Michael Burger & Associates
4915 Calloway Drive, Suite 101
Bakersfield, CA 93312
661-587-1010 phone

Valbridge Property Advisors |
Cummings Appraisal
Group, Inc.
99 S. Lake Avenue, Suite 21
Pasadena, CA 91101
626-744-0428 phone

Valbridge Property Advisors |
Hulberg & Associates, Inc.
225 Crossroads Blvd, Suite 326
Carmel, CA 93923
831-917-0383 phone

2813 Coffee Road, Suite E-2
Modesto, CA 95355
209-569-0450 phone

One North Market Street
San Jose, CA 95113
408-279-1520 phone

3160 Crow Canyon Place, #245
San Ramon, CA 94583
925-327-1660 phone

Valbridge Property Advisors |
Penner & Associates, Inc.
1370 N. Brea Boulevard, #255
Fullerton, CA 92835
714-449-0852 phone

Valbridge Property Advisors |
Ribacchi & Associates
10301 Placer Lane, Suite 100
Sacramento, CA 95827
916-361-2509 phone

**COLORADO**
Valbridge Property Advisors |
Bristol Realty Counselors
5345 Arapahoe, Suite 7
Boulder, CO 80303
303-443-9600 phone

Valbridge Property Advisors |
Mountain West
562 Highway 133
Carbondale, CO 81623
970-340-1016 phone

**CONNECTICUT**
Valbridge Property Advisors |
Italia & Lemp, Inc.
6 Central Row, Third Floor
Hartford, CT 06103-2701
860-246-4606 phone

17 High Street, Suite 214
Norwalk, CT 06851
203-286-6520 phone

**FLORIDA**
Valbridge Property Advisors |
Armalavage Valuation, LLC
2240 Venetian Court
Naples, FL 34109
239-514-4646 phone

Valbridge Property Advisors |
Beaumont, Matthes & Church,
Inc.
603 Hillcrest Street
Orlando, FL 32803
407-839-3626 phone

Valbridge Property Advisors |
Boyd, Schmidt & Brannum,
2711 Poinsettia Avenue
West Palm Beach, FL 33407
561-833-5331 phone

Valbridge Property Advisors |
Broom, Moody, Johnson &
Grainger, Inc.
121 West Forsyth Street, #1000
Jacksonville, FL 32202
904-296-3000 phone

Valbridge Property Advisors |
Entreken Associates, Inc.
1100 16th Street N
St. Petersburg, FL 33705
727-894-1800 phone

**GEORGIA**
Valbridge Property Advisors |
Cantrell Miller, LLC
2675 Paces Ferry Road, Ste 145
Atlanta, GA 30339
678-644-4853 phone

**IDAHO**
Valbridge Property Advisors |
Auble, Jolicoeur & Gentry, Inc.
1875 N. Lakewood Drive, #100
Coeur d'Alene, ID 83814
208-292-2965 phone

Valbridge Property Advisors |
Mountain States Appraisal
&Consulting, Inc.
1459 Tyrell Lane, Suite B
Boise, ID 83706
208-336-1097 phone

**INDIANA**
Valbridge Property Advisors |
Mitchell Appraisals, Inc.
820 Fort Wayne Avenue
Indianapolis, IN 46204
317-687-2747 phone

**IOWA**
Valbridge Property Advisors |
Roy R. Fisher, Inc.
2010 East 38th Street, Suite 201
Davenport, IA 52807
563-355-6606 phone

**KANSAS**
Valbridge Property Advisors |
Shaner Appraisals, Inc.
10990 Quivira Road, Suite 100
Overland Park, KS 66210
913-451-1451 phone

**KENTUCKY**
Valbridge Property Advisors
|Allgeier Company
214 South 8th Street, Suite 200
Louisville, KY 40202
502-585-3651 phone

**LOUISIANA**
Valbridge Property Advisors |
Argote, Derbes, Graham,
Shuffield & Tatje, Inc.
512 North Causeway Boulevard
Metairie, LA 70001
504-833-8234 phone

7607 Fern Avenue, Suite 104
Shreveport, LA 71105
318-797-0543 phone

**MARYLAND**
Valbridge Property Advisors |
Lipman Frizzell & Mitchell LLC
6240 Old Dobbin Lane, Suite 140
Columbia, MD 21045
410-423-2300 phone

**MASSACHUSETTS**
Valbridge Property Advisors |
Bullock Commercial Appraisal,
LLC
21 Muzzey Street, Suite 2
Lexington, MA 02421
781-652-0700 phone

**MICHIGAN**
Valbridge Property Advisors |
The Oetzel-Hartman Group
321 Woodland Pass, Suite 200
East Lansing, MI 48823
517-336-0001 phone

**MINNESOTA**
Valbridge Property Advisors |
Mardell Partners, Inc.
120 South 6th Street, Suite 1650
Minneapolis, MN 55402
612-253-0650 phone

**NEVADA**
Valbridge Property Advisors |
Lubawy & Associates, Inc.
3034 S. Durango Drive, Suite 100
Las Vegas, NV 89117
702-242-9369 phone

**NEW JERSEY**
Valbridge Property Advisors |
Oxford Group
2740 Route 10 West, Suite 204
Morris Plains, NJ 07950
973-970-9333 phone

2052 Route 35, Suite 104
Wall Township, NJ 07719
732-807-3113 phone

**NEW YORK**
Valbridge Property Advisors |
Oxford Group
424 West 33rd Street, Suite 630
New York, NY 1001
212-268-1113 phone

**NORTH CAROLINA**
Valbridge Property Advisors |
John Bosworth &Associates,
LLC
4530 Park Road, Suite 100
Charlotte, NC 28209
704-376-5400 phone

Valbridge Property Advisors |
Paramount Appraisal
Group, Inc.
412 E. Chatham Street
Cary, NC 27511
919-859-2666 phone

**OHIO**
Valbridge Property Advisors |
Akron Appraisal Group, Inc.
1655 W. Market Street, Suite 130
Akron, OH 44313
330-899-9900 phone

Valbridge Property Advisors |
Allgeier Company
9277 Centre Point Dr., Suite 350
West Chester, OH 45069
513-785-0820 phone

Valbridge Property Advisors
526 E. Superior Avenue,
Suite 455
Cleveland, OH 44114
216-367-9690 phone

**OKLAHOMA**
Valbridge Property Advisors |
Walton Property Services, LLC
6666 S. Sheridan Road, Suite 104
Tulsa, OK 74133
918-712-9992 phone

**PENNSYLVANIA**
Valbridge Property Advisors |
Barone, Murtha, Shonberg &
Associates, Inc.
4701 Baptist Road, Suite 304
Pittsburgh, PA 15227
412-881-6080 phone

Valbridge Property Advisors |
Lukens & Wolf, LLC
150 South Warner Road, Ste. 440
King of Prussia, PA 19404
215-545-1900 phone

**SOUTH CAROLINA**
Valbridge Property Advisors |
Atlantic Appraisals, LLC
1250 Fairmont Avenue
Mt. Pleasant, SC 29464
843-884-1266 phone

800 Main Street, Suite 220
Hilton Head Island, SC 29926
843-342-2302 phone

Valbridge Property Advisors |
Robinson Company
610 N. Main Street
Greenville, SC 29601
864-233-6277 phone

**TENNESSEE**
Valbridge Property Advisors |
R.K. Barnes & Associates, Inc.
112 Westwood Place, Suite 300
Brentwood, TN 37027
615-369-0670 phone

Valbridge Property Advisors |
C & I Appraisal Services, Inc.
6750 Poplar Avenue, Suite 706
Memphis, TN 38138
901-753-6977 phone

Valbridge Property Advisors |
Meridian Realty Advisors, LLC
213 Fox Road
Knoxville, TN 37922
865-522-2424 phone

