# EXHIBIT M

Performance Document - Annual Performance Summary
# Manager Evaluation

Joseph Meehan, APPRAISER II
Annual Performance Summary, 01/01/2011 - 12/31/2011

**Author:** Thomas Silnes
**Status:** Completed
**Approval:** Not Required

**Role:** Manager
**Due Date:** 02/15/2012

Enter comments and ratings, as applicable, for each section of this evaluation. Save entries made by clicking the Save button.

Regarding &quotComplete/Available for Review&quot: As part of the Pay for Performance mid-year and year-end cycles, these buttons will be enabled. Click on the button only when you are ready to share your document, including all comments and ratings with the manager/employee with whom you are completing the review.

Reminder: Please remember to save often as you make changes to the information below.

## Business / Functional Results

**Goal 1**

**Description:** Maintain your General Real Estate Appraiser Certification.
**Measurement:** Certification is and has remained active.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |
| **Weight:** | 20% | |
| **Comments:** | Joe holds a Certified General Appraiser license in the State of Missouri and his license is currently active and has remained active for the entire year. | |

**Goal 2**

**Description:** Evaluate your job knowledge and develop a plan to facilitate an increased understanding of appraisal policy, banking regulations and appraisal theory.  Resources may include locally offered classes and meetings.
**Measurement:** Attendance at internal & external training offered throughout the year.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |
| **Weight:** | 20% | |
| **Comments:** | Joe seeks to take relevant CE to maintain good standing with the state licensure board but also takes additional courses, as available, in order to increase his knowledge and skills.  Joe also completes internal training as required and Joe is current with required training. | |

PNCMeehan000204

## Goal 3

**Description:** Achieve review fees of $10,000/month in 2011.
**Measurement:**
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

**Average Rating:** Meets All Expectations    2.50

**Rating:** Meets Some Expectations

**Weight:** 60%

**Comments:** Joe's productivity goal was $10,000 per month in 2011. Joe completed 265 reviews and achieved 94% of his productivity goal. 2011 was a challenging year and productivity was mixed within the group. Joe's performance met some expectations in 2011. Joe needs to work more efficiently in order to achieve his productivity goal.

## Demonstrated Behaviors

### Goal 1

**Description:** Maintain a high level of customer satisfaction by providing prompt and reliable service.
**Measurement:** Demonstration of ability to resolve issues in a timely manner in order to meet or exceed customer expectation.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

**Average Rating:** Meets All Expectations    2.50

**Rating:** Meets Some Expectations

**Weight:** 100%

**Comments:** Joe provided a level of customer service in 2011 that met some expectations. Our business partners rely upon us to resolve matters quickly and effectively and to provide timely communication on the status of any issues raised during the course of an assignment.

Joe needs to improve his organizational skills and work more diligently to resolve issues quickly in order to complete tasks in a timelier manner.

## Risk Management

### Goal 1

**Description:** Perform your job duties in a manner that is consistent with PNC's Code of Business Conduct & Ethics.
**Measurement:** Decisions & actions are consistent with PNC's Code of Business Conduct & Ethics.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

**Average Rating:** Meets All Expectations    3.00

PNCMeehan000205

| Rating: | Meets All Expectations |
|---|---|
| Weight: | 25% |
| Comments: | Joe conducts his daily activities in accordance with PNC's Code of Business Conduct & Ethics and completes annual ethics training. Joe demonstrates a high level of ethical behavior in his dealings with his colleagues and service partners and in addition to PNC policies, Joe performs his duties in accordance with ethical standards established by the Appraisal Foundation and Federal Regulation. |

### Goal 2

**Description:** Continually review appraisal policy to maintain a level of understanding that enables you to better advise our service partners.
**Measurement:** Demonstrate an understanding of appraisal policy and regulations through daily work product.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

| Average Rating: | Meets All Expectations | 3.00 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Weight: | 25% | |
| Comments: | Joe demonstrates his understanding of appraisal policy and regulations by delivering a high level of competence in his daily work. Joe has superior appraisals skills and has the ability to handle the most complex tasks autonomously. | |

### Goal 3

**Description:** Effectively perform the necessary job duties of a Review Appraiser in a manner that is consistent with appraisal regulations and Bank policies.
**Measurement:** Audited files demonstrate compliant reviews have been completed.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

| Average Rating: | Exceeds Expectations | 3.50 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Weight: | 50% | |
| Comments: | Joe is an experienced appraiser and completes his appraisal reviews competently and in compliance with PNC policies and Federal Regulations. | |

## Other Goals

### Goal 1

**Description:** Assist with special projects as needed.
**Measurement:** Completed special projects throughout the year, as needed.
- End Date:: 12/31/2011
- Start Date:: 01/01/2011
- Status:

PNCMeehan000206

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |
| **Weight:** | 100% | |
| **Comments:** | Joe was a presenter during our Training Series and produced a 1-hour training module and then presented the module to the REVS staff. This training series works to share the knowledge and expertise of various staff members with others in the group to provide for a better trained staff. | |

## Mid-Year Review

**Mid-Year Review Summary**

Rating:

Comments:

## Employee Year-End

## Matrix Manager Year-End

## Manager Year-End

| | |
|---|---|
| **Average Rating:** | Meets All Expectations    3.00 |
| **Rating:** | Meets All Expectations |
| **Comments:** | Joe is a competent appraisal reviewer but sometimes tends to get bogged down in assignments and that slows his productivity.  Joe needs to be more efficient at resolving issues and at communicating those results to our business partners.

Joe's productivity in 2011 fell short of expectations and by resolving issues more efficiently, Joe should be able to reach a higher level of productivity. |

## Development Objectives

## Other Evaluator's Comments

## Signatures

_____

Joseph Meehan / Date

_____

Thomas Silnes / Date

**Document Status:**
**Goal Setting Status:**
Completed

PNCMeehan000207