# EXHIBIT N

Case: 4:17-cv-02876-PLC   Doc. #:  64-14   Filed: 03/20/19   Page: 1 of 7 PageID #: 1441

## Performance Document - Annual Performance Summary
# Manager Evaluation

Joseph Meehan, APPRAISER II
Annual Performance Summary, 01/01/2012 - 12/31/2012

**Author:** Douglas Schoenberg          **Role:** Manager
**Status:** Completed                    **Due Date:** 02/15/2013
**Approval:** Not Required

Enter comments and ratings, as applicable, for each section of this evaluation. Save entries made by clicking the Save button.

Regarding &quotComplete/Available for Review&quot: As part of the Pay for Performance mid-year and year-end cycles, these buttons will be enabled. Click on the button only when you are ready to share your document, including all comments and ratings with the manager/employee with whom you are completing the review.

Reminder: Please remember to save often as you make changes to the information below.

## Business / Functional Results

**Goal 1**

**Description:** Effectively perform the necessary job duties of a Technical Reviewer in a manner that is consistent with Bank policies.

**Measurement:** Audited files demonstrate compliant reviews have been completed.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |

**Comments:** Joe is a good review appraiser with an in depth knowledge of appraisal technique and theory. He has made progress this year in concentrating on critical issues and spending less time on non-critical matters.

**Goal 2**

**Description:** Production

**Measurement:** It is expected that the number of reviews completed will be consistent with an allocation of 75% of your job duties being dedicated to performing technical reviews. The remaining job duties will focus on approved appraiser monitoring responsibilities
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 2.50 |
| **Rating:** | Meets Some Expectations | |

**Comments:** Joe's production goal was $108,000 for 2012 and his production was $96,710 or 90%. Joe completed 289 reviews, which was as many as several of his cohorts who did reach the goal, but his average fee per review was only $335. We will work in the coming year to bring this number up; however, Joe needs to seek out more work when times are slow.

PNCMeehan000193

## Goal 3

**Description:** Approved appraiser panel enhancement

**Measurement:** Maintain a working knowledge of the strength and weaknesses of the appraisers in your designated areas. Assist with finding appraisers for new requests in your designated areas. Report issues with appraiser¿s in your state to the Advisory Team. Monitor the appraiser expiration dates for appraisers in your designated areas and update in LINKS.

- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |
| **Comments:** | Joe knows the appraisers and their strengths and weaknesses in his primary states. He has recommended additional appraisers for the Approved Appraiser List and has made continual recommendations regarding appraiser downgrades. He has also maintained the appraiser registrations for those states that are his responsibility. | |

## Goal 4

**Description:** Customer Service Standards

**Measurement:** The start of a review is not contingent on the receipt of the LRM. All reviews are expected to be completed by the designated due date. It is imperative to keep the valuation coordinator apprised of any value changes or delays. If necessary, consult with your manager for assistance in resolving any issues. Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.
If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your manager. The status of all work in progress must be communicated to each prior to a known absence from work.

- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |
| **Comments:** | Joe completes reviews in a timely manner and communicates with all parties involved. He has been willing to work through difficult review issues with RM's even when these issues consume considerable time. | |

## Goal 5

**Description:** Continually review appraisal policy to maintain a level of understanding that enables you to better advise our service partners.

**Measurement:** Demonstrate an understanding of appraisal policy and regulations through daily work product.

- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |

PNCMeehan000194

| Comments: | Joe has a good understanding of PNC's Appraisal Policy, federal regulations and USPAP. He is not afraid to ask questions or seek help when necessary. |
|---|---|

## Goal 6

Description: Maintain your General Real Estate Appraiser Certification.
Measurement: Certification is and has remained active.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| Average Rating: | Meets All Expectations | 3.00 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Comments: | Joe has maintained his General State Appraisal Certification and also his MAI designation with the Appraisal Institute. | |

## Goal 7

Description: Evaluate your job knowledge and develop a plan to facilitate an increased understanding of appraisal policy, banking regulations and appraisal theory. Resources may include locally offered classes and meetings.
Measurement: Attendance at internal & external training offered throughout the year. The USPAP update class is to be completed prior to the end of April when USPAP has been revised.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| Average Rating: | Meets All Expectations | 3.00 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Comments: | Joe completed the USPAP update in February and two other continuing ed classes as well. | |

## Demonstrated Behaviors

## Goal 1

Description: Be an active, positive change agent
Measurement: Take responsibility for implementing new policies and procedures relating to REVS. You are expected to ask more questions that challenge our day-to-day processes resulting in fresh ideas & innovative solutions; share rationale for specific changes with other REVS members; help others to adapt to changes; be a catalyst and supporter for any changes in REVS by being a positive agent of change that assists in maintaining a positive atmosphere within the office, etc.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| Average Rating: | Meets All Expectations | 3.00 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Comments: | Joe continually asks questions regarding appraisal and PNC policies in order to better manage | |

PNCMeehan000195

risk and provide our service partners with what they need without compromising the Bank's position.

