# EXHIBIT O

Performance Document - Annual Performance Summary
## Manager Evaluation

Joseph Meehan, APPRAISER II
Annual Performance Summary, 01/02/2013 - 12/31/2013

**Author:** Douglas Schoenberg                    **Role:** Manager
**Status:** Completed                             **Due Date:** 02/15/2014
**Approval:** Not Required
Enter comments and ratings, as applicable, for each section of this evaluation. Save entries made by clicking the Save button.

Regarding "Complete/Available for Review": As part of the Pay for Performance mid-year and year-end cycles, these buttons will be enabled. Click on the button only when you are ready to share your document, including all comments and ratings with the manager/employee with whom you are completing the review. Reminder: Please remember to save often as you make changes to the information below.

## Section 1 - Business / Functional Results

**Productivity**

**Description:** Effectively perform the necessary job duties of a Review Appraiser in a regulatory compliant manner.

Productivity will be measured by the total number of reviews completed on an annual basis.
**Measurement:** Each Reviewer is expected to generate total (allocated) fees in the amount of $108,000 annually, or an average of $9,000 monthly. Obtaining this target is the baseline for achieving a ¿Meets All Expectations¿ performance rating for this goal.
Approved Appraiser Panel (your designated markets/States): 1) Ensure the status in LINKS for each appraiser¿s certification remains consistent with the status identified on the asc.gov website. 2) Assist procurement with the addition of new vendors within your designated markets. 3) Assist with special projects. 4) If you are located in a procurement office you are expected to assist with procurement on an as need basis.
- Start Date : 01/01/2013
- End Date : 12/31/2013
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Joe's total production for 2013 was $109,416 or 102% of the goal of $108,000. This falls within the meets expectations grouping. Joe is a good technical review appraiser and comprehensive in his analysis of sometimes complex assignments. In addition to his review work Joe has maintained the licensing/certification updates for the states he is responsible for.

Last Modified By :             Douglas Schoenberg             01/08/2014  1:38PM

## Section 2 - Demonstrated Behaviors

**Customer Service**

**Description:** Maintain a high level of customer satisfaction by providing prompt, reliable service and effective communication
**Measurement:** Demonstration of ability to meet and/or exceed customer (co-workers, relationship managers, vendors, etc.) expectations.
All reviews are expected to be completed by the designated due date. It is imperative to keep the valuation coordinator apprised of any value changes or delays due to circumstances beyond the control of the reviewer (example: LRM not completed in a timely manner). If necessary, consult with your manager for assistance in resolving any issues.

PNCMeehan000184

Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.

If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your supervisor. The status of all work in progress must be communicated to each prior to a known absence from work.
- Start Date : 01/01/2013
- End Date : 12/31/2013
- Status:  In Progress

**Rating:** Meets All Expectations

**Comments:** Joe's reviews are generally timely and he communicates effectively with the Procurement staff.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 1:41PM |

### Attitude/Teamwork

**Description:** Have a positive impact on REVS daily environment and also our employee engagement performance.

**Measurement:** You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). Sensitive issues are to be discussed privately with your supervisor. You are expected to take an active role in employee engagement activities/meetings with the goal of improving our ratings for 2013. Lastly, you are to be a catalyst and supporter of new processes or procedures in REVS, by being a positive agent of change that assists in maintaining a collaborative atmosphere within the office/group.
- Start Date : 01/01/2013
- End Date : 12/31/2013
- Status:  In Progress

**Rating:** Meets All Expectations

**Comments:** Feedback from some on the Procurement staff indicate that Joe can sometimes be "stubborn" in his approach to certain appraisal related issues; however, others give Joe good marks for his direct approach. I believe Joe meets expectation here. He is willing to take on complex assignments, which sometimes lead to conflicts with the Procurement staff due to quality of work/USPAP issues. Joe has further been involved in group activities as he was a judge for the REVS Academy Jepardy Game.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 1:48PM |

## Section 3 - Risk Management

### PNC Standard Corporate Risk Management (1)

**Description:** Supports a strong risk culture and demonstrates the actions that embody our core value of risk management

**Measurement:**
- Start Date :
- End Date :
- Status:

**Rating:** Meets All Expectations

**Comments:** Joe meets expectations in this area. He has completed all Business Conduct and Ethics training and is versed in PNC appraisal policy and USPAP.  His review work further exemplifies his commitment to risk managment.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 1:52PM |

PNCMeehan000185

## PNC Standard Corporate Risk Management (2)

**Description:** Manages risks associated with job and escalates possible risk issues to the attention of supervisor and / or higher management

**Measurement:**

- Start Date :
- End Date :
- Status:

**Rating:** Meets All Expectations

**Comments:** Joe indicates in his self assessment that he is "exceptionally demanding" in the review process. My perception is that this is correct. His analysis of appraisal technique and methodology is very strong. However, he needs to concentrate on critical issues, especially in more non-complex assignments. For example, errors in the Sales Comparison Approach might be overlooked if the Income Approach is done correctly and given the most weight in the value conclusion.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 2:04PM |
| --- | --- | --- |

## Risk Management / Compliance (Goal 1)

**Description:** Supports a strong risk culture and demonstrates the actions that embody our core values of risk management.

