# EXHIBIT  P

Case: 4:17-cv-02876-PLC    Doc. #:  64-16    Filed: 03/20/19    Page: 1 of 6 PageID #: 1797

Performance Document - Annual Performance Summary

# Self-Evaluation

Joseph Meehan, APPRAISER II
Annual Performance Summary, 01/01/2014 - 12/31/2014

**Author:** Joseph Meehan  **Role:** Employee
**Status:** Completed  **Due Date:** 01/15/2015

Enter comments and ratings, as applicable, for each section of this evaluation. Save entries made by clicking the Save button.

Regarding "Complete/Available for Review": As part of the Pay for Performance mid-year and year-end cycles, these buttons will be enabled. Click on the button only when you are ready to share your document, including all comments and ratings with the manager/employee with whom you are completing the review. Reminder: Please remember to save often as you make changes to the information below.

## Section 1 - Business / Functional Results

**Productivity**

**Description:** Effectively perform the necessary job duties of a Review Appraiser in a regulatory compliant manner.

Productivity will be measured by the total number of reviews completed on an annual basis.
**Measurement:** Each Reviewer is expected to generate total (allocated) fees in the amount of $108,000 annually, or an average of $9,000 monthly.
Approved Appraiser Panel (your designated markets/States): 1) Ensure the status in LINKS for each appraiser???s certification remains consistent with the status identified on the asc.gov website. 2) Assist procurement with the addition of new vendors within your designated markets. 3) Assist with special projects. 4) If you are located in a procurement office you are expected to assist with procurement on an as needed basis.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status:  In Progress

**Rating:** Meets All Expectations

**Comments:** My duties have been allocated to performing technical reviews and appraiser monitoring responsibilities.  However, it is my opinion that more than 90% of my time is spent on technical reviews.  My total production would have been higher if appraisal requests had not slowed down during June, July, August, and November.  For example, I completed 25 reviews in February, but only 14 in November.   My fee production during busy months ranged from $10,000 to $12,000.  Slow month production ranged from $4,500 to $4,700.  I request additional work as I assignments are completed.
I have maintained a working knowledge of the strength and weaknesses of appraisers in my areas and have recommended appraisers to supervisory appraisers when consulted.  I have worked with the advisory team and have graded appraisers on their performance.  I also have downgraded appraisers who have not complied with USPAP or the banks requirements.  I have been willing to assist with special projects when requested. I have monitored appraiser certification for appraisers in seven states via asc.gov and have updated appraiser certification in LINKs.

| Created By : | Joseph Meehan | 09/23/2014  8:41AM |
|---|---|---|
| Last Modified By : | Joseph Meehan | 12/17/2014  1:18PM |

## Section 2 - Demonstrated Behaviors

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      PNCMeehan000179

## Customer Service

**Description:** Maintain a high level of customer satisfaction by providing prompt, reliable service and effective communication

**Measurement:** Demonstration of ability to meet and/or exceed customer (co-workers, relationship managers, vendors, etc.) expectations.

All reviews are expected to be completed by the designated due date. It is imperative to keep the valuation coordinator apprised of any value changes or delays due to circumstances beyond the control of the reviewer (example: LRM not completed in a timely manner). If necessary, consult with your manager for assistance in resolving any issues.

Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.

If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your supervisor. The status of all work in progress must be communicated to each prior to a known absence from work.

- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** My reviews have been completed in timely manner. If appraisal revisions are necessary I have notified the supervisory appraiser and the coordinator. Most times I have discussed the appraisal issues and potential delays with the RM prior to contacting the appraiser. I have briefed my back-up contact/manage on reviews/issues prior to absences. I have demonstrated a high level of initiative on assignments by consulting with RMs and appraisers to verify that the appraisal addresses the needs of the RM and the bank.

| | | |
|---|---|---|
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Joseph Meehan | 12/17/2014 1:18PM |

## Attitude/Teamwork

**Description:** Have a positive impact on REVS daily environment and also our employee engagement performance.

**Measurement:** You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). Sensitive issues are to be discussed privately with your supervisor. You are expected to take an active role in employee engagement activities/meetings with the goal of improving our overall grand mean score. Lastly, you are to be a catalyst and supporter of new processes or procedures in REVS, by being a positive agent of change that assists in maintaining a collaborative atmosphere within the office/group.

- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** I would like to believe I maintain a positive rapport with RMs, vendors, and the REVS staff by communicating effectively and in a timely manner. Any significant issues are discussed with my supervisor prior to taking action.

| | | |
|---|---|---|
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Joseph Meehan | 12/17/2014 1:18PM |

## Section 3 - Risk Management

### Risk Management/ Compliance (Goal 1)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    PNCMeehan000180

**Description:** Supports a strong risk culture and demonstrates the actions that embody our core values of risk management.
**Measurement:** Completion of Code of Business Conduct and Ethics training. Perform your job duties in a manner that is consistent with PNC???s Code of Business Conduct & Ethics, Real Estate Appraisal Policy, Commercial Real Estate Appraisal Procedures and The Desk Reference.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status:  In Progress

| | |
|---|---|
| **Rating:** | Meets All Expectations |
| **Comments:** | I have completed the Code of Business and Conduct training, Reg B - Equal Credit and Opportunity Act, 2014 Flood Insurance, Internal Customer Engagement and other training and learning classes. I perform my job duties in a manner that is consistent with the bank???s code of business conduct. I have kept abreast of appraisal policy changes, PNC???s real estate appraisal procedures and our Desk Reference. I review appraisal policy and share this knowledge with my service partners.  I seek direction on issues that are not specifically addressed as a policy. |
| Created By : | Joseph Meehan | 09/23/2014  8:41AM |
| Last Modified By : | Joseph Meehan | 12/17/2014  1:18PM |

### Risk Management/ Compliance (Goal 2)

**Description:** Manage risks associated with job and escalate possible risk issues to the attention of supervisor and / or higher management.
**Measurement:** Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to your supervisor. Clearly communicate an understanding of applicable risks, Extraordinary Assumptions, Hypothetical Conditions & options for mitigating risks related to assignments.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status:  In Progress

| | |
|---|---|
| **Rating:** | Meets All Expectations |
| **Comments:** | I complete my reviews in a regulatory compliant manner and raise any concerns relating to risk to the supervisory appraiser.  I often engage my supervisor during the process. I have performed my job duties as a review appraiser in a manner that is consistent with appraisal regulations and bank policy. |
| Created By : | Joseph Meehan | 09/23/2014  8:41AM |
| Last Modified By : | Joseph Meehan | 12/17/2014  1:18PM |

### Risk Management/ Compliance (Goal 3)

**Description:** Continuing Education
**Measurement:** Maintain your appraisal certification. In the year in which USPAP is updated, the National Uniform Standards of Professional Appraisal Practice (USPAP) Course (7-Hour Update) must be taken in the first quarter of the year.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status:  In Progress

| | |
|---|---|
| **Rating:** | Meets All Expectations |
| **Comments:** | I completed the USPAP 2014 update class in January 2014.   In addition, I completed three continuing education classes in 2014.  Thus, I continue to enhance my appraisal knowledge, |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        PNCMeehan000181

| | | |
|---|---|---|
| understanding of appraisal theory, banking regulations and appraisal policy. I have completed the continuing education required to maintain my general real estate appraiser certification and am in good-standing with my state. | | |
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Joseph Meehan | 12/17/2014 1:18PM |

### PNC Standard Corporate Risk Management (1)

Description: The employee supports a strong risk management culture and demonstrates the actions that embody our core value of risk management.

Measurement:
- Start Date :
- End Date :
- Status:

Rating: Meets All Expectations

Comments: I believe I am honest and conduct business with the highest ethical standards. I understand the needs of my customers and to address those needs I provide professional and prompt service.

Last Modified By : Joseph Meehan    12/17/2014 1:18PM

### PNC Standard Corporate Risk Management (2)

Description: The employee manages risks associated with the job and escalates possible issues to a supervisor or member of senior management. The risks could include, among other things, key risks to PNC or issues related to audit, Sarbanes-Oxley controls, compliance or regulatory matters (including matters requiring attention that have been communicated to us by regulators).

Measurement:
- Start Date :
- End Date :
- Status:

Rating: Meets All Expectations

Comments: I have performed my job duties in a timely manner. My performance has been consistent with Bank Policies and USPAP requirements. However, I appear to spend more time on potential valuation concerns and questions than my colleagues. For example, I often hear appraisers saying they did it that way last year and it was approved when questioned about something that is theoretically incorrect or in error.

Last Modified By : Joseph Meehan    12/17/2014 1:18PM

## Section 4 - Other Goals

## Section 5 - Mid-Year Review

### Mid-Year Review Summary

Rating: Meets All Expectations

Comments:

## Section 6 - Employee's Overall Summary

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    PNCMeehan000182

**Rating:** Meets All Expectations

**Comments:** I have been told that I should not be so astute and should not look for errors in appraisal reports. I do not understand why errors seem to ???jump out??? at me. One former supervisor told me I find errors he never would have found. Another former supervisor said we are production-oriented and indicated we should be less concerned about quality. I would like to believe I can do both while still balancing time constraints with bank risk.

## Section 7 - Other Evaluator's Comments

## Section 8 - Signatures

_____

Joseph Meehan / Date

| Audit History | | | |
|---|---|---|---|
| Last Updated By : | Joseph Meehan | | 12/17/2014 1:21:18PM |
| Completed By : | Joseph Meehan | | 12/17/2014 1:21:18PM |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        PNCMeehan000183