# EXHIBIT  Q

Performance Document - Annual Performance Summary
# Manager Evaluation

Joseph Meehan, APPRAISER II
Annual Performance Summary, 01/01/2014 - 12/31/2014

**Author:** Douglas Schoenberg                 **Role:** Manager
**Status:** Completed                           **Due Date:** 02/15/2015
**Approval:** Not Required
Enter comments and ratings, as applicable, for each section of this evaluation. Save entries made by clicking the Save button.

Regarding "Complete/Available for Review": As part of the Pay for Performance mid-year and year-end cycles, these buttons will be enabled. Click on the button only when you are ready to share your document, including all comments and ratings with the manager/employee with whom you are completing the review. Reminder: Please remember to save often as you make changes to the information below.

## Section 1 - Business / Functional Results

**Productivity**

**Description:** Effectively perform the necessary job duties of a Review Appraiser in a regulatory compliant manner.

Productivity will be measured by the total number of reviews completed on an annual basis.
**Measurement:** Each Reviewer is expected to generate total (allocated) fees in the amount of $108,000 annually, or an average of $9,000 monthly.
Approved Appraiser Panel (your designated markets/States): 1) Ensure the status in LINKS for each appraiser???s certification remains consistent with the status identified on the asc.gov website. 2) Assist procurement with the addition of new vendors within your designated markets. 3) Assist with special projects. 4) If you are located in a procurement office you are expected to assist with procurement on an as needed basis.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Joe was at 94% of the goal through November. This is not for a lack of effort on his part but there were several slow months when overall volumes were down. He has shown that he is willing and capable of meeting the goal when work volumes are adequate. Joe is a good reviewer with strong technical skills, he is capable of handling complex assignments. Further, he has made several recommendations for appraiser downgrades through the year.

| | | |
|---|---|---|
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Douglas Schoenberg | 01/14/2015 8:42AM |

## Section 2 - Demonstrated Behaviors

**Customer Service**

**Description:** Maintain a high level of customer satisfaction by providing prompt, reliable service and effective communication
**Measurement:** Demonstration of ability to meet and/or exceed customer (co-workers, relationship managers, vendors, etc.) expectations.
All reviews are expected to be completed by the designated due date. It is imperative to keep the valuation coordinator apprised of any value changes or delays due to circumstances beyond the control of the reviewer

PNCMeehan000174

(example: LRM not completed in a timely manner). If necessary, consult with your manager for assistance in resolving any issues.

Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.

If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your supervisor. The status of all work in progress must be communicated to each prior to a known absence from work.

- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Reviews are completed in a thorough and timely manner. Joe communicates with RM's, associates and appraisal vendors regarding possible delays and appraisal issues. Joe is very good about allerting me when he will be out and/or working from home.

| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Douglas Schoenberg | 01/14/2015 8:58AM |

### Attitude/Teamwork

**Description:** Have a positive impact on REVS daily environment and also our employee engagement performance.

**Measurement:** You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). Sensitive issues are to be discussed privately with your supervisor. You are expected to take an active role in employee engagement activities/meetings with the goal of improving our overall grand mean score. Lastly, you are to be a catalyst and supporter of new processes or procedures in REVS, by being a positive agent of change that assists in maintaining a collaborative atmosphere within the office/group.

- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

**Rating:** Meets All Expectations

**Comments:** Joe maintains a positive attitude, although, justifiably so, he is sometimes frustrated with the quality of work we see from outside vendors. He is good about coming to me with questions or comments regarding appraisal issues.

| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Douglas Schoenberg | 01/14/2015 8:58AM |

## Section 3 - Risk Management

### Risk Management/ Compliance (Goal 1)

**Description:** Supports a strong risk culture and demonstrates the actions that embody our core values of risk management.

**Measurement:** Completion of Code of Business Conduct and Ethics training. Perform your job duties in a manner that is consistent with PNC???s Code of Business Conduct & Ethics, Real Estate Appraisal Policy, Commercial Real Estate Appraisal Procedures and The Desk Reference.

- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

**Rating:** Meets All

PNCMeehan000175

| Comments: | Expectations |  |
|---|---|---|
|  | Joe has completed the required Code of Business Conduct, Reg B, Flood Insurance in the necessary times. He is familiar with the PNC Appraisal Policy, Procedures and the Desk Reference. |  |
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Douglas Schoenberg | 01/20/2015 9:19AM |

### Risk Management/ Compliance (Goal 2)

**Description:** Manage risks associated with job and escalate possible risk issues to the attention of supervisor and / or higher management.

