# EXHIBIT S

# CareerCompass

2015 Year-End Performance Summary for Joseph M. Meehan

Introduction

Return to Pathfinder

Performance Management is part of PNC's broader Pay for Performance approach. It is an ongoing process — a cycle that starts when an employee is hired and continues throughout their career at PNC. Performance Management at both Mid-Year and Year-End evaluates decisions and choices – evaluating value that was added or lost by an employee's performance.

Business Review

Performance Calibration is a process where managers (typically within a department or Line of Business) come together to discuss the performance of employees and gain alignment on performance evaluation ratings. This process ensures that:

• An objective performance evaluation of past performance is made for each employee in relation to others in similar roles/job, and

• Managers apply similar standards to all employees

Performance calibration is focused on past performance for the specified period and is typically directly linked to compensation. Calibration helps to ensure that employees who put in the same amount of effort achieve the same level of success and also receive similar rewards.

Performance Goals

Goal Setting is the critical first step in the pay-for-performance and begins in the Goal Plan. Managers should work with each employee to ensure that goals are clearly defined and understood. Goal setting is the foundation of the Performance Management process

During the Mid-Year and Year-End Pay for Performance process, employees and managers may record accomplishments and challenges that will become part of the Performance Evaluation. Enter comments and ratings, as applicable, for each section of this evaluation.

Business/Functional Results

CredRisk001 - Bus/Func Results

In Progress

Each reviewer is expected to generate total (allocated) fees in the amount of $108,000 annually, or an average of $9,000 monthly. Additionally, 1) For your assigned States, ensure the status in LINKS for each appraiser's certification remains consistent with the status identified on the asc.gov website; 2) Assist procurement with the addition of new vendors within your designated markets; 3) Assist with special projects; 4) If you are located in a procurement office you are expected to assist with procurement on an as needed basis.

Communicate ideas in staff meetings, take ownership for assigned work (meet deadlines or communicate issues in a timely manner), consistently encourage & motivate other members of the REVS team, offer insights or strategic ideas for improving our process, etc. Assist with the oversight of the approved appraiser list; continually review appraisal policy and procedures with a focus on process improvements; assist with special projects as needed.

Goal Details

| Goal Name | CredRisk001 - Bus/Func Results | Description | Effectively perform the necessary job duties of Technical Reviewer. |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    PNCMeehan000160

Productivity will be measured by the total number of: 1) reviews completed 2) results of quality assurance reviews for completed reviews, and 3) special projects completed.

Each reviewer is expected to generate total (allocated) fees in the amount of $108,000 annually, or an average of $9,000 monthly. Additionally, 1) For your assigned States, ensure the status in LINKS for each appraiser's certification remains consistent with the status identified on the asc.gov website; 2) Assist procurement with the addition of new vendors within your designated markets; 3) Assist with special projects; 4) If you are located in a procurement office you are expected to assist with

Measurement procurement on an as needed basis.     Start Date   01/01/2015

Communicate ideas in staff meetings, take ownership for assigned work (meet deadlines or communicate issues in a timely manner), consistently encourage & motivate other members of the REVS team, offer insights or strategic ideas for improving our process, etc. Assist with the oversight of the approved appraiser list; continually review appraisal policy and procedures with a focus on process improvements; assist with special projects as needed.

Due Date      12/31/2015                          Status       In Progress
%Complete    0.0%
Other Details
Tasks

Demonstrated Behaviors
CredRisk003 - Behaviors
In Progress
You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). Sensitive issues are to be discussed privately with your supervisor.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     PNCMeehan000161

You are expected to actively participate in employee engagement activities/meetings with the goal of improving our overall grand mean score. Lastly, you are to be a catalyst and supporter of new processes or procedures in REVS, by being a positive agent of change that assists in maintaining a collaborative atmosphere within the office.

Goal Details

| | | | |
|---|---|---|---|
| Goal Name | CredRisk003 - Behaviors | Description | Have a positive impact on REVS daily environment and also our employee engagement performance. |
| Measurement | You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). Sensitive issues are to be discussed privately with your supervisor. You are expected to actively participate in employee engagement activities/meetings with the goal of improving our overall grand mean score. Lastly, you are to be a catalyst and supporter of new processes or procedures in REVS, by being a positive agent of change that assists in maintaining a collaborative atmosphere within the office. | Start Date | 01/01/2015 |
| Due Date | 12/31/2015 | Status | In Progress |
| %Complete | 0.0% | | |

Other Details

Tasks

Risk Management

PNC Corporate Risk Management Goal

In Progress

Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to your supervisor. Clearly communicate an understanding of applicable risks, Extraordinary Assumptions, Hypothetical Conditions & options for mitigating risks related to assignments.

Completion of Code of Business Conduct and Ethics training. Perform your job duties in a manner that is consistent with PNC's Code of Business Conduct & Ethics, Real Estate Appraisal Policy, Commercial Real Estate Appraisal Procedures and The Desk Reference. Raise any concerns relating to risk to your supervisor.

Goal Details

| | | | |
|---|---|---|---|
| Goal Name | PNC Corporate Risk Management Goal | Description | The employee supports PNC's risk appetite and culture while managing risks in accordance |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      PNCMeehan000162

with the risk framework which includes, but not limited to, adherence to policies and procedures and escalation of possible issues (ie, risk, audit, Sarbanes-Oxley controls, compliance or regulatory matters) to supervisors.

Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to your supervisor. Clearly communicate an understanding of applicable risks, Extraordinary Assumptions, Hypothetical Conditions & options for mitigating risks related to assignments.

| | | | |
|---|---|---|---|
| Measurement | Completion of Code of Business Conduct and Ethics training. Perform your job duties in a manner that is consistent with PNC's Code of Business Conduct & Ethics, Real Estate Appraisal Policy, Commercial Real Estate Appraisal Procedures and The Desk Reference. Raise any concerns relating to risk to your supervisor. | Start Date | 01/01/2015 |
| Due Date | 12/31/2015 | Status | In Progress |
| %Complete | 0.0% | | |

Other Details

Tasks

Customer Focus
PNC Customer Focus Goal
In Progress
All reviews are expected to be completed by the designated due date. Keep the valuation coordinator apprised of any value changes or delays due to circumstances beyond the control of the reviewer (example: LRM not completed in a timely manner). If necessary, consult with your manager for assistance in resolving any issues. Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.

Demonstration of ability to meet and/or exceed customer (co-workers, relationship managers,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    PNCMeehan000163

vendors, etc.) expectations. Continually review appraisal policy and the desk reference to maintain a level of understanding that enables you to better advise our service partners. If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your supervisor. Complete outstanding work prior to a known absence. The status of all work in progress must be effectively communicated to your back up & supervising appraiser prior to a known absence from work.

Goal Details

| | | | |
|---|---|---|---|
| Goal Name | PNC Customer Focus Goal | Description | Take personal accountability for delivering a superior customer experience every time, both internally and externally to distinguish PNC from our competitors. Understand how the work you do connects with the customer experience. Approach every activity - no matter how big or small - with the customer impact in mind. Take ownership by initiating solutions and escalating, as necessary, to increase customer loyalty and engagement. |
| Measurement | All reviews are expected to be completed by the designated due date. Keep the valuation coordinator apprised of any value changes or delays due to circumstances beyond the control of the reviewer (example: LRM not completed in a timely manner). If necessary, consult with your manager for assistance in resolving any issues. Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.<br><br>Demonstration of ability to meet and/or exceed customer (co- | Start Date | 01/01/2015 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        PNCMeehan000164

workers, relationship managers, vendors, etc.) expectations. Continually review appraisal policy and the desk reference to maintain a level of understanding that enables you to better advise our service partners. If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your supervisor. Complete outstanding work prior to a known absence. The status of all work in progress must be effectively communicated to your back up & supervising appraiser prior to a known absence from work.

| Due Date | 12/31/2015 | Status | In Progress |
|---|---|---|---|
| %Complete | 0.0% | | |

Other Details
Tasks

Other
CredRisk004 - Other
In Progress
Maintain your appraisal certification. In the year in which USPAP is updated, the National Uniform Standards of Professional Appraisal Practice (USPAP) Course (7-Hour Update) must be taken in the first quarter of the year.
Goal Details

| Goal Name | CredRisk004 - Other | Description | Complete all required and advanced credit, regulatory and product knowledge training. Participate in special projects as requested. |
|---|---|---|---|
| Measurement | Maintain your appraisal certification. In the year in which USPAP is updated, the National Uniform Standards of Professional Appraisal Practice (USPAP) Course (7-Hour Update) must be taken in the first quarter of the year. | Start Date | 01/01/2015 |
| Due Date | 12/31/2015 | Status | In Progress |
| %Complete | 0.0% | | |

Other Details
Tasks

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        PNCMeehan000165

Employee Year-End Overall Summary

Enter any summary comments regarding overall performance in the Comments box below and select the overall rating that reflects progress made and results achieved during the evaluation period.

Employee Overall Comments

Employee Overall Performance Rating No Rating Selected

Manager Year-End Overall Summary

Enter any summary comments regarding overall performance in the Comments box below and select the overall rating that reflects progress made and results achieved during the evaluation period.

Overall Performance Rating

Does Not Meet Expectations

Additional Comments

Enter any final comments regarding the performance evaluation and discussion in the Comments box below.

Employee Additional Comments

Manager Additional Comments

Employee Acknowledgement

Click Yes to electronically sign and acknowledge that your review meeting with your manager was conducted. Your acknowledgement confirms only that your evaluation has been discussed with you (regardless of whether you agree with your manager's assessment of your performance.)

In addition, by clicking Yes to electronically sign, you acknowledge that you have read, understand and will comply with PNC's Code of Business Conduct and Ethics and related policies referenced in the Code and PNC's Employee Manual policies. You should discuss any questions regarding PNC's Code of Business conduct and Ethics with your supervisor or with the Corporate Ethics Office

Year-End 1:1 Acknowledged N

Manager Acknowledgement

If your employee is out on leave, or is unable to view the performance document electronically, please print a hard copy. The performance review should then be provided to your employee who should sign the document.

To confirm that you would like to acknowledge the Year-End performance evaluation, select the Evaluation Complete button.

Manager: 03/05/2016
Diane E Ferianc by CareerCompass Administration

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      PNCMeehan000166