# EXHIBIT  T

## Performance Document - Annual Performance Summary

# Manager Evaluation

Joseph Meehan,
Performance Period: 01/01/2012 - 12/31/2012

**Author:** Douglas Schoenberg        **Role:** Manager
**Status:** Available for Review
**Approval:** Not Required

The status of this evaluation is Available for Review. You may review your manager's rating and comments. No other actions are required at this time.

## Business / Functional Results

**Business / Functional Results** should include specific quantifiable metrics that can be measured based on performance throughout the year. Examples include Market Share, Deposit Growth, Loan Growth, P&L, general sales goals, cross selling opportunities, manage revenue, accurate and thorough results, builds relationships with business partners.

**Goal 1**

| ▽ Details |
|---|
| **Description:** Effectively perform the necessary job duties of a Technical Reviewer in a manner that is consistent with Bank policies. **Measurement:** Audited files demonstrate compliant reviews have been completed.<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
|---|
| Joe is a good review appraiser with an in depth knowledge of appraisal technique and theory. He has made progress this year in concentrating on critical issues and spending less time on non-critical matters. |

**Rating:** Meets All Expectations

**Goal 2**

| ▽ Details |
|---|
| **Description:** Production **Measurement:** It is expected that the number of reviews completed will be consistent with an allocation of 75% of your job duties being dedicated to performing technical reviews. The remaining job duties will focus on approved appraiser monitoring responsibilities<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
|---|
| Joe's production goal was $108,000 for 2012 and his production was $96,710 or 90%. Joe completed 289 reviews, which was as many as several of his cohorts who did reach the goal, but his average fee per review was only $335. We will work in the coming year to bring this number up; however, Joe needs to seek out more work when times are slow. |

MEEHAN 003421

**Rating:** Meets Some Expectations

## Goal 3

| ▽ Details |
|---|
| **Description:** Approved appraiser panel enhancement<br>**Measurement:** Maintain a working knowledge of the strength and weaknesses of the appraisers in your designated areas. Assist with finding appraisers for new requests in your designated areas. Report issues with appraiser¿s in your state to the Advisory Team. Monitor the appraiser expiration dates for appraisers in your designated areas and update in LINKS.<br>  • Start Date: 01/01/2012<br>  • End Date: 12/31/2012<br>  • Status: In Progress |

| Comments |
|---|
| Joe knows the appraisers and their strengths and weaknesses in his primary states.  He has recommended additional appraisers for the Approved Appraiser List and has made continual recommendations regarding appraiser downgrades. He has also maintained the appraiser registrations for those states that are his responsibility. |

**Rating:** Meets All Expectations

## Goal 4

| ▽ Details |
|---|
| **Description:** Customer Service Standards<br>**Measurement:**<br>The start of a review is not contingent on the receipt of the LRM. All reviews are expected to be completed by the designated due date. It is imperative to keep the valuation coordinator apprised of any value changes or delays. If necessary, consult with your manager for assistance in resolving any issues.<br>Demonstration of ability to resolve issues with clear communications in a timely manner in order to meet or exceed customer expectations. If review due date is going to be missed the Valuation Coordinator and Supervising Appraiser must be consistently notified.<br>If you are going to be out of the office it is your responsibility to make sure your back up is notified along with your manager. The status of all work in progress must be communicated to each prior to a known absence from work.<br>  • Start Date: 01/01/2012<br>  • End Date: 12/31/2012<br>  • Status: In Progress |

| Comments |
|---|
| Joe completes reviews in a timely manner and communicates with all parties involved.  He has been willing to work through difficult review issues with RM's even when these issues consume considerable time. |

**Rating:** Meets All Expectations

MEEHAN 003422

**Goal 5**

| ▽ Details |
| --- |
| **Description:** Continually review appraisal policy to maintain a level of understanding that enables you to better advise our service partners.<br>**Measurement:** Demonstrate an understanding of appraisal policy and regulations through daily work product.<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
| --- |
| Joe has a good understanding of PNC's Appraisal Policy, federal regulations and USPAP.  He is not afraid to ask questions or seek help when necessary. |

**Rating:**  Meets All Expectations

**Goal 6**

| ▽ Details |
| --- |
| **Description:** Maintain your General Real Estate Appraiser Certification.<br>**Measurement:** Certification is and has remained active.<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
| --- |
| Joe has maintained his General State Appraisal Certification and also his MAI designation with the Appraisal Institute. |

**Rating:**  Meets All Expectations

**Goal 7**

| ▽ Details |
| --- |
| **Description:** Evaluate your job knowledge and develop a plan to facilitate an increased understanding of appraisal policy, banking regulations and appraisal theory. Resources may include locally offered classes and meetings.<br>**Measurement:** Attendance at internal & external training offered throughout the year. The USPAP update class is to be completed prior to the end of April when USPAP has been revised.<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
| --- |
| Joe completed the USPAP update in February and two other continuing ed classes as well. |

MEEHAN 003423

Case: 4:17-cv-02876-PLC    Doc. #: 64-20    Filed: 03/20/19    Page: 5 of 9 PageID #: 1485

Rating:  Meets All Expectations

## Demonstrated Behaviors

**Demonstrated Behaviors** include the way in which goals are reached. This represents the "how" an employee accomplishes their goals on a daily basis. Examples include Human Sigma level, EIQ, CIQ, collaborate well with business partners, teamwork and communication skills.

