# EXHIBIT  U

# PNC Real Estate Valuation Services

## Commercial Real Estate Appraisal Procedures

## Effective **November 1**, 2014

(Version **10.06.14.5**)

*Feb 2018*

*Feb 24, 2015*

*Since*

MEEHAN 003706

# Commercial Real Estate Appraisal Procedures

## Primary changes from prior version to current version

| Chapter | Sections Revised |
| --- | --- |
| Preface | Summary, Purpose and first paragraph of responsibilities |
| Chapter 1 | 1.1.5, 1.1.6, 1.1.7, 1.1.8, 1.2.5, 1.2.9 |
| Chapter 2 | 2.5 |
| Chapter 3 | 3.2.1, 3.3.1, 3.3.2, 3.5 |
| Chapter 4 | Summary, 4.1, 4.2, 4.4, 4.4.3 |
| Chapter 5 | 5.2.1, 5.2.2, 5.4 |
| Chapter 6 | Summary, 6.1, 6.4.5 |
| Chapter 7 | 7.1 |
| Chapter 8 | 8.1, 8.3 |
| Chapter 9 | None |

MEEHAN 003707

# Commercial Real Estate Appraisal Procedures

## Table of Contents

PREFACE .................................................................................................................................5
   Summary .............................................................................................................................5
   Purpose ..............................................................................................................................5

CHAPTER 1: Organizational Structure ...............................................................................6
   1.1.  Personnel Responsibilities .........................................................................................6
   1.2.  Definition of Terms ....................................................................................................8

CHAPTER 2: Minimum Appraisal Standards ....................................................................12
   2.1.  FIRREA ...................................................................................................................12
   2.2.  Federal Regulatory Agencies ...................................................................................12
   2.3.  Market Value ...........................................................................................................13
   2.4.  Minimum Regulatory Appraisal Standards ..............................................................13
   2.5.  Appraiser/Evaluator Independence ..........................................................................14
   2.6.  Appraisal Report Format/ Scope of Work ................................................................14
   2.7.  Evaluation Content ..................................................................................................14

CHAPTER 3: Approved Appraiser List ..............................................................................15
   3.1.  Eligibility .................................................................................................................15
   3.2.  Review/Change in Approval Status ..........................................................................16
   3.3.  Approval Classifications ..........................................................................................17
   3.4.  Upgrading An Appraiser's Status .............................................................................18
   3.5.  Appraiser Management Companies (AMC's)/Evaluation Service Providers ...............19
   3.6.  Confidentiality .........................................................................................................20

CHAPTER 4: When to order an Appraisal ..........................................................................21
   4.1.  Transaction Amounts ...............................................................................................21
   4.2.  New Loans ...............................................................................................................21
   4.3.  Higher Risk Real Estate Related Transactions .........................................................23
   4.4.  Existing Loans and OREO Properties ......................................................................23
   4.5.  Abundance of Caution ..............................................................................................24
   4.6.  Transactions Involving a United States Government Agency .....................................25
   4.7.  Fiduciary Capacity ...................................................................................................25
   4.8.  Evaluation ................................................................................................................25

MEEHAN 003708

**CHAPTER 5: Appraisal/Evaluation Ordering Process** ...................................................................**27**

5.1. Appraisal/Evaluation Request ................................................................................27

5.2. Solicitation and Engagement Process........................................................................27

5.3. Participations, Shared National Credits, etc. ................................................................28

5.4. Appraisals Completed For Another Financial Institution....................................................29

**CHAPTER 6: Appraisal/Evaluation Review Process** ...............................................................**31**

6.1. Objective....................................................................................................31

6.2. Appraisal Review Responsibility...........................................................................31

6.3. Appraisal Processing.......................................................................................31

6.4. Appraisal Review...........................................................................................31

6.5. Participations, Shared National Credits, etc. ..............................................................34

6.6 Residential Appraisal Review Process - Administrative Review .........................................35

6.7 Evaluation Review Process (Non-Appraisal Evaluation Report) ........................................35

6.8 Valuation Revalidation Process (Subsequent Transaction) .............................................35

**CHAPTER 7: Vendor Payment** .....................................................................................**37**

7.1. Appraisal Fee Payment Authorization .....................................................................37

7.2. Payment of an Appraisal Invoice...........................................................................37

**CHAPTER 8: Release of a Valuation Report**.....................................................................**38**

**CHAPTER 9: Documentation Folder** .............................................................................**39**

MEEHAN 003709

# PREFACE

## Summary

PNC has established a policy, which conforms to the appraisal policies and standards of the federal regulatory bodies. This Policy and related Procedures set forth the minimum standards for obtaining valuation products (appraisal & non-appraisal) applicable to all **commercial** loans secured with real property.

## Purpose

The purpose of this, the PNC Commercial Real Estate Appraisal Procedures Manual (hereinafter, the Procedures Manual), is to set forth the procedures to be implemented by PNC for all commercial loans which are secured with real property which require the services of an appraiser, consistent with the goals established by the Appraisal Policy. Specific procedures have been outlined with the intent to maximize the quality of the appraisal report, the timeliness of its completion and acceptance, and the overall operating efficiency of the appraisal process.

## Responsibilities

The functional unit with responsibility for administering this **Procedure** is PNC Real Estate Valuation Services (PNC REVS). **PNC REVS is independent from both the loan production and collection process and, therefore, has the responsibility for:**

1) Establishing and maintaining appraisal procedures,

2) **Ordering, reviewing and accepting** valuation products (appraisal and non-appraisal products) of real estate taken as collateral for all PNC commercial lines of businesses,

3) Maintaining the Approved Appraiser List, and

4) Training service partners in the interpretation and implementation of Appraisal Policy and Procedures.

5) Additionally, PNC REVS may administer the residential (1-4 units) appraisal process for certain non-consumer loans as required by non-consumer loan business units.

Only PNC Real Estate Valuation Services or its designee is authorized to administer the valuation process (ordering, reviewing and accepting valuation products) of real estate taken as collateral for all PNC commercial lines of businesses. In situations in which an appraisal was ordered and acquired directly from another Bank, REVS will confirm independence and manage the appraisal review process.

IT IS NEVER APPROPRIATE TO RELY ON ANOTHER BANK'S APPRAISAL REVIEW DUE DILIGENCE. PNC BANK MUST MAKE ITS OWN DETERMINATION OF THE ACCEPTABILITY OF AN APPRAISAL. EACH APPRAISAL MUST BE REVIEWED AND ACCEPTED BY PNC REAL ESTATE VALUATION SERVICES (REVS) PRIOR TO RELIANCE.

MEEHAN 003710

# CHAPTER 1: Organizational Structure

## Summary

PNC has established roles within the organization that are designed to conform to the appraisal policies and standards of the federal regulatory bodies. Definitions of Terms are also presented to foster communication and understanding between the different roles identified.

## Responsibility

PNC REVS is responsible for updating the Procedures Manual and personnel responsibilities to the extent it is affected by any changes to federal law, appraisal regulations or PNC Appraisal Policy.

1.     Organizational Structure

1.1.     **Personnel Responsibilities**

1.1.1.     **Relationship Manager (RM)**

The Relationship Manager's responsibilities in the appraisal process include:

1) Identifies the need for appraisal services.
2) Initiates the request for appraisal services (Chapter 5, *Appraisal Ordering Process)*.
3) Establishes the payment source for appraisal services prior to engagement and negotiates reimbursement by the borrower.
4) Provides information that is relevant to the appraisal assignment to the appraiser and arranges the appraiser's access to the property.
5) Reviews the appraisal and completion of a <u>Lender Review Memorandum</u> for all transactions secured with commercial real estate.

1.1.2.     **Manager, PNC Real Estate Valuation Services**

This is the Chief Commercial Real Estate Appraiser of PNC. This position's responsibilities include:

1) Authors, interprets and oversees the implementation of Appraisal Policy and Procedures consistent with federal requirements as published and as unique circumstances arise.
2) Oversees the appraisal and review processes on behalf of PNC.
3) Authorizes changes to appraisal procedures.
4) Authorizes changes to appraiser's approval status for the PNC Approved Appraiser List.
5) Provides technical assistance regarding appraisal procedures, appraisal theory and methodology.
6) Acts as liaison with the OCC regarding real estate valuation issues.
7) Oversees the administration of the appraisal processes.

