# EXHIBIT W

## REAL ESTATE VALUATION SERVICES (REVS)
### Review TEAM MEETING AGENDA & MINUTES
### JUNE 5, 2013 (10:00 AM)

Facilitator: Greg Camburn
Procurement Representative:  Paul Higgins
Meeting Minutes: Doug Schoenberg

The agenda & meeting minutes for every meeting can be found on the 'M' drive.
M:RE, Shared, REIS, Real Estate Valuation Services, Appraisal 2013 REVS Staff Meetings 2013

### Previous Meeting Recap – Doug Schoenberg

- ○ Recap important items from previous meeting and address any outstanding questions
  None noted.
- ○ Status update on action items from previous meeting
  No action items noted.

### Customer Service Best Practices

- ○ Continued Focus on Communication (Written & Verbal) - Greg Camburn

  Technical Reviewers must remain vigilant in using clear and concise communication (written and verbal). The goal is to not "start fires" inadvertently. Caution should be exercised when using "Reply All". Only those in need of the information in an e-mail are to be included in the communication.

### Policy, Procedure, Risk Management or Compliance

- ○

### General Discussion Topics

- ○ Limitations of Review Form and Consistent Reporting of Information in Review documents among Technical Reviewers – Greg Camburn

  Several examples of differences in reporting within the Technical Review document by Technical Reviewers was noted. An e-mail is to be sent soliciting feedback on each area identified to build a consensus on consistent reporting.

- ○ Reminder for Reviewers to proof reviews before submitting for approval to Supervising Appraiser. – Greg Camburn

  The need to proof technical reviews prior to submission to Supervising Appraisers was cited. An item of critical importance is to not slow down the process of approval due to errors in the technical review document.

- ○ Education Recap – Advanced Spreadsheet Modeling for Valuation Applications – Greg Camburn

  A very brief recap of the course was noted and it's "Ace" requirement status for the Appraisal Institute Continuing Education program.

---

 **PNC**
REAL ESTATE VALUATION SERVICES          PAGE 1 of 2

*"REAL ESTATE VALUATION SERVICES (REVS) is assisting in building a great company with lasting credit quality by obtaining compliant real estate valuations from independent & competent vendors adhering to the highest service standards possible."*

MEEHAN 004497

O  Appraiser Review Panel Discussion – Doug Schoenberg

Doug Schoenberg reported on a Appraisal review panel discussion for the Northern Ohio Chapter of the Appraisal Institute. Discussions regarding deficiencies in appraisal reports centered on three topics:

1. Communication between the vendor and the review appraiser (and at PNC between the review appraiser and the procurement staff).

2. Contract: discussion regarding the failure of vendors to read and understand the contract.

3. Carelessness: there is a continuation of simple careless errors and it seems like a number of vendors depend on us to do their proof reading.

In addition to these issues that were brought up at the panel discussion, one additional item, appraiser competence was also suggested. It is imperative that we get the best appraiser available, especially for complex assignments.

## Efficiency/Cost Saving Ideas

O

O

## Action Items

O  Need input from Technical Reviewers for Future Meeting Topics – Jim Dawson

The input of technical reviewers was requested for future meeting topics.

## Wrap Up

O  Next staff meeting will be on **July 3, 2013 at 10:00**.

O  Questions? Anything else for the good of the group?

PNC
REAL ESTATE VALUATION SERVICES                    PAGE 2 of 2

*"REAL ESTATE VALUATION SERVICES (REVS) is assisting in building a great company with lasting credit quality by obtaining compliant real estate valuations from independent & competent vendors adhering to the highest service standards possible."*

MEEHAN 004498