# EXHIBIT AA

528070



2011-01-27 11:41:53.0  PAUL A          HIGGINS

-------------------------------------

REBID REQUEST: Re-assigning as administrative review due to loan amount and appraisal under $1 million

=====================================

2011-01-12 13:51:43.0  LARISSA L      CHILDS

-------------------------------------

TECHNICAL

LEVEL 1

MEEHAN 000346

HIGGINS

REVIEW DUE DATE 1/26/11

NEVER RECD RETURN CALL FROM RM... ASSIGNED FOR 2 WEEK REVIEW. IF RM CALLS BACK AND SAYS IT'S A RUSH I WILL ADVISE THE REVIEWER

=====================================

2011-01-10 10:03:29.0  LARISSA L    CHILDS

-------------------------------------

Sorry I did not get back sooner.  I was moving my mother from independent living to assisted.  Paul is nearly done with this one.  As you know we will assume the proposed lease will take place and this lease requires the tenant to do most of the build out.  In return for that they get two years free rent and four more years at below market rent.  So we will have to do a discounted cash flow analysis for seven years. I don't have any sales where this scenario is going on. Either and that is where we are right now, trying to figure out how to get through that approach.  So it is taking longer than expected.  I have asked Paul to give me what he has so I can get started reviewing the front of the report and the income approach and keep things moving along.

Russell J. Lauer MAI

=====================================

2011-01-03 08:51:12.0  LARISSA L    CHILDS

-------------------------------------

Julie,

MEEHAN 000347

I need to get the full details on this building- ie what % are owner occupied and what is rental.  This may have an impact on the entire deal for Mira and for McKelvey.  Pricing and terms are also subject to change.

Please get me the information as soon as possible.

Thanks.

Dariene

=====================================

2010-12-28 07:22:57.0  LARISSA L     CHILDS

------------------------------------

Larissa,

I left you a voicemail on Wed. December 22, regarding how you would like us to approach the appraisal of 3800 Park Avenue, St. Louis, MO 63110.  We have been asked to appraise the "as is" fee simple value.  However, the first floor of the building is unfinished and does not hold much value.  At the time of our inspection, we found out that an LOI draft has been written for a potential tenant for the first floor space.  In speaking with the owner and the broker, it appears as though this deal will likely take place.  The tenant will do $450,000 of TI to the space and in turn will receive two years of free rent as well as discounted rent for the remaining four years.

So the question is would you like for us to assume that the lease will take place?  The terms of the lease are more or less defined although they could change.  The alternative approach is to assume the first floor space, which is undeveloped and has been vacant for years, has a longer absorption period than under the proposed lease.

MEEHAN 000348

Some problems that may arise in assuming the lease is we do not have plans on what the tenant improvements will include, and it is difficult to estimate what the tenant will spend money on and what they will take with them when they leave and so forth.  However, this appears to be the best way to approach this one.  What are your thoughts?

Paul L. Douglass

=====================================

2010-12-08 08:56:00.0  LARISSA L      CHILDS

-------------------------------------

left 3 vm's for the RM Melanie to ask if the due date cld b changed, with no return phone call.  recd call from the vendor and i advised him to go fwd with this report and i am changing the due date to 1/7/11 like he requested.  this will send an email to the RM and the vendor.  i hope she will return my call if this is an issue

=====================================

2010-12-03 09:41:39.0  LARISSA L      CHILDS

-------------------------------------

called RM Melanie..at 314-898-1355...need to know if the vendor is ok to change his delivery date to 1/7/11...if not we will need to bid this out again

=====================================

2010-12-02 11:00:37.0  LARISSA L      CHILDS

-------------------------------------

called RM Melanie..at 314-898-1355...will wait for her to return my call

=====================================

MEEHAN 000349

2010-12-02 09:58:41.0  LARISSA L     CHILDS

-------------------------------------

recd call from vendor Russ...314-531-4000 ext 101

he is unable to complete this report in 15 days.  he said he can complete it by 1/3/11

called Crystal...left vm.. asked her to return my call or get me the RM's Meline's #.

