# EXHIBIT BB

# PNC - Technical Appraisal Review - General

| | |
|---|---|
| **Appraisal Transmittal Date** | 01/21/2011 |
| **Date Assignment Confirmed** | 03/29/2011 |
| **Property Name:** Park Place / APARTMENTS | **Review Completion Date:** 04/04/2011 |
| **Address:** 22 Hiltin Place | |

**City:** Greensboro     **State:** NC     **Zip Code:** 27409     **Country:** USA

**Property Number:** 528291     **File #:** 1

**Property Appraised By:** Robert Martin  of  Martin & Associates

| Value Indications: | Original | Final | Effective Date: | Comment: |
|---|---|---|---|---|
| **Market Value As Is** | $11,400,000.00 | $11,400,000.00 | 01/04/2011 | |
| **Prospective Value At Completion** | $0.00 | $0.00 | | |
| **Prospective Value At Stabilization** | $0.00 | $0.00 | | |
| **Property Rights Appraised:** | Fee Simple | | | |

**Observations of Real Estate Risk:** Over the past two years there have been significant changes in national market conditions due to the turbulent economic conditions which have affected virtually all real estate markets. Similar conditions have been in place within the subject's market during a protracted period, with declines continuing, but not at the rate experienced over the past several years. Therefore, although the value conclusion within the appraisal is recommended for acceptance by the reviewer, caution should be taken within the Bank's underwriting to anticipate potential issues with near term market conditions. Specifically and with respect to the subject, the Park Place Apartment community was recently renovated and has reached stabilized occupancy within the past three months. As a result, there are no financial statements covering periods of stabilized operations. Withuot such data to base a value, the reliability of the value conclusion is less that it would be if stabilized data was available.

**Reviewer:**  Steven Mustain

**Reviewer Firm:**  PNC Real Estate Valuations - Chicago

**Reviewer Recommendation:**

**Accept Appraisal:**  This appraisal report appears to have been prepared in accordance with federal appraisal regulations and the Uniform Standards of Professional Appraisal Practice. Additionally, the analyses and conclusions contained within the report appear to be reasonably and logically supported.

**Supplements to the Review**
**None**

MEEHAN 000756

Case: 4:17-cv-02876-PLC     Doc. #:  64-24     Filed: 03/20/19     Page: 3 of 44 PageID #: 1828

**Property Information**

| | |
|---|---|
| **Street Address:** | 22 Hiltin Place |
| **City/State/Zip:** | Greensboro, NC 27409 |

**Narrative Description of the Property**

The subject property consists of a 14.1-acre parcel improved with 204 apartment units in 29 part one and part three-story buildings. The unit mix is comprised of 142 townhouses with two-bedrooms and 1.5 baths and 62 garden (flats) with three bedrooms and two baths. The project was built in 1973 and is in good condition. Amenities include clubhouse, fitness center, swimming pool, tennis court and playground. The property is currently 93% occupied, with 12 units reported as vacant plus two used for offices and a model. The property was recently renovated (with the renovation completed in late 2009). The renovation included all kitchen and bath fixtures, interior lighting fixtures, window replacement, new floor covers and interior doors, some new roofs and some exterior vinyl siding replacements. All in, the renovations cost over $3 million. The property has very recently reached what is considered to be a stabilized occupancy.

| | | | |
|---|---|---|---|
| **Asset Class:** | Multifamily | | |
| **Project Type:** | Garden Apartment - Rental | | |
| **Property Status:** | Existing | **Condition:** | Good |
| **Gross Building Area:** | 226,660 sf | **# of Units:** | 204 |
| **Net Rentable Area:** | 226,600 sf | **Year Built:** | 1974 |
| **# of Tenants:** | 190 | **Percent Occupied:** | 93 % |
| **Land Area:** | 14.1 Acres | **Excess Land:** | acre |
| **Zoning:** | RM-18 Multi-family Residential | | |
| **Parking Spaces:** | 0 | | |
| **Highest & Best Use(Vacant):** | Multi-family when the market improves | | |
| **Highest & Best Use(Improved)** | Continued use as improved | | |
| **Comments:** | | | |

MEEHAN 000757

Case: 4:17-cv-02876-PLC    Doc. #:  64-24    Filed: 03/20/19    Page: 4 of 44 PageID #: 1829

**Land Value Analysis**

| | | |
|---|---|---|
| **Land Value:** $0.00 | **Unit Value:** | N/A |

**Comments:**

**Cost Approach**

| | | |
|---|---|---|
| **Concluded Value As Is:** $0.00 | **Unit Value:** | N/A |
| **As Completed:** $0.00 | **Unit Value:** | N/A |
| **As Stabilized:** $0.00 | **Unit Value:** | N/A |

**Comments:**

**Sales Comparison Approach**

| | | |
|---|---|---|
| **Concluded Value As Is:** $1,180,000.00 | **Unit Value:** | $58,000.00 /  unit |
| **Unadjusted Range/ unit :** $41,667.00 to  $67,857.00 | **Adjusted Range/ unit :** | $57,396.00 to  $58,211.00 |
| **As Completed:** $0.00 | **Unit Value:** | N/A |
| **As Stabilized:** $0.00 | **Unit Value:** | N/A |
| **Unadjusted Range/ sf :** $0.00 to  $0.00 | **Adjusted Range/ sf :** | $0.00 to  $0.00 |

**Comments:** Four sales are presented for comparison with the subject. The sales closed between 2/08 and 7/10 at prices between $41,667 and $67,857 per dwelling unit. After making adjustments for property rights, financing, conditions of sale, market conditions and physical characteristics (location, age, condition, etc.) the adjusted range of prices is between $57,396 and $58,396 per unit. The appraiser selects a value of $58,000 per unit which results in a value of $11,850,000. *** I have completed another analysis using the Effective Gross Income Multiplier (EGIM) technique. The comparable sales reported EGIM's of 6.1, 7.8, 7.8 and 8.2. Based on the subject's forecast income and expenses a reasonable range of multipliers is between 7.25x and 7.75x. With a forecast EGI of $1,535,000 this analysis would indicate a range of likely values between $11.1 million and $11.9 million. *** Overall, the data is considered to be adequate, and the analysis is comprehensive, which suggests that the indicated value is reasonable and supported.

MEEHAN 000758

Case: 4:17-cv-02876-PLC    Doc. #: 64-24    Filed: 03/20/19    Page: 5 of 44 PageID #: 1830

## Income Approach

| | |
|---|---|
| **Concluded Value As Is:** | $11,350,000.00 |
| **As Completed:** | $0.00 |
| **As Stabilized:** | $0.00 |

## Stabilized Income Projections

| Income Sources | Rent Estimate(s) | |
|---|---|---|
| **Type of Space** | **Subject** | **Market** |
| Townhouse | $660.00 to $660.00 / unit | $600.00 to $760.00 / unit |
| 3 BR Flat/Garden Style | $790.00 to $790.00 / unit | $740.00 to $835.00 / unit |

| | | | |
|---|---|---|---|
| **Rent Concessions:** | 3% (Included in vacancy) | | |
| **Stabilization in year:** | | | |
| **Gross Income Potential:($)** | $1,705,212.00 | | |
| **Other Income:($)** | $53,860.00 | | |
| **Overall Vacancy:(%)** | 10 | **Market Vacancy:** | 8 |
| **Effective Gross Income:($)** | $1,534,691.00 | | |
| **Total Expenses:($)** | $588,835.00 | **Expense Ratio:(%)** | 38.4 |
| **Reserves for replacement: ($)** | $233.00  per  unit | | |
| **NOI:($)** | $945,855.00 | | |
| **Overall Capitalization Rate: (%)** | 8 | | |
| **Discount Rate:(%)** | 10 | | |
| **Terminal Capitalization Rate:(%)** | 9.25 | | |

**Comments (includes discussion of growth rates and leasing expense):**

1. The appraiser uses four comparable rentals and current contract rents to forecast a pro forma gross potential rent; most reliance is given the rents in place. Other income is supported by other income reported from the last year or so. 2. The appraiser applies a 10% vacancy and collection loss even though the property is currently 93% occupied (and improving). A portion of the vacancy is assumed to take into consideration concessions found in this market. This results in an effective gross income of $1.534 million. 3. Total expenses are estimated using current real estate taxes and historical expenses; the appraiser concludes to an expense of $589,000, or $2,887 per unit and 38% of effective gross income. No expense comparables were included in the report. The total expense of $2,887 per unit is near the low end of the range of ten North Carolina expense comparables that I have researched. These comparables showed a low of $2,675 to a high of $8,910 per unit. As a percentage of EGI, 38% it is at the lower end of the comp range (32% to 59%) but is not unreasonable. 4. Because this is the first year of stabilized property operations, there is no historic NOI to compare to the concluded NOI of $945,555. 5. NOI is capitalized into value using a discounted cash flow analysis. The appraiser uses a 10.0% discount rate and a 9.25% terminal cap rate. The rates are supported by comparable sales (6.2%, 6.9%, 7.6%, and 8.25%), and published survey data. The rates are reasonable and supported. 6. The appraiser made an error in computing the value. Instead of discounting the reversionary value for 10 years he discounted it for 11. If corrected the indicated value by the income approach would have been $11,800,000 instead of the concluded $11,350,000. In light of the relatively low expense projections I have greater confidence in the lower $11.35 million value that in the corrected $11.8 million value.

