# EXHIBIT CC

*Used Build-to-suit sales*
*Supervisory Appraisal get involved*

**532510   Palm Beach Community Church**
**Reviewer's Correspondence with vendor and supervisory appraiser**

From:        "Walter Duke" <walter@walterduke.com>
To:          <joseph.meehan@pnc.com>
Cc:          <jeffrey.meyer@pnc.com>, <p.higgins@pnc.com>, "Steve Kuhn" <skuhn@cmdflorida.com>
Date:        06/25/2013 11:14 AM
Subject:     RE: 532510 Palm Beach Community Church aka The Borland Center   appraisal

Joe - Thanks for your follow up.  We appreciate your input and apologize for the underwriting heartburn.  We are not uncomfortable  at all focusing on comparable data that features fee simple acquisitions of religious/educational facilities that are adjusted properly.  I only wish there was better comparable data for this somewhat unique but well located asset.  Be that as it may,  we will be happy to re-visit the report, revise the comparable sale selection, make necessary adjustments that results in a credible valuation.   Steve is having dental surgery today so will be out of pocket but we handle this matter tomorrow and provide you with a revised report.  Thanks again for your thoughts on the valuation process.  We really appreciate it.

Best, Regards, Walter


MIAMI – FORT LAUDERDALE - WEST PALM BEACH - KEY WEST

**WALTER B. DUKE, III, MAI, CCIM, PRESIDENT**
MARINA MILE BUSINESS PARK
2860 MARINA MILE, SUITE 109
**FORT LAUDERDALE, FLORIDA 33312**
_____

TELEPHONE (954) 587-2701
FACSIMILE (954) 587-2702
DIRECT LINE (954) 854-2044
WEBSITE www.cmdflorida.com

CLOBUS, McLEMORE & DUKE, INC., CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.



**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Tuesday, June 25, 2013 9:49 AM
**To:** Walter Duke
**Cc:** jeffrey.meyer@pnc.com; p.higgins@pnc.com; Steve Kuhn
**Subject:** RE: 532510 Palm Beach Community Church aka The Borland Center appraisal

Walter,

In the 2011 appraisal:
Christian Family Church sold for $229 with an adjusted price of $325.

MEEHAN 001318

Cambridge Learning Center, Weston sold for $313 with an adjusted price of $312.
Cambridge Learning Center, Coral Springs sold for $333 with an adjusted price of $333.

In the 2012 appraisal:
Wellington Preparatory sold for $422 with an adjusted price of $409.

Are these arguably better?  While these are smaller and older they do represent the fee simple interest in what appear to be somewhat similar facilities.

Since we do not have an income approach for the subject ( no market rental rate) I cannot determine what would be an appropriate economic characteristic adjustment for the leased fee sales in the current report.

While West Marine may be comparable in size, it is leased, and was developed as a build-to-suit retail building.   Our building would have minimal retail appeal.

I also do not quite understand how the retail buildings are inferior because they do not have parking garages.  Most suburban retail properties prefer surface parking rather than garage parking.

I am reluctant to tell you which comps to use.  But I can say I would feel more comfortable with a value, whether higher or lower,  that is supported by fee simple acquisitons of religious/educational facilities that are adjusted properly.

Build-to-suit properties do not represent arms-length transactions, but they do provide market evidence for what entities are willing to pay for a building designed and constructed for their needs.  These can be presented, but it is questionable how much weight, if any, should be placed on them.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com

Link to REVS Intranet

From:      "Walter Duke" <walter@walterduke.com>
To:        <joseph.meehan@pnc.com>
Cc:        <p.higgins@pnc.com>, <jeffrey.meyer@pnc.com>, "Steve Kuhn" <skuhn@cmdflorida.com>
Date:      06/24/2013 02:55 PM
Subject:   RE: 532510 Palm Beach Community Church aka The Borland Center   appraisal

MEEHAN 001319

Joe – yes, we did.   We also had several fee simple sales in the current report.

Just to recap: The referenced sales from the 2011 report:

Christian Family Church sold in Nov-2009 for $229/SF.  This is a 14,000 SF religious facility. Two Cambridge Learning Centers sold in July-2008 for $313/SF - $333/SF.  Both educational facilities of about 16,000 SF.

