# EXHIBIT DD

**561930 Reviewer's correspondence with vendor and supervisory appraiser.**

**Applied Medical Technology Inc**

From:       Karen Blosser <kblosser@usrc.com>
To:         joseph.meehan@pnc.com
Cc:         Melissa Hamilton <mhamilton@usrc.com>
Date:       12/05/2013 09:46 AM
Subject:    Re: Fwd: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns

I do not think it will impact our final value, so we are good with moving forward and just saying in the report what we used and why.

Karen

Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com

On Thu, Dec 5, 2013 at 10:33 AM, <joseph.meehan@pnc.com> wrote:
I have the survey, but it does not address the usable area. I am still looking for documentation of the usable area.

I understand that a larger usable land area will affect the cost approach, but will it affect your final value conclusion? If not, perhaps we should not wait for it because it is just slowing us down.

Is it worth waiting for?

MEEHAN 002175

.

.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est
ate_Valuation_Services&Count=10000

Link to REVS Intranet

| | |
|---|---|
| From: | Karen Blosser <kblosser@usrc.com> |
| To: | joseph.meehan@pnc.com, Melissa Hamilton <mhamilton@usrc.com> |
| Date: | 12/05/2013 09:29 AM |
| Subject: | Fwd: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns |

Joe, just checking to see if we were going to get a survey, or if we should just note in the report why we used the acreage we used.

Thanks.

Karen


Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com



---------- Forwarded message ----------
From: **Karen Blosser** <kblosser@usrc.com>
Date: Wed, Dec 4, 2013 at 12:57 PM
Subject: Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal
questions/concerns

②

MEEHAN 002176

To: joseph.meehan@pnc.com

Joe, there were three different total site acreage estimates given to us (Cuyahoga County Auditors, Purchase Contract and Legal Description).  We assumed for our report that the legal description was correct.

The only source for the usable acreage figure provided to us was the purchase contract. We assumed this was correct.

If you have a copy of the survey with total acreage (with usable acreage shown), we would be happy to get that and consider those figures.


Karen


Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com


On Wed, Dec 4, 2013 at 12:33 PM, <joseph.meehan@pnc.com> wrote:
Karen,

According to the loan officer, a survey was done and found 3 more gross acres of land with 1.5 more acres being usable.  The loan officer also says, the appraisal added the land but didn't alter the usable land area.

Originally it was:
20.316 acres
16.807 usable

Should be (after survey):
23.785 acres
18.2461 usable (appraisal shows about 1.45 less acres)

What is the correct useable land area?

③

MEEHAN 002177

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est
ate_Valuation_Services&Count=10000

Link to REVS Intranet

From Karen Blosser <kblosser@usrc.com>
:
To:    joseph.meehan@pnc.com
Cc:    Jeffrey Walker <jwalker@usrc.com>, douglas.schoenberg@pnc.com, "Frederick.Petrie"
       <Frederick.Petrie@pnc.com>, maryann.soldan@pnc.com, Melissa Hamilton <mhamilton@usrc.com>
Date: 12/02/2013 01:11 PM
Subj  Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns
ect:

Joe, based upon all correspondence and talking with Jeff on the phone, we will proceed
with providing a revised appraisal. For the Sales Comparison Approach we will
include predominately fee simple sales. Per your comment below, as fee simple does
not necessarily mean vacant we assume it is also possible to include some sales we
have looked at the were sold subject to a lease being in place. For instance we have at
least one sale - leaseback we are looking at to include.

As the subject is somewhat specialized in design (we will be sure to give more detail in
the report) and is being built-to-suit an intended user, and as the revised sales looking
at are non-build to suits, the Sales Comparison Approach will predictably provide an
indication below cost. The subject will be new and it could be leased, as such the Cost
and Income Approaches will also be given weight in our final valuation.

We will work to incorporate all your comments into the revised report.

Thank you.

Karen

Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.

④

MEEHAN 002178

2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com

On Mon, Dec 2, 2013 at 12:39 PM, <joseph.meehan@pnc.com> wrote:
Jeff,

We need to know what a willing buyer would pay for this building if placed on the open market.  Fee simple does not imply vacant, and unoccupied does not imply a detriment to a fee simple valuation of single-tenant, industrial building where the typical buyer is an owner-user.