**TEXAS**
Valbridge Property Advisors |
Dugger, Canaday, Grafe, Inc.
111 Soledad, Suite 800
San Antonio, TX 78205
210-227-6229 phone

Valbridge Property Advisors |
The Gerald A. Teel Company,
Inc.
Two Energy Square
4849 Greenville Avenue, Ste 1495
Dallas, TX 75206
214-446-1611 phone

974 Campbell Road, Suite 204
Houston, TX 77024
713-467-5858 phone

Valbridge Property Advisors
2731 81st Street
Lubbock, TX 79423
806-744-1188 phone

**UTAH**
Valbridge Property Advisors |
Free and Associates, Inc.
260 South 2500 West, Suite 301
Pleasant Grove, UT 84062
801-492-9328 phone

1100 East 6600 South, Suite 201
Salt Lake City, UT 84121
801-262-3388 phone

20 North Main, Suite 304
St. George, UT 84770
435-773-6300 phone

**VIRGINIA**
Valbridge Property Advisors |
Axial Advisory Group, LLC
656 Independence Parkway, #220
Chesapeake, VA 23320
757-410-1222 phone

7400 Beaufont Springs Dr., #300
Richmond, VA 23225
804-672-4473 phone

4732 Longhill Road, Suite 3202
Williamsburg, VA 23188
757-345-0010 phone

**WASHINGTON**
Valbridge Property Advisors |
Allen Brackett Shedd
419 Berkeley Avenue, Suite A
Fircrest, WA 98466
253-274-0099 phone

12320 NE 8th Street, Suite 200
Bellevue, WA 98005
425-450-4040 phone

Valbridge Property Advisors |
Auble, Jolicoeur & Gentry, Inc.
324 N. Mullan Road
Spokane Valley, WA 99206
509-747-0999 phone

7601 West Clearwater Avenue
Suite 320
Kennewick, WA 99336
509-221-1540 phone

**WISCONSIN**
Valbridge Property Advisors |
Vitale Realty Advisors, LLC
12660 W. North Avenue
Brookfield, WI 53005
262-782-7990 phone

---

MEEHAN 002462

# PNC - Technical Appraisal Review - General

**Appraisal Transmittal Date**                                10/07/2015

**Date Assignment Confirmed**                                 09/29/2015

**Property Name:** 113 Belmont Drive                          **Review Completion Date:**

**Property Number:** 565493

**Address:** 113 Belmont Drive

**City:** Franklin Township     **State:** NJ     **Zip:** 08873     **Country:** USA

**Property Appraised By:** George Denman of The Oxford Group

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| **Market Value As Is** | $5,800,000.00 | $5,400,000.00 | 09/21/2015 | |
| **Prospective Value At Completion** | $0.00 | $0.00 | | |
| **Prospective Value At Stabilization** | $0.00 | $0.00 | | |
| **Property Rights Appraised:** | Fee Simple | | | |

**Comments:**                   Only the sales comparison and income approaches developed to estimate the fee simple interest in the subject. Most weight has been given to the sales comparison approach which is appropriate since daycare properties such as the subject are typically purchased by owner-users. Due to the difficulty in estimating accrued depreciation, the cost approach was not utilized. The appraiser provides adequate analysis and acceptable support for the concluded market value in the report.

**Special Assumptions:**          No special assumptions were employed.

**Observations of Real Estate Risk:**          The subject is a special-purpose property. Daycare properties offer above normal real estate risk due to design features which typically include special-purpose interior build-out. If vacated, some of the value of the improvements is often lost since the next user will most likely alter the existing structure for their specific use. The market for daycare facilities characteristically consists of a narrow, well-defined group of interested and qualified purchasers who would continue to operate the facility as a daycare business enterprise. It is not uncommon for qualified investors interested in this property type from an alternative use perspective to incorporate a discount into their pricing. The value of the improvements assumes adequate demand for the subject in this location. Because the subject is a specialized use, comparable sales are extremely rare and do not generally reflect market transactions. The appraiser did provide sales of daycare facilities to indicate that specialized properties similar to the subject's use do transact on occasion. The improvements are also valued using the income approach, which suggests the subject could be leased for use as a daycare property. Caution should be taken when underwriting this asset since it is a special use facility and demand for the use may be limited. The funds provided to Somerset Community Action Program (SCAP) are no longer in existence. Community Development Institute – Head Start (CDI) has entered into a lease with SCAP. The lease is structured on a NNN basis. In addition, CDI pays, as part of the

MEEHAN 002475

Case: 4:17-cv-02876-PLC    Doc. #: 64-12    Filed: 03/20/19    Page: 133 of 168
PageID #: 1400

rent, the monthly mortgage payments. The lease began 7/1/15 and will end on 6/30/16. The lease includes a termination clause that allows CDI to terminate the lease at any time with a 30-day notice. Since the lease is short term, expires in less than 1 year, and the tenant has the right to terminate with a 30-day notice, and payments include debt service, the lease is not considered to be arm's length.

**Reviewer:** Joseph Meehan, MAI
**Reviewer Firm:** PNC Real Estate Valuations - Clayton

**Reviewer Recommendation:**
**Accept Appraisal:** This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably and logically supported.

**Supplements to the Review**
**Review Correspondence**

MEEHAN 002476

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 134 of 168
PageID #: 1401

## Property Information

| | |
|---|---|
| **Street Address:** | 113 Belmont Drive |
| **City/State/Zip:** | Franklin Township, NJ 08873 |

### Narrative Description of the Property

The subject property consists of 3 acres of land improved with a day care building constructed in 2004. The building contains a reception area, several administrative offices, 8 classrooms with children's toilet facilities, cabinets and sink, and each pair of classrooms shares a teacher's office. There are some perimeter offices, a staff lounge, adult restrooms, kitchen, and assembly/meeting room. The site also is improved with fencing and playground equipment. The subject is licensed for a maximum capacity of 200 students. Block 528.06, Lot 5.07

| | | | |
|---|---|---|---|
| **Asset Class:** | Office | | |
| **Project Type:** | Suburban Office | | |
| **Property Status:** | Existing | **Condition:** | Good |
| **Gross Building Area:** | 21,952 sf | **# of Units:** | 200 |
| **Net Rentable Area:** | 21,952 sf | **Year Built:** | 2004 |
| **# of Tenants:** | 0 | **Percent Occupied:** | 100 % |
| **Land Area:** | 3 Acres | **Excess Land:** | acre |
| **Zoning:** | C-2 Community Commercial | | |
| **Parking Spaces:** | 12 | | |
| **Highest & Best Use(Vacant):** | Hold for commercial development. | | |
| **Highest & Best Use(Improved)** | Continued use as a day care facility | | |
| **Comments:** | Continued use as a day care facility is the most productive use of the property. | | |

MEEHAN 002477

Appraisal Review                                                    Page 4 of 10

### Land Value Analysis

| | | | |
|---|---|---|---|
| **Land Value:** $0.00 | | **Unit Value:** | N/A |

**Comments:** Land value was not developed.

### Cost Approach

| | | | |
|---|---|---|---|
| **Concluded Value As Is:** $0.00 | | **Unit Value:** | N/A |
| **As Completed:** $0.00 | | **Unit Value:** | N/A |
| **As Stabilized:** $0.00 | | **Unit Value:** | N/A |

**Comments:** The cost approach to value was not considered applicable due to the difficulty in estimating all forms of depreciation.