## Goal 2

**Description:** Consistent personal & team growth

**Measurement:** You are encouraged to demonstrate a high level of initiative on assignments; taking on more responsibility; responsibly manage time; take responsibility for personal development that is aligned with REVS business priorities.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |

**Comments:** Joe works diligently on his review assignments and is very thorough in his reviews.

## Goal 3

**Description:** Have a positive impact on REVS daily environment and also our employee engagement performance.

**Measurement:** You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). You are expected to be supportive of your co-workers. Sensitive issues are to be discussed privately with your supervisor. You are expected to take an active role in employee engagement planning/programs with the goal of improving our ratings for 2012.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |

**Comments:** Joe maintains a positive line of communication with service partners, vendors and REVS staff. He is not afraid to ask questions when necessary.

## Risk Management

### PNC Standard Corporate Risk Management (1)

**Description:** Supports a strong risk culture and demonstrates the actions that embody our core value of risk management

**Measurement:** Completion of Code of Business Conduct and Ethics training; Perform your job duties in a manner that is consistent with PNC¿s Code of Business Conduct.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| | | |
|---|---|---|
| **Average Rating:** | Meets All Expectations | 3.00 |
| **Rating:** | Meets All Expectations | |

PNCMeehan000196

| Comments: | Joe has completed the Code of Business and Conduct training and performed his duties in a manner that is consistent with the bank's code of business conduct. |
|---|---|

### PNC Standard Corporate Risk Management (2)

**Description:** Manages risks associated with job and escalates possible risk issues to the attention of supervisor and / or higher management

**Measurement:** Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to the Supervising Appraiser.
- End Date:: 12/31/2012
- Start Date:: 01/01/2012
- Status:

| Average Rating: | Meets All Expectations | 3.00 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Comments: | Joe is very diligent in making sure the appraisals we use and his own reviews are compliant with USPAP and banking regulations. He communicates effectively with both the Supervisory Appraiser and his supervisor. | |

## Other Goals

## Mid-Year Review

### Mid-Year Review Summary

| Rating: | |
|---|---|
| Comments: | |

## Employee Year-End

## Matrix Manager Year-End

## Manager Year-End

| Average Rating: | Meets All Expectations | 3.00 |
|---|---|---|
| Rating: | Meets All Expectations | |
| Comments: | Joe is a good review appraiser with a good skill set and work ethic. He did not meet his monitary production goal in 2012; however, he did do enough reviews to meet the goal if fees were higher. He needs to concentrate more on critical issues. Further, when times are slow he needs to seek out more work. | |

## Development Objectives

## Other Evaluator's Comments

## Signatures

_____
Joseph Meehan / Date

PNCMeehan000197

Douglas Schoenberg / Date

**Document Status:**

**Goal Setting Status:**
Completed

**Review Status :**
Completed

**Statement of Acknowledgement :**
Click the OK button to electronically sign and acknowledge that your review meeting with your manager was conducted. Your acknowledgement confirms only that your evaluation has been discussed with you (regardless of whether you agree with your manager's assessment of your performance.)

In addition, by clicking the OK button to electronically sign, you acknowledge that you have read, understand, and will comply with PNC's Code of Business Conduct and Ethics and related policies referenced in the Code, and PNC's Employee Manual policies.  You should discuss any questions regarding PNC's Code of Business Conduct and Ethics with your supervisor or with the Corporate Ethics Office.

**Date acknowledged :**
01/17/2013

**Who acknowledged :**

**Reason for acknowledgement :**
Employee Acknowledged

**Audit History**

| | Created By | | | |
|---|---|---|---|---|
| | Last Updated By : | Douglas Schoenberg | | 01/17/2013 12:58:16PM |

PNCMeehan000198