**Measurement:** Completion of Code of Business Conduct and Ethics training. Perform your job duties in a manner that is consistent with PNC's Code of Business Conduct & Ethics, Real Estate Appraisal Policy, Commercial Real Estate Appraisal Procedures and The Desk Reference.

- Start Date : 01/01/2013
- End Date : 12/31/2013
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Joe has completed the Code of Business Conduct and Ethics training as well as other required internal courses. He is familiar with our policy, procedures and the desk reference. He does his job in accordance with these policies.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 2:08PM |
| --- | --- | --- |

## Risk Management / Compliance (Goal 2)

**Description:** Manage risks associated with job and escalate possible risk issues to the attention of supervisor and / or higher management.

**Measurement:** Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to your supervisor. Clearly communicate an understanding of applicable risks, Extraordinary Assumptions, Hypothetical Conditions & options for mitigating risks related to assignments.

- Start Date : 01/01/2013
- End Date : 12/31/2013
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Joe is good at communicating potential problems with me, and keeping me updated on review issues. He is not afraid to ask questions regarding policy, procedure or USPAP issues.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 2:11PM |
| --- | --- | --- |

PNCMeehan000186

**Risk Management/ Compliance (Goal 3)**

**Description:** Continuing Education

**Measurement:** Maintain your appraisal certification. In the year in which USPAP is updated, the National Uniform Standards of Professional Appraisal Practice (USPAP) Course (7-Hour Update) must be taken in the first quarter of the year.
- Start Date : 01/01/2013
- End Date : 12/31/2013
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Joe has maintained his State Certification. He will need to catch up on some Continuing Education during 2014. All required internal classes have been completed.

| Last Modified By : | Douglas Schoenberg | 01/08/2014 2:13PM |
|---|---|---|

## Section 4 - Other Goals

## Section 5 - Mid-Year Review

**Mid-Year Review Summary**

Rating:

Comments:

## Section 6 - Employee's Overall Summary

## Section 7 - Manager's Overall Summary

Rating: Meets All Expectations

Comments: Joe is good technical reviewer and he did meet his production goals for 2013. As he has indicated he can be "exceptionally demanding" during the review process and this is both a strength and at times a weakness. Joe is good at communicating with the Procurement staff and myself regarding pending problems or issues. There are times when his communications with vendors seem very direct; however, he is generally correct in his analysis of appraisal/valuation issues. I enjoy having Joe on my staff as I often learn to see things from a different perspective when I work with him on assignments.

## Section 8 - Other Evaluator's Comments

## Section 9 - Employee Comments

**Employee Comments Summary**

Comments:

## Section 10 - Signatures

Joseph Meehan / Date

PNCMeehan000187

Douglas Schoenberg / Date

**Document Status:**

**Goal Setting Status:**
Completed

**Review Status :**
Completed

**Statement of Acknowledgement :**
Click the OK button to electronically sign and acknowledge that your review meeting with your manager was conducted. Your acknowledgement confirms only that your evaluation has been discussed with you (regardless of whether you agree with your manager's assessment of your performance.)

In addition, by clicking the OK button to electronically sign, you acknowledge that you have read, understand, and will comply with PNC's Code of Business Conduct and Ethics and related policies referenced in the Code, and PNC's Employee Manual policies. You should discuss any questions regarding PNC's Code of Business Conduct and Ethics with your supervisor or with the Corporate Ethics Office.

**Date acknowledged :**
02/06/2014

**Who acknowledged :**
Joseph Meehan

**Reason for acknowledgement :**
Employee Acknowledged

**Audit History**

| | | |
|---|---|---|
| Last Updated By : | Douglas Schoenberg | 02/10/2014 11:29:29AM |
| Acknowledged By : | Joseph Meehan | 02/06/2014 4:56:38PM |
| Completed By : | Douglas Schoenberg | 02/10/2014 11:29:29AM |

PNCMeehan000188