**Measurement:** Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to your supervisor. Clearly communicate an understanding of applicable risks, Extraordinary Assumptions, Hypothetical Conditions & options for mitigating risks related to assignments.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

| Rating: | Meets All Expectations |  |
|---|---|---|
| Comments: | Joe is a good reviewer an understands the regulations very well. He is not afraid to query me regarding valuation or regulatory questions. He has a very clear understanding of the difference between Extraordinary Assumptions and Hypothetical Conditions. |  |
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Douglas Schoenberg | 01/14/2015 8:58AM |

### Risk Management/ Compliance (Goal 3)

**Description:** Continuing Education

**Measurement:** Maintain your appraisal certification. In the year in which USPAP is updated, the National Uniform Standards of Professional Appraisal Practice (USPAP) Course (7-Hour Update) must be taken in the first quarter of the year.
- Start Date : 01/01/2014
- End Date : 12/31/2014
- Status: In Progress

| Rating: | Meets All Expectations |  |
|---|---|---|
| Comments: | Joe is current on his General Certification and the continuing ed for his designation. |  |
| Created By : | Joseph Meehan | 09/23/2014 8:41AM |
| Last Modified By : | Douglas Schoenberg | 01/14/2015 9:14AM |

### PNC Standard Corporate Risk Management (1)

**Description:** The employee supports a strong risk management culture and demonstrates the actions that embody our core value of risk management.

**Measurement:**
- Start Date :
- End Date :
- Status:

| Rating: | Meets All Expectations |
|---|---|

PNCMeehan000176

| Comments: | Joe supports PNC's risk culture and performs his duties in accordance with Federal Regulations and PNC's policies and procedures. | |
|---|---|---|
| Last Modified By : | Douglas Schoenberg | 01/14/2015  9:14AM |

**PNC Standard Corporate Risk Management (2)**

**Description:** The employee manages risks associated with the job and escalates possible issues to a supervisor or member of senior management. The risks could include, among other things, key risks to PNC or issues related to audit, Sarbanes-Oxley controls, compliance or regulatory matters (including matters requiring attention that have been communicated to us by regulators).

**Measurement:**
- Start Date :
- End Date :
- Status:

| Rating: | Meets All Expectations | |
|---|---|---|
| Comments: | Joe is very concerned about the quality of appraisal work that comes across his desk. He is well versed in USPAP and market parameters and is not afraid to challenge appraisers regarding their assumptions. | |
| Last Modified By : | Douglas Schoenberg | 01/14/2015  9:14AM |

## Section 4 - Other Goals

## Section 5 - Mid-Year Review

**Mid-Year Review Summary**

Rating:

Comments: Joe and I discussed this mid-year review on August 11, 2014. I am in agreement with Joe's Self Evaluation assessment.

## Section 6 - Employee Mid Year Comments

**Employee Mid Year Comments Summary**

Comments:

## Section 7 - Employee's Overall Summary

## Section 8 - Manager's Overall Summary

Rating: Meets All Expectations

Comments: Joe, will not likely meet the production goal for the year; however, this is not for a lack of effort on his part. He is a very thorough and technical reviewer and is not afraid to challenge appraisers regarding regulatory, USPAP or valuation issues. I would recommend that Joe take the AI General Appraisal Review course during 2015 if it is available locally.

## Section 9 - Other Evaluator's Comments

## Section 10 - Employee Comments

PNCMeehan000177

**Employee Comments Summary**

**Comments:** I agree with my supervisor's comments and review. I have proven I can exceed my monthly production goal when review assignment volume is sufficent.

## Section 11 - Signatures

Joseph Meehan / Date

_____

Douglas Schoenberg / Date

_____

**Document Status:**
**Goal Setting Status:**
Completed
**Review Status :**
Completed

**Statement of Acknowledgement :**
Click the OK button to electronically sign and acknowledge that your review meeting with your manager was conducted. Your acknowledgement confirms only that your evaluation has been discussed with you (regardless of whether you agree with your manager's assessment of your performance.)

In addition, by clicking the OK button to electronically sign, you acknowledge that you have read, understand, and will comply with PNC's Code of Business Conduct and Ethics and related policies referenced in the Code, and PNC's Employee Manual policies. You should discuss any questions regarding PNC's Code of Business Conduct and Ethics with your supervisor or with the Corporate Ethics Office.

**Date acknowledged :**
01/27/2015
**Who acknowledged :**
Joseph Meehan

**Reason for acknowledgement :**
Employee Acknowledged

**Audit History**

| | | |
|---|---|---|
| Last Updated By : | Douglas Schoenberg | 01/28/2015 7:55:41AM |
| Acknowledged By : | Joseph Meehan | 01/27/2015 4:38:51PM |
| Completed By : | Douglas Schoenberg | 01/28/2015 7:55:41AM |

PNCMeehan000178