### Goal 1

▽ Details

**Description:** Be an active, positive change agent
**Measurement:** Take responsibility for implementing new policies and procedures relating to REVS. You are expected to ask more questions that challenge our day-to-day processes resulting in fresh ideas & innovative solutions; share rationale for specific changes with other REVS members; help others to adapt to changes; be a catalyst and supporter for any changes in REVS by being a positive agent of change that assists in maintaining a positive atmosphere within the office, etc.
* Start Date: 01/01/2012
* End Date: 12/31/2012
* Status: In Progress

Comments

Joe continually asks questions regarding appraisal and PNC policies in order to better manage risk and provide our service partners with what they need without compromising the Bank's position.

Rating:  Meets All Expectations

### Goal 2

▽ Details

**Description:** Consistent personal & team growth
**Measurement:** You are encouraged to demonstrate a high level of initiative on assignments; taking on more responsibility; responsibly manage time; take responsibility for personal development that is aligned with REVS business priorities.
* Start Date: 01/01/2012
* End Date: 12/31/2012
* Status: In Progress

Comments

Joe works diligently on his review assignments and is very thorough in his reviews.

MEEHAN 003424

**Rating:** Meets All Expectations

### Goal 3

| ▽ **Details** |
| --- |
| **Description:** Have a positive impact on REVS daily environment and also our employee engagement performance.<br>**Measurement:** You are expected to maintain a positive rapport with REVS staff, vendors and service partners (relationship managers). You are expected to be supportive of your co-workers. Sensitive issues are to be discussed privately with your supervisor. You are expected to take an active role in employee engagement planning/programs with the goal of improving our ratings for 2012.<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
| --- |
| Joe maintains a positive line of communication with service partners, vendors and REVS staff.  He is not afraid to ask questions when necessary. |

**Rating:** Meets All Expectations

## Risk Management

**Risk Management** should specifically address how an employee works to maintain PNC's moderate risk profile. At a minimum this would include the completion of Code of Business Conduct and Ethics training on an annual basis and take personal responsibility for managing risks associated with the job.

### PNC Standard Corporate Risk Management (1)

| ▽ **Details** |
| --- |
| **Description:** Supports a strong risk culture and demonstrates the actions that embody our core value of risk management<br>**Measurement:** Completion of Code of Business Conduct and Ethics training; Perform your job duties in a manner that is consistent with PNC¿s Code of Business Conduct.<br>• Start Date: 01/01/2012<br>• End Date: 12/31/2012<br>• Status: In Progress |

| Comments |
| --- |
| Joe has completed the Code of Business and Conduct training and performed his duties in a manner that is consistent with the bank's code of business conduct. |

**Rating:** Meets All Expectations

MEEHAN 003425

Case: 4:17-cv-02876-PLC   Doc. #: 64-20   Filed: 03/20/19   Page: 7 of 9 PageID #: 1487

**PNC Standard Corporate Risk Management (2)**

▽ **Details**

**Description:** Manages risks associated with job and escalates possible risk issues to the attention of supervisor and / or higher management
**Measurement:** Complete reviews in a regulatory compliant manner and raise any concerns relating to risk to the Supervising Appraiser.
* Start Date: 01/01/2012
* End Date: 12/31/2012
* Status: In Progress

**Comments**

Joe is very diligent in making sure the appraisals we use and his own reviews are compliant with USPAP and banking regulations.  He communicates effectively with both the Supervisory Appraiser and his supervisor.

**Rating:**  Meets All Expectations

## Other Goals

**Other** should be used for any additional areas that would be included in the annual goal setting process.

## Mid-Year Review

Enter mid-year feedback in the Comments box and select the rating that the Employee is "Trending Towards." Managers and Employees, you must enter the date the mid-year performance meeting was held. Click the Complete button to finalize your mid-year review and share your comments with the Manager, Matrix Manager and Employee.

## Employee Year-End

Once the Employee has completed the self-evaluation, you can review the comments and ratings.

## Matrix Manager Year-End

Once the Matrix Manager has completed the evaluation, you can review the comments and rating.

## Manager Year-End

Once the Manager has completed the evaluation, you can review the comments and rating.

**Rating:**  Meets All Expectations

**Comments**

Joe is a good review appraiser with a good skill set and work ethic.  He did not meet his monitary production goal in 2012; however, he did do enough reviews to meet the goal if fees were higher.  He needs to concentrate more on critical issues.  Further, when times are slow he needs to seek out more work.

MEEHAN 003426

## Development Objectives

Performance management includes tracking the completion of appropriate development activities throughout the year. Although a development plan should be a long-term, living document, there are likely periodic, time-bound goals within that plan. Record any development activities expected to be completed this year. Enter comments regarding progress made and results achieved in the Comments box. You can also add, edit, and delete development objectives to reflect updates to your development plan.

## Other Evaluator's Comments

MEEHAN 003427

Case: 4:17-cv-02876-PLC     Doc. #: 64-20     Filed: 03/20/19     Page: 9 of 9 PageID #: 1489

## Signatures

Date Printed: 1/16/2013

Performance Document - Annual Performance Summary

**Employee Name: Joseph Meehan**     **Employee ID: 092832888**

Performance Period: 01/01/2012 - 12/31/2012

Overall Rating:

Manager Name: Douglas Schoenberg

**Your signature below acknowledges that your supervisor has discussed this performance review with you.**

| | |
|---|---|
| Employee Signature | Date |

| | |
|---|---|
| Manager Signature | Date |

**Your signature below acknowledges that you have read, understand, and will comply with PNC's Code of Business Conduct and Ethics and related policies. You should discuss any questions regarding PNC's Code of Business Conduct and Ethics with your supervisor or the Corporate Ethics Office.**

| | |
|---|---|
| Employee Signature | Date |

Return to Evaluation

MEEHAN 003428