1.1.3.     **Assistant Chief Real Estate Appraiser**

Assists the Manager, PNC REVS with duties outlined in section 1.1.2

MEEHAN 003711

### 1.1.4. Valuation Coordinator

Responsible for administering the appraisal processes for transactions, under the direction of the Manager, PNC REVS, or designee. Responsibilities include:

1. Maintains project files.
2. Coordinates the appraisal process under the direction of Manager, PNC REVS, or designee.
3. Processes payment of fees for appraisal services rendered.
4. Processes the release of completed (and paid for) appraisal reports.
5. Maintains the integrity of LINKS (or its equivalent) and reviews system generated reports.
6. Assists in the maintenance of the approved appraiser list.
7. Perform non-technical reviews

### 1.1.5. Review Team Lead/Appraisal Manager/Senior Appraiser

1) Oversees the review process.
2) Reviews or coordinates the external review of appraisal reports for compliance with federal regulatory policies, PNC Appraisal Policy, and Procedures and general accepted standards as evidenced by the Uniform Standards of the Professional Appraisal Practice.
3) Recommends changes to an appraiser's approval status.
4) **All appraisers are State Certified Appraiser and are required to attend continuing education classes. Appraisers also attend periodic in house training sessions.**

### 1.1.6 Procurement Team Lead/Appraisal Manager/Supervising Appraiser

1) Supervise valuation coordinators and performs technical reviews.
2) Reviews or coordinates the external review of appraisal reports for compliance with federal regulatory policies, PNC Appraisal Policy and procedures and generally accepted standards as evidences by the Uniform Standards of Professional Appraisal Practice.
3) Recommends changes to an appraiser's approval status.
4) **All appraisers are State Certified Appraiser and are required to attend continuing education classes. Appraisers also attend periodic in house training sessions.**

### 1.1.7 Appraiser

1) Reviews appraisal reports for compliance with federal regulatory policies, PNC Appraisal Policy and Procedures and generally accepted standards as evidenced by the Uniform Standards of Professional Appraisal Practice.
2) Recommends changes to an appraiser's approval status.
3) **All appraisers are State Certified Appraiser and are required to attend continuing education classes. Appraisers also attend periodic in house training sessions.**

### 1.1.8. Reviewer ~non-technical~

Perform non-technical reviews of real estate valuation reports. **Reviewers are trained by staff appraisers using in house training sessions. Reviewers also attend appraisal training classes offered by State approved appraisal training providers.**

MEEHAN 003712

### 1.1.9. Valuations Approvers

Approvers include senior appraisers, Manager, PNC REVS, and PNC REVS personnel as designated by the Manager. Review appraiser qualifications for inclusion on the PNC Approved Appraiser List and conducts reviews of approved appraisers.

## 1.2. Definition of Terms

### 1.2.1. Appraisal

The following definition has been adopted by the various regulatory agencies:

"A written statement independently and impartially prepared by a qualified appraiser setting forth an opinion as to the market value of an adequately described property as of a specific date(s), supported by the presentation and analysis of relevant market information."

### 1.2.2. LINKS

A computerized tracking system with the capability of providing management information reports.

### 1.2.3. Classified Loans

Those loans rated substandard or doubtful, according to federal regulations and generally accepted accounting principles (GAAP).

### 1.2.4. Current Appraisal

Absent significant concerns regarding changes in the market conditions or changes in the physical aspects of the property, a commercial appraisal or evaluation is generally considered current up to one year from the effective date of the Market Value "As Is". A new appraisal or evaluation must be obtained if there are any known changes in market condition or physical aspects of the property that may impact the validity of the appraisal or evaluation prior to closing.

Within consumer lending, reference the *Residential Real Estate Collateral Valuations – Origination Policy* and the *Residential Real Estate Collateral Valuations – Portfolio Management Policy.*

### 1.2.5. Evaluation

**A valuation permitted by the Agencies' appraisal regulations for transactions that qualify for the appraisal threshold exemption, business loan exemption, or subsequent transaction exemption.**

### 1.2.6. FDIC

*Federal Deposit Insurance Corporation* - the Regulatory Agency charged with supervising state-chartered banks that do not belong to the Federal Reserve System.

### 1.2.7. FIRREA

*Financial Institutions Reform, Recovery and Enforcement Act* of 1989. Title XI of FIRREA (Real Estate Appraisal Reform Amendment) sets forth:

That appraisals shall be written, shall be performed, in accordance with generally accepted standards as evidenced by the Uniform Standards of Professional Appraisal Practice (USPAP), by individuals

MEEHAN 003713

whose competency has been demonstrated and whose professional conduct will be subject to effective supervision.

Title XI charged the federal banking regulatory agencies (including the Federal Reserve, FDIC, OCC and OTS) with the responsibility of setting standards for the performance of real estate appraisals utilized in connection with federally related transactions.

### 1.2.8. Federal Reserve

*Board of Governors of the Federal Reserve System* -the Regulatory Agency charged with regulating: state-chartered banks that belong to the Federal Reserve System, and bank holding companies.

### 1.2.9. Federally Related Transactions

Any real estate related financial transaction **in which the Agencies' or any regulated institution engages or contracts for, and that requires** the services of an appraiser.

### 1.2.10. Market Value

Required in all appraisals utilized by PNC. The various Regulatory Agencies have adopted the following definition:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimuli. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. Dollars or in terms of financial arrangements comparable thereto; and
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

Implicit in this definition, the term market value refers to the legal and physical condition of the property as of the appraisal date (e.g. with existing zoning, easements, jurisdictional restrictions, etc.), in light of the property's highest and best use.

### 1.2.11. OCC

*Office of the Comptroller of the Currency* - a division of the United States Treasury, the OCC is the agency charged with regulating national banks.

### 1.2.12. OREO

*Other Real Estate Owned* - Real Estate owned by PNC, generally acquired through foreclosure proceedings or by Deed taken in lieu of foreclosure.

MEEHAN 003714

1.2.13. **OTS**

*Office of Thrift Supervision* - a division of the United States Treasury, the OTS is the agency charged with regulating savings and loan institutions.

1.2.14. **Real Estate Related Financial Transaction**

The following definition has been set forth by the Regulatory Agencies: *Any transaction involving:*

1) The sale, lease, purchase, investment in or exchange of real property, including interests in property, or the financing thereof;
2) The refinancing of real property or interests in real property; or
3) The use of real property or interests in property as security for a loan or investment, including mortgage-backed securities.

1.2.15. **Transaction Value**

Defined by the Regulatory Agencies as follows:

1) For loans or extensions of credit, the amount of the loan or extension of credit;
2) For sales, leases, purchases, and investments in or exchanges of real property, the market value of the property interest involved; and
3) For the pooling of loans or interests in real property for resale or purchase, the amount of the loan or the market value of the real property calculated with respect to each such loan or interest in real property.

1.2.16. **USPAP**

Uniform Standards of Professional Appraisal Practice – All of the Federal Financial Regulatory Agencies and Title XI of FIRREA require that appraisals shall, at the minimum, conform to the standards set forth in USPAP.

1.2.17. **Gross Sale Proceeds**

The sum of the sale prices, prior to any cost or expense deductions. This sum can be considered Market Value for 4 or fewer units (lots or residences), but for 5 or more units, consideration for discounting of the "net sale proceeds" is required to derive an estimate of value to one purchaser.

1.2.18. **Present Value of Net Sale Proceeds**

The periodic receipt of "net sale proceeds" adjusted for profit and discounted over the anticipated absorption period. The discount rate should be based on alternative investment opportunities (e.g., bond yields adjusted for illiquidity and management risk).

1.2.19. **Restricted (Maximum)**

The maximum rent established by the state housing agency based on local area median family incomes affordability (at 30% of income), household size, and unit size. Typically, benchmarked at either 50% or 60% of area median family income.

1.2.20. **Achievable Rent**

MEEHAN 003715

The average rent that can actually be achieved at the proposed LIHTC project.  This rental rate should account for the depth of the market, competition with units, the mix of incomes that will likely locate in the LIHTC project, and overall project affordability.