=======================================

MEEHAN 000350

*I submitted review*
*Supervisory appraiser didn't*
*like what I said*

528070

**Two tenant office st. louis**

**1/11/11**

As Is          670000          650000          12/22/10

**Comments**

The as is value assumes a draft Letter of Intent (LOI) is executed and an eventual lease will be signed at the same terms stipulated in the LOI. It also assumes the lease will commence January 1, 2011. THE VALUE IS INVALID IF AN LOI AND/OR A LEASE IS NOT EXECUTED. Though the LOI has been drafted it has not been signed by either party. THE APPRAISAL IS NOT VALID UNLESS THE STATED CONDITIONS ARE MET. Therefore caution should be exercised when using this appraisal to underwrite a loan. It should be noted, the subject's vacant space has been listed on the market as being for rent since 2001.

Only the sales comparison approach and the income approaches were developed. The income approach has been given primary emphasis in the final value conclusion. The appraiser provides good market support and adequate analysis for the concluded market value in the report.

**Special Assumptions**

The report is based on the assumption that the draft Letter of Intent (LOI) is signed and Cardinal Glennon Development will occupy the vacant first floor space at the same terms described in the LOI. Should the LOI not be signed or if it is amended and the terms vary from the terms stated in the appraisal, market value could be significantly impacted and the report would be invalid.

**Observations of Real Estate Risk**

The current financial and real estate markets are in a state of instability and there are limited transactions that provide reliable evidence of current market value. There is not a consensus of market participants concerning the duration and ultimate severity of the current economic downturn. It is cautioned that the users of this appraisal are cognizant that the value conclusion reported herein may have a lesser degree of reliability than it would in a more normal market. Although the value conclusions within the appraisal are recommended for acceptance by the reviewer, caution should be taken within the bank's underwriting to anticipate potential issues with near-term market conditions.

The subject is 58% owner-occupied. A draft LOI indicates the vacant first floor space will be leased to Cardinal Glennon Development. The primary risks associated with the subject property are the stability and sustainability of cash flow for the vacant space should the pending LOI not be consummated. Historical expense statements were not provided to the appraiser. Therefore, prior to relying on this appraisal the historical expense information, along with a signed lease for the vacant space to be occupied by Cardinal Glennon should be reviewed to ensure the actual contract terms are consistent with the appraiser's assumptions. In addition, the appraiser was provided with an estimate to build out the vacant space, and an estimate to complete the landlord's requirements. Should there be any variances market value may be impacted. As mentioned, should the LOI not be signed or if it is amended and the terms vary from terms stated in the appraisal, market value could be significantly impacted and the report would be invalid.

As mentioned, the subject's vacant space has been listed on the market as being for rent since 2001.

**Narrative Description of the Property**

The subject property consists of 0.57 acres of land improved with a 2-story, 23,640 SF, multi-tenant, office building. The building was constructed between 1928 and 1932. The second floor was renovated in 2002 for owner-occupancy. The owner also occupies a portion of the first floor. The remaining first floor space is

MEEHAN 000351

unfinished.  Ceiling heights are ten feet. The subject site contains 33 surface parking spaces in a secured parking area.

Zoning   D Multiple Family District

Parking  33 spaces

**Highest and Best use as vacant**

Hold until commercial of multi-family office development is feasible.

**Highest and Best use as improved**

Existing use as a multi-tenant office building.

**Comments**

The existing use of the subject as a multi-tenant office building is the most productive use of the property.

**Land Value**
$0

Comments:
Land value was not developed.

**Cost Approach**
Comments:

The cost approach to value was not considered applicable due to the difficulty in estimating all forms of depreciation affecting the subject.