**Market Analysis Conclusion:**

The current market is reportedly overbuilt and highly competetive. Rental rates and occupancies have reportedly declined

MEEHAN 000759

Case: 4:17-cv-02876-PLC    Doc. #: 64-24    Filed: 03/20/19    Page: 6 of 44 PageID #: 1831

over the past several years and concessions have been prevalent in the market. The subject has been well received by the market as indicated by its ability to lease newly renovated units and its relatively high occupancy during a period of declining occupancies. Interest in rental properies as an investment has also been increasing in the recent past as there has been an improvement in the unemployment data.

MEEHAN 000760

Appraisal Review                                                                 Page 6 of 10

**Minimum Regulatory Appraisal Standards**

|  | **Question** |
|---|---|
| **1. Yes** | Does the report comply with the engagement letter? |
| **2. Yes** | Is the report addressed to a financial services institution? |
| **3. Yes** | Is the appraisal presented in writing and does it contain sufficient information and analysis to support the bank's decision to engage in the transaction? |
| **4. Yes** | Does the appraisal include the correct definition of Market Value and a stated opinion of Exposure Time? |
| **5. Yes** | If applicable, does the appraiser report and analyze appropriate deductions and discounts for any proposed construction, or any properties which are partially leased at other than market rents as of the date of the appraisal, or any other tract developments with unsold lots or units? |
| **6. Yes** | Was the appraisal performed by a state licensed or certified appraiser in accordance with requirements set forth in the regulations? |
| **7. Yes** | Are the value conclusion(s) presented in the appraisal reasonable, based on the factual information, assumptions, and analysis of the report? |
| **8. Yes** | Does the appraisal report appear to conform to the USPAP? |

**The following information is required for conformance to USPAP:**

a. The appraiser possesses the experience or has disclosed in the report any steps to gain the necessary knowledge to competently appraise the specific property type.

b. The reporting option is prominently stated (Appraisal Report or Restricted Appraisal Report).

c. The identity of the Client and any intended user(s) are stated, along with the intended use of the appraisal.

d. The real estate is adequately identified (Including the physical, legal and economic property characteristics relevant to the assignment).

e. The purpose of the appraisal is stated (Including the type and definition of value with source).

f. The real property interests being appraised are identified.

g. The effective date of the appraisal, date of the inspection and date of the report are stated.

h. All special limiting conditions, hypothetical conditions, and assumptions are identified.

i. The scope of work used to develop the appraisal is outlined.

The information analyzed, the appraisal procedures followed, and the reasoning that support the analyses, opinions, and conclusions are described in the appraisal.

j.
Analyzed any current agreements of sale, options, or listing of the property.
Analyzed all sales of the property occurring within the previous three years.
Analyzed any effects on market value due to any easements, restrictions, or encumbrances.
Analyzed the effect on value of any personal property, trade fixtures, or intangible items that are not real property.
Analyzed current market conditions and trends that may affect projected income or the absorption period to the extent they affect the value of the subject property.

k. The use of the real estate existing as of the date of value and the use of the real estate reflected in the appraisal are stated; and, when the purpose of the assignment is market value, the support and rationale for the appraiser's opinion of the highest and best use of the real estate are described.

l. The appraisal contains the required signed certification.

m. The highest & best use of the land "as if vacant" and "as improved" are analyzed and reported.

n. The appraiser employed a reasonable valuation method that addresses the three approaches to market value, and s/he explained the elimination of any approach not used.

o.

https://iweb.pncrealestatefinance.com/links/Valuations/TechnicalReview/reviewPrint1.jsp      10/22/2015

MEEHAN 000761

Case: 4:17-cv-02876-PLC    Doc. #: 64-24    Filed: 03/20/19    Page: 8 of 44 PageID #: 1833

The land value was supported by an appropriate appraisal method or technique.

p.   In the cost approach, the conclusion is supported by reasonable and logical analyses.

q.   In the sales comparison approach, the conclusion is supported by reasonable and logical analyses.

r.   In the income approach, the conclusion is supported by reasonable and logical analyses.

s.   The reconciliation appears reasonable.

MEEHAN 000762

Case: 4:17-cv-02876-PLC     Doc. #: 64-24     Filed: 03/20/19     Page: 9 of 44 PageID #: 1834

| | Question |
|---|---|
| **9. No** | Have all the concerns been addressed? |

**Reconciliation(Additional Review Comments):**

1. The sales comparison and income approaches were developed with most emphasis placed on the income approach. 2. Over the course of the review there were several questions asked of the appraiser who inspected the property, G. Vincent Harkins. Specifically, he was requested to better support the GPI and discuss how concessions are treated. He was also requested to provide additional support for the expense projections. Unfortunately, the appraiser that was engaged for this assignment, Robert S. Martin, was killed in an accident and was not able to assist Mr. Harkins respond to the questions asked of him. Furthermore, Mr. Harkins refused to respond to the Bank's requests due to contractual issues with Mr. Martin's survivors, and also due to his own personal problems. Ultimately, with the additional expense comparable data uncovered by me, I am of the opinion that the concluded value is reasonable and supported by both the income and the sales comparison approaches.

**Exposure Time:**

MEEHAN 000763

**Use of the Review**

**The intended user of this review is PNC to facilitate a credit decision.**

**Scope of the Review**

**This review has been prepared in accordance with USPAP, specifically Standard 3. I have read and reviewed the contents of the referenced report and formed an opinion as to:**

- the adequacy and relevance of the data and the propriety of any adjustments to the data;

- the appropriateness of the appraisal methods and techniques used;

- the reasonableness and appropriateness of the analyses, opinions and conclusions in the report; and

- the appraisal's compliance with PNC Policy, federal appraisal regulations and USPAP.

**In addition, the following tasks were undertaken during the review process:**

**Limiting Conditions**

- This appraisal review has been prepared for the Bank's internal use only and is invalid if used for any other purpose without written permission of the Bank.

- Unless otherwise stated, the analyses, opinions and conclusions of this review are based solely on the data contained in the identified appraisal report. It is assumed that the data in the appraisal is correct and representative of the marketplace.

- Unless otherwise stated, no attempt has been made to obtain additional market data for this review.

- This comprehensive appraisal review should be considered only within the context of and in conjunction with the appraisal.

- No responsibility is assumed for errors in the data or for undisclosed conditions of the property or the market.

MEEHAN 000764

### Reviewer's Certification

**I certify that to the best of my knowledge and belief:**

- The facts and data reported by the review appraiser and used in the review process are true and correct.

- The analyses, opinions, and conclusions in this review report are limited only by the assumptions and limiting conditions stated in this review report, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.

- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

- I did not personally inspect the subject property of the work under review.

- No one provided significant appraisal or appraisal review assistance to the person signing this certification.

- My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the standards and reporting requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and with the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, I HAVE completed the continuing education program of the Appraisal Institute.

- I have performed no services, as an appraiser or any other capacity, on the property or properties which are the subject of this review in the last three years.


*Steven Mustain*                                                    <u>04/04/2011</u>

**Steven Mustain**                                                    **Date**
**IL Certified General Real Estate Appraiser 553000196**

MEEHAN 000765

Page 1 of 5

Re: Fw: 528291 Park Place Apartments loading the cap rate for taxes formula
vince harkins
to:
joseph.meehan
03/03/2011 10:08 AM
Show Details


History: This message has been forwarded.
Joe

My land line number is 336-545-8558. Although I know many of the appraisers in Greensboro and Winston-Salem I don't know who their client base is other than local lenders. I have only done subcontract work for two Winston-Salem apprasiers and Robert S. Martin and Michael Huggins the other, both MAI's.

Vince Harkins


On Wed, Mar 2, 2011 at 11:06 AM, <joseph.meehan@pnc.com> wrote:
Vince,

Send me your phone number.  We have not been able to pay Mr. Martin because we do not have his firm's  tax ID number.

We are trying to figure out  a way to hire you.  Do you subcontract with any other appraisers in the area who already is on PNC's list?


**Joseph M. Meehan, MAI**
Asst. Vice President
Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2
Clayton, MO 63105
(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com


----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/02/2011 10:02 AM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gvinceh@gmail.com |
| Date: | 03/01/2011 02:50 PM |
| Subject: | 528291 Park Place Apartments loading the cap rate for taxes formula |


Call me and I will walk you through this spreadsheet.


file://C:\Documents and Settings\xjom03w\Local Settings\Temp\notesC9812B\~web5731....   3/23/2011

MEEHAN 000766

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**

120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399

joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/01/2011 02:42 PM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gvinceh@gmail.com |
| Cc: | Larissa L Childs/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 01:05 PM |
| Subject: | 528291 Park Place Apartments appraisal review |

Vince,

As discussed on the phone, I have some questions about the property and the appraisal report. Please look over the items set out below and so we can discuss them.