These were obviously the best comps we had at the time of appraisal (early-2011).  We tried to update our appraisals with the most recent and relevant sale comps each time around.  Are 2008/2009 sales of significantly smaller educational facilities are more relevant than 2011/2012 comprehensive charter schools?  I guess that is arguable but they may be more comparable as they possess larger assembly areas, kitchen, and administrative office areas in addition to being more recent.

Referenced sale from 2012 report:

Wellington Preparatory sold in Aug-2011 for $422/SF.  Again, a significantly smaller educational facility of about 15,000 SF; less comparable than a charter school with regard to physical attributes, but we were using the best we had at the time.

Do you feel it is preferable to use the older comps from the prior report in the absence of newer comparable data?

What about removing Gold Coast, Strayer and West Marine, and use only charter schools, and/or add back in these older sales and revise the concluded value downward accordingly?

Let me know what you think results in a more credible estimate of value.  We appreciate your opinion and are here to help.

Thanks and Best, Walter

MIAMI – FORT LAUDERDALE - WEST PALM BEACH - KEY WEST

**WALTER B. DUKE, III, MAI, CCIM, PRESIDENT**
MARINA MILE BUSINESS PARK
2860 MARINA MILE, SUITE 109
**FORT LAUDERDALE, FLORIDA 33312**

TELEPHONE (954) 587-2701
FACSIMILE (954) 587-2702
DIRECT LINE (954) 854-2044
WEBSITE www.cmdflorida.com

CLOBUS, McLEMORE & DUKE, INC., CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

MEEHAN 001320

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Monday, June 24, 2013 1:52 PM
**To:** Walter Duke
**Subject:** RE: 532510 Palm Beach Community Church aka The Borland Center appraisal

Walter,

You had sales in the 2011 report  -  Christian Family Church and Cambridge Learning Center were fee simple.

2012 report    Wellington Preparatory  was fee simple

Joseph M. Meehan, MAI
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com

Link to REVS Intranet

From:   "Walter Duke" <walter@walterduke.com>
To:     <joseph.meehan@pnc.com>
Cc:     <jeffrey.meyer@pnc.com>, <p.higgins@pnc.com>, "Steve Kuhn" <skuhn@cmdflorida.com>, "Joann Esper" <JAesper@cmdflorida.com>
Date:   06/24/2013 10:20 AM
Subjec RE: 532510 Palm Beach Community Church aka The Borland Center   appraisal
t:

Joe – Again, thank you for your thoughtful review.  The first attachment is the sales chart utilized in the report.  Just for clarification, Sale 5 transferred a fee simple interest, as it was purchased by a related entity of the tenant in place.  You noted that it was leased fee.  Sale 3 was also fee simple as it was vacant at the time of sale.  Just FYI.

The second attachment represents a table of fee simple charter school transactions in the Florida market. All are fee simple, sale prices range from $179 to $218 per SF.   This is a product type that is actively trading under current market conditions.   It is likely that the subject most probably purchaser would be a charter school, if not a religious entity.  However,  there have not been any comparable sales of major religious facilities in the Florida market.   Any church/religious sales out there include smaller, older properties in inferior locations, with sale prices near $100/SF, well below charter schools and not comparable to the subject.

There isn't much more out there as far as sales that are reflective of the subject unique characteristics, which include a theatre with seating for 516, a banquet hall with capacity of 300,

MEEHAN 001321

classroom space, offices, commercial grade kitchen, and use of detached parking garage; we tried to use the best and most comparable property types, a range of educational, freestanding retail/showroom, office/educational buildings.  If you believe that the use of the fee simple charter schools (which may be the most comparable) would be best, it would probably produce a value near $250/SF ($12,500,000), as I believe our location is better and the property provides additional attributes; we could apply a deduction for obsolescence in the cost approach.

This is the third or fourth time we have appraised this asset so I certainly appreciate the challenge of appraising it and reviewing the appraisal.  We are here to help in any way we can.   Please let me know how you want to proceed.