Still hoping to get the details on the specialized nature of this building.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est ate_Valuation_Services&Count=10000

Link to REVS Intranet

From Jeffrey Walker <jwalker@usrc.com>
:
To:   "joseph.meehan" <joseph.meehan@pnc.com>
Cc:   "Frederick.Petrie" <Frederick.Petrie@pnc.com>, Karen Blosser <kblosser@usrc.com>, maryann.soldan@pnc.com, Melissa Hamilton <mhamilton@usrc.com>, douglas.schoenberg@pnc.com
Date: 12/02/2013 11:17 AM
Subj  Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns
ect:

Joe-

Thanks for the reply. This is very helpful in clarifying the perspective.

MEEHAN 002179

I think the main point I take from the response is the end of your second paragraph, where you indicate you would like to see this appraised as vacant and available in the market. I have no argument with that if we are on the same page. I think some would equally argue that fee simple does not imply vacant, and that fee simple and leased fee are equal if the leased property is at market rates and occupancy.

So if you would like us to proceed with the assumption that the property is vacant upon completion and needs to be available to a market user, then I agree that leased fee sales are not applicable.

Jeff

On Mon, Dec 2, 2013 at 12:05 PM, <joseph.meehan@pnc.com> wrote:
Jeff,

Forgive me, but I still am uncertain as to what is so specialized about this proposed building. It will have 35% office; 35% warehouse; and 30% manufacturing space including prep space, molding hall, solvent bonding room, production workroom, and a sterile packaging area. Based on the information in the report, this does not sound like a special-purpose building. It sounds like an R&D building which typically includes office, lab space and industrial space in one building.

I agree with your premise that nobody would build a specialized property on a spec basis. I assume this is because there is no market for such buildings, or the market would not support the development costs. If specialized build-to-suit buildings have limited market appeal and are not feasible to build, then one could say they may only have value to the user. The issue is the bank needs a market value not a use value. Specialized build-to-suit transactions do not necessarily represent the amount for which the property would sell for or lease for if vacant and available in the market. Thus, leased build-to-suit transactions probably represent use value rather than true market value.

Is there a market for this building, or is there even a limited-market for this building? Is it so specialized that there is no demonstrable market for it?

Before proceeding with the valuation tell us what is being constructed so we can determine if there is a market for this "specialized" building.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/

(6)

MEEHAN 002180

www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est
ate_Valuation_Services&Count=10000

Link to REVS Intranet


From: Jeffrey Walker <jwalker@usrc.com>
To:    joseph.meehan@pnc.com
Cc:    "Frederick.Petrie" <Frederick.Petrie@pnc.com>, maryann.soldan@pnc.com, Karen Blosser
       <kblosser@usrc.com>, Melissa Hamilton <mhamilton@usrc.com>
Date: 12/02/2013 09:47 AM
Subje  Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns
ct:


From:        Karen Blosser <kblosser@usrc.com>
To:          joseph.meehan@pnc.com
Date:        11/26/2013 03:14 PM
Subject:     Re: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns


Thank you, I have received the comments. Melissa and I will take a look at the comments and get back to you as soon as possible.



Karen


Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com



On Tue, Nov 26, 2013 at 4:08 PM, <joseph.meehan@pnc.com> wrote:
  Karen,

⑦

MEEHAN 002181

Jeff is on vacation,  Did your work on this report?  If not, please pass along my questions to whoever did the most work on this report.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est ate_Valuation_Services&Count=10000

Link to REVS Intranet

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 11/26/2013 03:05 PM -----
From:       Joseph M. Meehan/CredPlcy/CLE/PNC
To:         jwalker@usrc.com
Cc:         Mary Ann Soldan/RealEstFin/PGH/PNC@PNC, Frederick J Petrie/CredPlcy/CLE/PNC@PN
Date:       11/26/2013 03:04 PMC
Subject:    561930 Applied Medical Technology Inc  appraisal questions/concerns

Jeff,

As promised in my phone message:

**Sales Comparison Approach**
I need sales of arms-length transactions of buildings purchased by second-generation users.  Your sales of leased, build-to-suit properties my not represent arms-length transactions.

Below is an excerpt from an Appraisal Journal article entitled *You can't get the value right if you get the rights wrong*:

"The transactions or sales of the leased fee interests for the custom properties are at prices that reflect the very high lease rate; typically the leases are net lease deals. The purchases are tantamount to a bond purchase, as the quantity, quality, and durability of the income streams being purchased are consistent with bonds. These are not arm's-length leases. The transactions are not representative of the amount for which the real property would sell if it were vacant and available to be leased (a fee interest) or leased in an arm's-length, open market transaction."

**Income approach**
Rent comps 1 through 4 include office space and industrial space.  You indicate the subject's pure industrial space will lease for $5.50 and $6/SF.  I need to know that you correctly adjusted rents 1 through 4 downward for their office space.  If you simply adjusted these upward for office finish I am not sure you can support $10 for the

subject.