### Sales Comparison Approach

| | | | |
|---|---|---|---|
| **Concluded Value As Is:** $5,500,000.00 | | **Unit Value:** | $270.00 /  sf |
| **Unadjusted Range/ sf :** $246.34 to  $310.59 | | **Adjusted Range/  sf :** | $221.70 to  $279.53 |
| **As Completed:** $0.00 | | **Unit Value:** | N/A |
| **As Stabilized:** $0.00 | | **Unit Value:** | N/A |
| **Unadjusted Range/ sf :** $0.00 to  $0.00 | | **Adjusted Range/  sf :** | $0.00 to  $0.00 |

**Comments:** The market was researched and three sales were analyzed and compared to the subject on the basis of price per square foot of gross building area, and price per licensed student. The sales occurred between 5/14 and 11/14. Prior to adjustments, the sale prices per SF ranged as indicated above. Adjustments were considered for property rights, financing, conditions of sale, market conditions, location, parking ratio, construction quality, and other physical characteristics. The preliminary as is value of $270/SF falls within the adjusted range indicated above. This reflects a preliminary value of $5,900,000. The sale prices per licensed student range from $14,810 to $28,696/student. Adjustments were considered for property rights, financing, conditions of sale, market conditions, location, parking ratio, construction quality, and other physical characteristics. The adjusted prices range from $15,550 to $25,826/student. The preliminary as is value of $22,000/student falls within the adjusted range. This reflects a preliminary value of $4,400,000. Placing most weight on the price per SF method the appraiser reconciles a value by the sales comparison approach of $5,500,000 or $250.55/SF. The comparable sales, market data, and overall analysis for this approach to value were good and considered adequate.

MEEHAN 002478

Appraisal Review                                                                    Page 5 of 10

## Income Approach

| | |
|---|---|
| **Concluded Value As Is:** | $5,100,000.00 |
| **As Completed:** | $0.00 |
| **As Stabilized:** | $0.00 |

## Stabilized Income Projections

| Income Sources | Rent Estimate(s) | |
|---|---|---|
| **Type of Space** | **Subject** | **Market** |
| Rent per SF | $23.00 to $23.00 / sf | $17.37 to $24.55 / sf |
| Rent per student | $1,700.00 to $1,700.00 / unit | $1,044.00 to $1,444.00 / unit |

| | |
|---|---|
| **Rent Concessions:** | None |
| **Stabilization in year:** | 2015 |

| | | | |
|---|---|---|---|
| **Gross Income Potential:($)** | $542,033.00 | | |
| **Other Income:($)** | $37,137.00 | | |
| **Overall Vacancy:(%)** | 6 | **Market Vacancy:** | 6 |
| **Effective Gross Income:($)** | $501,380.00 | | |
| **Total Expenses:($)** | $56,636.00 | **Expense Ratio:(%)** | 11.3 |
| **Reserves for replacement:($)** | $0.25 per sf | | |
| **NOI:($)** | $444,744.00 | | |
| **Overall Capitalization Rate:(%)** | 8 | | |
| **Discount Rate:(%)** | 0 | | |
| **Terminal Capitalization Rate:(%)** | 0 | | |

**Comments (includes discussion of growth rates and leasing expense):**

The subject property is 100% owner-occupied. An owner-user is the most likely purchaser of the appraised property; however, leasing is an alternative to ownership and this approach would be given some consideration in a purchase decision. Based upon three comparable rental properties, market rent is estimated at $23 per SF, or $1,700 per student. The ascribed rental rates are based on triple net lease terms where the tenant would be responsible for real estate taxes, insurance and maintenance. The indicated value by the rent per SF analysis indicates a value of $5,600,000. The indicated value by the rent per student analysis indicates a value of $3,700,000. Placing most weight on the price per SF method the appraiser reconciles a value by the income approach of $5,100,000. The comparable rentals, market data (operating expenses, cap rates, etc.) and overall analysis for this approach to value were considered adequate.

**Market Analysis Conclusion:**

The subject is located in the northerly portion of the Township of Franklin, Somerset County, New Jersey. The area is suburban in nature. The subject neighborhood is conveniently located in relation to transportation routes. The neighborhood is dominated by office and industrial uses. The neighborhood is conducive to office and light industrial uses as well as the subject's use. The population within a 3-mile radius of the subject is 59,939. The median household income is $83,070. The subject is a special use property and has been adapted specifically to suit the needs of a day care center and to service the demand for this service. The subject is a well maintained facility, accessible to the local trade area, and should be able to compete effectively for market share through the mid to long term.

MEEHAN 002479

Case: 4:17-cv-02876-PLC    Doc. #:  64-12    Filed: 03/20/19    Page: 137 of 168
PageID #: 1404

### Minimum Regulatory Appraisal Standards

|  | **Question** |
|---|---|
| **1. Yes** | Does the report comply with the engagement letter? |
| **2. Yes** | Is the report addressed to a financial services institution? |
| **3. Yes** | Is the appraisal presented in writing and does it contain sufficient information and analysis to support the bank's decision to engage in the transaction? |
| **4. Yes** | Does the appraisal include the correct definition of Market Value and a stated opinion of Exposure Time? |
| **5. Yes** | If applicable, does the appraiser report and analyze appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold lots or units? |
| **6. Yes** | Was the appraisal performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations? |
| **7. Yes** | Are the value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report? |
| **8. Yes** | Does the appraisal report appear to conform to the USPAP? |

**The following information is required for conformance to USPAP:**

a. The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

b. The reporting option is prominently stated (Appraisal Report or Restricted Appraisal Report).

c. The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

d. The real estate is adequately identified (Including the physical, legal and economic property characteristics relevant to the assignment).

e. The purpose of the appraisal is stated (Including the type and definition of value with source).

f. The real property interests being appraised are identified.

g. The effective date of the appraisal, date of the inspection and date of the report are stated.

h. All special limiting conditions, hypothetical conditions, and assumptions are identified.

i. The scope of work used to develop the appraisal is outlined.

The information analyzed, the appraisal procedures followed, and the reasoning that support the analyses, opinions, and conclusions are described in the appraisal.

j.  
Analyzed any current agreements of sale, options, or listing of the property.  
Analyzed all sales of the property occurring within the previous three years.  
Analyzed any effects on market value due to any easements, restrictions, or encumbrances.  
Analyzed the effect on value of any personal property, trade fixtures, or intangible items that are not real property.  
Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of the subject property.

k. The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated; and, when the purpose of the assignment is market value, the support and rationale for the appraiser's opinion of the highest and best use of the real estate are described.

l. The appraisal contains the required signed certification.

m. The highest & best use of the land "as if vacant" and "as improved" are analyzed and reported.

n.

MEEHAN 002480

The appraiser employed a reasonable valuation method that addresses the three approaches to market value, and s/he explained the elimination of any approach not used.

o. The land value was supported by an appropriate appraisal method or technique.

p. In the cost approach, the conclusion is supported by reasonable and logical analyses.

q. In the sales comparison approach, the conclusion is supported by reasonable and logical analyses.

r. In the income approach, the conclusion is supported by reasonable and logical analyses.

s. The reconciliation appears reasonable.

MEEHAN 002481

Appraisal Review                                                              Page 8 of 10

|                | **Question** |
|----------------|--------------|
| **9. Yes**     | Have all the concerns been addressed? |

**Reconciliation(Additional Review Comments):** The appraiser reconciled the sales comparison and income approaches to value the fee simple interest in the subject. Most emphasis was placed on the sales comparison approach, which is appropriate since the subject is an owner-occupied day care building. The appraiser submitted a revised report which includes an analysis of the subject on a per student basis. As a result of the additional analysis the value declined from $5,800,000 to $5,400,000. There were no issues reported in the LRM.

**Exposure Time:** 9 months

MEEHAN 002482

Appraisal Review                                                    Page 9 of 10

**Use of the Review**

**The intended user of this review is PNC to facilitate a credit decision.**

**Scope of the Review**

**This review has been prepared in accordance with USPAP, specifically Standard 3. I have read and reviewed the contents of the referenced report and formed an opinion as to:**

- the adequacy and relevance of the data and the propriety of any adjustments to the data;

- the appropriateness of the appraisal methods and techniques used;

- the reasonableness and appropriateness of the analyses, opinions and conclusions in the report; and

- the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

**In addition, the following tasks were undertaken during the review process:**

**Interviewed appraiser**

**Limiting Conditions**

- This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.