### 1.2.21. Valuation Revalidation

An appraisal or evaluation with an effective date of value greater than 12 months but less than 24 months may remain valid if local market information is available and indicates stable or increasing values for the subject property type. The property must also meet rent and income estimates forecast in the appraisal to pass the Valuation Revalidation process administered by Real Estate Valuation Services.

MEEHAN 003716

## CHAPTER 2: Minimum Appraisal Standards

### Summary

The Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) stipulates that various regulatory agencies set forth minimum requirements to which all federally insured financial institutions must adhere in connection with the valuation of real estate. This chapter outlines those minimum requirements. Please refer to Section 2330 of the PNC Real Estate Finance Commercial Loan Policy Manual for a copy of the PNC Real Estate Appraisal Policy, Title XI of FIRREA, Regulatory Agencies' appraisal regulations, Interagency Appraisal and Evaluation Guidelines, and USPAP.

### Responsibility

PNC REVS is responsible for updating the Procedures Manual to the extent it is affected by any changes to federal law, appraisal regulations or PNC Appraisal Policy.

2.      Minimum Appraisal Standards

2.1.    **FIRREA**

The Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), which became law on August 9, 1989, substantially changed the deposit insurance system and the regulatory environment in which financial institutions operate. While the Act addresses a variety of issues which affect the appraisal industry, the most significant are set forth in <u>Title XI of FIRREA</u> (Real Estate Appraisal Reform Amendments).

Title XI was enacted:

"...to protect public policy interests in real estate related transactions by requiring that real estate appraisals utilized in connection with federally related transactions be in writing, be prepared in accordance with uniform standards, by individuals whose competency has been demonstrated and whose professional conduct will be subject to effective supervision."

Title XI of FIRREA appears in 12 USC Sections 1101 through 1122.

2.2.    **Federal Regulatory Agencies**

Title XI of FIRREA requires that each regulatory agency adopt regulations regarding the performance and utilization of appraisals by federally insured institutions. PNC's business operations are subject to the following federal regulatory agencies:

2.2.1.   The Office of the Comptroller of the Currency (OCC)

2.2.2.   Federal Deposit Insurance Corporation (FDIC)

2.2.3    Board of Governors of the Federal Reserve System (Federal Reserve)

MEEHAN 003717

## 2.3.   Market Value

All appraisals shall, at a minimum, be based on the following definition of Market Value, which has been adopted by all of the federal regulatory agencies mentioned above.

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

Implicit in this definition, the term market value refers to the legal and physical condition of the property as of the appraisal date (e.g. with existing zoning, easements, jurisdictional restrictions, etc.), in light of the property's highest and best use.

## 2.4.   Minimum Regulatory Appraisal Standards

Title XI of FIRREA requires that appraisals be in writing and conform to the Uniform Standards of Professional Appraisal Practice (USPAP). Federal regulatory agencies require that appraisals:

2.4.1.   Conform to generally accepted appraisal standards, as evidenced by the USPAP adopted by the Appraisal Standards Board of the Appraisal Foundation, unless principles of safe and sound banking require compliance with stricter standards.

2.4.2.   Be based upon the definition of Market Value (as defined in 2.3 above).

2.4.3.   Be written and presented in a narrative format or on forms that satisfy federal requirements; and contain sufficient information and analysis to support the institution's decision to engage in the transaction.

2.4.4.   Analyze and report appropriate deductions and discounts for any proposed construction or renovation, or any completed properties that are partially leased or leased at other than market rents as of the date of the appraisal, or any tract developments with any unsold units.

2.4.5.   Be performed by state licensed or certified appraisers.

MEEHAN 003718

### 2.5.    Appraiser/Evaluator Independence

Federal regulations require that appraisals and evaluations be prepared by appraisers/evaluators **independent of the loan production and collection process and have no direct, indirect or prospective interest, financial or otherwise, in the property or transaction.**

### 2.6.    Appraisal Report Format/ Scope of Work

The appropriate scope of work and the reporting format for any appraisal assignment contracted by PNC REVS is at the discretion of the Manager, PNC REVS or designee. The determination of the appropriate scope of work and reporting format are based on what constitutes sufficient data and analysis to support a credible appraisal conclusion for real estate appraisal services requested.

### 2.7.    Evaluation Content

An evaluation will contain an adequate level of information, analysis and detail to support the concluded market value estimate.

*Commercial Evaluation Model*: If a commercial evaluation model is to be considered, REVS will work with Model Risk Management Group (MRMG) to validate and implement the model. The review and approval by Credit Mid Office- Credit Procedure Review/Approval Group will be required prior to use of any new commercial evaluation model. REVS will be the model owner.

MEEHAN 003719

## CHAPTER 3: Approved Appraiser List

### Summary

PNC REVS will maintain the **Approved Appraiser List** to ensure compliance with Appraisal Policy and Procedures and the appraisal regulations set forth by the various federal regulatory agencies.

Approval status will include Level I (*), Level I, Level II, Level III or Special Purpose Approval. An appraiser may **not** be engaged unless he/she has been approved for work for PNC.

### Responsibility

It is the responsibility of at least two **Valuations Approvers** to review the qualifications of appraisers prior to inclusion on the PNC **Approved Appraiser List**. The **Approved Appraiser List** is reviewed on a periodic basis (at a minimum annually).

3.      Approved Appraiser List

Appraisers qualifying under the procedures described below are eligible for inclusion on the PNC Approved Appraiser List.

**3.1.    Eligibility**

The approval process begins with the Manager, PNC REVS or designee, requesting that an appraiser submit his/her credentials for review.

3.1.1.    Each appraiser on the PNC Approved Appraiser List must submit current information summarizing his or her qualifications. Information provided should include the appraiser's: educational background, complete with dates of recent courses or seminars; experience in real estate appraising, including a list of past and current employers; professional affiliations and designations; and, a representative list of previous clients. The appraiser must complete a PNC Approved Appraiser Application.

3.1.2.    The appraiser's state certification will be confirmed. State certification is a minimum requirement only, and does not necessarily ensure inclusion on the PNC Approved Appraiser List.

3.1.3.    The appraiser is requested to provide three references, preferably from financial service institutions. Two reference checks are performed with the exception of appraisers located in the United Kingdom (UK) only one reference check will be completed. For approval, references must be favorable and relevant to the assignments for which the appraiser may be considered. At the discretion of the Chief Real Estate Appraiser, Assistant Chief Real Estate Appraiser or designee an exception to this requirement may be granted.

MEEHAN 003720

3.1.4.   At least one (1) sample appraisal will be reviewed utilizing the <u>Approved Appraiser Review</u> form. For approval, the appraisal(s) reviewed must be satisfactory from both a regulatory and technical perspective  The <u>Approval of an appraiser requires the concurrence</u> of two Valuations Approvers before the appraiser may be included on the PNC <u>Approved Appraiser List</u> and engaged to complete appraisals for PNC.

At the discretion and consent of at least two Valuations Approvers, the review of a sample report may be waived.

3.1.5.   Appraisers approved for work with PNC must possess the requisite experience, education and facilities to perform appraisal work in an acceptable fashion. Appraisers will have one of the following status labels:

1. *Active* – Currently eligible to perform appraisal assignments according to their approval classification.
2. *Inactive* – Currently ineligible to perform assignments due to a lack of activity.  An appraiser's status can be changed from inactive to active by following the procedures outlined in Section 3.2.1.
3. *Closed* – Currently ineligible to perform assignments.  An appraiser's status can be changed from closed to active if re-qualified under the procedures described in Section 3.1.4.
4. *Review* – Currently ineligible to perform assignments. REVS is in receipt of the appraiser's documentation, however, the approval process has not been completed.  An appraiser's status will be changed upon completion of the approval process.

## 3.2.   Review/Change in Approval Status

The PNC <u>Approved Appraiser List</u> will be reviewed on a periodic basis (at a minimum annually). The quality of appraisal services provided to PNC will be continually evaluated for compliance with federal appraisal regulations and appraisal reporting standards (USPAP).  The Manager, Real Estate Valuation Services, or designees will oversee maintenance of the PNC <u>Approved Appraiser List</u>, which includes a supporting electronic file on each appraiser, with sufficient information to provide adequate and reliable management reports.  The performance of an appraiser is monitored using an appraiser scorecard that will be reviewed monthly for possible changes in an appraiser approval status.  Additionally, the certification status of appraiser will be reviewed on a periodic basis.