**Sales Comparison Approach**

AS IS    670000          28.34

| Unadj. | 42.48 | 56.35 |
|--------|-------|-------|
| Adj.   | 38.24 | 44.45 |

The market was researched and four sales and one listing were analyzed and compared to the subject on the basis of price per square foot of building area. The sales occurred between 03/04 and 06/10. Prior to adjustments, the sale prices per SF ranged as indicated above. Adjustments were considered for property rights, financing, conditions of sale, market conditions, location, condition, age, and land-to-building ratios, etc. The as if complete value estimate of $42.25 per square foot falls within the adjusted range indicated above.  This reflects an as if complete value estimate of $998,790.  From this is deducted the lost rent and owners expenses required to renovate the building for tenant occupancy indicating an as is value estimate of $670,000.  The comparable sales, market data, and overall analysis for this approach to value were good and considered adequate.

**Income Approach**

MEEHAN 000352

The subject is 58% owner-occupied and when the pending LOI/lease is signed the building will be 100% leased. An investor is the most likely purchaser of the appraised property. Based upon three comparable rental properties and two listings, market rent for the owner's space is ascribed at $6.15 per SF. The pending Cardinal Glennon lease requires the tenant to be responsible for approximately $460,000 in interior build-out. The appraiser has indicated the pending lease is at market level due to the build-out expense. The following assumptions were used in the DCF analysis: terminal cap rate of 8.85%, holding period is 6 yrs., income growth rate of 2.0%, expense growth rate of 2.35% and the discount rate is 10.6%. The market information provided in the report provides good support for the appraiser's assumptions and value conclusions. The as if complete value is $708,148. From this is deducted the cost estimate of $60,000 as stipulated in the pending LOI to renovate the building exterior for tenant occupancy reflecting an as is value estimate of $650,000.

**Market Analysis Conclusion**

Generally, the overall St. Louis office market experienced a decline from 2007 through 2010. The current overall vacancy rate is 16.3% with an availability rate of 21.5%. Vacancy is not projected to improve in the near term. Rent concessions in the form of free rent are being used as incentives since tenant improvement allowances are being capped by lenders. The average asking rent for the region is $18.61 per SF. The highest average asking rent of $26.21 is for Class A buildings in the Clayton submarket. The lowest rents of $13.95 per SF are for Class B buildings in the Downtown submarket. Sales activity has picked up substantially as business owners are capitalizing on declining property values and opting to own a building rather than leasing space.

**Reconciliation additional comments**

The appraiser reconciled the sales comparison and income capitalization approaches to value the pending leased fee interest in the subject. Most emphasis was placed on the income approach which is appropriate since the subject is a multi-tenant office building currently 58% owner-occupied. In the original appraisal report, there was a formula error in the DCF analysis and an inconsistency in the utility expense estimate. The appraiser submitted a revised report which corrected the DCF analysis and amended the utility expense estimate which was understated in the original report. The revised value is $20,000 lower than the original reported value.

MEEHAN 000353

MEEHAN 000354

# PNC - Administrative Appraisal Review

**Property Name:**  James McKelvey/OFFICE                    **Appraisal Transmittal Date:**    01/11/2011

**Property #:**  528070    **File #:  1**

**Address:**  3800 Park Ave

**City:**  Saint Louis                              **State:** MO        **Zip Code:** 63110        **Country:**  USA

**Review Due Date:** 01/27/2011                **Review Completion Date:** 01/27/2011

**Property Number:** 528070    **File #:  1**

**Property Appraised By:**   Russell J Lauer of  The Lauer Appraisal Company

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| **Market Value As Is** | $650,000.00 | $650,000.00 | 10/22/2010 | |
| **Prospective Value At Completion** | $0.00 | $0.00 | | |
| **Prospective Value At Stabilization** | $0.00 | $0.00 | | |
| **Property Rights Appraised:** | Leased Fee | | | |

**Comments:**    The appraisal assumes that a draft letter of intent to lease 10,000 SF becomes finalized and commences within the timeframe projected in the appraisal. No rent will be paid for Years 1 and 2 and $5/SF will be paid for Years 3 through 6. The contract rental rate of $5/SF is below market. The appraiser stated in conversation that it would take approximately two years to lease this space. The market rent is estimated to be $7.90/SF once the stated improvements are in place. The appraisal makes the extraordinary assumption that the LOI does become finalized at the stated terms. It is recommended that it be confirmed that the lease in negotiation does commence at terms consistent with those described in the appraisal (in the LOI). It is noted that the appraiser indicated that the market value from a market-based scenario (no consideration of the LOI) would not differ significantly from the as is value that assumes that the lease will commence. This is a reasonable judgment given the terms of the contract lease.