## Report format

PNC ordered a self-contained report and received a summary report. Please see PNC's requirements/guidelines for a self-contained report.

## Interest appraised

Report states you are valuing the fee simple interest in the property, yet you use actual contract rents for the occupied units, thus it appears you have valued the leased fee interest in the property. Based on market rents, gross potential income would be $1,978,440 per year which is substantially more than $1,705,212 as reported on Page 53.

## Concessions

The report states that concessions are prevalent in the market. The subject's photo shows a concession banner advertising one month free rent, but no concessions are utilized in the DCF. When are concessions anticipated to end, if ever?

## Income and vacancy

The report states there are 14 vacant units including the office and model units. I count 15 total vacant units. The report states there are an equal distribution of unit types vacant. I count eight two-bedroom units, and five three-bedroom units being vacant, excluding the three-bedroom office and model units.

MEEHAN 000767

**Expense projections**
Please include the subject's historical information in the addenda.

The loan officer says this property has never achieved stabilized operations, thus the historical expenses are somewhat irrelevant and expense comps are needed.

Payroll is approximately ½ of the historical costs, and utility expenses are 1/3 of the historical costs. USPAP indicates that comparable operating expense data needs to be analyzed. Expense data would either support or refute the subject's payroll and utility estimates. The loan office said that outside contractors were used for the renovation work, thus the assumption that payroll expenses will be approximately one-half of the historical expenses because all of the renovation has been completed may be in error.

Real Estate Taxes -- Actual taxes of $103,997 is based on an assessor's value of $7,591,600. Would taxes be closer to $156,000 based on your market value estimate of $11,400,000? If the subject sold for the appraised value would a purchaser anticipate a, say, 50% increase in taxes?

A management fee of 3% seems to be at the low end of a reasonable range. Expense comps are needed.

Reserves - The loan officer believes that washers and dryers are provided in some units. Do you know if this is correct? If so, should reserves be higher to replace the washers and dryers when needed?

**DCF errors and theory questions**
The DCF appears to have left out the other income in the EGI calculations.

Replacement Reserves are used twice. One should say management fees.

The reversion value does not appear to account for a sales commission to show the net proceeds to be received.

The reversion value is incorrectly discounted at the Year 11 discount rate.

**Addenda**
PNC's engagement letter is missing.

As mentioned, please include the subject's historical income and expense data.

**Joseph M. Meehan, MAI**
Asst. Vice President
Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2
Clayton, MO 63105
(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

MEEHAN 000768

| From: | Larissa L Childs/CredPlcy/CLE/PNC |
|---|---|
| To: | vince harkins <gvinceh@gmail.com>, Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 07:36 AM |
| Subject: | Re: Park Place Apartments, Greensboro, NC |

Joe,
Please see the update from the vendor on LINKS #528291. Please contact Vincent if you need to discuss any issues on the report.
thanks,
LC

**Larissa Childs**
Valuation Coordinator
Corporate Appraisal

**PNC Financial Services Group**
1900 E. Ninth Street (Locator B7-YB13-22-4)
Cleveland, OH  44114

(p) 216.222.6054 | (f) 216.222.6090
larissa.childs@pnc.com

| From: | vince harkins <gvinceh@gmail.com> |
|---|---|
| To: | larissa.childs@pnc.com |
| Date: | 02/21/2011 11:58 AM |
| Subject: | Park Place Apartments, Greensboro, NC |

Dear Larissa

The appraisal to the above mentioned proeprty was awarded to Robert S. Martin, MAI, CRE of Winston-Salem and he assigned it to me. I had completed the assignement and submitted it to him and he reviewed it and forward the finished product to you. According to your office the report requested was a complete report but the report submitted was a

file://C:\Documents and Settings\xjom03w\Local Settings\Temp\notesC9812B\~web5731....    3/23/2011

MEEHAN 000769

summary. I have corrected this. However, subsequently Robert S. Martin
had an automobile accident and as a result of the injuries he
sustained he died a week ago today Monday February 14, 2011. I would
like to send you the hard copies for the appraisal of Park Place
Apartments. PLease advise.

G. Vincent Harkins, MAI

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

MEEHAN 000770



## Fw: 528291 Park Place Apartments loading the cap rate for taxes formula

Joseph M. Meehan  to: gvinceh                                    03/02/2011 10:06 AM

Vince,

Send me your phone number.  We have not been able to pay Mr. Martin because we do not have his firm's tax ID number.

We are trying to figure out  a way to hire you.  Do you subcontract with any other appraisers in the area who already is on PNC's list?

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/02/2011 10:02 AM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gvinceh@gmail.com |
| Date: | 03/01/2011 02:50 PM |
| Subject: | 528291 Park Place Apartments loading the cap rate for taxes formula |

Call me and I will walk you through this spreadsheet.



Effective cap rate millage rate.xls

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/01/2011 02:42 PM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gvinceh@gmail.com |
| Cc: | Larissa L Childs/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 01:05 PM |
| Subject: | 528291 Park Place Apartments appraisal review |

MEEHAN 000771

Vince,

As discussed on the phone, I have some questions about the property and the appraisal report. Please look over the items set out below and so we can discuss them.

## Report format

PNC ordered a self-contained report and received a summary report. Please see PNC's requirements/guidelines for a self-contained report.

## Interest appraised

Report states you are valuing the fee simple interest in the property, yet you use actual contract rents for the occupied units, thus it appears you have valued the leased fee interest in the property. Based on market rents, gross potential income would be $1,978,440 per year which is substantially more than $1,705,212 as reported on Page 53.

## Concessions

The report states that concessions are prevalent in the market. The subject's photo shows a concession banner advertising one month free rent, but no concessions are utilized in the DCF. When are concessions anticipated to end, if ever?

## Income and vacancy

The report states there are 14 vacant units including the office and model units. I count 15 total vacant units. The report states there are an equal distribution of unit types vacant. I count eight two-bedroom units, and five three-bedroom units being vacant, excluding the three-bedroom office and model units.

## Expense projections

Please include the subject's historical information in the addenda.

The loan officer says this property has never achieved stabilized operations, thus the historical expenses are somewhat irrelevant and expense comps are needed.

Payroll is approximately ½ of the historical costs, and utility expenses are 1/3 of the historical costs. USPAP indicates that comparable operating expense data needs to be analyzed. Expense data would either support or refute the subject's payroll and utility estimates. The loan office said that outside contractors were used for the renovation work, thus the assumption that payroll expenses will be approximately one-half of the historical expenses because all of the renovation has been completed may be in error.

Real Estate Taxes -- Actual taxes of $103,997 is based on an assessor's value of $7,591,600. Would taxes be closer to $156,000 based on your market value estimate of $11,400,000? If the subject sold for the appraised value would a purchaser anticipate a, say, 50% increase in taxes?

MEEHAN 000772

A management fee of 3% seems to be at the low end of a reasonable range.  Expense comps are needed.

Reserves -  The loan officer believes that washers and dryers are provided in some units.  Do you know if this is correct?  If so, should reserves be higher to replace the washers and dryers when needed?

**DCF errors and theory questions**
The DCF appears to have left out the other income in the EGI calculations.

Replacement Reserves are used twice.  One should say management fees.

The reversion value does not appear to account for a sales commission to show the net proceeds to be received.

The reversion value is incorrectly discounted at the Year 11 discount rate.

**Addenda**
PNC's engagement letter is missing.

As mentioned, please include the subject's historical income and expense data.

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

| Larissa L Childs | Joe, Please see the update from the vendor on L... | 02/22/2011 07:36:19 AM |
|---|---|---|

| | |
|---|---|
| From: | Larissa L Childs/CredPlcy/CLE/PNC |
| To: | vince harkins <gvinceh@gmail.com>, Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 07:36 AM |
| Subject: | Re: Park Place Apartments, Greensboro, NC |

Joe,
Please see the update from the vendor on LINKS #528291.  Please contact Vincent if you need to discuss any issues on the report.
thanks,
LC

**Larissa Childs**
Valuation Coordinator
Corporate Appraisal

MEEHAN 000773

**PNC Financial Services Group**
1900 E. Ninth Street (Locator B7-YB13-22-4)
Cleveland, OH  44114

(p) 216.222.6054 | (f) 216.222.6090
larissa.childs@pnc.com


| vince harkins | Dear Larissa The appraisal to the above mentio... | 02/21/2011 11:58:49 AM |
|---|---|---|

MEEHAN 000774

 **Fw: 528291 Park Place Apartments loading the cap rate for taxes formula**

Joseph M. Meehan   to: gvinceh                                          03/01/2011 02:56 PM
Cc:  Larissa L Childs

Vince,

Hold off on everything until you hear from PNC.   PNC hired Mr. Martin.  We can only accept a report signed by him.  Thus, it may be a waste of everyone's time if you complete the report and we cannot accept it.    We may have to amend our policy for this one.

I will keep you posted.


**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/01/2011 02:52 PM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gvinceh@gmail.com |
| Date: | 03/01/2011 02:50 PM |
| Subject: | 528291 Park Place Apartments loading the cap rate for taxes formula |

Call me and I will walk you through this spreadsheet.