Thanks and Best, Walter

MIAMI – FORT LAUDERDALE - WEST PALM BEACH - KEY WEST

**WALTER B. DUKE, III, MAI, CCIM, PRESIDENT**
MARINA MILE BUSINESS PARK
2860 MARINA MILE, SUITE 109
**FORT LAUDERDALE, FLORIDA 33312**

TELEPHONE (954) 587-2701
FACSIMILE (954) 587-2702
DIRECT LINE (954) 854-2044
WEBSITE www.cmdflorida.com

CLOBUS, McLEMORE & DUKE, INC., CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** joseph.meehan@pnc.com [mailto:joseph.meehan@pnc.com]
**Sent:** Friday, June 21, 2013 4:27 PM
**To:** walter@walterduke.com
**Cc:** jeffrey.meyer@pnc.com; p.higgins@pnc.com
**Subject:** 532510 Palm Beach Community Church aka The Borland Center appraisal

Walter,

As mentioned on the phone, I am trying to get comfortable with the value of the subject building.  I need to see some sales of fee simple religious/educational/institutional properties.

Sales 4 and 6 are build-to-suit transactions which may not represent arms-length market transactions.

Sales 1, 2, 3 and 5 represent the acquisition of the leased fee interest.  Since an income approach was not completed on the subject I cannot determine what impact the rental rates at the sales had on the sale prices.  Sale 3 was vacant so this may be the fee simple acquisition, but still a one-story retail building.

Sales 3 and 4 are retail buildings which have different highest and best uses than the subject. They are adjusted upward because the subject has use of a parking garage.  Retail buildings

MEEHAN 001322

typically prefer surface parking spaces located in front of the retail stores, thus a garage adjustment to these sales may be inappropriate.

The acquisition of Sale 6 included development rights for a second building.  Would this indicate there should be an adjustment, say, for excess land?

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com

Link to REVS Intranet

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.
[attachment "Borland Sales.xlsx" deleted by Joseph M. Meehan/CredPlcy/CLE/PNC] [attachment "Charter School Sales.xlsx" deleted by Joseph M. Meehan/CredPlcy/CLE/PNC]

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

The contents of this email are the property of PNC. If it was not addressed to you, you

MEEHAN 001323

have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

| | |
|---|---|
| From: | Paul A Higgins/CredPlcy/CLE/PNC |
| To: | Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Cc: | Jeffrey Meyer/TPS/CLE/PNC@PNC |
| Date: | 06/21/2013 03:43 PM |
| Subject: | Re: 532510 Palm Beach Community Church aka The Borland Center   appraisal |

Hi Joe,
Just a heads up that Walter has appraised this in each of the last few years and there are previous reports.  He is probably following the recipe that was accepted the last couple times.  Also, as you can see, the facility is very unique in regards to a typical educational/institutional/religious properties because it is more like a business/conference center with meeting rooms, auditorium, and such.  I'm not sure if seeing sales of typical educational/institutional/religious properties would be meaningful.  Lastly, its location in Palm Beach makes it a one of a kind type center.  I believe the type of information your are looking for to support the value might not be available because of the uniqueness of its size, type of build out, age, and location.  Because Walter Duke is one of the best appraises in Florida, we may have to rely on his experience and perspective on this unique property more than hard factual sales comparable properties.  Just my two cents, thanks, Paul.

**Paul Higgins**
PH 216-222-6008

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | walter@walterduke.com |
| Cc: | Jeffrey Meyer/TPS/CLE/PNC@PNC, p.higgins@pnc.com |
| Date: | 06/21/2013 04:27 PM |
| Subject: | 532510 Palm Beach Community Church aka The Borland Center   appraisal |

Walter,

As mentioned on the phone, I am trying to get comfortable with the value of the subject building.  I need to see some sales of fee simple religious/educational/institutional properties.

MEEHAN 001324

Sales 4 and 6 are build-to-suit transactions which may not represent arms-length market transactions.

Sales 1, 2, 3 and 5 represent the acquisition of the leased fee interest.  Since an income approach was not completed on the subject I cannot determine what impact the rental rates at the sales had on the sale prices.  Sale 3 was vacant so this may be the fee simple acquisition, but still a one-story retail building.

Sales 3 and 4 are retail buildings which have different highest and best uses than the subject. They are adjusted upward because the subject has use of a parking garage.  Retail buildings typically prefer surface parking spaces located in front of the retail stores, thus a garage adjustment to these sales may be inappropriate.

The acquisition of Sale 6 included development rights for a second building.  Would this indicate there should be an adjustment, say, for excess land?

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estate_Valuation_Services&Count=10000

Link to REVS Intranet

MEEHAN 001325