Vacancy and collection loss needs to be included for the subject even though this will be an owner-occupied building because this is the income approach which assumes an investor is the owner, and an investor would include some vacancy.

**Cost approach**

Location adjustments are partially based on being within a superior or inferior submarket.   I am concerned that a submarket comparison is too broad and too generalized to support a location adjustment.  I am pretty sure that there are superior and inferior locations within each submarket.

The budget shows a profit of $554,315.  The appraisal indicates this is developer's profit.  Are you sure this isn't contractor's profit?

**Certification not compliant with USPAP**

USPAP requires that the signing appraiser(s) state whether they have or have not provided prior services.   It is OK to say the company has or has not, but still need to state we/I have, or we/I have not.

**Typos**

PNC number is 561930  -  cover page and transmittal letter say 61903

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est ate_Valuation_Services&Count=10000

Link to REVS Intranet

MEEHAN 002183

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe.
https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

| From: | Jeffrey Walker <jwalker@usrc.com> |
|---|---|
| To: | "joseph.meehan" <joseph.meehan@pnc.com> |
| Cc: | "Frederick.Petrie" <Frederick.Petrie@pnc.com>, Karen Blosser <kblosser@usrc.com>, maryann.soldan@pnc |
| Date: | 12/02/2013 11:17 AM |
| Subject: | Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns |

Joe-

Thanks for the reply. This is very helpful in clarifying the perspective.

I think the main point I take from the response is the end of your second paragraph, where you indicate you would like to see this appraised as vacant and available in the market. I have no argument with that if we are on the same page. I think some would equally argue that fee simple does not imply vacant, and that fee simple and leased fee are equal if the leased property is at market rates and occupancy.

So if you would like us to proceed with the assumption that the property is vacant upon completion and needs to be available to a market user, then I agree that leased fee sales are not applicable.

Jeff

On Mon, Dec 2, 2013 at 12:05 PM, <joseph.meehan@pnc.com> wrote:
Jeff,

Forgive me, but I still am uncertain as to what is so specialized about this proposed building. It will have 35% office; 35% warehouse; and 30% manufacturing space including prep space, molding hall, solvent bonding room,



MEEHAN 002184

production workroom, and a sterile packaging area. Based on the information in the report, this does not sound like a special-purpose building. It sounds like an R&D building which typically includes office, lab space and industrial space in one building.

I agree with your premise that nobody would build a specialized property on a spec basis. I assume this is because there is no market for such buildings, or the market would not support the development costs. If specialized build-to-suit buildings have limited market appeal and are not feasible to build, then one could say they may only have value to the user. The issue is the bank needs a market value not a use value. Specialized build-to-suit transactions do not necessarily represent the amount for which the property would sell for or lease for if vacant and available in the market. Thus, leased build-to-suit transactions probably represent use value rather than true market value.

Is there a market for this building, or is there even a limited-market for this building? Is it so specialized that there is no demonstrable market for it?

Before proceeding with the valuation tell us what is being constructed so we can determine if there is a market for this "specialized" building.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est ate_Valuation_Services&Count=10000

Link to REVS Intranet

From:  Jeffrey Walker <jwalker@usrc.com>
To:    joseph.meehan@pnc.com
Cc:    "Frederick.Petrie" <Frederick.Petrie@pnc.com>, maryann.soldan@pnc.com, Karen Blosser <kblosser@usrc.com>, Melissa Hamilton <mhamilton@usrc.com>
Date:  12/02/2013 09:47 AM
Subject:  Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns

Joe-

I was out last week when the follow-up conversation occurred between you and Karen. Because some of the "big picture" issues here I believe have significant implications on



MEEHAN 002185

how we appraise built-to-suit, and in particular, specialized properties, I have copied Fred here.

Please understand that this email is intended to discuss issues of what the Bank would like to see in terms of identifying a fee simple owner-occupied building that is build-to-suit. We very much want to provide data and analysis that is consistent with that definition. So this discussion is in no way intended to be argumentative. We simply want to make sure we are on the same page.

Joe, I agree in general that the interest appraised at the subject needs to tie to the data selected in the sales comparison approach. But I would also suggest that the data has to represent what one of my clients calls "economic authenticity." That is, we can't let the theory take us to a place that doesn't represent what is happening in the market.

In a typical several-year-old office building, for example, there is clearly a difference between a fee simple sale and a long-term leased building of exactly the same physical and locational characteristics. In most cases, the lease fee position attracts a different buyer, and in many, perhaps most, cases this can add value to the property. In these cases, utilizing comps from a different interest position does in fact lead to inappropriate results.