- Unless otherwise stated, the analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.

- Unless otherwise stated, no attempt has been made to obtain additional market data for this review.

- This comprehensive appraisal review should be considered only within the context of and in conjunction with the appraisal.

- No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 002483

Case: 4:17-cv-02876-PLC   Doc. #: 64-12   Filed: 03/20/19   Page: 141 of 168
PageID #: 1408

**Reviewer's Certification**

**I certify that to the best of my knowledge and belief:**

- The facts and data reported by the review appraiser and used in the review process are true and correct.

- The analyses, opinions, and conclusions in this review report are limited only by the assumptions and limiting conditions stated in this review report, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.

- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

- I did not personally inspect the subject property of the work under review.

- No one provided significant appraisal or appraisal review assistance to the person signing this certification.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the standards and reporting requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and with the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, I HAVE completed the continuing education program of the Appraisal Institute.

- I have performed no services, as an appraiser or any other capacity, on the property or properties which are the subject of this review in the last three years.

*Joseph Meehan, MAI*

**Joseph Meehan, MAI            Date**
**MO Certified General Real Estate Appraiser RA002484**

Print Review        Close Window

◇ PNC BANK

## Re: Fw: Revised Appraisal of 113 Belmont Drive
Paul A Higgins    to: Joseph M. Meehan                              10/21/2015 01:39 PM

yes, probably...I'll look at this one along with the other one....I'll switch it now.

**Paul Higgins**
Real Estate Valuation Services

**PNC Bank**
1900 E. Ninth St.,
Cleveland, OH 44114

PH 216-222-6008

Link to REVS Intranet

| Joseph M. Meehan | Paul, Should this be re-assigned to you? It app... | 10/21/2015 02:23:53 PM |
|---|---|---|

| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
|---|---|
| To: | p.higgins@pnc.com, |
| Cc: | Diana Pockar/CredPlcy/CLE/PNC@PNC, emily.taggart@pnc.com |
| Date: | 10/21/2015 02:23 PM |
| Subject: | Fw: Revised Appraisal of 113 Belmont Drive |

Paul,

Should this be re-assigned to you?  It appears the appraiser has deleted the price/student analysis to conclude a value of $5,800,000.

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet
----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 10/21/2015 01:22 PM -----

| From: | valuations@pncbank.com |
|---|---|
| To: | david.prevost@pnc.com, david.prevost@pnc.com, Joseph.Meehan@pnc.com, |
| Cc: | emily.taggart@pnc.com |
| Date: | 10/21/2015 09:55 AM . |
| Subject: | Revised Appraisal of 113 Belmont Drive |

MEEHAN 002504

The revised appraisal for the referenced property has been received and can be downloaded from the Document Library in My Requests.
https://iweb.pncrealestatefinance.com/links/PNCUser/PNCUserMain.jsp

This is a DRAFT APPRAISAL that is subject to a formal review by Real Estate Valuation Services (REVS).

<DO NOT PROVIDE A COPY OF THIS APPRAISAL TO THE BORROWER>

A copy of the appraisal may be provided to the customer (as long as the Bank has been reimbursed by the customer for the cost of the appraisal) once the Bank has received a finalized version of the appraisal and an executed copy of PNC's appraisal release letter.  Please contact me if you would like start this process.


If you have any questions please call me at 412-762-2519.

EMILY TAGGART
Valuation Coordinator
PNC Real Estate Valuation Services
412-762-2519


Note: DO NOT REPLY TO THIS EMAIL. If you have any questions please contact the assigned REVS Valuation Coordinator.

MEEHAN 002505

PNC BANK

### Re: 565493 113 Belmont Drive - revised report
David Prevost   to: Joseph M. Meehan                    10/13/2015 07:40 AM

Hi Joseph:   When I reviewed the revised report I noticed the change in value, and am OK with it.

Thanks,   Dave.

David W. Prevost
Vice President

PNC Bank, National Association
4242 Carlisle Pike
Camp Hill, PA 17011
T (717) 735-5675
F (717) 735-4864
david.prevost@pnc.com

| Joseph M. Meehan | David, The appraiser submitted a revised report... | 10/09/2015 02:52:26 PM |

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | David Prevost/CredPlcy/CPA/PNC@PNC, |
| Cc: | Emily Taggart/TPS/PGH/PNC@PNC |
| Date: | 10/09/2015 02:52 PM |
| Subject: | 565493  113 Belmont Drive  -  revised report |

David,

The appraiser submitted a revised report which includes an analysis of the subject on a per student basis.  As a result of the additional analysis the value declined from $5,800,000 to $5,400,000.

**Joseph M. Meehan, MAI**
Senior Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com
Link to REVS Intranet

MEEHAN 002506

565493



2015-10-21 14:43:20.0  PAUL A        HIGGINS

---------------------------------------

REVIEW FEE/TIMING CHANGE: Changed reviewer to Paul Higgins to reconcile difference of opinion between supervising appraiser and initial reviewer regarding credibility of sales price per student analysis and sales price per square foot analysis.

====================================

2015-10-21 10:47:28.0  DIANA D        POCKAR

---------------------------------------

MEEHAN 002507

ROLLBACK REQUEST: revision to report license information

=====================================

2015-10-07 09:58:21.0  EMILY      TAGGART

-----------------------------------

REVIEW FEE/TIMING CHANGE: still waiting on revisions

=====================================

2015-10-05 12:40:08.0  EMILY      TAGGART

-----------------------------------

REVIEW FEE/TIMING CHANGE: waiting on revisions

=====================================

2015-09-25 11:28:11.0  EMILY      TAGGART

-----------------------------------

The engaged appraiser, George Denman, signed the certification but did not inspect the subject property.  However, prior to acceptance, we verified the person who inspected the property, Joseph Rusin, was a General Certified Appraiser. This is acceptable per the Supervising Appraiser, Diana Pockar.

=====================================

2015-09-17 08:35:14.0  EMILY      TAGGART

-----------------------------------

appraiser advised report is on track for the 24th

=====================================

MEEHAN 002508



# Valbridge
## PROPERTY ADVISORS

## Appraisal Report

113 Belmont Drive
Franklin Township, Somerset County, New Jersey 08873

Report Date: October 20, 2015

FOR:
PNC Bank
Ms. Emily Taggart

620 Liberty Avenue, 13th Floor
Pittsburgh, Pennsylvania 15222

Client ID: 565493

**Valbridge Property Advisors |
Oxford Group**

2740 Route 10 West, Suite 204
Morris Plains, New Jersey 07950
(973) 970-9333 phone
(973) 970-9334 fax

*valbridge.com*

Valbridge File Number:
15-12400

MEEHAN 002649



Valbridge
PROPERTY ADVISORS

2740 Route 10 West, Suite 204
Morris Plains, New Jersey 07950
(973) 970-9333 phone
(973) 970-9334 fax
valbridge.com

October 20, 2015

Joseph Rusin
(973) 970-9333 ext. 7122
jrusin@valbridge.com

Ms. Emily Taggart

PNC Bank
620 Liberty Avenue, 13th Floor
Pittsburgh, Pennsylvania 15222

RE:   Appraisal Report
      113 Belmont Drive
      Franklin Township, Somerset County, New Jersey 08873
      Client ID: 565493

Dear Ms. Taggart:

In accordance with your request, we have prepared an appraisal of the above-referenced property.. This appraisal report sets forth the pertinent data gathered, the techniques employed, and the reasoning leading to our value opinions.