In the event that a problem is identified with an appraiser's work quality or responsiveness which warrants a change in that appraiser's approval status, the change must be documented and approved by two Valuations Approvers.

3.2.1.   For appraisers on the PNC <u>Approved Appraiser List</u> who have not been utilized by PNC within the preceding 12-month period, the appraiser's file may be reviewed for possible status change to "inactive". To reactivate an "inactive" appraiser's file, the procedure below **MUST** be followed:

1)   Verification of an appraiser's current status as a state certified appraiser will be performed.

MEEHAN 003721

2)  If an appraiser has been inactive for a period greater than three years a current professional reference is required as part of the re-activation process.

## 3.3.  Approval Classifications

Appraisers will be selected from the PNC <u>Approved Appraiser List</u> according to the appraiser's classification on that List, e.g., Level I (*), Level I, Level II, Level III, or Special Purpose Approval. An appraiser should be engaged based on his/her specific approval classification relevant to the contemplated appraisal assignment. The classifications are based on an analysis of an appraiser's experience, education and quality of previous appraisal services provided to PNC. Use of an appraiser outside the guidelines should be documented and supported in the appraisal request file.

### 3.3.1.  Level I (*) Approval

Appraisers granted **Level I (*) Approval** will be state certified appraisers, with evidence of recent professional education and appropriate appraisal expertise to appraise property on a localized basis.

For the purposes of this approval classification, Level I (*) appraiser will be eligible to perform non-complex appraisal assignments that will be utilized to satisfy low risk transactions such as:

- Land (raw land or acreage in its natural, unimproved state) for which <u>no</u> proposed construction or subdivision is planned, and upon which no environmental contaminants are known to exist;
- Single tenant or owner-occupied (existing or proposed) facilities;
- Income-producing properties with a stable income history;

### 3.3.2.  Level I Approval

Appraisers granted **Level I Approval** will be state certified appraisers, with evidence of recent professional education and appropriate appraisal expertise to appraise property on a regional basis.

For the purposes of this approval classification, Level I appraiser will be eligible to perform non-complex appraisal assignments such as:

- Land (raw land or acreage in its natural, unimproved state) for which <u>no</u> proposed construction or subdivision is planned, and upon which no environmental contaminants are known to exist;
- Single tenant or owner-occupied (existing or proposed) facilities;
- Income-producing properties with a stable income history;
- Owner-occupied, unique properties (e.g. funeral homes, churches, manufacturing plants).

### 3.3.3.  Level II Approval

MEEHAN 003722

Appraisers granted **Level II Approval** will be state certified appraisers, with evidence of recent professional education and appropriate appraisal expertise. They have demonstrated experience that shows compliance with appraisal regulations/reporting standards that are relevant to the type of property being appraised. Appraisers will be eligible to perform complex appraisal assignments as their experience dictates, subject to the Competency Provision of the USPAP.

### 3.3.4. Level III Approval

Appraisers granted **Level III Approval** will be state certified appraisers, with evidence of recent professional education and appropriate appraisal expertise. They have demonstrated experience that shows compliance with appraisal regulations/reporting standards that are relevant to the type of property being appraised. Appraisers will be eligible to perform highly complex assignments as their experience dictates, subject to the Competency Provision of the USPAP.

### 3.3.5. Special Purpose Approval

With the exception of Agriculture, appraisers granted **Special Purpose Approval** must be eligible or approved for **Level II or III** appraisal assignments. **Special Purpose Approval** is based on the appraiser's experience with the property type. Approval is granted at the discretion of at least two Valuation Approvers. For the purposes of this classification, special purpose properties are defined as:

1) **Hotels/Motels -** All proposed hotels or motels or any existing hotels/motel greater than 50 rooms.
2) **Health Care Facilities -** All health care facilities, including hospitals, nursing homes and congregate care facilities.
3) **Subdivisions -** Residential or commercial subdivisions or condominium sell-out greater than 25 lots/units.
4) **Regional Malls -** Regional malls/complex retail development.
5) **Low Income Housing Tax Credit Projects (LIHTC) -** Any proposed (LIHTC) project.
6) **Agriculture** – Agriculture related properties.

Exceptions can be granted by a Senior Appraiser or supervising appraiser. After completion of the appraisal the appraiser will be evaluated as to whether or not the **Special Purpose Approval** will be granted.

## 3.4. Upgrading An Appraiser's Status

Appraiser status changes require the approval of at least two Valuation Approvers.

MEEHAN 003723

## 3.5.    Appraiser Management Companies (AMC's)/Evaluation Service Providers

Real Estate Valuation Services (REVS) employs third party management companies to provide residential appraisals, commercial appraisals and commercial evaluations as needed for establishing the market value for real estate collateral.

AMC's are used to obtain commercial evaluations and 1-4 family residential appraisals. Prior to using an AMC for a commercial evaluation the AMC is approved by REVS and **Third Party Management (TPM). The approval of an AMC or any other product and/or method to value 1-4 family residential real estate requires the approval of the Residential Real Estate Services Committee (RRESC).**

Each AMC has a written master contract with PNC and **Third Party Management (TPM)** assesses the financial strength of their organization, competitiveness in the market of similar service providers, and the economic advantage they provide to PNC and their customers. PNC does annual on-site audits of each management company.

Appraisal & Evaluation reports provided by management companies are reviewed using their internal QA process prior to being delivered to the Bank.  These reports are placed through a multi-tiered review process by REVS that includes valuation coordinators, reviewers and the supervising appraisers.  The escalation process is generally handled by the supervising appraiser and the management company, but can be escalated further if necessary to the department contact for third party management companies.  This department contact is responsible for the ongoing oversight of the recruiting, engagement and monitoring of third party management relationships.

In the event of a service-related complaint, the issue is reviewed by the Valuation Coordinator and escalated to the Supervising Appraiser.  The Supervising Appraiser completes an AMC Quality Assurance Form which is kept in the AMC's Quality Control file. If the issue cannot be resolved, the Supervising Appraiser will escalate the concern to the REVS AMC Single Point of Contact, along with the AMC Quality Assurance Form.   The Single Point of Contact reviews the complaint, contacts the management company to advise of the complaint and obtain a response.  The third party is counseled on our expectation of appropriate service standards and the results of the communication are forwarded back to the complaining party.  Documentation of these counseling efforts is kept in the file of the third party company.

REVS maintains an active file on each management company which includes their policies and procedures for hiring, managing, reviewing and scoring their vendors.  In addition, REVS keeps on file each company's policy on Reasonable and Customary Fees, Appraiser Independence, and proof of payment of their vendors.  The vendors supply turn-time reports on a monthly basis that are reviewed by REVS and maintained in their respective performance reporting file.

MEEHAN 003724

**3.6.    Confidentiality**

THE APPROVED APPRAISER LIST IS FOR INTERNAL REFERENCE ONLY AND NOT FOR DISTRIBUTION TO ANY INDIVIDUAL OUTSIDE THE REAL ESTATE VALUATION SERVICES WITHOUT THE AUTHORIZATION OF MANAGER, PNC REVS OR DESIGNEE. THE INFORMATION CONTAINED IN THE APPROVED APPRAISER LIST MUST BE KEPT STRICTLY CONFIDENTIAL.

Questions from appraisers regarding their approval classification should be directed to the Manager, PNC REVS or designee.

MEEHAN 003725

## CHAPTER 4: When to order an Appraisal

### Summary

Federal regulations describe conditions that require an appraisal by a qualified, independent, **state** certified appraiser and an evaluation by an independent source that demonstrates the capability to provide a credible valuation. PNC Real Estate Appraisal Policy outlines the application of the appraisal and evaluation requirements as they relate to real estate related transactions.

### Responsibility

It is the responsibility of the Relationship Manager to determine when an appraisal is required for a real estate related transaction (existing or proposed), according to the requirements outlined in the Appraisal Policy. Once the need has been identified, the Relationship Manager shall notify PNC REVS. (See Chapter 5 of the Procedures Manual).