**Reviewer:**  RON SACCO    not Luke

**Reviewer Recommendation:**

**Accept Appraisal:**  This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably and logically supported.

**Supplements to the Review**
**None**

MEEHAN 000355

Administrative Review                                                                 Page 2 of 7

**Property Information**

**Narrative Description of the Property**

The subject site contains 24,829 squre feet or 0.57 acres and is situated at the sothwest corner of park Avenue and South Spring Avenue in the Tiffany neighborhood of St. Louis City. The property is improved with a two story masonry 23,640 square foot office building built in 1928 and 1932 and partially renovated in 2002. A surface parking lot with 33 spaces is located to the wet of the building. The subject is 58% occupied by Mira Inc, in which the owner is (James McKelvey) is the primary principle. The owners space includes the entire second floor and approximately 1,949 square feet (or 17% of the first floor). The remainder of the first floor space is unfinished, vacant space.

| | | | |
|---|---|---|---|
| **Asset Class:** | Office | | |
| **Project Type:** | Other Office | | |
| **Property Status:** | Existing | **Condition:** | Average |
| **Gross Building Area:** | 23,640 sf | **# of Units:** | 0 |
| **Net Rentable Area:** | 23,640 sf | **Year Built:** | 1928 |
| **# of Tenants:** | 0 | **Percent Occupied:** | 58 % |
| **Land Area:** | 0.57 Acres | **Excess Land:** | Acre |
| **Zoning:** | Multiple Family Residential | | |
| **Exposure Time:** | | | |
| **Parking Spaces:** | 0 | | |
| **Highest & Best Use(Vacant):** | Future Development | | |
| **Highest & Best Use(Improved):** | Creative/Loft Office Building | | |
| **Comments:** | | | |

https://iweb.pncrealestatefinance.com/links/shared/cr/reviewPrint1.jsp                     10/26/2015

MEEHAN 000356

Case: 4:17-cv-02876-PLC    Doc. #: 64-23    Filed: 03/20/19    Page: 13 of 17 PageID #: 1821

**Minimum Regulatory Appraisal Standards**

**Question**

1. Yes -- The report complies with the engagement letter.

2. Yes -- The report is addressed to a financial services institution.

3. Yes -- The appraisal is presented in writing and contains sufficient information and analysis to support the bank's decision to engage in the transaction. (Reference LRM)

4. Yes -- The appraisal includes the correct definition of Market Value and a stated opinion of Exposure Time.

5. Yes -- If applicable,the appraiser reports and analyzes appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold lots or units.

6. Yes -- The appraisal was performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations.

7. Yes -- The value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report.

**The following information is required for conformance to USPAP:**

8. Yes -- The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

9. Yes -- The reporting option is prominently stated (Appraisal Report or Restricted Appraisal Report).

10. Yes -- The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

11. Yes -- The real estate is adequetely identified.

12. Yes -- The purpose of the appraisal is stated.

13. Yes -- The real property interests being appraised are identified.

14. Yes -- The effective date of the appraisal and the date of the inspection are stated.

15. Yes -- All special limiting conditions, hypothetical conditions, and assumptions are identified.

16. Yes -- The scope of work used to develop the appraisal is outlined.

17. Yes -- If applicable, the appraiser: Russell J Lauer
Analyzed any current agreements of sale, options, or listing of the property along with all sales of the property occurring within the previous 3 years.
Analyzed any effects on market value due to any easements, restrictions, or encumbrances.
Analyzed the effect on value of any personal property, trade fixtures, or intangible items that are not real property.
Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of the subject property.