[attachment "Effective cap rate millage rate.xls" deleted by Joseph M. Meehan/CredPlcy/CLE/PNC]


**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/01/2011 02:42 PM -----

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | gvinceh@gmail.com |
| Cc: | Larissa L Childs/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 01:05 PM |
| Subject: | 528291 Park Place Apartments appraisal review |

Vince,

MEEHAN 000775

As discussed on the phone, I have some questions about the property and the appraisal report. Please look over the items set out below and so we can discuss them.

## Report format

PNC ordered a self-contained report and received a summary report. Please see PNC's requirements/guidelines for a self-contained report.

## Interest appraised

Report states you are valuing the fee simple interest in the property, yet you use actual contract rents for the occupied units, thus it appears you have valued the leased fee interest in the property. Based on market rents, gross potential income would be $1,978,440 per year which is substantially more than $1,705,212 as reported on Page 53.

## Concessions

The report states that concessions are prevalent in the market. The subject's photo shows a concession banner advertising one month free rent, but no concessions are utilized in the DCF. When are concessions anticipated to end, if ever?

## Income and vacancy

The report states there are 14 vacant units including the office and model units. I count 15 total vacant units. The report states there are an equal distribution of unit types vacant. I count eight two-bedroom units, and five three-bedroom units being vacant, excluding the three-bedroom office and model units.

## Expense projections

Please include the subject's historical information in the addenda.

The loan officer says this property has never achieved stabilized operations, thus the historical expenses are somewhat irrelevant and expense comps are needed.

Payroll is approximately ½ of the historical costs, and utility expenses are 1/3 of the historical costs. USPAP indicates that comparable operating expense data needs to be analyzed. Expense data would either support or refute the subject's payroll and utility estimates. The loan office said that outside contractors were used for the renovation work, thus the assumption that payroll expenses will be approximately one-half of the historical expenses because all of the renovation has been completed may be in error.

Real Estate Taxes -- Actual taxes of $103,997 is based on an assessor's value of $7,591,600. Would taxes be closer to $156,000 based on your market value estimate of $11,400,000? If the subject sold for the appraised value would a purchaser anticipate a, say, 50% increase in taxes?

A management fee of 3% seems to be at the low end of a reasonable range. Expense comps are

MEEHAN 000776

needed.

Reserves - The loan officer believes that washers and dryers are provided in some units. Do you know if this is correct? If so, should reserves be higher to replace the washers and dryers when needed?

**DCF errors and theory questions**
The DCF appears to have left out the other income in the EGI calculations.

Replacement Reserves are used twice. One should say management fees.

The reversion value does not appear to account for a sales commission to show the net proceeds to be received.

The reversion value is incorrectly discounted at the Year 11 discount rate.

**Addenda**
PNC's engagement letter is missing.

As mentioned, please include the subject's historical income and expense data.

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

---

| Larissa L Childs | Joe, Please see the update from the vendor on L... | 02/22/2011 07:36:19 AM |

| | |
|---|---|
| From: | Larissa L Childs/CredPlcy/CLE/PNC |
| To: | vince harkins <gvinceh@gmail.com>, Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 07:36 AM |
| Subject: | Re: Park Place Apartments, Greensboro, NC |

Joe,
Please see the update from the vendor on LINKS #528291. Please contact Vincent if you need to discuss any issues on the report.
thanks,
LC

**Larissa Childs**
Valuation Coordinator
Corporate Appraisal

MEEHAN 000777

**PNC Financial Services Group**
1900 E. Ninth Street (Locator B7-YB13-22-4)
Cleveland, OH  44114

(p) 216.222.6054 | (f) 216.222.6090
larissa.childs@pnc.com

| vince harkins | Dear Larissa The appraisal to the above mentio... | 02/21/2011 11:58:49 AM |
|---|---|---|

MEEHAN 000778



**Re: Park Place Apartments, Greensboro, NC**

Joseph M. Meehan  to: gvinceh                                      02/22/2011 08:47 AM
Cc:  Larissa L Childs

Vince,

I am deeply sorry to hear about Mr. Martin.

I am PNC's reviewer assigned to this report.  I have some questions regarding the appraisal and would like to speak to you.  Would you either call me or send me your phone number so I can contact you.

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2
Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

---

| Larissa L Childs | Joe, Please see the update from the vendor on L... | 02/22/2011 07:36:19 AM |
|---|---|---|

| From: | Larissa L Childs/CredPlcy/CLE/PNC |
|---|---|
| To: | vince harkins <gvinceh@gmail.com>, Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Date: | 02/22/2011 07:36 AM |
| Subject: | Re: Park Place Apartments, Greensboro, NC |

Joe,
Please see the update from the vendor on LINKS #528291.  Please contact Vincent if you need to discuss any issues on the report.
thanks,
LC

**Larissa Childs**
Valuation Coordinator
Corporate Appraisal

**PNC Financial Services Group**
1900 E. Ninth Street (Locator B7-YB13-22-4)
Cleveland, OH  44114

(p) 216.222.6054 | (f) 216.222.6090
larissa.childs@pnc.com

---

| vince harkins | Dear Larissa The appraisal to the above mentio... | 02/21/2011 11:58:49 AM |
|---|---|---|

MEEHAN 000779

| From: | vince harkins <gvinceh@gmail.com> |
| --- | --- |
| To: | larissa.childs@pnc.com |
| Date: | 02/21/2011 11:58 AM |
| Subject: | Park Place Apartments, Greensboro, NC |

Dear Larissa

The appraisal to the above mentioned proeprty was awarded to Robert S. Martin, MAI, CRE of Winston-Salem and he assigned it to me. I had completed the assignement and submitted it to him and he reviewed it and forward the finished product to you. According to your office the report requested was a complete report but the report submitted was a summary. I have corrected this. However, subsequently Robert S. Martin had an automobile accident and as a result of the injuries he sustained he died a week ago today Monday February 14, 2011. I would like to send you the hard copies for the appraisal of Park Place Apartments. PLease advise.

G. Vincent Harkins, MAI

MEEHAN 000780



### Re: Fw: ParkPlace Apartments

Joseph M. Meehan  to: Jeff Rettstatt                                03/25/2011 01:09 PM

I was not aware that Paul had attempted to find a third-party reviewer. The last I heard was Adam thought a third-party review was overkill. Prior to that Adam said we couldn't add Hawkins to our list for this one time deal.

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

---

| Jeff Rettstatt | The point is that this is a bad situation and we ar... | 03/25/2011 12:29:19 PM |
|---|---|---|

| From: | Jeff Rettstatt/CredPlcy/CLE/PNC |
|---|---|
| To: | Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Date: | 03/25/2011 12:29 PM |
| Subject: | Re: Fw: ParkPlace Apartments |

The point is that this is a bad situation and we are looking for a way to get it wrapped up.

This is a level 2 type assignment, so we should use a Level 2 vendors in the market. In Greensboro, the only Level 2 vendor we have is Martin and he is deceased. We tried to get Fitzhugh Stout in Charlotte to do a field review, but he declined. Adam suggested this as an alternative. Paul has been working very hard to find a solution to this. If you have better ideas send 'em over.

As far as the hand holding goes, I can do that if you are tired of it.

Won't your suggested changes get him to the right place?

**Jeff Rettstatt, MAI**
Vice President
Real Estate Valuation Services

**PNC Bank**
155 E. Broad Street - Loc. B4-B230-03-7
Columbus, OH 43215
(p) 614.463.6973 | (f) 614.463.8337
jeff.rettstatt@pnc.com

---

| Joseph M. Meehan | Jeff, What am I missing here. | 03/25/2011 12:38:32 PM |
|---|---|---|

| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
|---|---|
| To: | Jeff Rettstatt/CredPlcy/CLE/PNC@PNC |

MEEHAN 000781

| Date: | 03/25/2011 12:38 PM |
|---|---|
| Subject: | Fw: ParkPlace Apartments |

Jeff,

What am I missing here.

We are willing to spend $2,000 to get revisions from someone not on our list and who is marginally competent, and who does not know how to load a cap rate to estimate taxes, or how to project taxes on this apt. complex, but we are not willing to spend $1,500 for a third party review from a competent appraiser.

If we go back to Hawkins I fear I will have to hold his hand through the entire process.  He told me he doesn't know how to estimate taxes by loading a cap rate for taxes.

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**

120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399

joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/25/2011 11:31 AM -----

| From: | Paul A Higgins/CredPlcy/CLE/PNC |
|---|---|
| To: | Jeff Rettstatt/CredPlcy/CLE/PNC@PNC, Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Cc: | Adam J Barone/RealEstFin/PGH/PNC@PNC |
| Date: | 03/25/2011 10:31 AM |
| Subject: | ParkPlace Apartments |

I spoke to Vince Harkins this morning, the cosigner of the Park Place Apartments Report.  I also re-sent Joe's e-mail with his concerns listed, and offered Mr. Harkins $2,000 to address these concerns in the report.

Mr. Harkins believes he will be able to address all the items listed in Joe's e-mail, but he asked until this afternoon to go over the list more thoroughly before he commits.  He has some expense comps from a 13 project portfolio that are about 18 months old, and is going to see if he can get these updated in order to support the bulk of the concerns.