But I believe this becomes problematic on a specialized built-to-suit property. I think the key point is this: The market reality is that nobody builds a specialized new property on a speculative basis, either to lease (i.e., non-built-to-suit lease comps), or to sell speculatively upon completion (i.e., non-build-to-suit sale comps). So although I understand you are not specifically asking us to value the property assuming second generation space, the market realtity is that if we use non-build to suit sales and leases, that is in fact the data we will be analyzing. If we treat a build-to-suit new subject property with this perspective, essentially by definition no specialized built-to-suit would be feasible, since the development of specialized build-to-suits are not feasible in today's marketplace.

Conversely, if the Bank wants to see the property appraised as first generation specialized space intended for the owner occupant, then I continue to believe that sales of build-to-suits and leases of build-to-suits are in fact economically comparable to that scenario. I fully understand that the interest appraised has to be considered, but those situations are, in fact in my mind, comparable in the market to a first-generation owner occupied build-to-suit.

Of course, if by definition the Bank wants us to appraise the property as if the original intended occupant is not occupying the building, and it is open for occupancy on the market for a user for which the construction was not intended (i.e., spec construction), we can certainly proceed under that direction. But essentially by definition the value under that scenario will not represent feasibility.

I would keep in mind that, even with the data used, our conclusion was below the cost

12

MEEHAN 002186

approach, so we are already representing some external obsolescence in the market. We did not simply conclude to the cost approach.

I believe a third scenario would be to utilize fee simple second generation sales in order to accommodate the theoretical issues, but then not rely on the approach. But is seems unproductive to analyze data with the foregone conclusion that it is not applicable.

So to sum up my long-winded thoughts, I do not believe that there is a right or wrong answer here, and so again, I am not being argumentative. I believe the issue is whether the Bank wishes to analyze its potential collateral in specialized built-to-suit situations as first generation space intended for that occupant, or as if vacant and available to a non-specialized user. This theoretical perception is not really a USPAP issue, but the answer does have very real valuation implications.

Thanks again for your time. I welcome any feedback or response. In either case, we will be sure to be clear in the report the assumption so we are transparent and in no way misleading.

Thanks again,

Jeff


---------- Forwarded message ----------
From: <joseph.meehan@pnc.com>
Date: Mon, Dec 2, 2013 at 9:57 AM
Subject: Re: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns
To: Karen Blosser <kblosser@usrc.com>
Cc: maryann.soldan@pnc.com, frederick.petrie@pnc.com, douglas.schoenberg@pnc.com


Karen,

Where do we stand on this?

Also, have you determined what is going into this building that is "specialized?" The HVAC expense seems somewhat expensive at $23/SF.  The elevator and cranes/hoists don't seem to be to excessive at $99,000 and $39,000.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/

(13)

MEEHAN 002187

www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est
ate_Valuation_Services&Count=10000

Link to REVS Intranet

From:      Karen Blosser <kblosser@usrc.com>
To:        joseph.meehan@pnc.com
Date:      11/26/2013 03:14 PM
Subject:   Re: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns

Thank you, I have received the comments. Melissa and I will take a look at the comments and get back to you as soon as possible.

Karen

Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com

On Tue, Nov 26, 2013 at 4:08 PM, <joseph.meehan@pnc.com> wrote:
Karen,

Jeff is on vacation,  Did your work on this report?  If not, please pass along my questions to whoever did the most work on this report.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105



MEEHAN 002188

314.898.1191http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est
ate_Valuation_Services&Count=10000

Link to REVS Intranet


----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 11/26/2013 03:05 PM -----
From:       Joseph M. Meehan/CredPlcy/CLE/PNC
To:         jwalker@usrc.com
Cc:         Mary Ann Soldan/RealEstFin/PGH/PNC@PNC, Frederick J Petrie/CredPlcy/CLE/PNC@PN
Date:       11/26/2013 03:04 PMC
Subject:    561930 Applied Medical Technology Inc  appraisal questions/concerns


Jeff,

As promised in my phone message:

**Sales Comparison Approach**
I need sales of arms-length transactions of buildings purchased by second-generation users. Your sales of leased, build-to-suit properties my not represent arms-length transactions.

Below is an excerpt from an Appraisal Journal article entitled *You can't get the value right if you get the rights wrong*:

"The transactions or sales of the leased fee interests for the custom properties are at prices that reflect the very high lease rate; typically the leases are net lease deals. The purchases are tantamount to a bond purchase, as the quantity, quality, and durability of the income streams being purchased are consistent with bonds. These are not arm's-length leases. The transactions are not representative of the amount for which the real property would sell if it were vacant and available to be leased (a fee interest) or leased in an arm's-length, open market transaction."