The subject property is located at 113 Belmont Drive in Franklin Township, Somerset County, New Jersey 08873. The subject is further identified as Assessor's Parcel Number (APN) Block 528.06 Lot 5.07. The site measures approximately 3.00 acres or 130,680 square feet. The site is improved with a 21,952- square-foot gross building area day care facility building, which was 100.0% owner occupied at the time of our inspection.

We developed our analyses, opinions, and conclusions and prepared this report in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation; the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA); the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute; and the requirements of our client as we understand them.

MEEHAN 002650



**Valbridge**
PROPERTY ADVISORS

Ms. Emily Taggart
PNC Bank
October 20, 2015
Page 2

PNC Bank is the client in this assignment and the intended users are PNC Bank, its successors or assigns, and any participating financial institutions. The intended use is for loan underwriting and/or credit decisions, and this valuation assignment was developed consistent with the scope specified by PBC Bank. The value opinions reported herein are subject to the definitions, assumptions and limiting conditions, and certification contained in this report.

The acceptance of this appraisal assignment and the completion of the appraisal report submitted herewith are contingent on the following extraordinary assumptions and/or hypothetical conditions:

Extraordinary Assumptions:
* None

Hypothetical Conditions:
* None

Based on the analysis contained in the following report, our value conclusions involving the subject property are summarized as follows:

| Value Conclusions | |
|---|---|
| **As Is** | |
| Value Type | Market Value |
| Property Rights Appraised | Fee Simple |
| Effective Date of Value | September 21, 2015 |
| **Value Conclusion** | **$5,800,000** |

MEEHAN 002651


**Valbridge**
PROPERTY ADVISORS

Ms. Emily Taggart
PNC Bank
October 20, 2015
Page 3

This letter of transmittal is not considered valid if separated from this report, and must be accompanied by all sections of this report as outlined in the Table of Contents, in order for the value opinions set forth above to be valid.

Respectfully submitted,
Valbridge Property Advisors | Oxford Group


Joseph Rusin, MAI
Senior Appraiser
New Jersey Certified General Appraiser
42RG00085900
jrusin@valbridge.com
(973) 970-9333 ext. 7122

George Denman, MAI
Senior Managing Director
New Jersey Certified General Appraiser
42RG00053000
gdenman@valbridge.com
(973) 970-9333 ext. 7100


John J. Sheehan, MAI
Managing Director
New Jersey Certified General Appraiser
42RG00116300
jsheehan@valbridge.com
(732) 807-3113 ext. 7400
Reviewed without inspection

MEEHAN 002652



# Table of Contents

Cover Page

Letter of Transmittal

Table of Contents ........................................................................................................................... i

Summary of Salient Facts ........................................................................................................... ii

Aerial and Front Views ............................................................................................................... iv

Introduction ................................................................................................................................... 1

City and Neighborhood Analysis ............................................................................................... 5

Market Analysis .......................................................................................................................... 10

Site Description ........................................................................................................................... 15

Improvements Description ........................................................................................................ 18

Zoning Information ..................................................................................................................... 21

Assessment and Tax Data ........................................................................................................ 22

Highest and Best Use ................................................................................................................ 23

Appraisal Methodology ............................................................................................................. 25

Sales Comparison Approach .................................................................................................... 26

Income Capitalization Approach ............................................................................................. 37

Reconciliation ............................................................................................................................. 43

General Assumptions and Limiting Conditions .................................................................... 44

Certification ................................................................................................................................. 50

Addenda ....................................................................................................................................... 52

MEEHAN 002653



# Summary of Salient Facts

## Summary of Salient Facts

### Property Identification

| | |
|---|---|
| Client Identification Number | 565493 |
| Property Address | 113 Belmont Drive |
| | Franklin Township, Somerset County, New Jersey, 08873 |
| Latitude & Longitude | 40.541792, -74.536915 |
| Tax Parcel Number | Block 528.06 Lot 5.07 |
| Property Owner | Somerset Community Action Program |
| Zoning | M1 |
| FEMA Flood Map No. | 34035C0166E |
| Flood Zone | Zone X (unshaded) |
| Land Area | 3.000 acres |

### Existing Improvements

| | |
|---|---|
| Property Use | Day Care Facility, Nursery |
| Occupancy Type | Local tenant |
| Gross Building Area (GBA) | 21,952 sf |
| Net Rentable Area (NRA) | 21,952 sf |
| Number of Buildings | 1 |
| Number of Stories | 1 |
| Year Built | 2004 |
| Condition | Very good |
| Construction Class | C - Masonry and S - Steel Frame |
| Construction Quality | Good |
| Surface Parking | 37 spaces |

### Valuation Opinions

| | |
|---|---|
| Highest & Best Use – As Vacant | Industrial development when market conditions permit |
| Highest & Best Use – As Improved | Current use |
| Reasonable Exposure Time | 9 months |
| Reasonable Marketing Time | 9 months |

MEEHAN 002654



## Value Indications

| Approach to Value | As Is |
|---|---|
| Cost | N/A |
| Sales Comparison | $5,900,000 |
| Income Capitalization | $5,600,000 |

## Value Conclusions

| | As Is |
|---|---|
| Value Type | Market Value |
| Property Rights Appraised | Fee Simple |
| Effective Date of Value | September 21, 2015 |
| **Value Conclusion** | **$5,800,000** |

MEEHAN 002655



## Aerial and Front Views

**AERIAL VIEW**



**FRONT VIEW**



VALBRIDGE PROPERTY ADVISORS | Oxford Group

MEEHAN 002656

**Valbridge**
PROPERTY ADVISORS

# Introduction

## Client and Other Intended Users of the Appraisal
The client in this assignment is PNC Bank and the intended users of this report are PNC Bank, its successors or assigns and any participating financial institutions.

## Intended Use of the Appraisal
The intended use of this report is for loan underwriting and/or credit decisions by PNC Bank and/or participants. The appraisal was developed consistent with the scope specified by PNC Bank.

## Real Estate Identification
The subject property is located at 113 Belmont Drive, Franklin Township, Somerset County, New Jersey 08873. The Somerset County Assessor identifies the subject property as Assessor Parcel Number Block 528.06 Lot 5.07.

## Legal Description

### LEGAL DESCRIPTION OF THE PROPERTY

Beginning at the intersection formed by the easterly line of Belmont Drive, fifty feet (50.00') wide and the southerly line of Campus Drive, fifty eight feet (58.00') wide, thence (1) S40°04'00", along the easterly line of Belmont Drive, one hundred forty one and fifty eight hundredths (141.58') feet to a point of curvature, thence (2) on a curve to the left having a radius of four hundred seventy five and zero hundredths (475.00') feet and an arc length of one hundred seven and seventy seven hundredths (107.77') feet to a point of tangency, thence (3) S27°04'00"W, continuing along the easterly line of Belmont Drive, four hundred fifty and four hundredths (450.04') feet to a point, thence (4) S62°56'00"E, departing from the easterly line of Belmont Drive, a distance of eight and zero hundredths (8.00') feet to the true point and place of beginning.

Thence (1) S62°56'00"E, a distance of three hundred seventy one and seventy two hundredths (371.72') feet to a point;

Thence (2) S27°04'00"W, a distance of three hundred fifty one and fifty six hundredths (351.56') feet to a concrete monument in the northerly line of lands now or formerly Somerset Valley Properties, Inc. said line passes over a concrete monument being ten and zero hundredths (10.00') feet from the termination of course number (1);

Thence (3) N62°56'00"W, along lands now or formerly Somerset Valley Properties, Inc., a distance of three hundred seventy one and seventy two hundredths (371.72') feet to a concrete monument in the easterly line of Belmont Drive, sixty six feet (66.0') wide;

Thence (4) N27°04'00"E, along the easterly line of Belmont Drive, a distance of three hundred fifty one and fifty six hundredths (351.56') feet, to a point, said point being the true point and place of beginning; said line passes over a concrete monument being set ten and zero hundredths (10.00') feet from the termination of course number (4).