4. When to order an Appraisal

Federal regulatory agencies require financial institutions to obtain appraisals utilized in connection with real estate related transactions, subject to certain specified circumstances. Relationship Managers are responsible for analyzing a transaction to determine if an appraisal is required. The following outlines the situations to be considered in the Relationship Manager's analysis.

4.1. **Transaction Amounts**

Federal regulations require that appraisals be prepared by State Certified Appraisers for:

4.1.1. All transactions greater than $1,000,000;

4.1.2. All non-residential (excludes 1-4 family residential) transactions greater than $250,000; and

4.1.3. All complex residential transactions of $250,000 or more. A transaction may be considered complex if the property, forms of ownership or market conditions are considered atypical.

4.2. **New Loans**

A current appraisal (defined as less than one year old) performed by a state certified appraiser is required for all commercial real estate-related financial transactions (including loans to new customers or new facilities to existing customers) in which the Bank is reliant upon real estate cash flow or collateral.

Exemptions to obtaining a current appraisal are limited to instances in which:

MEEHAN 003726

4.2.1.  **The transaction is at or below the *de minimis* level** set by appropriate federal regulatory agencies. In the event an appraisal is not ordered, an Evaluation **MUST** be obtained and placed in the appropriate file.

4.2.2.  A lien on the real estate has been taken on collateral in an **Abundance of Caution** (e.g. other sources of repayment or collateral exist which support the decision to extend credit). All transactions involving the taking of real estate collateral as an Abundance of Caution **MUST** have file documentation identifying the sources of repayment or other collateral *[Refer to Section 4.5. for details]*.

4.2.3.  The transaction is not secured by real estate.

4.2.4.  The transaction is a **business loan of one million dollars or less and** the sale of, or rental income derived from, the real estate taken as collateral is not the primary source of repayment. Documentation supporting that the real estate is not the primary source of repayment **MUST** be placed in the appropriate file. In the event an appraisal is not ordered, an Evaluation **MUST** be obtained and placed in the appropriate file.

4.2.5.  A lien on the real estate has been taken to protect the legal rights of the Bank to other collateral and not because of the value of the real estate as an individual asset (e.g. a lien against real estate to ensure access to mineral or timber rights, or a lien taken on the real estate of a business or manufacturing facility to gain control of the entire business or facility as a going concern). It is the responsibility of the Relationship Manager to document the credit file to support that the real estate is not the primary source of collateral value.

4.2.6.  Transactions that are **insured or guaranteed by a United States government agency or government sponsored agency** (e.g. College Construction Loan Insurance Association, Federal Agricultural Mortgage Corporation, Federal National Mortgage Association, Federal Home Loan Mortgage Association, etc.).

4.2.7.  Transactions (including origination, holding, buying or selling loans) which meet all of the qualifications for **sales to any United States government agency or government sponsored agency.**

4.2.8.  The Bank is **acting in a fiduciary capacity** and is not required to obtain an appraisal under other law.

4.2.9.  Transaction involving Real Estate Note (single-family residential): Transactions involving the purchase, sale, investment in, or exchange of a loan or interest in a loan, pooled loan or interest in real property **IF** the underlying real estate transaction is supported by a previous appraisal that met the requirements of federal regulation in effect at the time of origination of the underlying loan(s).

4.2.10.  Other exemptions as outlined in FIRREA.

MEEHAN 003727

### 4.3. Higher Risk Real Estate Related Transactions

Although the Agencies' appraisal regulations allow an institution to use an evaluation for certain transactions, an institution should establish policies and procedures for determining when to obtain an appraisal for such transactions. For example, an institution should consider obtaining an appraisal as an institution's portfolio risk increases or for higher risk real estate-related financial transactions, such as those involving one of the following.

4.3.1.   Loans with combined loan-to-value ratios in excess of the supervisory loan-to-value limits.

4.3.2.   The Bank's collateral is considered an atypical property.

4.3.3.   The Bank's collateral is located outside the institution's traditional lending market.

4.3.4.   Transaction involves existing extension of credit with significant risk to the institution.

4.3.5.   Involves Borrowers with high risk characteristics.

A **current** appraisal (reappraisal) may be required if any one of the above circumstances exist.

### 4.4. Existing Loans and OREO Properties

PNC Real Estate Appraisal Policy requires that a **valid** appraisal (reappraisal) or evaluation be obtained if any one of the following circumstances exist:

4.4.1   If an *existing commercial loan is initially downgraded to Classified* (Substandard, Doubtful, or Loss), a confirmation or validation of the current market value of any real estate securing the loan that is used to establish the real estate loan-to-value ratio is required. If the most recent independent appraisal or evaluation is no longer considered valid due to changes in market conditions and/or physical changes in the property. A new appraisal must be ordered in a timely fashion (recommended within 90 days).

After the initial downgrade of a commercial loan, an independent appraisal or evaluation will be performed on the Classified Loan, with exception of those loans classified as Loss, at a minimum, annually thereafter except in circumstances where Real Estate Valuation Services determines the existing independent appraisal or evaluation to be valid. For loans classified as Loss, the performance of an independent appraisal or evaluation, after the initial downgrade, should be considered on a case by case basis and taken into consideration in connection with prudent problem loan management practices.

For consumer loans, reference *Residential Real Estate Collateral Valuations – Portfolio Management Policy*

4.4.2   **Collateral Monitoring of Classified Loans**: If the existing Appraisal/Evaluation is no longer considered valid due to obvious and material deterioration in either the physical or economic aspects of the property or market conditions a new Appraisal/Evaluation is required.

MEEHAN 003728

4.4.3.   At the time of *renewal, modification or extension of a loan* with new monies being advanced (greater than an amount necessary to cover reasonable closing costs) where total loan exposure is above the *de minimis* AND there is evidence of obvious or material deterioration in the market conditions and/or physical aspects or economic condition of the property which would threaten the Bank's collateral protection after the transaction. In the event an appraisal is not required, an Evaluation **MUST** be obtained and placed in the appropriate file.

4.4.4.   *Valuation Revalidation*: The Agencies allow an institution to use an existing appraisal or evaluation to support a subsequent transaction in certain circumstances. Therefore, an institution should establish criteria for assessing whether an existing appraisal or evaluation continues to reflect the market value of the property (that is, remains valid). Such criteria will vary depending upon the condition of the property and the marketplace, and the nature of the transaction. The documentation in the credit file should provide the facts and analysis to support the institution's conclusion that the existing appraisal or evaluation may be used in the subsequent transaction. A new appraisal or evaluation is necessary if the originally reported market value has changed due to factors such as:

- Passage of time
- Volatility of the local market
- Changes in terms and availability of financing
- Natural disasters
- Limited or over supply of competing properties
- Improvements to the subject property or competing properties
- Lack of maintenance of the subject or competing properties
- Changes in underlying economic and market assumptions, such as capitalization rates and lease terms
- Changes in zoning, building materials, or technology
- Environmental contamination

In situations when it is identified that an appraisal or evaluation may be potentially validated, REVS will manage the independent revalidation process.

4.4.5.   Upon acquisition of title, market value **MUST** be substantiated by a valid appraisal for each parcel of OREO unless the book value of the entire property is below the lower of 5 percent of equity capital or $250,000. The requirement may be deferred for 3 months after the Bank takes title in cases where the Bank can document reasonable expectation of a sale, other than in a covered transaction;

4.4.6.   If the loan is significantly restructured, such that the Bank might want to confirm/reaffirm the value of the underlying collateral.

## 4.5.   Abundance of Caution

An appraisal, as defined by the federal regulatory agencies, may not be required when a lien on real property has been taken as collateral and other sources of repayment or collateral exist which support

MEEHAN 003729

the Bank's decision to extend credit. All transactions involving the taking of real estate as an Abundance of Caution **MUST** have credit file documentation identifying the sources of repayment or collateral.

### 4.6.    Transactions Involving a United States Government Agency

Appraisals or Evaluations are **NOT** required for transactions (including origination, holding, buying or selling loans) which meet all of the qualifications for sale to any United States government agency or government sponsored agency (e.g. the College Construction Loan Insurance Association, Federal Agricultural Mortgage Corporation, Federal National Mortgage Association, Federal Home Loan Mortgage Association, etc).