18. Yes -- The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated.

MEEHAN 000357

Case: 4:17-cv-02876-PLC    Doc. #:  64-23    Filed: 03/20/19    Page: 14 of 17 PageID #: 1822

**Minimum Regulatory Appraisal Standards**

**Question**

**19.  Yes  --**  The appraisal contains the required signed certification.

**20.  Yes  --**  The highest & best use was analyzed and reported.

**21.  Yes  --**  The appraiser employed a reasonable valuation method that addresses any of the three approaches to value necessary to provide creditable results.

**22.  Yes  --**  The land value was supported by an appropriate appraisal method or technique. **(If Applicable)**

| | |
|---|---|
| **Land Value:** $0.00 | **Unit Value:** $0.00 /  Acre |
| **Comments:** | Not developed. |

**23.  Yes  --**  In the cost approach, the conclusion is supported by reasonable and logical analyses. **(If Applicable)**

**Concluded Value(s):**

| | |
|---|---|
| **As Is Value:** $0.00 | **Unit Value:** $0.00 /  SF |
| **As Completed:** $0.00 | **Unit Value:** $0.00 /  SF |
| **As Stabilized:** $0.00 | **Unit Value:** $0.00 /  SF |
| **Comments:** | Not developed. |

**24.  Yes  --**  In the sales comparison approach, the conclusion is supported by reasonable and logical analyses. **(If Applicable)**

Are individual adjustments applied consistently? -- **Yes**

Does the final unit value fall between the unadjusted range of comparables? -- **Yes**

Does the final unit value fall between the adjusted range of comparables? -- **Yes**

**Concluded Value(s):**

| | |
|---|---|
| **As Is Value:** $670,000.00 | **Unit Value:** $28.34 /  SF |
| **As Completed:** $0.00 | **Unit Value:** $0.00 /  SF |
| **As Stabilized:** $0.00 | **Unit Value:** $0.00 /  SF |
| **Comments:** | The unadjusted unit sale prices range from a low of $42.48 per SF to a high of $56.34 per SF. The adjusted unit sale price ranged from a low of $38.24 per SF to a high of $44.55 per SF. |

MEEHAN 000358

Case: 4:17-cv-02876-PLC    Doc. #:  64-23    Filed: 03/20/19    Page: 15 of 17 PageID #: 1823

**Minimum Regulatory Appraisal Standards**

**Question**

**25.  Yes  --**  In the income approach, the conclusion is supported by reasonable and logical analyses. **(If Applicable)**

**Concluded Value:**

| | |
|---|---|
| **As Is Value:** $650,000.00 | **Unit Value:** $2,749.00 /  SF |
| **As Completed:** $0.00 | **Unit Value:** $0.00 /  SF |
| **As Stabilized:** $0.00 | **Unit Value:** $0.00 /  SF |

**Stabilized Income Projections:**

| | |
|---|---|
| **Gross Rental Income:** | $0.00 |
| **Other Income:** | $0.00 |
| **Vacancy:** | 0 % |
| **Total Expenses:** | $0.00 |
| **NOI:** | $0.00 |
| **Cap Rate:** | 0 % |

**Comments:**

**26.  Yes  --**  The reconciliation appears reasonable.

**Reconciliation(Additional Review Comments):**

MEEHAN 000359

Case: 4:17-cv-02876-PLC    Doc. #:  64-23    Filed: 03/20/19    Page: 16 of 17 PageID #: 1824

**Use of the Review**

The intended user of this review is PNC to facilitate a credit decision.

**Scope of the Review**

This review has been prepared by a real estate trained individual who is independent of the approval of the loan. It is intended to confirm the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

**Limiting Conditions**

 - This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.
 - The analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.
 - No attempt has been made to obtain additional market data for this review.
 - This appraisal review should be considered only within the context of and in conjunction with the appraisal.
 - No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 000360

Case: 4:17-cv-02876-PLC    Doc. #:  64-23    Filed: 03/20/19    Page: 17 of 17 PageID #: 1825

**Reviewer's Certification**

I certify that to the best of my knowledge and belief:

- The facts and data reported by the reviewer and used in the review process are true and correct.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- This assignment was not contingent upon developing or reporting predetermined results.

- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.

- I did not personally inspect the subject property of the work under review.

MEEHAN 000361