**Paul Higgins**
Appraisal Manager
Real Estate Valuation Services

**PNC Bank**
1900 E. Ninth St.,
Locator B7-YB13-22-4
Cleveland, OH 44114

PH 216-222-6008

FX 216-222-6090

p.higgins@pnc.com
www.welcometopnc.com

MEEHAN 000782

 **528291 Park Place Apts**
Joseph M. Meehan  to: Jeff Rettstatt, p.higgins                    03/23/2011 09:23 AM

| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | Jeff Rettstatt/CredPlcy/CLE/PNC@PNC, p.higgins@pnc.com |

I spoke to the subcontractor.  He said he is not going to be able to follow through on this.


**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2

Clayton, MO 63105

(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

MEEHAN 000783

MEEHAN 000784

 **Park Place Apts**
Joseph M. Meehan  to: Jeff Rettstatt                                    03/02/2011 04:01 PM

From:        Joseph M. Meehan/CredPlcy/CLE/PNC
To:          Jeff Rettstatt/CredPlcy/CLE/PNC@PNC

Jeff,

At you request, I ran several DCF scenarios.  The value range could be $12,100,000 to $15,250,000.  The original appraised value was $11,400,000.  If I use market rent in fee simple  and the appraiser's expense estimates the value would be $15,250,000.  However, as set out in my questions I sent to the appraiser the taxes, payroll and utility expenses appear low.

Doubling utilities and payroll, increasing taxes, and adding concessions that burn off over a few years would indicate a value near $12,100,000.

The RM said outside contractors did the renovation work, thus the appraiser is incorrect in assuming payroll will be half of the actual expenses.This is what the report tells me:

**Payroll:**

The estimated payroll expense for the subject property is $0.40/SF or $90,640 (226,600 SF x $0.40/SF). Over the past three years this expense has ranged from $0.84, $1.06 and $0.75 per square foot. The appraiser selected the $0.40 per square foot because e all renovation on the property have been completed and current vacancy is 93% indicating the subject is operating near optimum efficiency.

**Utilities (water/sewer, electricity)**

Each apartment unit in the subject complex has all electric appliances and HVAC system and is separately metered for the tenant for this expense. However, water, sewer as well as common area lighting of hallways/passages and the exterior grounds and parking areas as well as irrigation of the landscape fall into this expense category. Also within this category are vacant apartment units that are being cleaned and painted. The estimated annual expense for utilities is $0.45/SF of gross building area or $101,970. Over the past three years this expense has been $1.66, $2.15 and $1.47 per square foot.

Steve discovered that Chris Wright worked with Martin at one time.  The subcontractor had said someone else who worked for Martin left to start his own firm. Not sure if  this is Chris Wright and when he left.

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2
Clayton, MO 63105
(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/02/2011 03:46 PM -----

From:        Steve Mustain/CredPlcy/CLE/PNC
To:          Joseph M. Meehan/CredPlcy/CLE/PNC@PNC

MEEHAN 000785

Cc:        Jeff Rettstatt/CredPlcy/CLE/PNC@PNC
Date:      03/02/2011 03:27 PM
Subject:   Martin and Associates

**fyi**



**Chris B. Wright, MAI**
Martin & Associates
Appraiser
119 Brookstown Ave., Ste. 300
Winston Salem, NC 27104
(336) 761-0971
Fax: (336) 631-9227
chris2937@hotmail.com
Standards & Ethics Education Completed
Accepts Fee Assignments (more info)

**Steve Mustain, MAI**
Vice President
Real Estate Valuation Services

**PNC Bank**
One North Franklin Street, Suite 2300
Chicago, IL 60606
Mail Locator: D1-Y806-23-1
312.338.5380 (T)
312.384.8268 (F)

MEEHAN 000786



**Fw: 528291 Park Place Apartments appraisal review**
Joseph M. Meehan  to: Jeff Rettstatt                                    03/02/2011 02:51 PM

From:       Joseph M. Meehan/CredPlcy/CLE/PNC
To:         Jeff Rettstatt/CredPlcy/CLE/PNC@PNC

**Joseph M. Meehan, MAI**

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2
Clayton, MO 63105
(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 03/02/2011 02:51 PM -----

From:       Joseph M. Meehan/CredPlcy/CLE/PNC
To:         gvinceh@gmail.com
Cc:         Larissa L Childs/CredPlcy/CLE/PNC@PNC
Date:       02/22/2011 01:05 PM
Subject:    528291 Park Place Apartments appraisal review

Vince,

As discussed on the phone, I have some questions about the property and the appraisal report. Please look over the items set out below and so we can discuss them.

## Report format

PNC ordered a self-contained report and received a summary report. Please see PNC's requirements/guidelines for a self-contained report.

## Interest appraised

Report states you are valuing the fee simple interest in the property, yet you use actual contract rents for the occupied units, thus it appears you have valued the leased fee interest in the property. Based on market rents, gross potential income would be $1,978,440 per year which is substantially more than $1,705,212 as reported on Page 53.

## Concessions

The report states that concessions are prevalent in the market. The subject's photo shows a concession banner advertising one month free rent, but no concessions are utilized in the DCF. When are concessions anticipated to end, if ever?

## Income and vacancy

The report states there are 14 vacant units including the office and model units. I count 15 total

MEEHAN 000787

vacant units. The report states there are an equal distribution of unit types vacant. I count eight two-bedroom units, and five three-bedroom units being vacant, excluding the three-bedroom office and model units.

**Expense projections**
Please include the subject's historical information in the addenda.

The loan officer says this property has never achieved stabilized operations, thus the historical expenses are somewhat irrelevant and expense comps are needed.

Payroll is approximately ½ of the historical costs, and utility expenses are 1/3 of the historical costs. USPAP indicates that comparable operating expense data needs to be analyzed. Expense data would either support or refute the subject's payroll and utility estimates. The loan office said that outside contractors were used for the renovation work, thus the assumption that payroll expenses will be approximately one-half of the historical expenses because all of the renovation has been completed may be in error.

Real Estate Taxes -- Actual taxes of $103,997 is based on an assessor's value of $7,591,600. Would taxes be closer to $156,000 based on your market value estimate of $11,400,000? If the subject sold for the appraised value would a purchaser anticipate a, say, 50% increase in taxes?

A management fee of 3% seems to be at the low end of a reasonable range. Expense comps are needed.

Reserves - The loan officer believes that washers and dryers are provided in some units. Do you know if this is correct? If so, should reserves be higher to replace the washers and dryers when needed?

**DCF errors and theory questions**
The DCF appears to have left out the other income in the EGI calculations.

Replacement Reserves are used twice. One should say management fees.

The reversion value does not appear to account for a sales commission to show the net proceeds to be received.

The reversion value is incorrectly discounted at the Year 11 discount rate.

**Addenda**
PNC's engagement letter is missing.

As mentioned, please include the subject's historical income and expense data.

**Joseph M. Meehan, MAI**

MEEHAN 000788

Asst. Vice President

Real Estate Valuation Services -REVS

**PNC Bank**
120 S. Central Avenue, Locator S1-YB93-10-2
Clayton, MO 63105
(p) 314-898-1191 | (f) 314-898-1399
joseph.meehan@pnc.com

---

| Larissa L Childs | Joe, Please see the update from the vendor on L... | 02/22/2011 07:36:19 AM |
| --- | --- | --- |

From: Larissa L Childs/CredPlcy/CLE/PNC
To: vince harkins <gvinceh@gmail.com>, Joseph M. Meehan/CredPlcy/CLE/PNC@PNC
Date: 02/22/2011 07:36 AM
Subject: Re: Park Place Apartments, Greensboro, NC

Joe,
Please see the update from the vendor on LINKS #528291.  Please contact Vincent if you need to discuss any issues on the report.
thanks,
LC


**Larissa Childs**
Valuation Coordinator
Corporate Appraisal

**PNC Financial Services Group**
1900 E. Ninth Street (Locator B7-YB13-22-4)
Cleveland, OH  44114

(p) 216.222.6054 | (f) 216.222.6090
larissa.childs@pnc.com

---

| vince harkins | Dear Larissa The appraisal to the above mentio... | 02/21/2011 11:58:49 AM |
| --- | --- | --- |

From: vince harkins <gvinceh@gmail.com>
To: larissa.childs@pnc.com
Date: 02/21/2011 11:58 AM
Subject: Park Place Apartments, Greensboro, NC


Dear Larissa

The appraisal to the above mentioned proeprty was awarded to Robert S. Martin, MAI, CRE of Winston-Salem and he assigned it to me. I had completed the assignement and submitted it to him and he reviewed it and forward the finished product to you. According to your office the report requested was a complete report but the report submitted was a summary. I have corrected this. However, subsequently Robert S. Martin had an automobile accident and as a result of the injuries he

MEEHAN 000789

sustained he died a week ago today Monday February 14, 2011. I would like to send you the hard copies for the appraisal of Park Place Apartments. PLease advise.