**Income approach**
Rent comps 1 through 4 include office space and industrial space. You indicate the subject's pure industrial space will lease for $5.50 and $6/SF. I need to know that you correctly adjusted rents 1 through 4 downward for their office space. If you simply adjusted these upward for office finish I am not sure you can support $10 for the subject.

Vacancy and collection loss needs to be included for the subject even though this will be an owner-occupied building because this is the income approach which assumes an investor is the owner, and an investor would include some vacancy.



MEEHAN 002189

## Cost approach

Location adjustments are partially based on being within a superior or inferior submarket.   I am concerned that a submarket comparison is too broad and too generalized to support a location adjustment.  I am pretty sure that there are superior and inferior locations within each submarket.

The budget shows a profit of $554,315.  The appraisal indicates this is developer's profit.  Are you sure this isn't contractor's profit?

## Certification not compliant with USPAP

USPAP requires that the signing appraiser(s) state whether they have or have not provided prior services.   It is OK to say the company has or has not, but still need to state we/I have, or we/I have not.

## Typos

PNC number is 561930  -  cover page and transmittal letter say 61903

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Est ate_Valuation_Services&Count=10000

Link to REVS Intranet

ie property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, ι
·sion of the sender. This message may contain an advertisement of a product or service and thus may constitute a commerc
ess for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promo·
ɔ unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
ʒe, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address fron
wsletters or account servicing e-mails.



MEEHAN 002190

ie property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, p
·sion of the sender. This message may contain an advertisement of a product or service and thus may constitute a commerci
ɔss for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promot
ɔ unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
ɟe, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from
wsletters or account servicing e-mails.

--
Jeffrey H. Walker, MAI, CRE
Principal and Managing Director
US Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209

614-221-9494 ext 150
614 221-9941 (fax)
www.usrc.com

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

--
Jeffrey H. Walker, MAI, CRE



MEEHAN 002191

Principal and Managing Director
US Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209

614-221-9494 ext 150
614 221-9941 (fax)
www.usrc.com

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | Frederick J Petrie/CredPlcy/CLE/PNC@PNC |
| Cc: | Douglas R Schoenberg/CredPlcy/CLE/PNC@PNC |
| Date: | 12/03/2013 08:26 AM |
| Subject: | Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns |

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com

Link to REVS Intranet

| | |
|---|---|
| From: | Frederick J Petrie/CredPlcy/CLE/PNC |
| To: | Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Cc: | Douglas R Schoenberg/CredPlcy/CLE/PNC@PNC |
| Date: | 12/03/2013 06:32 AM |
| Subject: | Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns |

Joe/Doug,

Since this deal seems to be dragging on without a resolution, I spoke with both Jim Dawson and Greg Camburn to gain their insight into this situation.

Both of them agree that this build-to-suit transaction represents a specialized R&D facility that would most probably require an extended marketing period to sell, probably at a reduced price level compared to the current appraised value. **Did they say that leased fee acquisitions of leased build-to-suit buildings would be appropriate comps for our fee simple valuation?**

That being said, this represents a higher level of risk to the current transaction but does not dictate that the appraiser must value the building using only 2nd generation sales (assuming the current borrower has vacated the property) which is what Jeff Walker continues to interpret that



MEEHAN 002192

you are asking for. **Build-to-suit buildings are not constructed on spec basis, thus there are no recent arms-length fee simple sales of first generation buildings.**

Why are you assuming that the current creditworthy borrower PNC is financing will default on the loan and vacate the building? **That is not what I am saying. I said to Jeff or his employees that if we put a for sale sign out front, what would it sell for? Would it sell for $120 per SF because that is close to cost or would it sell for less? His people are the ones who said industrial buildings are selling for $40/SF. I tried to explain to Jeff that a fee simple value of a single-tenant, or owner-user building would not have a go-dark implication and it should not matter if it were vacant or not. A buyer/user wanting a building to move into would want it vacant so he can immediately occupy it.** There are various scenarios that could play out in the market such as another medical R&D **(True, and what are other medical R&D users paying for such buildings?)** user in the area buying the property, the borrower executing a sale/leaseback, the borrower paying the loan off, etc.