MEEHAN 002657



## Real Property Interest Appraised

We have appraised the Fee Simple estate in the subject property. Please refer to the Ownership and Sales History of this report for a further discussion regarding this aspect.

## Type and Definition of Value

The purpose of this appraisal is to develop an opinion of the market value of the subject properties. "Market Value," as used in this appraisal, is defined as "the most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus." Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- *Buyer and seller are typically motivated.*

- *Both parties are well informed or well advised, each acting in what they consider their own best interests;*

- *A reasonable time is allowed for exposure in the open market;*

- *Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and*

- *The price represents the normal consideration for the property sold unaffected by special or creative financing or sale concessions granted by anyone associated with the sale."*

(Source: The Dictionary of Real Estate Appraisal, Fifth Edition, pg 123)

The "as is" value is the value of the property in its present condition under market conditions prevalent on the date of the appraisal.

Please refer to the Glossary in the Addenda section for further definitions of value type(s) employed in this report.

## Valuation Scenarios and Effective Dates of Value

We developed opinions of value for the subject property under the following scenarios and corresponding effective dates of value:

| Valuation Scenario | Effective Date of Value |
|---|---|
| As Is Fee Simple Market Value | September 21, 2015 |

We completed an appraisal inspection of the subject property on September 21, 2015.

## Date of Report

The date of this report is October 20, 2015, the date of the letter of transmittal.

MEEHAN 002658



## Scope of Work

The scope of work includes all steps taken in the development of the appraisal. These include 1) the extent to which the subject property is identified, 2) the extent to which the subject property is inspected, 3) the type and extent of data researched, 4) the type and extent of analysis applied, and the type of appraisal report prepared. These items are discussed as follows:

### Extent to Which the Property was Identified

Legal Characteristics
The subject was legally identified via a tax map and public records.

Economic Characteristics
Economic characteristics of the subject property were identified via CoStar, US Census, NJ Dept Labor, STDB, as well as a comparison to properties with similar locational and physical characteristics.

Physical Characteristics
The subject was physically identified via an interior and exterior inspection, and a site plan provided by the borrower.

### Extent to Which the Property was Inspected

We inspected the subject on September 21, 2015 and did not perform our own physical measurement of the improvements. The interior and exterior of the subject were inspected, with the exception of the roof.

### Type and Extent of the Data Researched

We researched and analyzed: 1) market area data, 2) property-specific, market-analysis data, 3) zoning and land-use data, and 4) current data on comparable listings, sales, and rentals in the competitive market area.

### Type and Extent of Analysis Applied

The subject site has improvements that contribute to an overall value that exceeds the land value. Since there is no proposed development or expansion involving the subject site, an intensive feasibility analysis is not warranted. We observed surrounding land use trends, the condition of the improvements, demand for the subject property, and relative legal limitations in concluding a highest and best use. We then valued the subject based on the highest and best use conclusion, relying on the Sales Comparison and Income Capitalization Approaches. The Cost Approach was not used because of the lack of meaningful land sales and the difficulty in estimating depreciation. Additionally, buyers and sellers are not basing buy/sell decisions based on the cost approach.

### Appraisal Report Type

This is an Appraisal Report as defined by the Uniform Standards of Professional Appraisal Practice under Standards Rule 2-2a. Please see the Scope of Work above for a description of the level of research completed.

### Appraisal Conformity

We developed our analyses, opinions, and conclusions and prepared this report in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation; the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA); the Interagency Appraisal and Evaluation Guidelines; the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute; and the requirements of our client as we understand them.

MEEHAN 002659



## Ownership and Sales History

According to the public records, title to the subject property is vested in Somerset Community Action Program (SCAP). The subject property   been sold, or listed for sale nor have the owners entertained offers for purchase within the past three years. In addition, the subject is not currently listed for sale or under contract for sale.

The following information was provided by Sandra Espinal and Gargi Shroff of SCAP, the property contacts, and Aniceto Colunga, of Community Development Institute – Head Start (CDI).   The funds/grant(s) the provide funds to SCAP are no longer in existence.  CDI has entered into a lease with SCAP; the lease is structured on a NNN basis; in addition, CDI will pay, as part of the rent, the amount needed for monthly mortgage payments.  The lease began 7/1/15 and will end on 6/30/16; there is a termination clause that allows CDI to terminate the lease at any time with a 30 day notice. Since the lease is short term, expires in less than 1 year, and the tenant has the right to terminate with 30 days notice, and payments include debt service, the lease is not considered to be arm's length.  Based on the foregoing and a discussion with the client, the value estimates will not take any portions of the lease into consideration.

## List of Items Requested but Not Provided
- none

## Extraordinary Assumptions
- None

## Hypothetical Conditions
- None

MEEHAN 002660



# City and Neighborhood Analysis

**NEIGHBORHOOD MAP**



## Overview

The subject is located in the northerly portion of the Township of Franklin, Somerset County, New Jersey. Franklin Township contains approximately 46.77+/- square miles of land. The township is positioned in the southwest portion of Somerset County and is bordered by South Brunswick Township to the south, Hillsborough to the west, South Bound Brook to the north and New Brunswick to the east. Franklin is approximately sixty minutes southwest of New York City by car.

## Population

Population characteristics relative to the subject property are presented in the following table.

**Population**

| Area | 2000 | 2010 | Annual % Change 2000 - 2010 | Estimated 2015 | Projected 2020 | Annual % Change 2015 - 2020 |
|---|---|---|---|---|---|---|
| United States of America | 281,421,906 | 308,745,538 | 1.0% | 318,536,439 | 330,622,575 | 0.8% |
| New Jersey | 8,414,350 | 8,791,894 | 0.4% | 8,918,440 | 9,093,131 | 0.4% |
| Somerset County | 297,490 | 323,444 | 0.9% | 334,511 | 346,715 | 0.7% |
| Franklin Township | 50,969 | 62,300 | 2.2% | 65,037 | 67,717 | 0.8% |

Source: Site-To-Do-Business (STDB Online)

MEEHAN 002661



## Neighborhood Location and Boundaries

The subject neighborhood is located in the northerly section of Franklin Township. The area is suburban in nature. The neighborhood is bounded by I-287 to the north, Elizabeth Avenue to the east, Schoolhouse Road to the south, and Randolph Road to the west.

## Employment

Traditionally, the dominant industries in Somerset County include healthcare and social assistance (12.3%), professional, scientific and technical services (11.3%), manufacturing (12.60%), health care and social assistance (12.40%,), and educational services (10.2%). Employment by industry for the subject county is as follows:

### Employment by Industry - Somerset County

| Industry | ACS Estimate 2009 - 2013 | Percent of Employment |
|---|---|---|
| Agriculture, forestry, fishing and hunting | 358 | 0.20% |
| Mining, quarrying, and oil and gas extraction | 108 | 0.10% |
| Construction | 7,890 | 4.80% |
| Manufacturing | 20,876 | 12.60% |
| Wholesale trade | 5,199 | 3.10% |
| Retail trade | 15,966 | 9.70% |
| Transportation and warehousing | 5,502 | 3.30% |
| Utilities | 568 | 0.30% |
| Information | 7,062 | 4.30% |
| Finance and insurance | 15,240 | 9.20% |
| Real estate and rental and leasing | 3,309 | 2.00% |
| Professional, scientific, and technical services | 18,604 | 11.30% |
| Management of companies and enterprises | 241 | 0.10% |
| Administrative and support and waste mgmt services | 6,342 | 3.80% |
| Educational services | 16,785 | 10.20% |
| Health care and social assistance | 20,368 | 12.30% |
| Arts, entertainment, and recreation | 2,438 | 1.50% |
| Accommodation and food services | 7,448 | 4.50% |
| Other services, except public administration | 6,460 | 3.90% |
| Public administration | 4,502 | 2.70% |
| Total | 446,366 | 99.90% |