Additionally, appraisals or Evaluations are **NOT** required for transactions that are insured or guaranteed by a United States government agency or government sponsored agency.

### 4.7.    Fiduciary Capacity

Appraisals or Evaluations are **NOT** required when the Bank is acting in a fiduciary capacity and the Bank is not required to obtain an appraisal under other law.

### 4.8.    Evaluation

When an appraisal is not required for a Federally Related Transaction, an Evaluation must be obtained and placed in the appropriate file under the following circumstances:

- The transaction is at or below the *de minimis* level set by appropriate federal regulatory agencies, and is secured in whole or in part by real estate;
- The transaction is a business loan of one million dollars or less and the sale of, or rental income derived from, the real estate taken as collateral is not the primary source of repayment; or
- The transaction involves the renewal, modification or extension of a loan secured by real estate that does not require an appraisal.

An Evaluation shall be performed <u>prior</u> to any extension or renewal, with the exception of cases where such an extension or renewal is made to protect the Bank's interest. In the latter case, an Evaluation may be performed subsequent to the loan modification. The depth of the Evaluation should be commensurate with the complexity and risk inherent in the transaction.

It is the responsibility of the relationship manager, credit, and underwriting to identify the need for and to obtain an Evaluation. The type of evaluation product should reflect the complexity of the transaction and type of real estate collateral.

**Consistent with the Interagency Appraisal and Evaluation Guidelines, dated 12/02/10, the collateral Evaluation must consist of an independent, analysis of the property and its market to** determine the quality, quantity and durability of the collateral, coupled with an estimate of the most probable value of the asset.

MEEHAN 003730

An Evaluation is not expected to meet all of the requirements of an appraisal, however, it should generally:

- Be prepared by an independent, competent third party;
- Identify the location of the property;
- Describe the property and its current/projected use;
- Provide an estimate of the property's As Is Market Value along with the effective date of value;
- Support the estimated value, including enough information to understand the analysis;
- Indicate the type of inspection and note the actual physical condition of the property as of the date of inspection;
- Describe the analysis performed and provide supporting information for the concluded Market Value;
- Indicate all sources of information used in the analysis; and
- Be written, signed and dated, including name, address and qualifications of preparer.

To qualify, an evaluator must be capable of rendering an unbiased estimate of value and must have real estate-related training or experience relevant to the type of property.

Similar to an appraisal all evaluations must be reviewed and accepted by REVS prior to final credit decision.

Any exceptions to the evaluation procedures must be approved by the Manager PNC REVS, or designee.

MEEHAN 003731

# CHAPTER 5: Appraisal/Evaluation Ordering Process

## Summary

PNC Real Estate Finance Appraisal Policy requires that the commercial real estate appraisal/evaluation process operate independently of supervisory control by the lending, collection and investment functions.

## Responsibility

It is the responsibility of the Relationship Manager to determine when an appraisal is required for a real estate related transaction (existing or proposed), according to the requirements outlined in the Appraisal Policy. Once the need has been identified, the Relationship Manager shall notify PNC REVS.

5.    Appraisal/Evaluation Ordering Process

## 5.1.    Appraisal/Evaluation Request

The requestor initiates the appraisal ordering process by using L.I.N.K.S. Any other related documentation necessary to understand the valuation request should be forwarded to PNC REVS.

## 5.2.    Solicitation and Engagement Process

PNC REVS is responsible for the Solicitation and Engagement Process.

### 5.2.1.    Solicitation Process

The Solicitation Process is outlined below:

A.    Bids are solicited at the direction of a Supervising Appraiser, from appraisers or an appraisal management company, utilizing the PNC <u>Approved Real Estate Appraiser List.</u> Vendors submit bids electronically via LINKS. Typically 3 -4 appraisers are solicited for each appraisal request. For evaluation requests an appraisal management company will typically be solicited rather than multiple appraisers. An e-mail is sent to the deal team listing the names of the approved appraisers that have been solicited to bid to identify any conflicts of interest that may exist.

B.    Upon receiving the electronic bids, a vendor recommendation is provided to the Deal Team via LINKS by PNC REVS. An e-mail is sent to the Deal Team with a recommendation. The RM is directed to go into LINKS to approve/reject the recommendation. PNC REVS awards the valuation assignment once approved by the RM or designee.

C.    The assignment is awarded, at the sole discretion of the Manager, PNC REVS or designee, based on type of transaction, competency of the vendor to complete the assignment, fee quote and timing. **Appraiser/evaluator must be independent of the loan production and collection processes and have no direct, indirect or prospective interest, financial or otherwise, in the property or transaction.**

MEEHAN 003732

5.2.2.  Engagement Process

The engagement process proceeds as follows:

A.  A system generated Award Notification E-Mail is produced.

1.  An Award Notification E-Mail, which includes the property contact identification, all appropriate property information, and fee and timing, is e-mailed to the appraiser. For all required appraisals the appraiser's State Certification is verified **with asc.gov (National Registry)** at the point of engagement.  In situations where a temporary certification is involved, the verification will occur during the review.

2.  The appraiser or management company representative must confirm the award using the LINKS system

3.  An Electronic Regrets Notification E-Mail is automatically sent via LINKS to those appraisers who have offered bids but have not been awarded the assignment.

B.  In the event an assignment is cancelled subsequent to the Award Notification, a Cancellation E-Mail will be sent to terminate the contract.

### 5.3.  Participations, Shared National Credits, etc.

Current regulatory interpretation states that the lead bank in any shared national credit assumes the responsibility for federal regulatory compliance on behalf of all participants.  However, the non-lead participants are required to complete a due diligence review for each commercial appraisal to assure that the methods, assumptions, data sources, and conclusions are reasonable, well supported, and appropriate for the transaction, property & market. The review process must follow the procedures outlined in Section 6.5.2.  Participations with non-OCC regulated entities or participations that do not meet the criteria for shared national credits must adhere to PNC review processes discussed in Chapter 6.

5.3.1.  PNC  Real Estate Finance as Lead Bank:  When PNC Real Estate Finance is the lead bank in any participation or shared interest, the appraisal ordering process must follow the steps outlined in Sections 5.1. and 5.2.

5.3.2.  PNC Real Estate Finance as Participant Bank:  When PNC Real Estate Finance is not the lead bank, but is a participant bank or has a shared interest, the ordering process may be initiated and administered by the lead bank or by PNC Real Estate Finance.  In the event PNC Real Estate Finance administers the appraisal process, that process must follow the steps outlined in Sections 5.1. and 5.2. When the appraisal process is administered by another bank, prior to relying on the appraisal(s), if the engaged appraiser is not on the PNC Approved Appraiser List due diligence will be undertaken to establish the competency of the appraiser. Typically, the appraiser will be added to the PNC Approved Appraiser List consistent with the procedure outlined in Section 3.1.

The scope of the due diligence review is at the discretion of the Manager, PNC REVS or designee.

MEEHAN 003733

5.4.    **Appraisals Completed For Another Financial Institution**

The 12/2010 regulatory guidance states that an institution's use of a borrower provided appraisal violates the Federal Agencies' appraisal guidelines. The new guidance requires that PNC obtain a copy of the appraisal directly from the other Bank or re-engage the appraiser directly. **Independence of the appraisal is verified by reviewing the bank's engagement letter and following up on any issues that may bring into question the appraiser's independence.**

Compliance with this requirement can be handled by:

<u>Appraisal to be obtained from another Bank</u> – The contact information for the person responsible for the appraisal at the original institution should be entered into the "Request for an Appraisal" in the LINKS system. REVS will contact this person to obtain a copy of the appraisal. However, if a copy of the appraisal has already been obtained by PNC (Relationship Manager, etc.) then it can be provided to REVS. REVS will confirm the report was obtained directly from the originating bank.

If the appraiser is not on PNC's approved appraiser list, REVS will approve the appraiser as part of the review process.

There will be situations that we receive an appraisal from another Bank completed by an appraiser that is not on our approved appraiser list. In most instances we will look to approve the appraiser for inclusion on our approved appraiser list. In other situations, if the appraiser does not want to be considered for our approved list or we do not have a need for an appraiser in a particular market (another appraiser from their firm is already on our list), then we will undergo the following due diligence.