G. Vincent Harkins, MAI

MEEHAN 000790

Case: 4:17-cv-02876-PLC   Doc. #: 64-24   Filed: 03/20/19   Page: 37 of 44 PageID #: 1862

*His DCF Based on errors*

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent | $1,705,212 | $1,756,368 | $1,809,059 | $1,863,331 | $1,919,231 | $1,976,808 | $2,036,112 | $2,097,196 | $2,160,112 | $2,224,915 | $2,291,662 |
| Parking /Garage | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Laundry / Vending | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| Total Potential Gross Income | $1,705,212 | $1,756,368 | $1,809,059 | $1,863,331 | $1,919,231 | $1,976,808 | $2,036,112 | $2,097,196 | $2,160,112 | $2,224,915 | $2,291,662 |
| Vacancy & Collection Loss  10.00% | $170,521 | $175,637 | $180,906 | $186,333 | $191,923 | $197,681 | $203,611 | $209,720 | $216,011 | $222,491 | $229,166 |
| Effective Gross Income | $1,534,691 | $1,580,732 | $1,628,153 | $1,676,998 | $1,727,308 | $1,779,127 | $1,832,501 | $1,887,476 | $1,944,100 | $2,002,423 | $2,062,496 |
| Operating Expenses  % of EGI |  |  |  |  |  |  |  |  |  |  |  |
| Taxes | $103,997 | $107,117 | $110,331 | $113,641 | $117,050 | $120,561 | $124,178 | $127,904 | $131,741 | $135,693 | $139,764 |
| Insurance | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Management | $47,500 | $48,925 | $50,393 | $51,905 | $53,462 | $55,066 | $56,717 | $58,419 | $60,172 | $61,977 | $63,836 |
| Administrative | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Utilities | $101,970 | $105,029 | $108,180 | $111,425 | $114,768 | $118,211 | $121,758 | $125,410 | $129,173 | $133,048 | $137,039 |
| Repairs & Maintenance | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Payroll | $90,640 | $93,359 | $96,160 | $99,045 | $102,016 | $105,077 | $108,229 | $111,476 | $114,820 | $118,265 | $121,813 |
| Replacement Allowance | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses | $588,835 | $606,500 | $624,695 | $643,436 | $662,739 | $682,622 | $703,100 | $724,193 | $745,919 | $768,297 | $791,345 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income | $945,855 | $974,231 | $1,003,458 | $1,033,562 | $1,064,569 | $1,096,506 | $1,129,401 | $1,163,283 | $1,198,181 | $1,234,127 | $1,271,151 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 10.00% | | | | | | | | | | |
| Discount Factor | 0.90909 | | | | | | | | | 0.35049 | |
| PV of Income | $6,511,027 | | | | | | | | | 13742169.28 | |
| Terminal Cap. Rate | 9.25% | | | | | | | | | 4816546.499 | |
| Reversion | $13,742,169 | | | | | | | | | | |
| PV of Reversion | $4,816,546 | | | | | | | | | | |
| Imputed Going In Rate | 8.35% | | | | | | | | | | |
| **Value Per DCF** | **$11,327,573** | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per Unit | $55,527 | | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| PV Factor | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 | 0.35049 |
| Present Value | $859,869 | $805,150 | $753,913 | $705,937 | $661,013 | $618,949 | $579,561 | $542,680 | $508,146 | $475,809 | $445,531 |
| Net Present Value | $6,511,027 | | | | | | | | | | |

MEEHAN 000791

my DCF without concessions    Fee Simple

Case: 4.17-cv-02876-PLC    Doc. #: 64-24    Filed: 03/20/19    Page: 38 of 44 PageID #: 1863

MEEHAN 000792

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent | | $1,978,440 | $2,037,793 | $2,098,927 | $2,161,895 | $2,226,752 | $2,293,554 | $2,362,361 | $2,433,232 | $2,506,229 | $2,581,415 | $2,658,858 |
| Concessions | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other | | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| Total Potential Gross Income | | $2,032,296 | $2,093,265 | $2,156,063 | $2,220,745 | $2,287,367 | $2,355,988 | $2,426,668 | $2,499,468 | $2,574,452 | $2,651,685 | $2,731,236 |
| Vacancy & Collection Loss | 10.00% | $197,844 | $203,779 | $209,893 | $216,189 | $222,675 | $229,355 | $236,236 | $243,323 | $250,623 | $258,142 | $265,886 |
| Effective Gross Income | | $1,834,452 | $1,889,486 | $1,946,170 | $2,004,555 | $2,064,692 | $2,126,633 | $2,190,432 | $2,256,145 | $2,323,829 | $2,393,544 | $2,465,350 |
| Operating Expenses | % of EGI | | | | | | | | | | | |
| Administrative | his | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Management | 3.00% | $55,034 | $56,685 | $58,385 | $60,137 | $61,941 | $63,799 | $65,713 | $67,684 | $69,715 | $71,806 | $73,961 |
| Payroll | mine | $181,280 | $186,718 | $192,320 | $198,090 | $204,032 | $210,153 | $216,458 | $222,952 | $229,640 | $236,529 | $243,625 |
| Repairs & Maintenance | $0.11 | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Utilities | mine | $203,940 | $210,058 | $216,360 | $222,851 | $229,536 | $236,422 | $243,515 | $250,820 | $258,345 | $266,095 | $274,078 |
| Taxes | guess | $166,000 | $170,980 | $176,109 | $181,393 | $186,834 | $192,439 | $198,213 | $204,159 | $210,284 | $216,592 | $223,090 |
| Insurance | his | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Replacement Allowance | his | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses | | $850,982 | $876,511 | $902,806 | $929,891 | $957,787 | $986,521 | $1,016,116 | $1,046,600 | $1,077,998 | $1,110,338 | $1,143,648 |
| Leasing Commission | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income | | $983,470 | $1,012,975 | $1,043,364 | $1,074,665 | $1,106,905 | $1,140,112 | $1,174,315 | $1,209,545 | $1,245,831 | $1,283,206 | $1,321,702 |

| | |
|---|---|
| Discount Rate | 10.00% |
| Discount Factor | 0.90909 |
| PV of Income | $6,769,958 |
| Terminal Cap. Rate | 9.25% |
| Reversion | $13,860,011 |
| PV of Reversion | $5,343,634 |
| Imputed Going In Rate | 8.12% |
| **Value Per DCF** | **$12,113,592** |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per U | #REF! | | | | | | | | | | |
| PV Factor | | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 |
| Present Value | | $894,064 | $837,169 | $783,895 | $734,010 | $687,301 | $643,563 | $602,609 | $564,261 | $528,354 | $494,731 |
| Net Present Value | | $3,936,439 | | | | | | | | | |

MEEHAN 000793

| | % of EGI | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent | | $1,978,440 | $2,037,793 | $2,098,927 | $2,161,895 | $2,226,752 | $2,293,554 | $2,362,361 | $2,433,232 | $2,506,229 | $2,581,415 | $2,658,858 |
| Concessions | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other | | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| | | | | | | | | | | | | |
| Total Potential Gross Income | | $2,032,296 | $2,093,265 | $2,156,063 | $2,220,745 | $2,287,367 | $2,355,988 | $2,426,668 | $2,499,468 | $2,574,452 | $2,651,685 | $2,731,236 |
| Vacancy & Collection Loss | 10.00% | $197,844 | $203,779 | $209,893 | $216,189 | $222,675 | $229,355 | $236,236 | $243,323 | $250,623 | $258,142 | $265,886 |
| Effective Gross Income | | $1,834,452 | $1,889,486 | $1,946,170 | $2,004,555 | $2,064,692 | $2,126,633 | $2,190,432 | $2,256,145 | $2,323,829 | $2,393,544 | $2,465,350 |
| Operating Expenses | % of EGI | | | | | | | | | | | |
| Administrative | his | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Management | 3.00% | $55,034 | $56,685 | $58,385 | $60,137 | $61,941 | $63,799 | $65,713 | $67,684 | $69,715 | $71,806 | $73,961 |
| Payroll | his | $90,640 | $93,359 | $96,160 | $99,045 | $102,016 | $105,077 | $108,229 | $111,476 | $114,820 | $118,265 | $121,813 |
| Repairs & Maintenance | $0.11 | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Utilities | his | $101,970 | $105,029 | $108,180 | $111,425 | $114,768 | $118,211 | $121,758 | $125,410 | $129,173 | $133,048 | $137,039 |
| Taxes | guess | $193,000 | $198,790 | $204,754 | $210,896 | $217,223 | $223,740 | $230,452 | $237,366 | $244,487 | $251,821 | $259,376 |
| Insurance | his | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Replacement Allowance | his | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses | | $685,372 | $705,933 | $727,111 | $748,924 | $771,392 | $794,533 | $818,369 | $842,921 | $868,208 | $894,254 | $921,082 |
| Leasing Commission | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income | | $1,149,080 | $1,183,553 | $1,219,059 | $1,255,631 | $1,293,300 | $1,332,099 | $1,372,062 | $1,413,224 | $1,455,621 | $1,499,289 | $1,544,268 |

| | |
|---|---|
| Discount Rate | 10.00% |
| Discount Factor | 0.90909 |
| PV of Income | $7,909,975 |
| Terminal Cap. Rate | 9.25% |
| Reversion | $16,193,946 |
| PV of Reversion | $6,243,467 |
| Imputed Going In Rate | 8.12% |
| Value Per DCF | $14,153,442 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per U | #REF! | | | | | | | | | | |
| PV Factor | | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 |
| Present Value | | $1,044,619 | $978,143 | $915,897 | $857,613 | $803,038 | $751,935 | $704,085 | $659,279 | $617,325 | $578,041 |
| Net Present Value | | $4,599,310 | | | | | | | | | |

my DCF with Concession

Case: 4:17-cv-02876-PLC   Doc. #: 64-24   Filed: 03/20/19   Page: 40 of 44   PageID #: 1865