Also Jeff Walker told me that you are telling him to increase his entrepreneurial profit in his cost approach. What is your basis for this? He stated that this will only increase the variance between his approaches to value. **The budget appears to be a contractor's estimate and includes a line item for overhead and a line item for profit. Jeff deleted the profit line and added his own entrepreneurial incentive estimate. This is what I wrote to Jeff "The budget shows a profit of $554,315. The appraisal indicates this is developer's profit. Are you sure this isn't contractor's profit?" If doing the cost approach correctly increases the variance then Jeff should be astute enough to recognize the need to address external and/or functional obsolescence.**

Please note that the lender is now starting to ask questions and press us for completion of the review.

**Frederick J. Petrie**
Procurement Manager, Real Estate Valuation Services

**PNC Bank**
1900 E. 9th Street, 22nd Floor (Locator B7-YB13-22-4)
Cleveland, Ohio 44114

Telephone #216-222-6010
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estat
e_Valuation_Services&Count=10000Link to REVS Intranet

| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
|---|---|
| To: | Jeffrey Walker <jwalker@usrc.com> |
| Cc: | "Frederick.Petrie" <Frederick.Petrie@pnc.com>, Karen Blosser <kblosser@usrc.com>, maryann.soldan@pnc. Schoenberg/CredPlcy/CLE/PNC@PNC |
| Date: | 12/02/2013 12:05 PM |
| Subject: | Re: Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns |

Jeff,

Forgive me, but I still am uncertain as to what is so specialized about this proposed building. It will have 35% office; 35% warehouse; and 30% manufacturing space including prep space, molding hall, solvent bonding room, production workroom, and a sterile packaging area. Based on the information in the report, this does not sound like a special-purpose building. It sounds



MEEHAN 002193

like an R&D building which typically includes office, lab space and industrial space in one building.

I agree with your premise that nobody would build a specialized property on a spec basis.  I assume this is because there is no market for such buildings, or the market would not support the development costs.   If specialized build-to-suit buildings have limited market appeal and are not feasible to build, then one could say they may only have value to the user.  The issue is the bank needs a market value not a use value.  Specialized build-to-suit transactions do not necessarily represent the amount for which the property would sell for or lease for if vacant and available in the market.   Thus, leased build-to-suit transactions probably represent use value rather than true market value.

Is there a market for this building, or is there even a limited-market for this building?   Is it so specialized that there is no demonstrable market for it?

Before proceeding with the valuation tell us what is being constructed so we can determine if there is a market for this "specialized" building.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estate_Valuation_Services&Count=10000

Link to REVS Intranet


From:  Jeffrey Walker <jwalker@usrc.com>
To:       joseph.meehan@pnc.com
Cc:      "Frederick.Petrie" <Frederick.Petrie@pnc.com>, maryann.soldan@pnc.com, Karen Blosser <kblosser@usrc.com>, Melissa Hamilton <mhamilton@usrc.com>
Date:   12/02/2013 09:47 AM
Subject:  Fwd: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns


Joe-

I was out last week when the follow-up conversation occurred between you and Karen. Because some of the "big picture" issues here I believe have significant implications on how we appraise built-to-suit, and in particular, specialized properties, I have copied Fred here.

Please understand that this email is intended to discuss issues of what the Bank would like to see in terms of identifying a fee simple owner-occupied building that is build-to-



MEEHAN 002194

suit. We very much want to provide data and analysis that is consistent with that definition. So this discussion is in no way intended to be argumentative. We simply want to make sure we are on the same page.

Joe, I agree in general that the interest appraised at the subject needs to tie to the data selected in the sales comparison approach. But I would also suggest that the data has to represent what one of my clients calls "economic authenticity." That is, we can't let the theory take us to a place that doesn't represent what is happening in the market.

In a typical several-year-old office building, for example, there is clearly a difference between a fee simple sale and a long-term leased building of exactly the same physical and locational characteristics. In most cases, the lease fee position attracts a different buyer, and in many, perhaps most, cases this can add value to the property. In these cases, utilizing comps from a different interest position does in fact lead to inappropriate results.

But I believe this becomes problematic on a specialized built-to-suit property. I think the key point is this: The market reality is that nobody builds a specialized new property on a speculative basis, either to lease (i.e., non-built-to-suit lease comps), or to sell speculatively upon completion (i.e., non-build-to-suit sale comps). So although I understand you are not specifically asking us to value the property assuming second generation space, the market realtity is that if we use non-build to suit sales and leases, that is in fact the data we will be analyzing. If we treat a build-to-suit new subject property with this perspective, essentially by definition no specialized built-to-suit would be feasible, since the development of specialized build-to-suits are not feasible in today's marketplace.

Conversely, if the Bank wants to see the property appraised as first generation specialized space intended for the owner occupant, then I continue to believe that sales of build-to-suits and leases of build-to-suits are in fact economically comparable to that scenario. I fully understand that the interest appraised has to be considered, but those situations are, in fact in my mind, comparable in the market to a first-generation owner occupied build-to-suit.