*Source: Site-to-Do-Business (STDB Online)*

MEEHAN 002662



## Unemployment

**Unemployment Rates**

| Area | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 YTD |
|---|---|---|---|---|---|---|---|
| United States of America | 9.30% | 9.60% | 8.90% | 8.10% | 7.40% | 5.90% | 5.50% |
| New Jersey | 9.50% | 9.10% | 8.90% | 8.80% | 6.70% | 5.80% | 6.50% |
| Somerset County | 7.30% | 7.00% | 6.80% | 6.70% | 5.00% | 4.40% | 5.00% |
| Franklin Township | 8.30% | 7.80% | 7.80% | 7.40% | 5.80% | 4.60% | 5.70% |

(p) indicates preliminary number, not seasonally adjusted

*Source:  Bureau of Labor Statistics - Seasonally Adjusted Year End*

New Jersey and Somerset County have consistently outperformed the nation while Franklin Township has outperformed the state and nation, but has lagged behind the county.

## Demographics

The following table depicts the area demographics in Franklin Township within a 1, 3, and 5 mile radius from the subject.

MEEHAN 002663



113 BELMONT DRIVE
CITY AND NEIGHBORHOOD ANALYSIS

## Neighborhood Demographics

| Radius | 1-Mile | 3-Mile | 5-Mile |
|---|---|---|---|
| **Population Summary** | | | |
| 2000 Population | 3,490 | 52,026 | 142,425 |
| 2010 Population | 4,217 | 57,464 | 154,076 |
| 2015 Estimated Population | 4,646 | 59,939 | 159,087 |
| 2020 Estimated Population | 4,991 | 62,532 | 164,826 |
| Annual % Change (2015 - 2020) | 1.4% | 0.9% | 0.7% |
| **Household Summary** | | | |
| 2000 Households | 1,239 | 20,092 | 53,196 |
| % Owner Occupied | 64.3% | 68.7% | 67.7% |
| % Renter Occupied | 31.1% | 28.0% | 29.5% |
| 2010 Households | 1,761 | 23,276 | 57,909 |
| % Owner Occupied | 63.8% | 67.3% | 67.0% |
| % Renter Occupied | 24.1% | 27.1% | 28.1% |
| 2015 Estimated Households | 1,896 | 24,288 | 59,970 |
| % Owner Occupied | 63.9% | 65.2% | 64.6% |
| % Renter Occupied | 27.8% | 29.5% | 30.2% |
| 2020 Estimated Households | 2,048 | 25,356 | 62,216 |
| % Owner Occupied | 63.7% | 65.1% | 64.4% |
| % Renter Occupied | 27.9% | 29.8% | 30.4% |
| Annual % Change (2015 - 2020) | 1.6% | 0.9% | 0.7% |
| **Income Summary** | | | |
| 2015 Estimated Median Household Income | $72,221 | $83,070 | $83,978 |
| 2020 Estimated Median Household Income | $84,053 | $92,815 | $93,737 |
| Annual % Change | 3.1% | 2.2% | 2.2% |
| 2015 Per Capita Income | $37,617 | $40,439 | $39,571 |
| 2020 Per Capita Income | $43,126 | $45,878 | $44,826 |
| Annual % Change | 2.8% | 3.0% | 2.5% |

*Source: Site-to-Do-Business (STDB Online)*

As indicated in the above table, population within the 1-, 3- and 5-mile radius is expected to increase by 1.4%, 0.9%, and 0.7% by 2020. As of 2015, the estimated number of renter occupied households within a 1-mile radius of the subject is 27.8%. This estimated renter population is expected to increase slightly to 27.9% by 2020.

## Transportation Routes

Transportation to the subject is via motor vehicle. Access to the subject property is from Cottontail Lane and Elizabeth Street. Interstate 287 and provides access to NJ Route 18, the Garden State Parkway and I-95 to the east, and I-78 to the west. Access to the area is considered good.

MEEHAN 002664



## Neighborhood Land Uses
The neighborhood is dominated by office and industrial uses.

## Development Trends/New Construction
The neighborhood is fully developed and in the stability stage of its life cycle.

## Conclusions
The subject neighborhood is conveniently located in relation to transportation routes.  The neighborhood is conducive to office and light industrial uses as well as the subject's use.

MEEHAN 002665



# Market Analysis

### New Jersey Day Care Statistics:

A New Jersey survey of Child Care Demand dated 2014 as published by 'NACCRA' a trade organization for child care follows. This survey illustrates the levels of demand, cost basis and trends for child care in the state and contrast them well with national figures. The survey shows intense demand for services across all demographic measures and is presented on the following pages.

MEEHAN 002666


## Valbridge
### PROPERTY ADVISORS

113 BELMONT DRIVE
MARKET ANALYSIS

Child Care in the State of:

# New Jersey


ChildCare Aware
OF AMERICA

| How many children and families are there?[1] | New Jersey | United States |
|---|---|---|
| Total residents | 8,867,909 | 313,861,723 |
| Children age birth to 4 years | 535,795 | 19,930,834 |
| Children age birth to 4 years  living in poverty | 99,042 | 4,997,150 |
| Children age 5 to 11 | 784,900 | 28,719,013 |
| Total families with children | 999,352 | 33,589,629 |
| Single parent families | 287,546 | 11,121,083 |
| Families in poverty | 138,400 | 6,888,151 |

| How many children under age 6 potentially need child care?[1] | New Jersey | United States |
|---|---|---|
| Children in two-parent families, both parents in labor force | 264,461 | 8,538,727 |
| Children in single-parent families, parent in the labor force | 153,116 | 6,486,355 |
| Total children under age 6 potentially needing child care | 417,577 | 15,025,082 |

| How many working mothers are there?[1] | New Jersey | United States |
|---|---|---|
| With infants under one year | 69,406 | 2,507,428 |
| With any children under age 6 | 352,176 | 12,415,638 |
| With children under age 6 only | 228,766 | 7,967,171 |
| With both children under age 6 AND children age 6 to 17 | 123,410 | 4,448,467 |
| With children under 18 | | |
| Married working mothers | 507,060 | 15,670,121 |
| Single working mothers | 185,362 | 6,912,777 |

| How many centers/family child care homes are there?[2] | New Jersey | United States |
|---|---|---|
| Number of centers | 3,348 | 110,000 |
| Percent of centers that are nationally accredited | 8% | 10.3% |
| Number of family child care (FCC) homes | 1,917 | 160,000 |
| Percent of FCC homes that are nationally accredited | 0% | 1.4% |
| Number of other child care programs | NR | 1,300 |
| Total spaces/slots | 296,835 | 8.4 million |
| Percent of spaces in centers | 97% | 83.1% |
| Percent of spaces in FCC | 3% | 15.8% |
| Percent of spaces in other programs | NR | 0.1% |

| What kind of child care is requested?[1] | New Jersey | United States |
|---|---|---|
| Percent of requests for referrals received by CCR&Rs | | |
| For infant/toddler care | 49% | 40.7% |
| For preschool-age care | 24% | 33.5% |
| For school-age care | 27% | 25.8% |
| For full-time care | 92% | 88.1% |
| For part-time care | 8% | 7.9% |
| For before-/after-school care | 27% | 8.4% |
| For nontraditional hours care | 1% | 7.3% |
| Families receiving referrals from CCR&Rs (annual) | 39,242 | 612,000 |