- Review the appraiser's qualifications
- Check his/her State certification status
- Consider the Bank that ordered the appraisal as a reference for the appraiser. (If possible we will call the other Bank and get some background on their typical use of the appraiser)
- Perform a technical review on the appraisal

Prior to considering any appraisal REVS will confirm that the appraisal was ordered by the Bank and the appraisal was received directly from the other Bank or directly from the appraiser.

<u>Appraisal to be obtained from Appraiser</u> - In the request for an appraisal in the LINKS system provide REVS the name of the appraiser who completed the appraisal along with a copy of the appraisal if available and REVS will contact that appraiser to potentially engage the same appraiser to do the appraisal for PNC. If the appraiser is not on PNC's approved appraiser list, REVS will need to approve the appraiser prior to use.

<u>Bank Participation</u> -The process includes receiving a copy of the appraisal directly from the other Financial Services Institution (Bank) and completing a technical review coordinated by Real Estate Valuation Services. The competency and the certification status of the appraiser will be confirmed.

MEEHAN 003734

An appraisal prepared for another bank will be considered for use only after the appraisal has been reviewed and accepted by REVS.  It may be the case that the appraisal is deficient and a new appraisal may need to be ordered to proceed with a transaction.

MEEHAN 003735

## CHAPTER 6: Appraisal/Evaluation Review Process

### Summary

All valuation products (appraisal/evaluation) required by PNC Real Estate Appraisal Policy must be reviewed and accepted prior to final credit decision.

### Responsibility

PNC REVS has the responsibility for reviewing all appraisal and evaluation products of real estate taken as collateral for all commercial loan exposures.

6.      Appraisal/Evaluation Review Process

6.1.    **Objective**

To review appraisals for reasonableness of value and compliance with FIRREA, federal regulatory agency requirements accepted appraisal standards (USPAP) and PNC Real Estate Appraisal Policy.

6.2.    **Appraisal Review Responsibility**

The responsibility for the review and acceptance of an appraisal report is determined by loan purpose and transaction value. PNC REVS is responsible for managing all appraisal reviews using a risk based approach. The review process is directed by the type of loan, amount of loan, and the relative risk of the transaction based on the customer PD rating. Based on these factors either a compliance, administrative, or technical review is performed.

6.3.    **Appraisal Processing**

6.3.1.   Once the appraisal is received into LINKS document library, it can be accessed by all members of the deal team.

6.3.2.   If a previous appraisal has been reviewed and accepted, a senior appraiser will ascertain whether or not a reconciliation should be written delineating the differences between the two appraisals.

6.3.3.   For all appraisal reports, the Relationship Manager or designee must complete a <u>Lender Review Memorandum</u>. **When PNC REVS is completing the appraisal review, the appraisal review process cannot be completed, nor the appraisal accepted, until the Lender Review Memorandum has been received.** The Manager, PNC REVS or designee, must approve any exceptions.

6.4.    **Appraisal Review**

Receipt of the <u>Lender Review Memorandum</u> initiates the review process, which is outlined below:

MEEHAN 003736

6.4.1   The purpose of the appraisal review is to ensure that the appraisal report conforms to regulations, USPAP, Policy and provides a reasonable opinion(s) of value.  The appraisal review will be documented utilizing the appropriate form or acceptable narrative equivalent.

6.4.2.  Upon completion of the review, one of the following should occur:

1)  **Acceptance of the Report**: If no concerns have been identified in either the review document or the <u>Lender Review Memorandum</u>, the report, as presented, will be accepted by PNC REVS.

2)  **Addressing concerns with the Appraiser**: If manageable concerns have been identified in either the review document or the <u>Lender Review Memorandum</u>, these concerns will be addressed with the appraiser by PNC REVS.

3)  **Rejection of the Report**: If significant concerns have been identified in either the review document or the <u>Lender Review Memorandum</u>, the appraisal may be rejected with the approval of a senior appraiser.

### 6.4.3. Acceptance of the Report

If the appraisal report is accepted, PNC REVS will issue a <u>Real Estate Collateral Value Acceptance Memorandum</u>, which is required documentation to fund a new loan.  The completed review package, including the appraisal review checklist, the <u>Lender Review Memorandum,</u> any supplemental documentation from the appraiser and the <u>Real Estate Collateral Value Acceptance Memorandum</u> must be maintained in the appraisal file documentation.   The completed review and <u>Real Estate Collateral Value Acceptance Memorandum</u> can be viewed on line.

### 6.4.4. Addressing Concerns with the Appraiser

If the appraisal reviewer has identified manageable concerns with the appraisal report, any significant issues must be communicated to the appraiser.  (Although, verbal transmission of the concerns may be appropriate, written correspondence is recommended and should be retained in the appraisal file.)  The appraiser's response should also be in written form and might include clarification and additional support, corrected pages, and/or a revised report.

1)  If an appraisal report is being revised by the appraiser, a copy of the original report should be maintained until the review is completed.

2)  In the event that the appraiser's revisions have no impact on the original value conclusion, the appraiser may address the reviewer's concerns in a letter or e-mail.

3)  In the event that the report complies with federal regulations but there exists an unresolved issue which impacts the conclusion of value, and the appraiser will not or cannot participate in the revision process, the reviewer may recommend a field review be completed. All value changes require a field review performed by a state certified appraiser or a new appraisal/evaluation. Internal value changes are prohibited.

MEEHAN 003737

### 6.4.5. Rejection of the Report

When a reasonable attempt to bring an appraisal into compliance or to correct problems within the report does not result in an acceptable report according to regulations, USPAP, and/or PNC Real Estate Appraisal Policy and Procedures, then the recommendation to reject the report must be documented and one of the following actions should be taken:

1) Another appraiser should be engaged; or
2) A senior appraiser may authorize a field review, which complies with USPAP (specifically Standard 3).
3) A senior appraiser must approve the rejection of an appraisal report.
4) **If it is deemed appropriate to file a complaint against an appraiser or evaluator for a fraudulent appraisal or evaluation the Detection and Resolution Unit (DRU) / Fraud Investigation Support (FIS) Creating and Processing Suspicious Activity Reports (SARs) policy will be utilized (Reference # DRU-4-0558).**

### 6.4.6. Field Reviews

The purpose of a field review is to conduct a more in-depth analysis of an appraisal report, including an independent verification of the value conclusions. The field reviewer must be certified in the state, in which the subject property is located. External field reviews are contracted under the direction and at the discretion of the Manager, PNC REVS or designee. The field review must be documented in writing consistent with USPAP Standard 3.

A field review or new appraisal is required when an appraisal review concludes that an appraised value is potentially erroneous and the original appraiser has become uncooperative or is no longer able or willing to make revisions to the report. The use of a field review or new appraisal is at the discretion of the Manager, PNC REVS or designee.

### 6.4.7. Third Party Review of Appraisals

When volume dictates, an external third party review appraiser may be engaged for the review assignment. The appraiser should be notified to cooperate with the external review appraiser.

MEEHAN 003738

**6.5.    Participations, Shared National Credits, etc.**

Current regulatory interpretation states that the lead bank in any shared national credit assumes the responsibility for federal regulatory compliance on behalf of all participants.  However, the non-lead participants are required to complete a due diligence review for each commercial appraisal to assure the methods, assumptions, data sources, and conclusions are reasonable, well supported, and appropriate for the transaction, property & market. The review process must follow the procedures outlined in Section 6.5.2.  Participations with non-OCC regulated entities or participations which do not meet the criteria for shared national credits must adhere to PNC appraisal review processes discussed above.

**IT IS NEVER APPROPRIATE TO RELY ON ANOTHER BANK'S APPRAISAL REVIEW DUE DILIGENCE. PNC BANK MUST MAKE ITS OWN DETERMINATION OF THE ACCEPTABILITY OF AN APPRAISAL. EACH APPRAISAL MUST BE REVIEWED AND ACCEPTED BY PNC REAL ESTATE VALUATION SERVICES (REVS) PRIOR TO RELIANCE.**

6.5.1.    <u>PNC as Lead Bank</u>: When PNC is the lead bank in any participation or shared interest, the appraisal review process must follow the steps outlined in sections 6.1. through 6.4. with the following additions:

1) A technical review will be performed on each appraisal.
2) All questions, concerns and requests for revisions from participants must be channeled through the PNC REVS.  These issues are to be incorporated into the written correspondence sent to the appraiser by the review appraiser.
3) Copies of any internal documentation, including review checklists or file memoranda, are not distributed to participant banks, or to any external entity.