MEEHAN 000794

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent | | $1,978,440 | $2,037,793 | $2,098,927 | $2,161,895 | $2,226,752 | $2,293,554 | $2,362,361 | $2,433,232 | $2,506,229 | $2,581,415 | $2,658,858 |
| Concessions | | ($197,844) | ($122,268) | ($83,957) | ($43,238) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | 10.00% | 6.00% | 4.00% | 2.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other | | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| | | | | | | | | | | | | |
| Total Potential Gross Income | | $1,834,452 | $1,970,997 | $2,072,106 | $2,177,507 | $2,287,367 | $2,355,988 | $2,426,668 | $2,499,468 | $2,574,452 | $2,651,685 | $2,731,236 |
| Vacancy & Collection Loss | 10.00% | $197,844 | $203,779 | $209,893 | $216,189 | $222,675 | $229,355. | $236,236 | $243,323 | $250,623 | $258,142 | $265,886 |
| Effective Gross Income | | $1,636,608 | $1,767,218 | $1,862,213 | $1,961,317 | $2,064,692 | $2,126,633 | $2,190,432 | $2,256,145 | $2,323,829 | $2,393,544 | $2,465,350 |
| Operating Expenses | % of EGI | | | | | | | | | | | |
| Administrative | 0.00% | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Management | 3.00% | $49,098 | $53,017 | $55,866 | $58,840 | $61,941 | $63,799 | $65,713 | $67,684 | $69,715 | $71,806 | $73,961 |
| Payroll | | $180,000 | $185,400 | $190,962 | $196,691 | $202,592 | $208,669 | $214,929 | $221,377 | $228,019 | $234,859 | $241,905 |
| Repairs & Maintenance | $0.11 | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Utilities | | $200,000 | $206,000 | $212,180 | $218,545 | $225,102 | $231,855 | $238,810 | $245,975 | $253,354 | $260,955 | $268,783 |
| Taxes | | $160,000 | $164,800 | $169,744 | $174,836 | $180,081 | $185,484 | $191,048 | $196,780 | $202,683 | $208,764 | $215,027 |
| Insurance | | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Replacement Allowance | | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses | | $833,826 | $861,286 | $888,384 | $916,333 | $945,159 | $973,514 | $1,002,719 | $1,032,801 | $1,063,785 | $1,095,698 | $1,128,569 |
| Leasing Commission | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income | | $802,782 | $905,932 | $973,829 | $1,044,984 | $1,119,533 | $1,153,119 | $1,187,712 | $1,223,344 | $1,260,044 | $1,297,845 | $1,336,781 |

| | |
|---|---|
| Discount Rate | 10.00% |
| Discount Factor | 0.90909 |
| PV of Income | $6,484,883 |
| Terminal Cap. Rate | 9.25% |
| Reversion | $14,018,134 |
| PV of Reversion | $5,404,597 |
| Imputed Going In Rate | 6.75% |
| **Value Per DCF** | **$11,889,481** |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per Ur | #REF! | | | | | | | | | | |
| PV Factor | | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 |
| Present Value | | $729,802 | $748,704 | $731,652 | $713,738 | $695,142 | $650,906 | $609,484 | $570,699 | $534,382 | $500,376 |
| Net Present Value | | $3,619,038 | | | | | | | | | |

My DCF based on Actual Rents — Leased fee

Case: 4:17-cv-02876-PLC   Doc. #: 64-24   Filed: 03/20/19   Page: 41 of 44 PageID #: 1866

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent | | $1,705,212 | $1,756,368 | $1,809,059 | $1,863,331 | $1,919,231 | $1,976,808 | $2,036,112 | $2,097,196 | $2,160,112 | $2,224,915 | $2,291,662 |
| Parking /Garage | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Laundry / Vending | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| | | | | | | | | | | | | |
| Total Potential Gross Income | | $1,759,068 | $1,811,840 | $1,866,195 | $1,922,181 | $1,979,847 | $2,039,242 | $2,100,419 | $2,163,432 | $2,228,335 | $2,295,185 | $2,364,040 |
| Vacancy & Collection Loss | ### | $170,521 | $175,637 | $180,906 | $186,333 | $191,923 | $197,681 | $203,611 | $209,720 | $216,011 | $222,491 | $229,166 |
| Effective Gross Income | | $1,588,547 | $1,636,203 | $1,685,289 | $1,735,848 | $1,787,923 | $1,841,561 | $1,896,808 | $1,953,712 | $2,012,324 | $2,072,693 | $2,134,874 |
| Operating Expenses | % of EGI | | | | | | | | | | | |
| Taxes | | $103,997 | $107,117 | $110,331 | $113,641 | $117,050 | $120,561 | $124,178 | $127,904 | $131,741 | $135,693 | $139,764 |
| Insurance | | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Management | | $47,500 | $48,925 | $50,393 | $51,905 | $53,462 | $55,066 | $56,717 | $58,419 | $60,172 | $61,977 | $63,836 |
| Administrative | | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Utilities | | $101,970 | $105,029 | $108,180 | $111,425 | $114,768 | $118,211 | $121,758 | $125,410 | $129,173 | $133,048 | $137,039 |
| Repairs & Maintenance | | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Payroll | | $90,640 | $93,359 | $96,160 | $99,045 | $102,016 | $105,077 | $108,229 | $111,476 | $114,820 | $118,265 | $121,813 |
| Replacement Allowance | | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses | | $588,835 | $606,500 | $624,695 | $643,436 | $662,739 | $682,622 | $703,100 | $724,193 | $745,919 | $768,297 | $791,345 |
| Leasing Commission | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income | | $999,711 | $1,029,703 | $1,060,594 | $1,092,412 | $1,125,184 | $1,158,940 | $1,193,708 | $1,229,519 | $1,266,405 | $1,304,397 | $1,343,529 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 10.00% | | | | | | | | | |
| Discount Factor | 0.90909 | | | | | | | | | |
| PV of Income | $6,881,758 | | | | | | | | | 0.38554 |
| Terminal Cap. Rate | 9.25% | | | | | | | | | 13943648.37 |
| Reversion | $13,943,648 | | | | | | | | | 5375880.06 |
| PV of Reversion | $5,375,880 | | | | | | | | | |
| Imputed Going In Rate | 8.16% | | | | | | | | | |
| **Value Per DCF** | **$12,257,638** | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per Ur | $60,086 | | | | | | | | | | |
| PV Factor | | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 |
| Present Value | | $908,829 | $850,994 | $796,840 | $746,132 | $698,651 | $654,191 | $612,561 | $573,580 | $537,079 | $502,901 |
| Net Present Value | | $6,881,758 | | | | | | | | | |

MEEHAN 000795

Case: 4:17-cv-02876-PLC   Doc. #: 64-24   Filed: 03/20/19   Page: 42 of 44 PageID #: 1867

MEEHAN 000796

|  |  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent |  | $1,978,440 | $2,037,793 | $2,098,927 | $2,161,895 | $2,226,752 | $2,293,554 | $2,362,361 | $2,433,232 | $2,506,229 | $2,581,415 | $2,658,858 |
| Concessions |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
|  |  | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other |  | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| Total Potential Gross Income |  | $2,032,296 | $2,093,265 | $2,156,063 | $2,220,745 | $2,287,367 | $2,355,988 | $2,426,668 | $2,499,468 | $2,574,452 | $2,651,685 | $2,731,236 |
| Vacancy & Collection Loss | 10.00% | $197,844 | $203,779 | $209,893 | $216,189 | $222,675 | $229,355 | $236,236 | $243,323 | $250,623 | $258,142 | $265,886 |
| Effective Gross Income |  | $1,834,452 | $1,889,486 | $1,946,170 | $2,004,555 | $2,064,692 | $2,126,633 | $2,190,432 | $2,256,145 | $2,323,829 | $2,393,544 | $2,465,350 |
| Operating Expenses | % of EGI |  |  |  |  |  |  |  |  |  |  |  |
| Administrative | his | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Management | 3.00% | $55,034 | $56,685 | $58,385 | $60,137 | $61,941 | $63,799 | $65,713 | $67,684 | $69,715 | $71,806 | $73,961 |
| Payroll | his | $90,640 | $93,359 | $96,160 | $99,045 | $102,016 | $105,077 | $108,229 | $111,476 | $114,820 | $118,265 | $121,813 |
| Repairs & Maintenance | $0.11 | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Utilities | his | $101,970 | $105,029 | $108,180 | $111,425 | $114,768 | $118,211 | $121,758 | $125,410 | $129,173 | $133,048 | $137,039 |
| Taxes | his | $103,997 | $107,117 | $110,330 | $113,640 | $117,050 | $120,561 | $124,178 | $127,903 | $131,740 | $135,692 | $139,763 |
| Insurance | his | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Replacement Allowance | his | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses |  | $596,369 | $614,260 | $632,687 | $651,668 | $671,218 | $691,355 | $712,095 | $733,458 | $755,462 | $778,126 | $801,469 |
| Leasing Commission |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income |  | $1,238,083 | $1,275,226 | $1,313,483 | $1,352,887 | $1,393,474 | $1,435,278 | $1,478,336 | $1,522,686 | $1,568,367 | $1,615,418 | $1,663,881 |