Of course, if by definition the Bank wants us to appraise the property as if the original intended occupant is not occupying the building, and it is open for occupancy on the market for a user for which the construction was not intended (i.e., spec construction), we can certainly proceed under that direction. But essentially by definition the value under that scenario will not represent feasibility.

I would keep in mind that, even with the data used, our conclusion was below the cost approach, so we are already representing some external obsolescence in the market. We did not simply conclude to the cost approach.

I believe a third scenario would be to utilize fee simple second generation sales in order to accommodate the theoretical issues, but then not rely on the approach. But is seems unproductive to analyze data with the foregone conclusion that it is not applicable.



MEEHAN 002195

So to sum up my long-winded thoughts, I do not believe that there is a right or wrong answer here, and so again, I am not being argumentative. I believe the issue is whether the Bank wishes to analyze its potential collateral in specialized built-to-suit situations as first generation space intended for that occupant, or as if vacant and available to a non-specialized user. This theoretical perception is not really a USPAP issue, but the answer does have very real valuation implications.

Thanks again for your time. I welcome any feedback or response. In either case, we will be sure to be clear in the report the assumption so we are transparent and in no way misleading.

Thanks again,

Jeff

---------- Forwarded message ----------
From: <joseph.meehan@pnc.com>
Date: Mon, Dec 2, 2013 at 9:57 AM
Subject: Re: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns
To: Karen Blosser <kblosser@usrc.com>
Cc: maryann.soldan@pnc.com, frederick.petrie@pnc.com, douglas.schoenberg@pnc.com

Karen,

Where do we stand on this?

Also, have you determined what is going into this building that is "specialized?" The HVAC expense seems somewhat expensive at $23/SF.   The elevator and cranes/hoists don't seem to be to excessive at $99,000 and $39,000.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estate_Valuation_Services&Count=10000

Link to REVS Intranet

MEEHAN 002196

From:       Karen Blosser <kblosser@usrc.com>
To:         joseph.meehan@pnc.com
Date:       11/26/2013 03:14 PM
Subject:    Re: Fw: 561930 Applied Medical Technology Inc appraisal questions/concerns

Thank you, I have received the comments.  Melissa and I will take a look at the comments and get back to you as soon as possible.

Karen

Karen L. Blosser, MAI
Director of Appraisal Services
U S Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209
(614) 221-9494 ext 123 (phone)
(614) 221-9941 (fax)
kblosser@usrc.com

On Tue, Nov 26, 2013 at 4:08 PM, <joseph.meehan@pnc.com> wrote:
Karen,

Jeff is on vacation,  Did your work on this report?  If not, please pass along my questions to whoever did the most work on this report.

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estate_Valuation_Services&Count=10000

Link to REVS Intranet



MEEHAN 002197

----- Forwarded by Joseph M. Meehan/CredPlcy/CLE/PNC on 11/26/2013 03:05 PM -----

From:     Joseph M. Meehan/CredPlcy/CLE/PNC
To:       jwalker@usrc.com
Cc:       Mary Ann Soldan/RealEstFin/PGH/PNC@PNC, Frederick J Petrie/CredPlcy/CLE/PNC@PN
Date:     11/26/2013 03:04 PMC
Subject:  561930 Applied Medical Technology Inc  appraisal questions/concerns

Jeff,

As promised in my phone message:

**Sales Comparison Approach**
I need sales of arms-length transactions of buildings purchased by second-generation users.  Your sales of leased, build-to-suit properties my not represent arms-length transactions.

Below is an excerpt from an Appraisal Journal article entitled *You can't get the value right if you get the rights wrong*:

"The transactions or sales of the leased fee interests for the custom properties are at prices that reflect the very high lease rate; typically the leases are net lease deals. The purchases are tantamount to a bond purchase, as the quantity, quality, and durability of the income streams being purchased are consistent with bonds. These are not arm's-length leases. The transactions are not representative of the amount for which the real property would sell if it were vacant and available to be leased (a fee interest) or leased in an arm's-length, open market transaction."

**Income approach**
Rent comps 1 through 4 include office space and industrial space.  You indicate the subject's pure industrial space will lease for $5.50 and $6/SF.  I need to know that you correctly adjusted rents 1 through 4 downward for their office space. If you simply adjusted these upward for office finish I am not sure you can support $10 for the subject.

Vacancy and collection loss needs to be included for the subject even though this will be an owner-occupied building because this is the income approach which assumes an investor is the owner, and an investor would include some vacancy.