MEEHAN 002667


**Valbridge**
PROPERTY ADVISORS

| How expensive is child care? | New Jersey | United States |
|---|---|---|
| Average annual fees for full-time care in a **center** | | |
| Infant | $11,534 | $4,822 – $17,062 |
| 4-year-old child | $9,546 | $3,997 –$12,781 |
| School-age child (before-/after-school care) | $3,475 | $1,104 – $8,919 |
| Average annual fees for full-time care in a **family child care home** | | |
| Infant | $8,699 | $3,972 – $10,666 |
| 4-year-old child | $7,790 | $3,675 – $10,030 |
| School-age child (before-/after-school care) | $3,268 | $1,846 – $8,346 |
| Compare with: | | |
| Average annual tuition and fees for public four-year college (in-state) | $13,2.49 | $8,980 |
| Affordability (cost of full-time child care as percent of median family income): | | |
| Infant in center, percent of income for MARRIED COUPLES | 10% | 7% / 15% |
| Infant in center, percent of income for SINGLE MOTHERS | 38% | 24% - 63% |

| What are the numbers, income, and support of the child care workforce? | New Jersey | United States |
|---|---|---|
| Child care workers (in centers) | 17,950 | 582,970 |
| Average annual income of child care workers | $23,890 | $21,710 |
| Total paid early childhood workforce | Not Available | 2.2 million |
| Training sessions CCR&Rs held for providers | 3,086 | Not Available |
| Average attendance per session | 16 | 3 to 113 |
| Providers trained by CCR&Rs | NR | 241,000 |
| On-site technical assistance visits by CCR&Rs to child care programs | 5,643 | 115,000 |
| Child care programs receiving technical assistance | NR | 22,000 |

| CCR&R Contacts | URL |
|---|---|
| New Jersey Association of Child Care Resource and Referral Agencies | www.njaccrra.org |
| Division of Family Development | www.state.nj.us/humanservices/dfd |
| | http://usa.childcareaware.org |
| Child Care Aware® of America | www.childcareaware.org |

Market analysis is the study and identification of a market for a particular product or service. The analysis of the market must relate specific market conditions to the subject property. The effects of supply and demand on the value of a property are examined and addressed. Market analysis determines whether there is appropriate market support for an existing or proposed property in a specific market. It also determines when, where and the extent of market demand in relation to the property. The analysis should also identify the degree of demand as well as the source, along with any other pertinent demand factors that may directly or indirectly affect value. A market analysis also forms the basis for determining the highest and best use of a property. An existing or proposed improvement under a specified use may be considered in terms of financial feasibility and maximum productivity only after an appropriate level of market support has been proven to exist for that use. Assuming that a sufficient amount of market information is available and is properly interpreted it may be possible to anticipate and project various factors of market demand and absorption. Ultimately a market analysis can help to project the appropriate marketing time and strategy for the subject property based on exposure times for similar properties. Most importantly, a market analysis can identify areas in which the subject emulates or contradicts market trends that are critical in respect to all these issues. The subject has been constructed as a modern day care facility. Day care centers have evolved from living room settings with informal supervision, to modern day, 5,000+ SF facilities with professional management, representation, services and regulations. The daycare industry still includes a plethora of smaller venues including unsupervised or regulated locations. However, in recent years, corporate America has taken note of this demand and growing work force trends that have brought both parents back into the work place. Day care demand is a logical outgrowth of this trend. More women are returning to work after having children than ever before.

MEEHAN 002668



This is due in part to the skyrocketing cost of living, not only locally but on a national scale. The evolution of the modern day care center took shape in the past decade. As daycare became more sophisticated, weaving educational tools into a typical baby sitting or day care setting, the services also become more expensive. Day care rates can range from informal settings where a stay at home parent takes in other children for as little as $25.00 per day, to the modern, professionally staffed, and managed facility with security, medical staff, teaching tools and monitoring abilities which can exceed $100.00 daily. The more services bundled on site, the more attractive the facility and the more significant the in place rate structure.

### Day Care Market Analysis

Market analysis is the study and identification of a market for a particular product or service. The analysis of the market must relate specific market conditions to the subject property. The effects of supply and demand on the value of a property are examined and addressed. Market analysis determines whether there is appropriate market support for an existing or proposed property in a specific market. It also determines when, where and the extent of market demand in relation to the property. The analysis should also identify the degree of demand as well as the source, along with any other pertinent demand factors that may directly or indirectly affect value.

A market analysis also forms the basis for determining the highest and best use of a property. An existing or proposed improvement under a specified use may be considered in terms of financial feasibility and maximum productivity only after an appropriate level of market support has been proven to exist for that use. Assuming that a sufficient amount of market information is available and is properly interpreted it may be possible to anticipate and project various factors of market demand and absorption.

Ultimately a market analysis can help to project the appropriate marketing time and strategy for the subject property based on exposure times for similar properties. Most importantly a market analysis can identify areas in which the subject emulates or contradicts market trends that are critical in respect to all these issues.

The subject is a special use property and has been adapted specifically to suit the needs of a day care center and to service the demand for this service. Day care centers have evolved from living room settings with informal supervision, to modern day, 5,000+ square foot facilities with professional management, representation, services and regulations. The day care industry still includes a plethora of smaller venues including unsupervised or regulated locations. However, in recent years, corporate America has taken note of this demand and growing work force trends that have brought both parents back into the work place. Day care demand is a logical outgrowth of this trend. More women are returning to work after having children than ever before. This is due in part to the skyrocketing cost of living, not only locally but on a national scale.

The evolution of the modern day care center took shape in the past decade. As day care became more sophisticated, weaving educational tools into a typical baby sitting or day care setting, the services also become more expensive. Day care rates can range from informal settings where a stay at home parent takes in other children for as little as $25.00 per day, to the modern, professionally

MEEHAN 002669



staffed, and managed facility with security, medical staff, teaching tools and monitoring abilities which can exceed $100.00 daily. The more services bundled on site, the more attractive the facility and the more significant the in place rate structure.

Based on a survey of area facilities in the New Jersey region, we identify a modern facility to typically have the following characteristics.

- Locations typically are accessible from a commercial or semi commercial road. Facilities within areas near office parks or business center setting will tend to draw business from nearby workers as well as residents locally. Accessibility is important. Visibility is less important as the typical day care is a destination point site.

- Modern facilities range in size from 5,000 to 10,000 – 20,000 square feet. The larger facility will capitalize on an economy of scale, with construction costs offset exponentially as the enrollment potential of a facility increases. Still, most facilities which are built today stay between 6,000 and 10,000 square feet. This is evidence to not only the locality of trade area for day care, but also the supply. While trade areas may overlap with a competitor, it is unlikely that a parent with day care needs will seek out alternate settings when facilities are to be found locally. There does not appear to be any established formula for projection of market share capture rates, however, much like self-storage, an area can saturate with space if the demographics do not show support.

- Modern facilities typically are staffed with professional, certified workers, and managed by offsite business interests as opposed to an owner operator. Medical facilities and staff are either accessible on site or on call.

- Physically, facilities include classrooms and teaching tools, play areas, including an outdoor play area and heavy plumbing fit up, with generally a bathroom in each class setting. The facilities typically are designed to flow well within a teaching setting. Children may be moved from one room to the next for sleep time, to lunch, to class, to play space, which tends to result in a single tenant functionality. While space can be adapted to an alternate use, the arbitrary placement of demising walls would likely cause some functionality loss to the subdivided space. For this reason, we have not considered an alternate use.

**Conclusion:** Given the popularity of this service, short to mid-term added supply and competition risk is strong. Still, the saturation of this type of service within similar communities is relatively unheard of, at least to date; however, it is certainly possible to over supply an area. The subject is a well maintained facility, accessible to the local trade area, and should be able to compete effectively for market share through the mid to long term.

MEEHAN 002670