6.5.2.    <u>PNC as Participant Bank</u>: If PNC is a participant bank, the scope of the due diligence review will include the following elements:

o For credits in which we are a participant, a technical review is completed on all appraisals if there are a manageable number of properties (typically 10 or less).

o For credits which include a greater number of properties, a senior appraiser will select a relevant sampling (based on asset values, location, and property type) and a technical review will be completed on those assets.  At a minimum, the balance of the properties will be reviewed using an administrative review process. The rationale for sampling will be documented in the file.

o Additionally, all properties will be analyzed on a summary basis that includes comparing units of comparison central to the valuation of the asset type with other similar properties in the portfolio and market information. The focus of the summary analysis is to identify inconsistencies between the appraisals in basic assumptions and key appraisal indices for assets not undergoing technical reviews.  If the summary review uncovers an appraisal with significant inconsistencies relative to the sample, that appraisal will be investigated further for possible inclusion in the technical review sample at the discretion of a senior appraiser.

MEEHAN 003739

### Quality Assurance:

A supervising appraiser will review the process and documentation for compliance with the procedure outlined above for each transaction.

Any exceptions to this process must be approved by the Manager, PNC REVS or designee.

## 6.6    Residential Appraisal Review Process - Administrative Review

The purpose of the residential appraisal review process is to insure that the appraisal conforms to Banking regulations, USPAP, PNC policy, and provides a reasonable opinion of market value. Reviews are performed by real estate trained staff. The residential appraisal reviews are completed using the compliance or administrative review checklist found in LINKS (with attachment, if applicable) that documents compliance with FIRREA, USPAP, and any issues with the appraisal. The completed review is accepted by a REVS Valuation Coordinator or supervising appraiser prior to final credit decision, based on the recommendation of the real estate trained reviewer.

## 6.7    Evaluation Review Process (Non-Appraisal Evaluation Report)

The purpose of the evaluation review process is to insure that an evaluation performed by a third party conforms to banking regulations. Reviews are performed by real estate trained staff. The review process is similar to an appraisal review and is documented using a compliance review form found in LINKS. The completed review is accepted by a supervising appraiser prior to final credit decision.

NOTE: Any exceptions to the review process must be approved by the Manager, PNC REVS or designee.

## 6.8    Valuation Revalidation Process (Subsequent Transaction)

The purpose of this section is to outline the process for revalidating an appraisal or evaluation for use to support a subsequent transaction. REVS will coordinate and independently validate the previous valuation by performing a revalidation test that is based on the current property condition, a review of market information, and other factors. The revalidation of a valuation is intended to be used for transactions up to 2 years from the effective date of value, with some latitude for transactions that are delayed in closing up to 45 days from the two year anniversary of the effective date of value at the discretion of the credit officer. At any time prior to the closing of the transaction, if the appraisal or evaluation is determined by the RM, Underwriter, or Credit office ("Deal Team") to be invalid based on information not provided during the revalidation process, a new valuation must be obtained.

There are three steps to the process:

1. A Revalidation Request Questionnaire is completed by a member of the Deal Team.
2. The property condition and subject occupancy is confirmed.
3. REVS reviews the market information, questionnaire responses and the property condition information and recommends whether or not the valuation report can be used for a subsequent transaction.

The process is initiated by a member of the Deal Team submitting a request in LINKS that includes a copy of a completed Revalidation Request Questionnaire. REVS processes the revalidation request.

MEEHAN 003740

REVS personnel perform a Revalidation Test that includes a review of market information, the questionnaire responses and the inspection report if available. If the previous valuation report passes the Revalidation Test, a Compliance Review and an Acceptance Memo will be generated in LINKS that serves as documentation that the process is complete. If the previous valuation **DOES NOT** pass the revalidation test a new valuation report will be ordered, reviewed, and accepted.

MEEHAN 003741

## CHAPTER 7: Vendor Payment

### Summary

PNC will endeavor to pay for appraisal services in a timely manner, following the receipt of appraisal reports.

### Responsibility

It is the responsibility of the Line of Business to remit final payment on a timely basis to each appraiser for services rendered.

7.     Vendor Payment

PNC REVS will process all payments for appraisal services. The appraisal fee will be charged to the billing cost center identified in the appraisal request, as set forth in the procedure outlined below.

### 7.1.    Appraisal Fee Payment Authorization

Appraisal services may not be contracted until authorization has been granted by the Relationship Manager (or their designee). It is the responsibility of the Relationship Manager to negotiate the manner and timing of reimbursement with the borrower. Payment to a vendor may not be made contingent upon **valuing the property for a certain amount or** reimbursement by the customer. **The** payment of appraisal fees is a contractual obligation of the Bank. The decision to require reimbursement of appraisal fees is a business decision to be made by the management of the line of business.

### 7.2.    Payment of an Appraisal Invoice

**Disbursement of Funds**: Payment processing occurs when a <u>Request for Disbursement</u> is forwarded to Accounts Payable with the appraiser's original invoice.

7.2.1.    **Penalty Applied**: When an appraiser has exceeded the contractual due date without proper justification, an appropriate penalty may be applied, consistent with the terms of the Master Appraisal Agreement. Acceptance of the appraiser's justification for exceeding the due date and waiver of the late penalty is at the discretion of the Manager, PNC REVS or designee.

MEEHAN 003742

## CHAPTER 8: Release of a Valuation Report

### Summary

When requested, PNC REVS will facilitate the release of all commercial valuation reports consistent with the procedure outlined below.

### Responsibility

It is the responsibility of the requestor to provide to PNC REVS a written Conditional Release Letter signed by the borrower or their agent. PNC REVS will release a copy of the valuation report once the release letter has been received.

8.      Release of a Valuation Report

8.1.    Release of a Commercial Valuation Report **or a 1-4 Family Residential appraisal not covered by Regulation B** to the Borrower

The following procedures do not apply to the sharing of a commercial valuation report with internal support departments (e.g., auditors, accountants, legal staff, etc.) or federal regulatory agencies.

8.1.1.    When requested the release of a copy of a valuation report which was ordered by the Bank, PNC must obtain the requestor's written agreement by facsimile or e-mail to abide by the terms of the release before the report can be sent to the customer.

8.1.2.    The Bank will typically release a valuation report only to the party who tendered full reimbursement to the Bank for the appraisal unless it is in the Bank's best interests to release the appraisal without full reimbursement.   The decision to release a report without full reimbursement is at the discretion of the appropriate Relationship Manager.

8.1.3.    If the review process is complete but a valuation has not been accepted; i.e., the report has been rejected, the review has been canceled, etc., the valuation report may be released to the customer at the discretion of the Manager, PNC REVS or designee.

If a valuation is not utilized by the Bank, the Bank is not released from the obligation to pay the appraiser for services rendered.

8.2.    Release of a Commercial Valuation Report to another Financial Institution

The release of a commercial valuation report to another financial institution will be managed by PNC REVS.

8.3.    Release of a Valuation Report for a 1-4 Family Residential Dwelling **for a Regulation B covered transaction**

Reference Appraisal Disclosure Policy (COM-3-1969)

MEEHAN 003743

## CHAPTER 9: Documentation Folder

### Summary

A Documentation Folder must be maintained for every appraisal requested, ordered by, or reviewed by PNC REVS.

### Responsibility

The Documentation Folder for each appraisal is compiled and maintained by the assigned Valuations Coordinator.

At a minimum the documentation will include:

- Documentation of Vendor Award Notification(s)
- Valuation Review & Supplemental Documentation
- Coordinator Acknowledgment
- Lender Review Memorandum (LRM)
- Real Estate Collateral Value Acceptance Memo
- Final Valuation Report
- Vendor Invoices

MEEHAN 003744

MEEHAN 003745