| | |
|---|---|
| Discount Rate | 10.00% |
| Discount Factor | 0.90909 |
| PV of Income | $8,522,649 |
| Terminal Cap. Rate | 9.25% |
| Reversion | $17,448,262 |
| PV of Reversion | $6,727,060 |
| Imputed Going In Rate | 8.12% |
| **Value Per DCF** | **$15,249,709** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per l | #REF! |  |  |  |  |  |  |  |  |  |  |
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |  |
| PV Factor | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 |  |
| Present Value | $1,125,530 | $1,053,906 | $986,839 | $924,040 | $865,238 | $810,177 | $758,620 | $710,344 | $665,141 | $622,814 |  |
| Net Present Value | $4,955,553 |  |  |  |  |  |  |  |  |  |  |

His corrected income with payroll and utilities based on 3yr Avg

Case: 4:17-cv-02876-PLC   Doc. #: 64-24   Filed: 03/20/19   Page: 43 of 44 PageID #: 1868

MEEHAN 000797

| | % of EGI | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartment Rent | | $1,705,212 | $1,756,368 | $1,809,059 | $1,863,331 | $1,919,231 | $1,976,808 | $2,036,112 | $2,097,196 | $2,160,112 | $2,224,915 | $2,291,662 |
| Parking /Garage | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Laundry / Vending | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| Total Potential Gross Income | | $1,759,068 | $1,811,840 | $1,866,195 | $1,922,181 | $1,979,847 | $2,039,242 | $2,100,419 | $2,163,432 | $2,228,335 | $2,295,185 | $2,364,040 |
| Vacancy & Collection Loss | 10.00% | $170,521 | $175,637 | $180,906 | $186,333 | $191,923 | $197,681 | $203,611 | $209,720 | $216,011 | $222,491 | $229,166 |
| Effective Gross Income | | $1,588,547 | $1,636,203 | $1,685,289 | $1,735,848 | $1,787,923 | $1,841,561 | $1,896,808 | $1,953,712 | $2,012,324 | $2,072,693 | $2,134,874 |
| Operating Expenses | | | | | | | | | | | | |
| Taxes | | $103,997 | $107,117 | $110,330 | $113,640 | $117,050 | $120,561 | $124,178 | $127,903 | $131,740 | $135,692 | $139,763 |
| Insurance | | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Management | | $47,500 | $48,925 | $50,393 | $51,905 | $53,462 | $55,066 | $56,717 | $58,419 | $60,172 | $61,977 | $63,836 |
| Administrative | | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Utilities | $1.76 | $391,776 | $403,529 | $415,635 | $428,104 | $440,947 | $454,176 | $467,801 | $481,835 | $496,290 | $511,179 | $526,514 |
| Repairs & Maintenance | | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Payroll | $0.87 | $197,142 | $203,056 | $209,148 | $215,422 | $221,885 | $228,542 | $235,398 | $242,460 | $249,734 | $257,226 | $264,942 |
| Replacement Allowance | | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Total Operating Expenses | | $985,143 | $1,014,697 | $1,045,138 | $1,076,492 | $1,108,787 | $1,142,051 | $1,176,312 | $1,211,602 | $1,247,950 | $1,285,388 | $1,323,950 |
| Leasing Commission | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Operating Income | | $603,404 | $621,506 | $640,151 | $659,356 | $679,136 | $699,510 | $720,496 | $742,111 | $764,374 | $787,305 | $810,924 |

| | | |
|---|---|---|
| Discount Rate | 10.00% | |
| Discount Factor | 0.90909 | |
| PV of Income | $4,153,677 | |
| Terminal Cap. Rate | 9.25% | 0.35049 |
| Reversion | $8,766,749 | 8766748.651 |
| PV of Reversion | $3,072,692 | 3072691.92 |
| Imputed Going In Rate | 8.35% | |
| **Value Per DCF** | **$7,226,369** | |

| | Implied Value per Unit | $35,423 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| | PV Factor | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 | 0.35049 |
| | Present Value | $548,549 | $513,641 | $480,955 | $450,349 | $421,690 | $394,855 | $369,728 | $346,200 | $324,169 | $303,540 | $284,224 |
| | Net Present Value | $4,153,677 | | | | | | | | | | |

*his dcf fee simple without concession*

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apartment Rent** | $1,978,440 | $2,037,793 | $2,098,927 | $2,161,895 | $2,226,752 | $2,293,554 | $2,362,361 | $2,433,232 | $2,506,229 | $2,581,415 | $2,658,858 |
| Concessions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| **Other** | $53,856 | $55,472 | $57,136 | $58,850 | $60,615 | $62,434 | $64,307 | $66,236 | $68,223 | $70,270 | $72,378 |
| **Total Potential Gross Income** | $2,032,296 | $2,093,265 | $2,156,063 | $2,220,745 | $2,287,367 | $2,355,988 | $2,426,668 | $2,499,468 | $2,574,452 | $2,651,685 | $2,731,236 |
| Vacancy & Collection Loss (10.00%) | $197,844 | $203,779 | $209,893 | $216,189 | $222,675 | $229,355 | $236,236 | $243,323 | $250,623 | $258,142 | $265,886 |
| **Effective Gross Income** | $1,834,452 | $1,889,486 | $1,946,170 | $2,004,555 | $2,064,692 | $2,126,633 | $2,190,432 | $2,256,145 | $2,323,829 | $2,393,544 | $2,465,350 |
| **Operating Expenses** (% of EGI) | | | | | | | | | | | |
| Administrative (his) | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| Management (3.00%) | $55,034 | $56,685 | $58,385 | $60,137 | $61,941 | $63,799 | $65,713 | $67,684 | $69,715 | $71,806 | $73,961 |
| Payroll (his) | $90,640 | $93,359 | $96,160 | $99,045 | $102,016 | $105,077 | $108,229 | $111,476 | $114,820 | $118,265 | $121,813 |
| Repairs & Maintenance ($0.11) | $131,428 | $135,371 | $139,432 | $143,615 | $147,923 | $152,361 | $156,932 | $161,640 | $166,489 | $171,484 | $176,628 |
| Utilities (his) | $101,970 | $105,029 | $108,180 | $111,425 | $114,768 | $118,211 | $121,758 | $125,410 | $129,173 | $133,048 | $137,039 |
| Taxes (his) | $103,997 | $107,117 | $110,330 | $113,640 | $117,050 | $120,561 | $124,178 | $127,903 | $131,740 | $135,692 | $139,763 |
| Insurance (his) | $45,320 | $46,680 | $48,080 | $49,522 | $51,008 | $52,538 | $54,114 | $55,738 | $57,410 | $59,132 | $60,906 |
| Replacement Allowance (his) | $33,990 | $35,010 | $36,060 | $37,142 | $38,256 | $39,404 | $40,586 | $41,803 | $43,058 | $44,349 | $45,680 |
| **Total Operating Expenses** | $596,369 | $614,260 | $632,687 | $651,668 | $671,218 | $691,355 | $712,095 | $733,458 | $755,462 | $778,126 | $801,469 |
| Leasing Commission | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Operating Income** | $1,238,083 | $1,275,226 | $1,313,483 | $1,352,887 | $1,393,474 | $1,435,278 | $1,478,336 | $1,522,686 | $1,568,367 | $1,615,418 | $1,663,881 |

| | |
|---|---|
| Discount Rate | 10.00% |
| Discount Factor | 0.90909 |
| PV of Income | $8,522,649 |
| Terminal Cap. Rate | 9.25% |
| Reversion | $17,448,262 |
| PV of Reversion | $6,727,060 |
| Imputed Going In Rate | 8.12% |
| **Value Per DCF** | **$15,249,709** |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Implied Value per l | #REF! | | | | | | | | | |
| PV Factor | 0.90909 | 0.82645 | 0.75131 | 0.68301 | 0.62092 | 0.56447 | 0.51316 | 0.46651 | 0.42410 | 0.38554 |
| Present Value | $1,125,530 | $1,053,906 | $986,839 | $924,040 | $865,238 | $810,177 | $758,620 | $710,344 | $665,141 | $622,814 |
| Net Present Value | $4,955,553 | | | | | | | | | |

MEEHAN 000798