**Cost approach**
Location adjustments are partially based on being within a superior or inferior submarket. I am concerned that a submarket comparison is too broad and too generalized to support a location adjustment.  I am pretty sure that there are superior and inferior locations within each submarket.



MEEHAN 002198

The budget shows a profit of $554,315. The appraisal indicates this is developer's profit. Are you sure this isn't contractor's profit?

**Certification not compliant with USPAP**
USPAP requires that the signing appraiser(s) state whether they have or have not provided prior services. It is OK to say the company has or has not, but still need to state we/I have, or we/I have not.

**Typos**
PNC number is 561930 - cover page and transmittal letter say 61903

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191 http://www.welcometopnc.com/
www.welcometopnc.com
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estate_Valuation_Services&Count=10000

Link to REVS Intranet

ie property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, p
sion of the sender. This message may contain an advertisement of a product or service and thus may constitute a commerci
ess for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promot
) unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
ge, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from
wsletters or account servicing e-mails.

ie property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, p
sion of the sender. This message may contain an advertisement of a product or service and thus may constitute a commerci
ess for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promot
) unsubscribe. https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
ge, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from
wsletters or account servicing e-mails.

--



MEEHAN 002199

Jeffrey H. Walker, MAI, CRE
Principal and Managing Director
US Realty Consultants, Inc.
2154 East Main Street
Suite # 302
Columbus, Ohio 43209

614-221-9494 ext 150
614 221-9941 (fax)
www.usrc.com

| | |
|---|---|
| From: | Joseph M. Meehan/CredPlcy/CLE/PNC |
| To: | Frederick J Petrie/CredPlcy/CLE/PNC@PNC |
| Date: | 11/27/2013 07:40 AM |
| Subject: | Re: Fw: Applied Medical Technology  LINKS 561930 |

Very well written Mr. Fred!

**Joseph M. Meehan, MAI**
Review Appraiser, Real Estate Valuation Services

**PNC Bank**
120 S. Central Avenue, 10th Floor
Clayton, MO 63105
314.898.1191
www.welcometopnc.com

Link to REVS Intranet

| | |
|---|---|
| From: | Frederick J Petrie/CredPlcy/CLE/PNC |
| To: | Joseph M. Meehan/CredPlcy/CLE/PNC@PNC |
| Cc: | Mary Ann Soldan/RealEstFin/PGH/PNC@PNC |
| Date: | 11/27/2013 06:13 AM |
| Subject: | Fw: Applied Medical Technology  LINKS 561930 |

This is what I told them.

**Frederick J. Petrie**
Procurement Manager, Real Estate Valuation Services

**PNC Bank**
1900 E. 9th Street, 22nd Floor (Locator B7-YB13-22-4)
Cleveland, Ohio 44114

Telephone #216-222-6010
http://corporate.pnc.com/ftg/govern.nsf/ViewByCategory?ReadForm&Menu=Real_Estate_Valuation_Services&Count=10000Link to REVS Intranet



MEEHAN 002200

----- Forwarded by Frederick J Petrie/CredPlcy/CLE/PNC on 11/27/2013 07:12 AM -----

| | |
|---|---|
| From: | Frederick J Petrie/CredPlcy/CLE/PNC |
| To: | kblosser@usrc.com, jwalker@usrc.com |
| Cc: | Mary Ann Soldan/RealEstFin/PGH/PNC@PNC |
| Date: | 11/18/2013 11:08 AM |
| Subject: | Applied Medical Technology  LINKS 561930 |

Karen,

As a follow-up to our conversation this morning, please understand the following:

While PNC is lending into the highly specialized referenced building, we are not asking for a going-concern valuation.

I would expect that USRC would be able to provide a valuation based on similar comps (even regional if necessary) of specialized R&D type facilities.

The documented budgeted costs of construction should also be analyzed and compared to Marshall Valuation Service costs.

If indeed the actual costs that our borrower plans to invest into the building are well above what could be considered reasonable, then your appraisal should document that fact.  Any specialized equipment would obviously not be real estate and should be excluded from the costs.

I am concerned that we are receiving this type of questioning on the due date of the appraisal. Please do your best to complete the appraisal as quickly as possible.

Mary Ann will follow up with the lender regarding the legal description.  Please let her know of any other missing information at this juncture.

Thank you for your assistance.


**Frederick J. Petrie**, Vice President
Procurement Manager, Real Estate Valuation Services

**PNC Bank**
1900 E. 9th Street, 22nd Floor (Locator B7-YB13-22-4)
Cleveland, Ohio 44114

Telephone #216-222-6010



MEEHAN 002201